IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Richard Lee Tabler** Petitioner | § § § § | |
| v. | § § | Civil Action No. W-10-CA-034 |
| **Rick Thaler**, Director, Texas Department of Criminal Justice, Institutional Division, Respondent. | § § § § | |

## ORDER

The Court has reviewed Petitioner Richard Tabler's "Motion for Leave to File Detailed Ex Parte Application for Reasonably Necessary Services under Seal, and Counsels' Statement of Need for Confidentiality." It is hereby ORDERED that Petitioner's motion is GRANTED. Petitioner is permitted leave to file under seal a detailed ex parte application for authorization of funds.

Signed this 1st day of March, 2011.

_____
WALTER S. SMITH, JR.
United States District Judge