IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| RICHARD LEE TABLER, § | |
|     *Petitioner*, § | |
| § | |
| v. § | |
| § | ACTION NO. W-10-CA-034-RP |
| LORIE DAVIS, Director, § | (Death Penalty Case) |
| Texas Department of Criminal § | |
| Justice, Correctional Institutions § | |
| Division, § | |
|     *Respondent*. § | |

**RESPONDENT DAVIS'S POST-HEARING BRIEF**

This is a federal habeas case. *See* 28 U.S.C. § 2254. Petitioner, Richard Lee Tabler, was convicted of capital murder and sentenced to death by a Texas state court. *See Tabler v. State*, No. AP-75,677, 2009 WL 4931882, at *1 (Tex. Crim. App. Dec. 19, 2009). Presently pending is Tabler's request waive to further federal habeas review. Order 1–4, Apr. 4, 2018, ECF No. 179. Following an evidentiary hearing on the matter, the Court ordered supplemental briefing. Minute Entry, ECF No. 205.

As stated at the evidentiary hearing, Respondent, Director Lorie Davis, takes no position regarding whether Tabler is competent to waive federal habeas review, and whether such decision is being made knowingly and voluntarily. The Director believes that the Court complied with the appropriate process to answer those questions, *see, e.g.*, *Lopez v. Stephens*, 783

F.3d 524, 525–26 (5th Cir. 2015), and that the record is adequate to make a fully informed and thoughtful decision. The Director believes the Court will exercise its discretion appropriately in making the required findings.[1]

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant Attorney General

        ADRIENNE MCFARLAND
        Deputy Attorney General
        For Criminal Justice

        EDWARD L. MARSHALL
        Chief, Criminal Appeals Division

        /s/ Matthew Ottoway
        MATTHEW OTTOWAY
        Assistant Attorney General
        State Bar No. 24047707
            *Counsel of Record*

        Post Office Box 12548, Capitol Station
        Austin, Texas 78711
        Tel.: (512) 936-1400
        Fax: (512) 320-8132
        Email: *matthew.ottoway@oag.texas.gov*

        *Attorneys for Respondent*

---

[1] Tabler has recently moved to withdraw his attempt to waive his federal habeas proceeding, Mot. Withdraw Waiver, ECF No. 208, an action which the Director again takes no position, and recognizes that this pleading will become moot should the Court grant Tabler's motion.

## CERTIFICATE OF SERVICE

I do herby certify that on July 23, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Peter Walker
Shawn Nolan
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
601 Walnut Street, Suite 545 West
Philadelphia, Pennsylvania 19106

Marcia A. Widder
ATTORNEY AT LAW
303 Elizabeth Street, NE
Atlanta, Georgia 30307

/s/ Matthew Ottoway
MATTHEW OTTOWAY
Assistant Attorney General