UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN-DIVISION

RICHARD LEE TABLER,                    )
                                       )
              Plaintiff,               )
                                       )
        vs.                            )Case No. 6:10-CV-034-RP
                                       )
LORIE DAVIS, DIRECTOR                  )
CRIMINAL INSTITUTIONS DIVISION,        )
TEXAS DEPARTMENT OF CRIMINAL           )
JUSTICE,                               )
                                       )
              Defendants.              )
_____   )


TRANSCRIPT OF EVIDENTIARY HEARING PROCEEDINGS
BEFORE THE HONORABLE ROBERT PITMAN
MONDAY, JULY 09, 2018, 10:16 AM




FOR THE PLAINTIFF:   PETER J. WALKER, ESQ.
                     SHAWN NOLAN, ESQ.
                     MARCIA A. WIDDER, ESQ.

                     RICHARD L. TABLER, PRO SE


FOR THE DEFENDANT:   RACHEL L. PATTON, ESQ.
                     JAY D. CLENDENIN, ESQ.




Proceedings recorded by mechanical stenography, transcript
produced using computer aided transcription.
--------------------------------------------------------------
Pamela J. Andasola, CSR/RMR/FCRR
FEDERAL OFFICIAL COURT REPORTER
355 EAST CESAR E. CHAVEZ BLVD.
SAN ANTONIO, TEXAS 78210

1                   I N D E X   P A G E

2

3  EXHIBITS:

4     For the Petitioner:              OFFERED RECEIVED REFUSED

5     6-64                               52      52
      28                                180     180
6     28                                181     181
      40 & 68                           198
7     65-72                             114     115
      73                                116     116
8     74                                122     122
      75                                152     152
9     76                                         5

10

11

12  WITNESSES:                                        PAGE

13    For the Petitioner:

14        RICHARD LEE TABLER
             Examination By The Court                  6
15
          MICHAEL ARAMBULA
16           Examination By The Court                 39
             Cross-Examination By Mr. Nolan           53
17
          RICHARD G. DUDLEY
18           Direct Examination By Mr. Nolan         115
             Examination By The Court                138
19           Redirect Examination By Mr. Nolan       147

20        DANIEL A. MARTELL
             Direct Examination By Mr. Nolan         151
21           Examination By The Court                171

22        KEITH R. CURRY
             Direct Examination By Mr. Walker        179
23           Examination By The Court                198

24

25

1                              *****

2                  MORNING SESSION, JULY 09, 2018

3              (The following proceedings were had in

4              open court with all parties present at

5              the hour of 10:16 a.m.)

6                              *****

7              THE CLERK:  Court calls W:10-CV-34, Richard Lee

8    Tabler versus Lorie Davis.

9              THE COURT:  If we can have announcements for the

10   record, please.

11             MR. NOLAN:  Good morning, Your Honor.  Shawn Nolan

12   from the Federal Defender Office in Philadelphia on behalf

13   of Mr. Tabler.

14             THE COURT:  Good morning, Mr. Nolan.

15             Would you like to introduce anybody else?

16             MR. WALKER:  Peter Walker from the Federal

17   Defender Office on behalf of the petitioner, Your Honor.

18             THE COURT:  Mr. Walker.

19             MS. WIDDER:  And Marcy Widder on behalf of

20   Mr. Tabler.

21             THE COURT:  Good morning, Ms. Widder.

22             And from the State?

23             MS. PATTON:  Rachel Patton, Texas Attorney

24   General's Office on behalf of the Director.

25             MR. CLENDENIN:  Jay Clendenin from the Attorney

4

1   General's Office on behalf of the Director.

2          THE COURT:  Very good.  Thank you all very much.

3          So first let me address the petitioner's motion to

4   extend the hearing.  I understand the request -- and let me

5   just give you sort of the reasoning behind, and an

6   assurance, that I'll give you what you need.

7          I'm not convinced that we're not going to make it

8   through what we need to today.  In the event that we did

9   finish and we still had to all come back for another witness

10  that -- it's such an ordeal, frankly, for the petitioner to

11  come here and the logistics of it and such, that I thought

12  that the relative burdens were such that we'll give it our

13  best shot to finish today.

14         And if we don't, I assure you I'll give you the

15  full opportunity, we'll come back and reconvene in another

16  day to make sure that you have the opportunity to get

17  everything on the record that you need to.

18         MR. NOLAN:  Thank you, Your Honor.

19         THE COURT:  Thank you.  All right.

20         MR. NOLAN:  Your Honor, first, Mr. Tabler has just

21  handed me a letter for the Court and he had asked me to hand

22  that up to you.

23         THE COURT:  Very good.  Thank you.

24         Have you seen a copy of it?

25         MS. PATTON:  We have not, Your Honor.

1          MR. NOLAN:  He just handed it to me, so if I can

2   show it to them?

3          THE COURT:  Yeah, if you could let -- thank you.

4   Thank you.

5          All right, does anyone have an objection to having

6   this admitted as Petitioner's Exhibit Number 1 just for the

7   record for the purposes of this hearing?

8          MR. NOLAN:  That's fine, Your Honor.

9          MS. PATTON:  No objection, Your Honor.

10         MR. NOLAN:  The only problem is in terms of

11  numbering, I don't want to be off on numbers.  We have a lot

12  of premarked exhibits.

13         THE COURT:  If you will give me the next number in

14  the line.

15         MR. NOLAN:  So that could be marked 76.

16         (Whereupon, Petitioner's Exhibit No. 76

17         was offered.)

18         THE COURT:  Okay.  Exhibit 76?  Okay.  Without

19  objection so admitted.

20         (Whereupon, Petitioner's Exhibit No. 76

21         was received in evidence.)

22         THE COURT:  Mr. Tabler, I'll give this careful

23  consideration.  Thank you.

24         All right, as you are all aware, we are here

25  because Mr. Tabler, having filed petitions for review --

1   habeas review -- of his convictions, has indicated

2   repeatedly in writing and during a telephone conference his

3   desire to waive the remainder of his -- the relief that's

4   pending to have his lawyers cease work on his behalf.  And

5   because he's chosen to do so, federal law requires that I

6   have a hearing to make sure that Mr. Tabler is aware of the

7   consequences of this decision and to ensure that he's making

8   an informed, rational and voluntary choice.

9           So, Mr. Tabler -- and I'm pronouncing that

10  correctly, is it Tabler?

11          MR. TABLER:  Yes, sir.

12          THE COURT:  I'm going to be saying that a lot

13  today I want to make sure I'm saying it correctly.

14          Before we begin, Mr. Tabler, can I get you to

15  please stand and raise your right hand to be sworn.

16                   RICHARD LEE TABLER,

17  was called as a witness and, having been first duly sworn,

18  testified as follows:

19          MR. TABLER:  Yes, I do.

20          THE COURT:  Thank you.  Please be seated.

21                   ============

22                   EXAMINATION

                     ============

23  BY THE COURT:

24      Q.   Now, before we go any further, Mr. Tabler, let me

25  give you the opportunity now to let me know whether it's

7

1    still your desire to go forward with this hearing and to

2    express your desire to forego your post-conviction remedies,

3    waive your right to future representation and appeals in

4    this case.

5          Is it still your desire to do so?

6          A.   Yes, sir, it is.

7          THE COURT:   Okay.   Very good.   The issues before

8    the Court today then are, number one, whether Mr. Tabler

9    fully understands the choices or options available to him at

10   this point in his legal proceedings.   Two, whether his

11   decision to seek -- excuse me -- to cease this process is

12   one that he's making voluntarily and not the result of any

13   duress or outside pressure.   And then, three, whether

14   Mr. Tabler is free from any mental disease, disorder or

15   defect which might interfere with his ability to make a

16   knowing choice in this matter.

17         To that end the Court has appointed in this case a

18   neutral mental health expert, Dr. Michael Arambula and

19   ordered Mr. Tabler to meet with Dr. Arambula, and to

20   cooperate with his examination.   This meeting was held, it

21   occurred this past May.   Dr.~Arambula then produced a report

22   that has been presented to the Court and is a part of the

23   record already in this case.

24         We will be hearing from the Court's expert at some

25   point in this hearing, after which we will give the

1    petitioner the opportunity to present any evidence that he

2    would like to present.

3         But before so, Mr. Tabler, if you will allow, I

4    need to go through a rather lengthy inquiry with you, ask

5    you a number of questions.  And if at any point you don't

6    understand me or if at any point you need me to explain

7    something further, will you please -- it's very important

8    that you let me know that because probably more than any

9    other hearing that either of us have ever had the stakes

10   here are very important, very high, and I want to make sure

11   that I'm satisfied that you understand everything that's

12   going on and that you feel like that you have the

13   opportunity at any time to tell me that you don't understand

14   or you need me to repeat or explain.

15        Will you do that?

16        MR. TABLER:  Yes, sir.

17   Q.   (By The Court)  Okay.  Now let me ask too -- it

18   occurred to me as I was coming in.  I knew that sometimes

19   the trip here itself is difficult and so, could you tell me,

20   just so that I'll have an idea of your current, sort of

21   whether you're exhausted or what your current state of mind

22   is.

23        Can you tell me how early you had to get up and

24   what you've gone through already today.

25   A.   I've been up since three o'clock this morning.  I

1   got up at three o'clock, woke up, made sure I was up and

2   ready for when they came and got me.  They came and got me a

3   little after 4 a.m., took me down to the holding booth.  I

4   was there.  Transportation came from Huntsville to pick me

5   up a little after 5:30.

6        Q.   Okay.

7        A.   So I've been up since three o'clock this morning,

8   so I'm good to go to the end of the day.

9        Q.   Okay.  And you may feel that now, but if at any

10  point you become tired or -- because, you know, I don't

11  think any of us have been up since three o'clock -- well,

12  actually, I have.

13            But, if at any point you feel like, you know,

14  you've reached the limit and you're kind of tired, please

15  assure me that you will let me know that.

16            And there's no pressure on you at all today.  We

17  can do this another day.  We can do it in chunks.  The

18  important thing is that I'm assured that at every point in

19  this proceeding you're -- you know, you're rested, you're

20  understanding things and you're not exhausted and that's not

21  affecting your ability to hear me and understand me.

22            Will you do that?

23        A.   Yeah, I understand that.  And it's like that

24  letter motion you just read, right?  I'd rather just get it

25  all done today if we can because there's certain

1   circumstances and people here that are not going to be able

2   to come back so if we can get it over with today I would

3   like to end it today.

4        Q.   I understand that, and I'm with you on that, but

5   again the most important thing is that at any point that you

6   are operating at the level where I have confidence that you

7   are understanding what's going on and you're not sort of

8   trying to get it over with.

9        A.   Yeah.

10       Q.   And I can -- I'll have to rely on you, because

11  honestly it's very important that if you start to get

12  fatigued -- I know it's not ideal, but we'll just have to do

13  it another day.

14            But you understand me, right?

15       A.   Yes, I'm good.

16       Q.   Okay, great.  Thanks.

17            So as you know, the purpose of the dialogue that

18  we're going to engage in for the next few minutes is to

19  satisfy me that you are making a knowing and voluntary

20  decision to waive further rights that you have in this case

21  to pursue the petition that's in this court presently.

22            Now, assuming that you are rational and that you

23  understand the consequences of your actions, the law is

24  clear that you do have the right to waive further process

25  and that your counsel be directed to stop working on your

1   behalf.

2          But before we go there, I want to talk a little

3   bit about the background information that I've gone through

4   in your case and talk about you and the history of your

5   case.

6          First of all, how old are you, sir?

7   A.    I'm thirty-nine.

8   Q.    And how much education have you had?

9   A.    Completed the 11th grade.

10  Q.    Okay.  Now, the records before the Court show that

11  you were convicted of capital murder in Bell County in 2007;

12  is that correct, sir?

13  A.    Yes, sir.

14  Q.    And do you remember who represented you at that

15  trial?

16  A.    Yes, sir.

17  Q.    And who was that?

18  A.    David Schulman, John Jasuta, and Buckie Harris,

19  Robert Harris.

20  Q.    What I'm talking about now though is the original

21  trial in Bell County.

22  A.    That was Robert Harris, Jack Holmes, and -- those

23  were the main two.

24  Q.    Okay.  Now, the records show that following your

25  conviction that your sentence was affirmed on direct appeal

1   with the Texas Court of Criminal Appeals and cert was denied

2   by the United States Supreme Court in October of 2010.  Does

3   that sound right to you?

4        A.   Yes, sir.

5        Q.   All right.  Now, while your direct appeals were

6   pending you were appointed counsel to represent you in

7   filing a state habeas action application.  Do you remember

8   at that time who your attorneys were?

9        A.   Yes.

10       Q.   And who were those?

11       A.   David Schulman, John Jasuta.

12       Q.   Okay.  Thank you.

13            At the end of the day no petition was filed by

14   those lawyers because you requested, as you are now, to

15   waive the right to any state habeas proceedings and

16   volunteer for execution; is that correct?

17       A.   Yes, sir.

18       Q.   Okay.  Now, do you recall whether a hearing was

19   held concerning your competence to waive your rights at that

20   time?

21       A.   Yes, sir, September 30th, 2008, 264th  District

22   Court, Martha~Trudo, Bell County.

23       Q.   Do you recall the results of that hearing?

24       A.   Yes.

25       Q.   And what were those?

1      A.    Found competent and my waiver was granted.

2      Q.    Now after that, the record indicates that you

3  changed your mind about waiving your rights, and do you

4  recall that?

5      A.    Technically I didn't change my mind.  My attorneys

6  filed something against my behalf and that was where Walter

7  Smith came in, previous judge in this courtroom, and I was

8  given a stay.

9      Q.    Okay.  Can you tell me a little bit more about

10 that, about the relationship between you and your attorneys

11 and what your desires were at that time?

12     A.    At that time it was pretty much to get it over

13 with.  I'm guilty of my crime so why waste this time sitting

14 in a cage waiting for an execution date to come or an appeal

15 process to go through?

16          My attorneys were just going to stand by and let

17 it happen but they were getting outside pressure from other

18 lawyers, from TDS, Texas Defender Services, and thus they

19 felt the pressure and they had to file something and they

20 filed something.

21          And the previous judge in this courtroom or Waco

22 Division was Walter Smith, Jr., and he found that it was

23 involuntary, it wasn't voluntary that I wanted to waive

24 because I simply refused to answer one of his questions.

25     Q.    Now what I want to clear up though is that you had

1    a hearing in state court though and that's the one that I

2    want to be talking about where you were found competent and

3    then you changed your mind, and that was still in the state

4    system.  Do you recall that?

5        A.   Yes.  And, again, I still didn't change my mind.

6    That was David Schulman and John Jasuta were saying that I

7    changed my mind.  They asked me certain things and they were

8    basically trying to make empty promises to get me to do what

9    they wanted me to do.

10       Q.   Can you tell me a little bit more about that?

11       A.   It's basically -- you know how lawyers can be,

12   Judge, really.

13           Sorry.

14           But, it's just you're ready to go and lawyers try

15   to find a way and say, Hey, why don't you ride a little

16   longer, give us an opportunity.  And they try to make empty

17   promises like, Well, TDC is not all that bad, prison is not

18   all that bad, you've got skills, you've got things you can

19   do to make your time go by easier and better.

20           All right, that may be true in some cases but my

21   mind stayed just like my mind stayed now, it's like, I'm not

22   trying to spend the rest of my life in a box, period.  You

23   see what I'm saying?  I'm not -- I don't like being told

24   what to do, you know.  I don't like eating this crappy food

25   that has no flavor.  All right?

1    I'm literally going crazy in that cage and I
2  know -- I know myself.  Everybody has a line.  Everybody has
3  a limit.  I've reached my limit.
4    And basically, I fear for those around me, if you
5  put me in GP, plain and simple.
6    Q.   All right, Mr. Tabler.  So going back to that time
7  in state court when you say that you hadn't changed your
8  mind but your lawyers were pursuing the relief against your
9  wishes, did you communicate them -- excuse me -- did you
10  communicate that to them at the time?
11    A.   Yes, sir, I did.
12    Q.   And what you're telling me now is that over your
13  objection they continued to try to withdraw the waiver that
14  you had filed?
15    A.   Yes.  There was times -- don't get me wrong, Your
16  Honor.  There was times when they said something and I
17  agreed on it and I wrote something, let it go a little
18  farther, let me see what they're doing, give them an
19  opportunity.  But you can only take so much for so long.
20    Q.   As a result of that, do you recall that the Court
21  of Criminal Appeals in the state system denied your request
22  to reinstate your habeas proceedings?
23    A.   Yes, sir.
24    Q.   So you understand well that that's what can happen
25  if you decide to waive and then even if it's just by your

1  lawyers, if a request is made to withdraw that waiver, that

2  you understand that sometimes that's what happens, in fact,

3  that's likely what happens, is that you are not able to

4  withdraw that waiver.  Do you understand that?

5       A.   Yes, sir.

6       Q.   All right.

7            Now your case then proceeded to federal court

8  where you filed a number of letters asking that your

9  attorneys be fired and requesting an execution date.  Do you

10 recall that?

11      A.   Yes, sir, since September last year.

12      Q.   Okay.  Now -- but I'm talking about even before

13 that, before your first federal hearing.  Do you recall

14 that?

15      A.   Yes, sir.

16      Q.   Now, your attorneys Mr. Schulman and Mr. Jasuta

17 then requested a hearing into your competency to waive your

18 appeal and then we get to what you've been talking about and

19 that is the hearing that Judge Smith held in Waco, do you

20 recall?

21      A.   Yes.

22      Q.   Do you recall when that was?

23      A.   I want to say 2010.

24      Q.   Okay, 2011, does that sound --

25      A.   Somewhere around there, yeah.

1    Q.    Okay.   Now, your case then was heard by Judge

2  Smith, but before that you were given a mental-health

3  evaluation prior to that hearing.   Do you recall that?

4    A.    Yes, sir.

5    Q.    And what do you remember about that evaluation?

6    A.    Again I was found competent.

7    Q.    But about the evaluation itself.

8    A.    Um, really don't remember.   There's been so much

9  going on and so many different psychologists and

10 psychiatrists coming and doctors and everybody's talking to

11 me.   It's -- you know, it's kind of like in one ear and out

12 the other, out of sight out of mind.   It's been so long.

13 It's 2018.   That was 2011.

14   Q.    No, I understand.

15         So let me refresh your recollection a little bit,

16 is that you were evaluated by Dr. Richard Saunders, does

17 that name ring a bell?

18   A.    Yes, sir.

19   Q.    And that Dr. Saunders produced a report for Judge

20 Smith just like Dr. Arambula did in this case.   And then

21 there was a hearing held, do you recall that?

22   A.    Yes, sir.

23   Q.    Now, I have reviewed the transcript of that

24 hearing that you had with Judge Smith back in 2011 and do

25 you remember the hearing itself?

1    A.   Pretty much.

2    Q.   Can you tell me what you recollect about what

3  happened at that hearing?

4    A.   Actually it was kind of like this.  He asked me

5  some questions.  He asked me if I understood everything that

6  I was doing.  I told him yeah.  He asked me if I wanted to

7  continue waiving my appeals.  I said yes.  He asked me some

8  other questions, say, roughly, was I being coerced or

9  anything like that, was it voluntary.  And I answered

10  truthfully on all of them.

11        He asked me something and I told him -- I told him

12  I plead the 5th.  I refuse to answer you.  And when I

13  refused to answer him that question, my counsel said

14  something to him on the side, either side chambers or

15  whatever, but not in my sight.  They came back and he ruled

16  that it was involuntary.

17    Q.   I think your memory of that is correct, as I have

18  reviewed the transcript.  And just like today, there were

19  two issues there, one was whether or not you knew what you

20  were doing --

21    A.   Exactly.

22    Q.   -- and the second was whether you were doing it

23  voluntarily.  And it was that second part that Judge Smith

24  followed up on, is that your memory?

25    A.   Yes.

1     Q.    Okay.

2     A.    Can I point something out real quick?

3     Q.    Please.

4     A.    On all these, with Judge Smith and hearing now,

5   just so we've got the record straight right here in front of

6   everybody.  Everybody is going to try to say -- even back

7   then with Judge Smith -- that situation with the death-row

8   inmate with the cell phone that called State Senator John

9   Whitmire, right.  I dropped my appeal in September,

10  September 30, 2008.  This cell phone incident happened in

11  October of 2008.

12          I already tried to drop my appeal before the

13  cell-phone situation so I really don't want to hear anybody

14  trying to say, well, the cell-phone situation is why he's

15  dropping his appeal.  Hold up, I was dropping my appeals

16  before the situation.

17    Q.    I understand that, but my review of -- and I've

18  tried to get as much information about everything that's

19  happened in this case and so I am familiar with what you are

20  talking about there.  And I don't think that my concern is

21  necessarily the timing of when you were asked, but one of

22  the things that I think -- and you can correct me if I'm

23  wrong -- one of the things that changed after the -- we'll

24  call it the cell-phone incident was the circumstances of

25  your confinement, right, and what you -- some of the things

1    you were complaining of.  So it wasn't necessarily at that

2    moment what happened with the cell phone but what happened,

3    according to you, as a result of that.  So that kind of

4    lasted for some period of time.

5         A.   It's still lasting.

6         Q.   Okay.  And that's really what I want to get to.

7    Can you describe for me -- because you did talk to Judge

8    Smith a little bit about some of the things that you were

9    going through then that were factoring into your making this

10   decision.  Can you tell me what you recall telling Judge

11   Smith?

12        A.   Ask your question again, Judge.

13        Q.   Sure.  No, that's fine.

14             Do you remember at the time one of the things you

15   were talking about is the circumstances there in prison.  Do

16   you remember what you were telling Judge Smith at the time

17   that was difficult for you?

18        A.   At the time, right, over on death row Polunsky

19   Unit, death row is housed on 12 Building.  12 Building has

20   six pods, A through F.  Each pod has eight door cells,

21   single-man cells, right, with six day rooms and four outside

22   recs.  There's no TV.  There's no phones.

23             On each section, it's a 14-man section.  You've

24   got A through F, fourteen here, fourteen here, fourteen

25   there.

1      Each section, fourteen cells, has one shower on

2  one row, one shower on two row.

3      I was confined on a fourteen-man section by myself

4  for two and a half years.  I had a camera in my cell and I

5  had an officer in front of my cell for two and a half years

6  monitoring me.

7      For six and a half months I was butt-ass naked

8  without a mattress or anything.  I was treated worse than an

9  animal, a dog in a cage.

10      So, yeah, it got to me at times; but, you know

11  what, in the end I brought it on myself.  This is how they

12  decided to secure me and treat me, all right, I understand.

13  Maybe a little bit of retaliation for them getting chewed

14  out, me getting busted with a cell phone and the Governor

15  chewing them out.  I can understand.  I can accept it.

16      But when it continued to go on and go on and go

17  on -- everybody's got their breaking point and I'm not --

18  besides the situation why I'm here, why on death row,

19  overall I'm not a violent person but I feel the violence

20  within me from my treatment and just all this confinement.

21      I've had enough.

22  Q.   Well let me follow up on that.  What comes to mind

23  is one of the things that you said to Judge Smith.  I don't

24  know if you remember this or not, but one of the things you

25  said to Judge Smith was you thought at the time that it felt

1  like he was trying to talk you out of your decision to waive

2  your rights, do you remember that?

3      A.   Yes, I do.

4      Q.   And because what I'm about to ask you, I want you

5  to be assured that that's not my purpose here.  I am not

6  trying to talk you in or out of anything, into or out of any

7  decision.  My only interest here is making sure it's really

8  your decision, that you can make it, that you have the

9  capacity to make it and that you're not being affected by

10  outside things in making that decision.

11     A.   Your Honor, I understand your situation.  I

12  understand that.  I've got lawyers trying to talk me out of

13  it.

14     Q.   Exactly.  And I'm not trying to do that because at

15  the end of the day, this decision is yours, sir, as long as

16  I'm satisfied that the legal requirements are met about your

17  competence and that it's voluntary.

18          I say that only to say this -- and, again, I'm not

19  trying to talk you in or out of anything but you are

20  saying -- what I'm hearing you say is that the circumstances

21  that you find yourself in are so miserable and so difficult

22  that that is playing a part in you wanting to waive the

23  rights that you have to proceed.

24          Now, you know, this is a very --

25     A.   Can I stop you for a second?

1   Q.   Please.  Sure, sure, sure.

2   A.   In part, a little tiny bit, that's my situation;

3   but, overall, we're not here about me.  What about my

4   victims?  That's my main reason why I'm ending my appeals.

5   It wasn't -- what I did was wrong.  I have regrets.  You

6   know, I have regrets and I have guilt and my guilt is eating

7   at me.

8        This -- this is no way to live.  I was sentenced

9   by a judge and a jury.  That's my punishment.  Witnesses

10  took the stand.  That's my punishment.  Deal my punishment

11  but don't drag it out.

12  Q.   I hear you.  And what I hear you saying and I

13  believe you to say is that there may be a lot of reasons

14  that you're wanting to do this, but it's my job to focus on

15  just one or two of them today.

16  A.   Right.  I understand.

17  Q.   And I won't forget the other ones you've mentioned

18  but I have to kind of drill down a little bit on one of the

19  things that you've said, and that is, again, some of the

20  things that are motivating this decision are the conditions

21  that you are in.

22       You know, I have to observe that there are things

23  both within the system, administratively, that you can do to

24  complain about those circumstances and there are things --

25  and I know this is cold comfort to you because I preside

1    over a lot of these cases and I know the realities of it,

2    sir.

3            But I have to remind you that there are things,

4    administratively, that you can complain of and at the end of

5    the day the courts can become involved in determining

6    whether or not the conditions of your confinement violate

7    your constitutional rights.

8            And sometimes courts can do things about some of

9    the things that you complain about, sometimes they can't,

10   and you know that better than I do.

11           And I'm not in a position and I don't want to

12   patronize you and tell you that I can make a difference in

13   those things, honestly, but I also want to remind you there

14   are things in the system that are designed to address some

15   of the things that you're complaining about.

16           Do you understand that?

17       A.   Yes, I do.  I also understand that this is the

18   State of Texas and I reside in TDCJ, so basically,

19   everything we're talking about, everything you're saying is

20   falling on deaf ears with TDCJ in Texas, right?

21       Q.   I understand that.  But I just want to remind you

22   that there are things that you can do and that lawyers can

23   do on your behalf potentially to address some of the things

24   that you are complaining about.

25           And, again, there are no guarantees that that

1  would get better but I just want to remind you that there

2  are processes that you can go through that have -- that may

3  have some potential to improve some of the things that you

4  are complaining about.

5          Do you understand that?

6      A.   Yes.  I've tried to go through the process for the

7  last ten years and it's no good.  It's pointless.

8      Q.   Okay.

9          So, let's get back to sort of the procedural

10  history in this case and that is that, as you suggest, Judge

11  Smith did find that you were competent but found that the

12  decision that you were making was not voluntary.  Now, the

13  best I can tell from reading the record of that -- and again

14  that was several years ago -- but the best I can tell is it

15  involved certain -- a claim that you made that there were

16  threats against your family, that if you didn't withdraw

17  your waiver that there were threats against your family.  Do

18  you remember that?

19      A.   Yes, sir, I do.

20      Q.   Is that something you're willing to talk about

21  today?

22      A.   Yeah.  I mean, everybody receives threats here and

23  there, you know.  I messed up a good thing for a lot of the

24  inmates and a lot of people, but the individuals that were

25  putting pressure on me, they're dead now so I'm not worried

1    about it so I'm not worried about their impact or anything

2    that they could possibly do to me or my family at any time.

3    They've been dead for numerous years now.

4          At that time, yeah, I was receiving threats.

5    People were threatening my family through me.

6          It's not happening anymore and I'm not really

7    worried about my family.  The one person who means the world

8    to me is in this courtroom right now and she's got -- she's

9    got protection.  I'm not worried about my mom or anybody

10   right now.

11   Q.   So you're ahead of me and that was where I was

12   going with this, and that is I want to make sure that

13   whatever you were concerned about at the time that you

14   expressed to Judge Smith, I wanted to ask what's different

15   now and you've told me that you believe that whatever

16   threats you believe existed at the time no longer exist?

17   A.   Yes.  There's no problems and nothing from my past

18   has anything to do with why we're here today.  I guarantee

19   you that.

20   Q.   Okay.  All right.

21        Now, I want to change gears here, Mr. Tabler, and

22   talk to you and make sure you understand what the

23   consequences would be if -- and I think you do but for the

24   record I need to make sure that you do understand these

25   things and if you have any questions let me know.

1      But I know you're aware that the decision to give

2  up the process that now you have initiated in federal court

3  is a very serious one, obviously, with very serious

4  consequences but as I've said a couple of times already, it

5  is one that you have the right to make.

6      But I want to talk to you now and make sure you

7  understand that the consequences of your decision would be

8  that -- well, let me first say that both the Supreme Court

9  and the 5th Circuit Court of Appeals have made it clear that

10 someone in your situation, the best course is to have you

11 evaluated by a mental-health professional, which has been

12 done in this case, and we have a report from Dr. Arambula

13 and we'll have the opportunity in a minute to hear from him

14 directly.

15     But the purpose of that is to make sure that

16 you're free from any mental disease, disorder or defect that

17 might interfere with your ability to make a choice.  And so,

18 again, that's what we'll get into with Dr. Arambula.

19     But it's also recommended that I have a

20 face-to-face conversation with you about those things as we

21 have been doing.  And, again, it's not to question the

22 wisdom of this decision, it's your decision to make.

23     But -- and, again, I don't want you to

24 misinterpret anything I'm saying as being, you know, trying

25 to talk you out of anything or into anything.

1          But we're here because of the long-settled

2   principle in federal court that these waivers must be

3   knowing, intelligent and voluntary.  So in practical terms

4   this must mean that this choice is yours, yours alone; that

5   you know what you're doing; that you're not motivated by

6   anything that is affecting your ability to make a free

7   choice; that you understand the full consequences of what

8   will happen if I allow you to waive these rights.

9          And so, first of all, do you understand that you

10  have the right to continue attacking your conviction and

11  your sentence through the federal habeas process that you've

12  initiated in this court and that if relief is denied, you

13  could still proceed and appeal whatever decision I made to

14  the 5th Circuit and ultimately to the United States Supreme

15  Court.  Do you understand that?

16      A.   Yes, sir.

17      Q.   And do you understand that if you permit your

18  lawyers to continue litigating on your behalf, either in

19  this court or before the 5th Circuit or even the Supreme

20  Court, there's a possibility always that you could be

21  granted habeas relief from your conviction or sentence and

22  the relief could be in the form of either a life sentence or

23  a new trial.  Do you understand that?

24      A.   Yes, sir.

25      Q.   Now, let's discuss the consequences of giving up

1    those rights.  Again, I just want to make sure you're

2    aware -- and I know you are -- but if you decide to waive

3    and you are found competent to do so and this has been

4    voluntary, that all of the processes that have been

5    initiated in federal court, that is your federal habeas

6    petition, everything that's been initiated on your behalf in

7    this court will end immediately, and federal law makes it

8    difficult, extremely difficult, to reinitiate this process

9    once they have been terminated.  That is, if you decide that

10   this is what you want to do, I will terminate all of the

11   petition, all of the action, all of however you want to call

12   it, the appeal that's pending in this court.  There will be

13   nothing left in this court for you to seek relief through.

14           And that if I let you do that, the law makes it

15   very, very difficult for you to reinitiate that; that is,

16   you can't change your mind.  Do you understand that?

17        A.   Yes, sir.

18        Q.   If you did try to change your mind after I let you

19   waive this petition, then you would have to get permission

20   from the 5th Circuit in New Orleans.  And Congress has

21   seriously limited the circumstances in which such permission

22   could be granted, only in truly extraordinary circumstances

23   could you be given permission to restart these proceedings.

24   Do you understand that?

25        A.   Yes, sir.

1      Q.    So, let me ask again, do you understand that if

2  you end these proceedings now you will have to get

3  permission from the 5th Circuit before you can challenge

4  your conviction in federal court?  Do you understand that?

5      A.    Yes, sir, I do.

6      Q.    Do you understand it's extremely unlikely the

7  5th Circuit would be able to grant you that permission?

8      A.    Yes, sir.

9      Q.    In general, Mr. Tabler, do you understand that if

10 you chose not to proceed further with your federal habeas

11 corpus case there's virtually no possibility that any

12 federal court, either the Supreme Court or the 5th Circuit

13 or me, will be able to grant you any relief from your

14 conviction or sentence.  Do you understand that?

15     A.    Yes, I do.

16     Q.    Mr. Tabler, do you understand that it's possible,

17 even likely, that the State would seek to set an execution

18 date in the near future if you decide to proceed?

19     A.    Yes, I do.

20     Q.    And knowing all that I've talked to you about

21 today, is it still your desire to waive your right to

22 representation and forego any post-conviction appeals on

23 your behalf?

24     A.    Yes.

25     Q.    All right.

1      Let me ask, now that we've talked for a few

2  minutes, have you had any trouble at all following anything

3  that we've been talking about, any of my questions?

4      A.   Sure does sound like you're trying to talk me out

5  of it.

6      Q.   Okay.  That's fair.  That's fair.

7      I hope you can understand someone in my position

8  though, and it's not unlike what your lawyers are trying to

9  do, it's our job to make sure you understand what you're

10  doing and it's ultimately my responsibility.

11      But have you had any trouble following me?

12      A.   No, sir.

13      Q.   Do you believe you've understood everything that

14  we've talked about today?

15      A.   Clearly.

16      Q.   Do you have any questions about anything that's

17  come up?  As we've talked about things, has anything popped

18  into your mind that you have any question about?

19      A.   Not concerning what we've spoken about, but do I

20  have one question.

21      Q.   Please.

22      A.   At the end of this, will you make your ruling

23  today or will you do it by mail?

24      Q.   I will not make my ruling today because I want

25  to -- we're going to have a lot of evidence this afternoon

1  and the reason I won't do that is because that will be the

2  first time that I hear some of the things that are being

3  said.  And I'll have the opportunity to question, as will

4  both sides here, the witnesses, and sometimes, frankly, I

5  need time to process what I've heard for the first time.

6          These decisions are too important to make on the

7  spur of the moment and so out of fairness to you and out of

8  respect for the importance of the decision I'm going to

9  make, I will not make it from the bench but I will take time

10 to reflect on the things that I've heard today.

11         I understand -- I think I understand why you're

12 asking me that.  I will give you every assurance that this

13 is the most important thing that I'm doing right now.  This

14 has my full attention.  And I will -- even though I won't

15 make the decision today, I will make it just as soon as I

16 believe that I've had an adequate opportunity to carefully

17 consider everything I've heard here today.

18         A.   Are we talking like months, Judge?

19         Q.   No, I don't -- it won't be months.  No, sir.  I

20 can't tell you -- I mean, I'm not going to give you a date

21 but it will not be -- and I understand why you're asking but

22 it will not be that.

23         Absent any -- something would come up where if

24 somebody -- if I give someone an additional opportunity to

25 put something in the record that requires that, that may be

1   necessary, but I don't foresee that and I understand the

2   reason that you're asking me that.

3        A.   All right.

4        Q.   Do you have any other questions?

5        A.   Not at this time.

6        Q.   All right.

7             I think you've done this in response to many of my

8   questions but I want to give you the full opportunity so you

9   can either repeat things you've already said or you can add

10  to it and that is, could you put in your own words why

11  you're deciding at this point not to go further with this

12  proceeding?  Is there anything to add to what you've already

13  said?  I know you've said quite a bit.

14       A.   There's -- you want honesty?

15       Q.   Please.

16       A.   There's an inmate recently on death row, his name

17  is Bill Tracy.  He killed a TDC guard at another unit.  They

18  sentenced him to death, right?  I can understand where he

19  did something out in GP.

20            My situation is a little different and I feel -- I

21  feel the rage beneath my skin building from a lot of stuff.

22  And I don't want to take my anger out on these guys or those

23  that house me on death row.  So besides what you already

24  know, that's another reason.  Let's go ahead and get this

25  over with before it's too late and something happens.

1    Q.    Is there anything else that you would like to say?

2    A.    Not at this time.

3    Q.    Okay.  If at any point during this process I'll

4    give you -- after everyone's talked I'll give you another

5    chance to say anything because you may hear something as we

6    go along that reminds you of something or maybe even a new

7    thought you have about something.  So don't worry that

8    that's your last word, I'll give you the opportunity to say

9    anything you want later.

10   A.    No, Judge.  I appreciate and I understand that and

11   I can straight up tell you there's only one person in this

12   courtroom, besides myself, that could stop me from doing

13   this, and unless she stood up and told me that she's

14   standing against me, we're going to ride this to the end

15   until you grant me my waiver.

16   Q.    Okay.  Thank you, sir.

17   A.    Only person.  That's my mother.  She brought me

18   into this world and she can take me out, like she's always

19   told me.  I brought you in here, I can take you out.

20          So if she stands up and tells me that she wants to

21   see me, knowing that she knows I'm guilty, continuously go

22   through here and go through this -- pardon my French -- this

23   bullshit in this system, then I ride with my attorneys.  But

24   until that time comes, I respectfully ask you to let me

25   waive my rights.

1     Q.   Mr. Tabler, I understand that.

2          Let me ask you this, have you had the opportunity

3     to visit with your mother about this issue?

4     A.   You read that paper?

5     Q.   I did.

6     A.   Does that answer your question?  I haven't seen my

7     mom -- this is the first time I've laid eyes on my mom in

8     eleven years, and TDC does not allow me to see my family.

9     Q.   Have you -- I know -- I've read -- have you

10    engaged in written communication with her?

11    A.   I've engaged with her.  I told her.  I told my

12    family, everybody over there on that side, you know.

13    There's people that I've written, support me.  Some of them

14    don't agree with my decision, they don't understand, but

15    some of them do understand, you know.  But I've done

16    procedures in TDC.  I've done the grievance procedures.

17    I've tried to talk to counsel.  I've tried to talk to

18    wardens, you know.  Doesn't nothing work.

19          And, you know, besides that, it's -- a little bit

20    of visitation of my family, not being able to see my loved

21    ones, but overall, it's -- I'm afraid I'll hurt somebody

22    again.

23    Q.   I understand that.

24          Let me ask you this:  None of us makes decisions

25    on our own.  We're always getting either advice from people

1    or taking into consideration other people's interests and

2    feelings.  And what you've just told me at the end of this,

3    is that there is someone whose -- who you take very

4    seriously their opinion, and that they would have the

5    ability to influence you potentially in the decision you're

6    making.

7              And I hear you also telling me that you don't

8    believe you've had a full opportunity to consult that

9    person, to talk with that person, to hear what she thinks

10   or -- go ahead.

11        A.   When I got busted with the cell phone on death

12   row, all my outgoing mail, it's restricted.  It goes out to

13   the mail room, officers pick it up in my door, it goes in

14   the bag, mail room takes it, gives it to the Warden's

15   secretary, Senior Warden Harris.  From Harris it gets

16   scanned.  It goes to Director Lorie Davis' office and they

17   approve -- once they approve of my letters, then it gets

18   mailed.  So you're talking weeks, two weeks.

19              You know, when is enough enough?

20        Q.   I get that.

21              Here's the position I'm in.  I'm hearing you say

22   there's a person who is present in this courtroom who --

23   whose opinion you would respect and might have an impact on

24   the decision that you're making and you haven't had a full

25   opportunity to find out what that is.

1        It's unlikely, and you can't expect that she's

2   going to stand up in court --

3        A.   No.   No.   You know, actually, you know, what I can

4   tell you first, I've -- my mom, you don't scare my mom.   My

5   mom wants to say something, she'll stand up and talk.

6   Right?   But it's -- she knows what I'm doing.   I've talked

7   through letters and my spiritual adviser and certain

8   attorneys, you know, my counsel, letting them know, you

9   know, hey, I want to drop.   And I've written her in advance

10  and told her don't discuss anything with my attorneys, this

11  is what I want to do.

12       And she's told me through letters and this

13  shout-out -- this shout-out religious station that I listen

14  to on Saturdays that she loves me and she supports my

15  decision and she'll stand behind me.   But have I had a

16  one-on-one with her?   No.   I've had conversation through

17  correspondence since I started writing you about doing this.

18  For almost a year.

19       My family stands behind me but, yet, like I tell

20  you in that letter, no parent wants to see their child die

21  but at the same time she understands that I take and accept

22  my responsibility.   My actions put us here.   She understands

23  that.

24       But if she were to tell me right now, she stood up

25  and screamed in this courtroom and told me not to do it, you

1  think I got the -- I got the guts to tell my mama no?  Hell

2  no.  Nah.

3      Q.   Okay.  Thank you, sir.

4          I think what we're going to do now is -- again

5  you'll have an opportunity to speak again -- but what I

6  would like to do now is give any of the lawyers an

7  opportunity to ask questions of Mr. Tabler.

8          Counsel, do you have any questions that you would

9  like to ask your client?

10          MR. NOLAN:  Can I just have one moment, Your

11  Honor?

12          THE COURT:  Sure.

13          MR. NOLAN:  Not at this time.

14          THE COURT:  Okay, Ms. Patton?

15          MS. PATTON:  No questions, Your Honor.

16          THE COURT:  Okay, thank you.

17          So I think let's move into the next part of the

18  hearing where we will hear from Dr. Arambula.

19          If you can call Dr. Arambula.

20          If you can come forward.

21          MR. NOLAN:  Your Honor, could I just note for the

22  record that we have three experts in the room as well,

23  Dr. Dudley, Dr. Martell, and Dr. Curry.

24          THE COURT:  Is there any issue with invoking the

25  rule?

1        MS. PATTON:  No, Your Honor.

2        THE COURT:  All right, thank you very much.

3        Dr. Arambula, good morning.

4        Please walk around the corner there.  It's a long

5   walk.

6        Could you raise your right hand to be sworn,

7   please.

8                    MICHAEL ARAMBULA,

9   was called as a witness and, having been first duly sworn,

10  testified as follows:

11       THE WITNESS:  I do.

12       THE COURT:  Thank you.  Be seated.

13                  ==================
                        EXAMINATION
14                  ==================

15  BY THE COURT:

16   Q.   Could you state your name for the record, please.

17   A.   My name is Dr. Michael Arambula.

18   Q.   Dr. Arambula, I don't think there's any dispute

19  about your credentials as an expert, but just for the record

20  could you briefly explain your qualifications.

21   A.   Sure.  I attended the University of Texas at

22  Austin.  I received two degrees from the College of

23  Pharmacy.  The first was a bachelor of science in pharmacy

24  and then I later received a doctor of pharmacy.

25       I attended medical school in San Antonio.  I

1    received my M.D. degree from the University of Texas Health

2    Science Center at San Antonio.  I also remained at that

3    institution for my general internship and then specialty

4    training in psychiatry.

5                When I completed psychiatry residency training in

6    '91, I spent a year in fellowship training at Rush Medical

7    College and I was in the subspecialty of forensic

8    psychiatry.  I completed that at the end of June '92 and

9    then I've been back home ever since.

10       Q.   Have you had occasion to prepare expert reports

11   for courts such as this in the past?

12       A.   I have, yes.

13       Q.   And including competency evaluations as I have

14   asked you to do in this case?

15       A.   Yes, including one very similar to Mr. Tabler's

16   case several years ago.

17       Q.   Okay.  Can you tell me approximately how many

18   times you have been asked by a court to render an expert

19   opinion?

20       A.   I would say, over twenty years, it's probably been

21   hundreds of cases where I've either written a report for a

22   court and/or testified.

23       Q.   And have you testified both at the behest of

24   courts and individual clients?

25       A.   Yes.

1      Q.    And do you restrict your availability to either

2   one side or the other?

3      A.    No.

4      Q.    And have you rendered opinions that are contrary

5   to the purported interests of the side that asked you to do

6   the report?

7      A.    Run that by me again.

8      Q.    So, in other words, if you are hired by one side

9   have you rendered opinions that do not necessarily favor

10  that side?

11     A.    That has happened before, yes.

12     Q.    Okay.  Thank you.

13           All right, so, as you know, I have asked you to

14  essentially determine two things, first of all whether

15  Mr. Tabler has the capacity to appreciate his position and

16  make a rational choice with respect to continuing or

17  abandoning further litigation; and, second, whether he's

18  suffering from a mental disease, disorder or defect which

19  would substantially affect his capacity such that it

20  prevents him from understanding his legal position and the

21  options available to him and prevents him from making a

22  rational choice among his options.

23           To that end you submitted a report on May the

24  28th of this year which provided -- which has been provided

25  to counsel for both parties and has been made part of the

1  record, so if I could now first ask what you did when you

2  embarked on the task of evaluating Mr. Tabler?

3       A.   Prior to my face-to-face evaluation with

4  Mr. Tabler, I received a multitude of records that were sent

5  to me by the Attorney General's Office and by the Federal

6  Public Defender's Office.

7       Some of the records from the Federal Public

8  Defender's Office were duplicative so I didn't review those,

9  but I picked up essentially where I had left off from my

10 record review that I received from the Attorney General.

11      Once I reviewed all of those records then I made

12 arrangements to see Mr. Tabler at the Polunsky Unit and I

13 conducted a general psychiatric/forensic evaluation of him

14 that lasted about three -- a little over three and a half

15 hours.

16      During the course of my evaluation I covered

17 information much like I would seeing a patient in my office.

18 And then, forensic-wise, then I addressed the issues that

19 you asked me to explore and identify on your court order.

20      So, I covered developmental history, social

21 history, academic history, occupational history, what his

22 relationships were like with other people.

23      I covered what types of medical history he had,

24 whether he had had any surgeries, what types of mental

25 illness history he had, including times that he had been

1   intoxicated with drugs and/or alcohol.

2           I looked -- I covered some of his offenses as they

3   related to -- may or may not have related to his mental

4   condition during the years preceding this capital murder

5   charge and then later conviction.

6           Throughout that time I was observing him to look

7   for how he communicated, what his thought processes were,

8   his attention span, his concentration, whether there were

9   unusual thoughts that might be related to an underlying

10  mental illness.  Of course I covered his recent history

11  regarding things like how he was sleeping, his mood, energy,

12  issues like that as well.

13          And then, because I'm -- my role -- I perceive my

14  role as a psychiatrist, I looked at how mental condition

15  might affect the issues that you asked me to evaluate.  But

16  beyond that, because I recognize your purview is much larger

17  than mine, I tried to include other general conversation,

18  general information that Mr. Tabler reported to me that

19  might address the issues of voluntariness and knowledge of

20  what was going to happen.

21          So essentially I collected that, put it in my

22  report, and what -- what I focused on, knowing what type of

23  mental conditions he had been diagnosed with, was I looked

24  to see over the course of his life and more recently in

25  these last several years, what mental condition was

1   symptomatically active such that the issue of self-injurious

2   behavior, which has been pretty much present off and on

3   throughout his entire life, whether his request to waive his

4   waiver was attached to that self-injurious behavior knowing

5   that that was attached to his underlying personality

6   disorder.  And that's what my focus ultimately became during

7   the course of my evaluation and the methodology that I used.

8        Q.   In other words, if I'm understanding you, whether

9   or not the decision that he's making now is sort of a

10  magnified extension of previous self-harming behavior?

11       A.   Exactly.

12            And with that, I -- we spoke about anger, even now

13  and with me and I knew that he had anger issues before but

14  previously he was not able to control his behavior very well

15  because he was so worked up and so I looked at that issue as

16  well because I understood he was angry and dissatisfied with

17  the conditions that he was living in.

18            I collected information that balanced some of that

19  but I nevertheless recognized and accepted what he told me

20  was accurate, but he was not acting upon that like he had

21  before when he was more symptomatic.

22       Q.   All right.

23            So backing up, let me ask in terms of your

24  evaluation generally, do you believe you've had access to

25  all the materials about his background, his medical history,

1   his behavioral history?  Did you have access to all the

2   materials that you would expected to have access to in

3   making an evaluation like this?

4        A.   Yes.

5        Q.   All right.  Did you have a sufficient opportunity,

6   in your mind, to have a face-to-face encounter with him that

7   was sufficient for the purposes of your evaluation?

8        A.   Yes.  Yes, Your Honor.

9        Q.   In any respect were you limited or did you not

10  have sufficient information to render an opinion in this

11  case?

12       A.   I did not feel I was in that position by the time

13  I left.

14            I was curious as to how he would behave after and

15  what would happen, and to date I haven't received any

16  information from either side that my evaluation and our

17  discussion caused any kind of symptomatic deterioration.

18       Q.   Let me ask you this:  You've heard him speak quite

19  a bit today.  Is there anything that you've heard today in

20  his responses to me or his affect or anything else that

21  would cause you to doubt any of the conclusions that you

22  have made in your report?

23       A.   No.  No, Your Honor.

24       Q.   Is everything you've seen today consistent with

25  the expressions that he -- of his desires that he made to

1   you when he talked to you?

2        A.   Yes.   He was -- what I observed in the back of the

3   courtroom -- a little more impatient today than what he was

4   with me but nothing that was significantly concerning to me.

5   It could be the stress of being here in the courtroom and I

6   understand that.

7        Q.   Sure.   Okay.   Thank you.

8             So let me ask then, in your professional opinion,

9   does Mr. Tabler have a rational understanding of his legal

10  position and the options available to him?

11       A.   Yes, Your Honor.

12       Q.   Does he have the capacity to rationally choose to

13  abandon the proceedings that we've talked about today?

14       A.   Yes, he does.

15       Q.   As you know, Doctor, Mr. Tabler has previously

16  vacillated between a desire to waive further appeals or

17  proceedings and there's been some question about whether or

18  not he has changed his mind.

19            Did you factor that in -- did you factor those

20  reports into your conclusion about what's going on today?

21       A.   Yes.   And, again, I looked at what his clinical

22  course had been like since his conviction -- clinical course

23  meaning how symptomatic he was.

24            He had four hospitalizations between I believe it

25  was 2000 -- I think it was 2006 to 2012, something.

 1          There were episodes of self-injurious behavior.

 2   He was very angry, upset.  So I looked at that clinical

 3   course and when he wanted to start to waive his rights in

 4   '08.  He was still somewhat symptomatic at that time.

 5          And so I looked at that clinical course that I

 6   reviewed in his records along with that vacillation that I

 7   was well aware of and I focused on the records and per his

 8   self-reporting these last few years that there had been

 9   times when he was not as symptomatic -- he's not always

10   symptomatic -- and those were times where he could decide

11   one way or another and he maintained his position that he

12   wanted to waive his appeal rights.

13      Q.   As a result of that, do you believe that the

14   decision that he has consistently expressed recently, that

15   that has -- that he has maintained over time, including here

16   in court today, that you can have confidence that that is a

17   genuine desire on his part?

18      A.   Yes.

19      Q.   Is there anything that leads you to doubt his

20   understanding of the permanence of the decision that he's

21   making?

22      A.   No, Your Honor.

23      Q.   All right.

24          Is there anything that we haven't talked about so

25   far that you would like to add to your report or explain to

1   me today?  Or anything that Mr. Tabler has said?

2       A.    So my -- while I would like to add that my

3   interview style is not to ask:  Do you feel this way or that

4   way, and so instead I follow somebody's conversation.  I ask

5   them what they mean by this or that and so I try to go

6   several levels down.  I know that sometimes individuals can

7   be rehearsed in their mind for an evaluation and so I try to

8   disentangle that.

9           It became -- it became apparent to me during my

10  evaluation of him that there had been a change in

11  Mr. Tabler.  I called it a maturity of some sorts.  And

12  clinical research supports that personality disorders,

13  individuals who have personality disorders, can mature by

14  the third and fourth decade of life and sometimes later, it

15  just depends on the individual.  And that's what he

16  demonstrated by looking at his records and by the discussion

17  we had.

18          He's more spiritual.  He talked about several

19  Bible passages.  I didn't know what they were but I asked

20  him about one area in the Bible and he was able to talk

21  about that even though he hadn't cited it for me as if --

22  I'm not saying it was rehearsed, these passages, but I

23  picked something out that I was aware of having gone to

24  Catholic school for a lot of years, and he was able to talk

25  about that and so I felt like he was genuine in his desire

1    to waive his appeals for a multitude of reasons.

2        Q.   Thank you.

3            Another thing that I would like for you to help me

4    disentangle if you can, that is that he has expressed in the

5    past and today a frustration with the conditions of his

6    confinement and indicated that that is -- identified that as

7    a factor in his decision to end the proceedings.

8            From your point of view, can you disentangle the

9    frustration that he has with those circumstances from the

10   sort of expression that he is voluntarily making this

11   decision?

12           In other words, does his expression of his

13   frustration with his confinement concern you from a medical

14   or mental-health perspective about whether or not those

15   things are in any sense overriding an independent judgment

16   about the best thing to do in this case?

17       A.   Right.   Okay.

18           So, again, my methodology focused on the

19   symptomatic course of largely his personality pathology

20   because in the past when his personality pathology was in

21   duress, under duress or crisis, that's when he was violent

22   and/or self-injurious, and so I looked to see what was going

23   on in relation to his frustrations with the system.

24           He acknowledged that he created this bed, so to

25   say, for himself and so, I perceived that some of his

1  frustration was because of how he was treated but also

2  because of the bed that he made for himself.

3          Those areas I included in my report, in my

4  discussion.  I did not feel that they were causally related

5  to the presence of a symptomatic mental condition that would

6  substantially interfere with his capacity to waive his

7  rights.

8          But, again, knowing that your purview is much

9  larger than mine, I included that for your consideration.

10 And, for example, I asked him about what are the options for

11 him.  He mewled that he could possibly get a new trial,

12 although it was slim to none in his mind, and that he could

13 get life without parole but he reasoned that given his

14 history of being assaultive when he was ill during his

15 younger years that that could follow him and he could be

16 placed in ad. seg. once again and it would be similar to

17 death row.

18          His ability to help other inmates adjust to prison

19 was somewhat hampered by being in ad. seg., being in death

20 row and those circumstances so I -- like I said, I didn't

21 feel I was attached to a symptomatic mental condition but I

22 wanted it included in my report for your consideration

23 regarding voluntariness.

24     Q.    Thank you very much.

25          So in summary, Dr. Arambula, is it your

1   professional opinion that Mr. Tabler is competent to

2   determine whether or not to waive his further appeals and

3   his right to counsel?

4        A.   Yes.

5        Q.   And do you believe that that -- is there any

6   reason to doubt that that decision is being made

7   voluntarily?

8        A.   I do not have a clinical or medical reason to

9   doubt that.

10            THE COURT:  Okay.  Thank you very much.

11            Counsel, do you have any questions?

12            MR. NOLAN:  I presume you'd like me at the podium?

13            THE COURT:  Please.  Thank you.

14            MR. NOLAN:  Your Honor, just a bit of housekeeping

15   to let you know we had premarked some exhibits and have them

16   bound, which are in front of you.

17            In reviewing things since Thursday, we came upon

18   about ten or so additional exhibits that we would like to

19   move in, and basically those exhibits are small portions of

20   the exhibit list that we've submitted to Your Honor.

21            There was one through five, which are not

22   contained there because there were thousands and thousands

23   of pages and we didn't want to reproduce all of that, so

24   what we did is we pulled out small sections of those and

25   we'll add them as we go.

1          THE COURT:  Okay, thank you.

2          And just for purposes of the record, I have before

3   me 1 through -- or actually 6 through 64.  Are these agreed

4   exhibits?  Have you produced these to the State?

5          MR. NOLAN:  Yes.

6          (Whereupon, Petitioner's Exhibit Nos.

7          6-64 were offered.)

8          THE COURT:  Any objection to the admission of any

9   of these exhibits?

10         MS. PATTON:  Judge, I think as we indicated in our

11   response to the Motion to Extend, the Director is not taking

12   a position on whether or not Mr. Tabler is competent or is

13   voluntarily waiving his proceedings, therefore, we are not

14   going to challenge the evidence that's proposed to be

15   submitted by Mr. Tabler's attorney.

16         We just want to clarify that that is simply for

17   the sole purposes of this hearing and not for any other

18   proceedings or any other purposes.

19         THE COURT:  With that limited purpose they are

20   admitted.  Thank you.

21         (Whereupon, Petitioner's Exhibit Nos.

22         6-64 were received in evidence.)

23         MR. NOLAN:  Thank you, Your Honor.

24

25

1
==================
CROSS-EXAMINATION
==================

2

3 BY MR. NOLAN:

4     Q.   Good morning --

5     A.   Good morning.

6     Q.   -- Dr. Arambula.

7         Did you submit an invoice in the case?  We -- I

8 know the State got one but we didn't get it.  I was curious

9 if you just had a copy with you?

10    A.   I do not.  I believe I submitted it to the AG

11 office.

12    Q.   Okay.  Do you -- approximately how many hours were

13 included in your invoice?

14    A.   I don't recall.  Sorry.

15    Q.   You spent three and a half hours with Mr. Tabler;

16 is that right?

17    A.   Yes, sir.

18    Q.   Now, your degree is in -- your doctorate is in

19 pharmacy?

20    A.   One of my doctorates is in pharmacy, yes.

21    Q.   And so in your typical work do you -- you focus on

22 medicine though in a lot of ways, being a person who

23 specializes in pharmacy; and then what is your other degree

24 in?

25    A.   I'm a physician, so I'm a medical doctor.  I do --

1   majority of my patients I conduct -- I utilize psychotherapy

2   so I don't just use medications.

3       Q.   Okay.

4       A.   I use both.

5       Q.   Now you -- I'm sorry?

6       A.   I use both.

7       Q.   Both.   Okay.

8            So you said in direct examination that you had

9   another case similar to this?

10      A.   Yes.

11      Q.   What case was that?

12      A.   That was a case -- I don't remember the

13  gentleman's first name.   It was Mr. Martinez and it was in

14  Judge Biery's court several years ago.   It was a waiver of

15  appeals also.

16      Q.   And in that case were you retained by the court as

17  you were in this case or by one side or the other?

18      A.   By Judge Biery, yes.

19      Q.   And were your findings in that case that he was

20  competent to waive?

21      A.   Yes, sir.

22      Q.   And voluntary?

23      A.   Yes, sir.

24      Q.   That his decision was voluntary?

25      A.   I addressed the issues regarding capacity, and

1    again, similarly collected information regarding

2    voluntariness and knowledge.

3         Q.   So let me clarify that.  You use -- in your report

4    you use the word "capacity"?

5         A.   Right.

6         Q.   For the most part, correct?

7         A.   Yes.

8         Q.   All right.  So you're not really addressing

9    voluntariness then?

10        A.   I address it to some degree.  And, for instance,

11   if somebody is ill, mentally ill, and they perceive an

12   injustice or an unfairness related to paranoia, for example,

13   a psychotic symptom, then I would look at that as an issue

14   to examine regarding voluntariness.

15             Beyond symptomatic mental illness, however, there

16   are circumstances in the environment that could address

17   voluntariness that I include in my reports and my

18   evaluations for consideration by the Court, but,

19   essentially, it's not tied into mental condition.

20        Q.   I see.  So it's not tied into a mental condition,

21   but, in other words, what we've been talking about this

22   morning are the conditions of confinement, for example, of

23   Mr. Tabler, correct?

24        A.   That's one area, yes, sir.

25        Q.   And that you include in your report because that

1 could impact the question of voluntariness; is that fair to

2 say?

3     A.   That Judge Pitman might find useful in his

4 deliberations.

5     Q.   In his deliberation in determining voluntariness,

6 correct?

7     A.   Yes, correct.

8     Q.   And another area of interest would be the fact

9 that Mr. Tabler has not been able to see his mother in

10 eleven years, for example.  That could be something that

11 ultimately could be -- impact the question of voluntariness;

12 is that fair to say?

13     A.   We talked about that issue and so we covered it

14 regarding voluntariness, yes.

15     Q.   You've heard Mr. Tabler say today that if his

16 mother stood up and told him not to waive, that he would not

17 waive; is that right?

18     A.   I did.

19     Q.   So you're aware that his attachment to his mother

20 is extremely intense, correct?

21     A.   I would agree with that, yes.

22     Q.   Okay.  Now, another thing that you said on

23 examination by the Court was that you had a discussion with

24 Mr. Tabler about his options and one of his options, you

25 mentioned, is that life without parole, correct?

1    A.   Correct.

2    Q.   Are you aware at the time that this crime happened

3  there was not life without parole in Texas?

4    A.   I was not aware of that timing.

5    Q.   In the conversation you had with Mr. Tabler about

6  that, his concern was that if he was put in general

7  population with a life sentence, he would be kept in ad.

8  seg. correct?  Isn't that what he said?

9    A.   That was one of the reasons.  He didn't want to

10  spend the rest of his life in prison and the other was

11  that -- because I -- in our -- in our discussion I said,

12  Well, you could be in general population.  He said, Well,

13  maybe not because of my history.  And so that's the part I

14  wrote down.  I don't write down my questions or my

15  inquiries.

16    Q.   So, again, you included that information in your

17  report because that is something that could impact on the

18  question of voluntariness of his decision; is that fair to

19  say?

20    A.   Yes.

21    Q.   Now, you're aware that Mr. Tabler is held in a --

22  in the death-watch section of the prison; is that right?

23    A.   That's what he told me, yes.

24    Q.   That's what he told you,. but did you look at the

25  records?

1        A.    Yes, I did.

2        Q.    So they indicate that he's in the death watch,

3    it's not just what he told you --

4        A.    Right.

5        Q.    -- correct?

6        A.    Correct.

7        Q.    So you're aware that in that situation where he is

8    housed, he's under twenty-four-hour surveillance by camera

9    and sometimes physically by guards standing inside of his

10   cell, correct?

11       A.    That's what I learned of, yes.

12       Q.    You learned that from him as well as the records?

13       A.    Correct.

14       Q.    Do you know how long he's been in this situation?

15       A.    It's -- it depended on his behavior, is what he

16   remarked.  I don't remember the timing of when he was on

17   death watch versus non-death watch.

18            He talked about different pods within the

19   death-row system that someone would be transferred to, for

20   example, depending upon their behavior.  But the incident in

21   2008, I know that -- I timed that that's when most of this

22   occurred.

23       Q.    So since 2008 when that incident occurred, isn't

24   it fair to say that he's been on death watch; isn't that

25   right?

1    A.   He's been on it a fair amount, yes.  I don't know

2  exactly how long over the years.

3    Q.   Well, when you looked at the records and you see

4  that he's always been on death watch since 2008, for over

5  ten years, or did you just not review them that closely?

6    A.   I can't recall whether he's been in the same cell.

7         He talked -- during our discussion he talked about

8  being moved, I want to say it's maybe months to years after

9  this 2008 incident, and he was moved to a different part of

10  death row and so that's -- that's as best as I can answer

11  you.

12    Q.   Do you know that death watch is the place where

13  people are sent once they have an execution date set in

14  Texas?  Are you aware of that?

15    A.   I learned that from Mr. Tabler, yes.

16    Q.   Okay.  And so -- and Mr. Tabler, are you aware, is

17  the only person without an execution date who is always on

18  death watch?  Are you aware of that?

19    A.   He spoke about that, yes.

20    Q.   And did he also speak about the fact that he is in

21  that situation and the only people that are around him, the

22  only inmates that are around him, are people who are getting

23  ready to be executed; is that right?  Did he talk about

24  that?

25    A.   Yes, he did.

1    Q.   And you also reviewed -- there's a pile of

2  exhibits in front of you.  We may go through some of them?

3  But you've reviewed all of these exhibits?

4    A.   I did.

5    Q.   And you've seen motion after motion where he

6  describes the impact of making connections with people on

7  death watch and then watching them get taken to their death;

8  isn't that right?

9    A.   We talked about that as well.

10   Q.   You talked of that as well?

11   A.   Yes.

12   Q.   So you included that in your report even though

13  it's not a mental illness according to you, right?

14   A.   Well, I included it, not related to symptomatic

15  mental condition, but as extra information for Judge Pitman

16  to consider.

17   Q.   And the reason you included that, again, is

18  because it's relevant to the question of whether he's making

19  a voluntary decision, correct?

20   A.   Per my training that's what I was taught to do,

21  yes.

22   Q.   Okay.  Now do you know who Vic Tai is?

23   A.   I -- I don't know who he is, but I remember the

24  name.

25   Q.   So in your report at one point you said that in

1  your conversation with Mr. Tabler, you talked about an

2  inmate who he was close to who was executed?

3      A.  Yes.

4      Q.  And that was Vic Tai?

5      A.  Yes, sir.

6      Q.  Is that --

7      A.  I didn't want to put a number in there out of

8  respect for him.

9      Q.  Totally fair.

10         And Mr. Tabler talked to you about how close he

11  was to Vic Tai --

12      A.  Yes.

13      Q.  -- correct?

14         And you know that Vic Tai was executed in July of

15  this year, correct?  Did he talk about that?

16      A.  I just know that it was -- I remember it was -- it

17  was July of this year?  You mean in the last few days?

18      Q.  No, I'm sorry.  No, no, no.  My apologies.  July

19  of 2017.

20      A.  Yes, I do remember that.

21      Q.  And it was two months after that that Mr. Tabler

22  wrote the motion in this case or the motion that we're

23  dealing with at this point asking to give up his appeal

24  rights, do you recall that?

25      A.  I've seen a number of motions on different dates.

1   Q.   I would ask you to look at Exhibit 51 in those

2   exhibit packs in front of you.

3   A.   Okay.

4   Q.   Are you with me, Doctor?

5   A.   Yes, sir.

6       MR. NOLAN:   May I have a moment, Your Honor?

7   Q.   (By Mr. Nolan)  Do you see in that motion

8   Mr. Tabler specifically mentions his friend?

9   A.   Yes.

10   Q.   Is that right?

11       And so again, Dr. Arambula, you included this

12   information because you believed it would be relevant to the

13   Court's decision in determining whether or not Mr. Tabler's

14   decisions are voluntary; is that fair to say?

15   A.   Per my training it could be relevant to Judge

16   Pitman but not from my perspective because, again, I was

17   looking for whether this had a causally related relationship

18   to symptomatic mental condition and I didn't find one but I,

19   nevertheless, wanted to include that information for

20   consideration.

21   Q.   Even if someone is not actively psychotic, at the

22   time you're making decisions, outside influences can affect

23   the question of voluntariness; isn't that fair to say?

24   A.   When someone's mental condition, in this case his

25   primary condition being personality pathology, there are

1  times when he has struggled with mood instability,

2  depressive symptoms over the short term under duress.  And

3  so, again, I looked for that in relation to what his

4  symptomatic course has been like in relation to what his

5  desire is to waive his appeals.

6      Q.   You said suffered from mood instability in the

7  short-term?

8      A.   Right.

9      Q.   You've seen a lot of records in this case, haven't

10 you, Doctor?

11     A.   I have.

12     Q.   Did you read Dr. Dudley's report?

13     A.   Yes, that was -- let's see, Dudley?  Yes.

14     Q.   Dr. Dudley is a psychiatrist who was retained by

15 my office and he talks about longstanding chronic mood

16 disorder and depression, correct?

17     A.   It's -- I don't recall his verbiage.  I'm aware

18 that there has been longstanding waxing and waning mood

19 disturbance that's sometimes very active and sometimes not

20 symptomatic.

21     Q.   Now --

22          MR. NOLAN:  Excuse me, Your Honor.

23     Q.   (By Mr. Nolan)  And you're also aware, Doctor,

24 that since Mr. Tabler has been incarcerated there have been

25 numerous incidents of self-harm, things like that; is that

1   correct?

2       A.   Yes, sir.

3       Q.   I'd just like to put a few of those into the

4   record if I could use you to do that.

5       A.   Sure.

6       Q.   I've premarked Exhibit 65 which has been provided

7   to the State.

8            MR. NOLAN:   And again, Your Honor, these are from

9   those big piles of records that we just pulled out.

10           May I approach?

11           THE COURT:   You may.

12      Q.   (By Mr. Nolan)  Now the date on this, just so

13  we're clear -- this is a record that you have seen before,

14  right?  You've seen all of the health service's archived

15  records?

16      A.   I don't remember this specific one but I've looked

17  through all of them.

18      Q.   Okay.  So this was dated October 14, 2013?

19      A.   Yes, sir.

20      Q.   And can you just read under nursing visit 0800.

21  Read out loud.  It starts, "S" and then "08."

22      A.   Which one did you want me to read?  S --

23      Q.   I'm sorry, just read the small portion underneath

24  Nursing Visit.

25      A.   Okay.  This is subjective and it's in quotes, "I

1   feel really stressed.  I need an injection.  If they

2   discharge me, I'm going back to my unit and doing it," end

3   quote.

4          The objective:  Patient is very anxious, pacing in

5   his cell, stating that he is trying not to hurt himself

6   because he said he wouldn't to staff.  He is requesting to

7   get an injection to help calm down.  He is worried he will

8   get out of control.  This information was given to his

9   provider.

10      Q.   All right.  So that is something, also, when you

11  consider all of these records that you have considered in

12  your overall opinion, is this kind of situation that

13  Mr. Tabler has where he goes through these ups and downs in

14  the prison; is that fair to say?

15      A.   Yes, sir.

16      Q.   Okay.  What's been premarked 66.

17          MR. NOLAN:  May I approach, Your Honor?

18          THE COURT:  Yes.  You don't have to ask.

19          MR. NOLAN:  Thank you.

20      Q.   (By Mr. Nolan)  This, again, is the nursing visit

21  progress note; is that correct, Doctor?

22      A.   Yes.

23      Q.   And can you just read under nursing visit 825, it

24  says "S," and what does it say there?

25      A.   The subjective, in quotes, "I'm depressed with

1    suicidal thoughts," end quotes.

2            And under objective, "Patient is standing at cell

3    door, respiration is even and unlabored.  He's alert with

4    fair eye contact.  He has a depressed mood and flat affect.

5    He is talking about the effects of other death-row people

6    being put to death and how he lost his appeal.  He states he

7    can't stop thinking about it.  He has no current plan to

8    hurt himself."

9        Q.   So, again, Mr. Tabler, at this point, is talking

10   about the impact of being on death watch and watching these

11   other individuals being taken out repeatedly and executed;

12   is that right?

13       A.   That's one of them, yes.

14       Q.   I would ask to show you what's been premarked

15   Number 67.  Now, this is a correction's Managed Care

16   Inpatient Mental Health Services from October 17th, 2013; is

17   that right, Doctor?

18       A.   Yes, sir.

19       Q.   Now, if you would look under "Today he reported."

20       A.   Okay.

21       Q.   Can you just read that for the record, please.

22       A.   Sure.  "Mr. Tabler is a 34 year old Caucasian male

23   who came from TL Unit to J4 on October 4th after expressing

24   a history of feeling sad, depressed and alone.  He says that

25   he wanted to kill himself and had the means to do so.

1      "He attained some razor blades at his unit and

2   planned to slit his throat from ear to ear but he did not

3   attempt suicide because he did not want to kill himself in

4   the day room.

5      "He says that his problem stems from his

6   high-security housing.  He is housed in the death-watch unit

7   and has seen forty death-row inmates executed during his

8   incarceration.  He says that he has also been experiencing

9   explosive" -- it's supposed to be rage not range, I

10  presume" -- and anger that is uncontrollable.

11      "He had thoughts of trying to hurt an officer

12  after she told him he was the cause for the cameras and the

13  high security that everyone had to deal with in prison.  He

14  says that the officer yelled at him and he snapped and

15  blacked out."

16     Q.   Now, Dr. Arambula, when you were examining

17  Mr. Tabler, did you look at his arms?

18     A.   I didn't exam--- I didn't, like, ask him to show

19  me his arms.

20     Q.   Do you remember if he had long sleeves on?

21     A.   I believe that he had long sleeves.  I would have

22  noticed in -- I would have remembered right away of seeing

23  all the scars if he had short sleeves on and I don't

24  remember that.

25     Q.   But you don't doubt that he's cut himself

1  numerous, numerous times?

2      A.   Not at all.  It's explicitly described in the

3  records over many years.

4      Q.   Now, in your report and I think on direct

5  examination or on examination by the Court -- I'm not sure

6  what to call that, Doctor.  My apologies.

7          On examination by the Court you said that he had

8  four hospitalizations between 2006 and 2012; is that right?

9      A.   Yes, sir.  Five, actually.

10     Q.   Five, okay.  You had said four.

11         There were -- there was also a hospitalization in

12 2015, much closer in time.  Were you aware of that?

13     A.   I don't remember seeing that one off the top of my

14 head or -- right.

15     Q.   Right.

16         I'm going to show you what's been premarked

17 Exhibit 68.

18     A.   Okay.

19     Q.   Did you see that report before?  It was in the

20 materials provided to you.

21         THE COURT:  Mr. Nolan, could I interrupt a second.

22 I'm not sure that it's the most efficient way for us to go

23 through this by having a witness read extensive --

24         MR. NOLAN:  I wasn't going to have him.

25         THE COURT:  Okay, a sentence or two is fine, but

1    if in the future you have these exhibits and want him to

2    read them to himself and then comment that would be more

3    efficient.

4              MR. NOLAN:  That's fine, Your Honor.

5              THE WITNESS:  Yes, it looks familiar.

6        Q.   (By Mr. Nolan)  So this indicates that he was also

7    hospitalized as recently as August of 2015, correct?

8        A.   Yes, for crisis management.

9        Q.   Okay.  And so that means at that time, would you

10   agree with me that he wasn't symptomatic?

11       A.   He was complaining of suicidal ideations.  I don't

12   recall that he did anything about it but I know that they

13   sometimes referred him to Jester IV when he complained about

14   suicidal ideation and he hadn't done anything to himself and

15   other times he had.

16       Q.   Well, you were saying previously that your opinion

17   is based on whether or not he is symptomatic in terms of his

18   personality disorders that you've found, correct?

19       A.   Whether he is symptomatic -- sufficiently

20   symptomatic that it affects his mood and/or his thought

21   processes that would then substantially interfere with his

22   capacity to understand and appreciate the circumstances and

23   his options that we're currently talking about.  So I looked

24   at it in that long perspective.

25       Q.   So would you agree with me that in 2015, at least,

1  the prison people thought he was symptomatic enough to send

2  him to the hospital?

3      A.   Correct.

4      Q.   And so if you were making an opinion about whether

5  or not Mr. Tabler could waive his rights in 2015, would your

6  opinion be different if you reviewed the records of the

7  symptomatology of the personality disorders at that time?

8      A.   With the backdrop of symptomatic, self-injurious

9  behavior it would be difficult.  It's possible, and I don't

10  know what it would be, turn out to be.  Upon further

11  exploration there could be an answer that I could then

12  identify at this particular date regarding his waiver.

13     Q.   Okay.  Now, if we -- I want to get back to the

14  other individuals.  Mr. Tabler being consistently on death

15  watch and watching other individuals being executed, you

16  would agree with me -- strike that.

17          I'm going to show you what's been premarked --

18          MR. NOLAN:  I'm sorry, Your Honor, if I could have

19  a moment?  This is premarked Number 69, Your Honor.

20     Q.   (By Mr. Nolan)  Now, Doctor, that's a more recent

21  nursing protocol report from June of 2017.  Do you see that?

22     A.   I do.

23     Q.   And, again, in this -- in this report it indicates

24  that he is extremely stressed, that he's stressed with

25  having a camera on him 24-7.  If the execution goes through

1    Thursday, then that would be the 68th person that he has

2    gotten to know and become friends with who have died.

3                Have you seen that report before?

4        A.   Yes, it looks familiar.

5        Q.   And that -- this kind of indicates a few things,

6    right?  It's this lack of privacy with the cameras on him

7    all the time and this housing in death watch where he

8    repeatedly watches people that he gets to know be executed,

9    and these are things that you took into consideration,

10   Doctor; is that right?

11       A.   Yes, we talked about it because I wanted to see

12   how it affected his waxing-and-waning condition during these

13   last few years and to what degree.  In other words, did he

14   act out on it?  Were these just feelings?  Insights?

15   Thoughts?  In other words, what he did with it.

16       Q.   And, again, you included that information because

17   you felt that would be relevant for the Court in its

18   ultimate determination whether or not he's making a

19   voluntary decision to waive, right?

20       A.   That it could be, yes, sir.

21       Q.   All right.  Now, Doctor, I think the Court may

22   have asked you this, but you're aware that Mr. Tabler has --

23   has gone through a series of waivers and then retraction of

24   those waivers over the years; is that right?

25       A.   Yes.

1    Q.   And you've reviewed the motions -- there were a

2    lot of motions that were sent to you, I believe, and you

3    reviewed all those?

4    A.   Yes, sir.

5    Q.   So you saw the correspondence?  You saw the

6    motions that went back and forth, in terms of waiving rights

7    and then deciding to take back the waiver, and all those --

8    a lot of those things were in writing; is that correct?

9    A.   Yes, sir.

10   Q.   And you're aware that that happened about ten

11   times, maybe more; is that fair to say?

12   A.   I don't remember a number of times but it was

13   enough that it was noticeable to me.

14   Q.   Okay.  Are you aware that Mr. Tabler requested

15   mental health treatment after the current waiver that

16   started in September of 2017?

17   A.   I don't specifically recall that record.

18   Q.   I show you what's been marked Exhibit 70, seven

19   zero.  It may not look familiar because you have reviewed a

20   lot of records, but do you see that, Doctor?

21   A.   I do.

22   Q.   And that's dated October 18th, 2017?

23   A.   Yes, sir.

24   Q.   So that's more than a month after this current

25   motion, Exhibit 51, was sent to the court asking to waive;

1    is that right?

2         A.   Yes.

3         Q.   And what he's asking for in his evaluation

4    counseling and treatment, the benefits of which would be the

5    improvement in mental-health diagnoses.  Do you see that?

6         A.   Right.

7         Q.   So is it fair to say that at that point Mr. Tabler

8    is still in a situation where he is suffering from some

9    symptomatology of his disorders, or at least he perceived

10   himself to be?

11        A.   This is just a request for evaluation, counseling

12   and treatment, so that's really all I can go on.

13             I know that in our discussion he talked about a

14   change that had come over him and so to where he could

15   continue to be in this better place and so this would seem

16   consistent with what he talked about with me.

17        Q.   And when did you see him?

18        A.   April 21st of this year.

19        Q.   April?

20        A.   Yes.  I think it was April -- no, it was May 21st.

21        Q.   All right.

22        A.   May 21st.

23        Q.   So this change that came over him, is that what

24   you're basing your decision on because he told you a change

25   came over him so he doesn't have these symptoms anymore?

1    A.    No.   My comment was that Mr. Tabler had talked

2   about this change that had come over him in the last --

3   since 2015, essentially, and this request for improvement in

4   his mental health appears to be coincident with what he

5   described to me, that's all.

6    Q.    What was the change?

7    A.    He couldn't -- he wasn't acting out.   He was not

8   injuring himself.   He was controlling his behavior.   In

9   other words, he wasn't acting aggressive toward other people

10   or assaulting them.   He still had these thoughts and

11   emotions that he had sometimes struggled with before but

12   they didn't affect him to where he did something about it.

13        There were plenty of times when he was frustrated,

14   angered, angered and upset but it didn't rise to the level

15   where he deteriorated and he became symptomatically unstable

16   in his mood and the way he thought.

17    Q.    So you believed him when he told you that?

18    A.    And it was corroborated in the records; i.e., that

19   he wasn't -- in the last few years he wasn't referred to

20   Jester for treatment.

21    Q.    You thought he wasn't referred to Jester since

22   2012 but you were wrong about that, correct?

23    A.    I indicated the hospitalizations, yes.   I thought

24   the last date was in 2012 but it was 2015, as you pointed

25   out.

1    Q.    Now, are you aware that Mr. Tabler, also in

2  February of 2018, he asked for assistance with his

3  mental-health treatment?  Are you aware of that?  February

4  of 2018.

5    A.    I don't remember the specific record.  That's very

6  possible, though.  I'll take your word for it.

7    Q.    I'm going to show it to you.  You don't have to

8  take my word for it.

9          So, Doctor, this is dated 2-20-18, correct?

10   A.    Yes.

11   Q.    And Mr. Tabler in this writes, "There was

12 currently a major issue with my medication that we need to

13 address ASAP.  There seems to be a misunderstanding between

14 my mental health doctor, TDCJ and myself that we need to

15 address or get fixed right away."  Do you see that?

16   A.    I see that.

17   Q.    So, at least as far as Mr. Tabler perceives, in

18 February of 2018, he's having some mental-health distress to

19 the point where he's asking for his medication to be

20 reviewed; is that right?

21         MR. TABLER:  Excuse me, Judge.  Sorry to

22 interrupt, right?

23         On the incident that Shawn is speaking about --

24 Mr. Nolan is speaking about -- right -- not to get Arambula

25 confused, I did ask that -- the medication I take is

1   Benadryl for my sinuses.  They were making a mistake.  I had

2   been getting it in pill form in a cup.  They started

3   crushing it.  It has nothing to do with the psychiatric

4   medication.  I take that medication for my sinuses.  That's

5   why mental health gave it to me.  I had to go through mental

6   health because medical couldn't issue it.  The only way I

7   can get it is to get mental health to issue it.  I don't

8   take it for a psychiatric problem though.

9            The problem was they were crushing up this capsule

10  and putting it in a cup of water when they had been giving

11  it to me without crushing it.  That's what I wanted to fix.

12           I wasn't taking it when they crushed it because,

13  personally, I thought it tasted like shit when you pour it

14  in there.  I'm not trying to drink that.  I'm not trying to

15  get sick.

16           So that's what he's speaking about, so really it's

17  irrelevant what he's talking about.

18           THE COURT:  Thank you.

19           MR. NOLAN:  Thank you, Mr. Tabler.

20           MR. TABLER:  You're welcome.

21           MR. NOLAN:  I'm sorry, Your Honor, may I have a

22  moment?

23           THE COURT:  Sure.

24      Q.   (By Mr. Nolan)  Now --

25      A.   Did you want me to answer?

1        Q.    I'm sorry, yes.  I forgot the question.

2        A.    I knew he was taking Benadryl, that's all I can

3    answer.

4        Q.    But when you see that, obviously what he wrote

5    there is "I need mental-health meds," correct?

6        A.    Well not necessarily because the only medication

7    that Mr. Tabler reported to me that he was taking was

8    Benadryl for his sinus problems and it's an antihistamine so

9    that's what it's used for.

10       Q.    And as a doctor of pharmacology, when you look at

11   his history, do you feel that he should be medicated now

12   with something more than Benadryl?

13       A.    If he's not symptomatic, it's really up to him to

14   decide whether he wants to take something prophylactically

15   to sustain his personality.  But, however -- typically, as I

16   pointed out in my report, when people have severe

17   personality pathology, research has shown that acute

18   treatment interventions targeting whatever the symptoms are

19   that have emerged, that's the better way to manage someone

20   who has symptomatic personality pathology rather than

21   long-term medication.

22       Q.    Now, let's go back to what we were talking about

23   was these repeated waivers and then taking the waivers back,

24   correct?

25       A.    Yes.

1    Q.    You're aware that twice in his history, those

2  waivers lasted as long as 14 months longer than this

3  situation.  Are you aware of that?

4    A.    I don't remember the amount of time.  I just knew

5  there was numerous -- there was a back and forth over a

6  period of time.  That's what I recall.

7    Q.    Okay.  Now, just to go back to another area for

8  one minute, the -- you took into account in your evaluation

9  the isolation and the psychological trauma that Mr. Tabler

10  is subject to because of his conditions of confinement; is

11  that fair to say?

12    A.    That's something we covered in our discussion

13  because, again, I wanted to see whether the circumstances

14  that he was residing under affected his -- the stability of

15  his mental condition and whether he -- it made him more

16  symptomatically active, and that's what I was looking for.

17          And as I said earlier, there are times in the past

18  where, yes, he was symptomatically active but as he pointed

19  out to me and I recall from the records, he's been more

20  stable in these last few years.

21    Q.    And isn't it reasonable, Doctor, that he's going

22  to be symptomatic again?  Isn't it reasonable to conclude

23  that based on all of these back and forths and all of these

24  wafflings for many many years and his severe history of

25  mental illness that he's going to be symptomatic again?

1    Isn't that fair to say?

2         A.    It's possible that that can happen again, and as I

3    pointed out to Judge Pitman I wanted to see what happened to

4    Mr. Tabler after my examination of him to see whether he had

5    deteriorated symptomatically because of what we discussed,

6    the pressure of the eval, which he talked about openly, and

7    to date I haven't received any information suggesting that

8    he's deteriorated because of that stressor.

9         Q.    And a lot of what you're determining is based on

10   what he's told you about his symptoms at the time that you

11   visited with him for three and a half hours; is that fair to

12   say?

13        A.    What he reported corroborated by what I reviewed

14   in the records.

15        Q.    So let's talk about some corroboration.  According

16   to you, he's not symptomatic during the past several years,

17   you said, right?

18        A.    Past few years, I believe he said since 2015 he is

19   no longer engaged in any self-injurious behavior.  He may

20   have had thoughts but he didn't take the next step.  And I

21   haven't seen any episodes or incidents of aggression towards

22   others as well.

23        Q.    Well, you heard him today talking about the danger

24   of acting out towards others, didn't you?

25        A.    He recognized those emotions in him but he was

1   not -- it's not like he went after anybody in this courtroom

2   so he was -- he just knew that he had these thoughts.

3        Q.   I would ask you to look at Exhibit 53 in front of

4   you.

5        A.   Fifty-three?

6        Q.   Fifty-three.

7        A.   Okay.

8        Q.   I'll give you a minute to read that.

9        A.   Okay.  The entire document?

10       Q.   I'm sorry?

11       A.   The entire document?

12       Q.   It's only -- oh, it's two pages, I'm sorry.

13       A.   I mean -- it's okay, I can read it.

14       Q.   Let me see if I can find it.

15            So if you look at the second page maybe we can

16   move along a little quicker.

17            So, Doctor, this is in October 12th of 2017,

18   correct?

19       A.   Yes, I saw that date.  October -- it has to be

20   October that Mr. Tabler signed it.

21       Q.   October.  Okay, it was filed October 12, 2017?

22       A.   Yes, sir.

23       Q.   Yeah.  October 5th is when it's signed, correct?

24            So you see on the second page there a few lines

25   down he talks about total isolation and "I feel I'm on the

1  very edge of a mental collapse"; is that right?

2      A.   Yes.

3      Q.   He says, "My mind and the very part of within me

4  is on the edge of losing all control."  Do you see that?

5      A.   I do.

6      Q.   "I'm on the very edge of completely fucking

7  snapping on everyone in this place like a rabid dog."  Do

8  you see that?

9      A.   I do.

10      Q.   So he recognizes at this point, in October of

11  2017, that things are not good.  These are indications of

12  symptomatology of his disorder; isn't that fair to say,

13  Doctor?

14      A.   As a clinician I look at this as a form of venting

15  or catharsis and even though the thoughts may appear pretty

16  rough to you, it's -- the thoughts are not so unusual given

17  my experience in treating people who have had similar

18  pathology like Mr. Tabler.

19          I look, as a clinician, to see what happens with

20  these thoughts and can an individual like Mr. Tabler express

21  them without deteriorating further by going into some sort

22  of activity either hurting somebody or hurting himself and

23  that's how I look at this.

24          So, venting is good.  It's not necessarily looking

25  at this expressive of any psychotic thinking, irrational

1    thinking.  These are just things that he has experienced

2    before.

3            He recognizes them now and he doesn't do anything

4    about them at this -- in these latter -- on this particular

5    date.

6        Q.   But he's done things about these in the past

7    numerous times; isn't that right?

8        A.   He has.  Exactly.

9        Q.   Even after times of, maybe as you would say, his

10   symptomatology was in remission and then it came back; isn't

11   that right?  You're thinking this is venting but you don't

12   know that, do you?

13       A.   That's how I perceive it.  He vented to me during

14   our discussion about the things he didn't like and so I was

15   following his thinking to see if it ever became unreasonable

16   or, you know, way out there.

17           Sometimes when people are under extreme duress

18   they can't communicate effectively and their thought

19   processes are not linear and they become disjointed.  I

20   didn't see that with him.

21           And when I see this, like I said, it could be --

22   it appears pretty rough to perhaps a lay eye but to my

23   clinical eye it looks like venting, given his personality

24   pathology and that he has -- more importantly he hasn't done

25   anything with it.

1     Q.     In your experience, Doctor, isn't it fair to say

2   that patients often minimize or deny symptomatology?

3   Doesn't that always happen?

4     A.     That can happen, sure.

5     Q.     But you didn't think that that was happening here?

6   You just took him at face value, what he told you; is that

7   right?

8     A.     The manner in which he talked and wrote here

9   reflects the emotion that he has, the drama -- and I'm not

10  saying that in a demeaning way.

11          The cluster B personalities are the dramatic

12  personalities compared to the other personality

13  organizations so this doesn't strike me as something that

14  doesn't -- that doesn't correlate with his underlying

15  personality pathology.

16          He is a bit dramatic and I'm not saying that in a

17  demeaning way but that's part of his personality.

18    Q.     You didn't do any psychological testing, did you?

19    A.     I did not.

20    Q.     You didn't do any validity testing -- do you know

21  what validity testing is?  To see if someone is telling you

22  things that are accurate; is that right?

23    A.     The only thing I did validity-wise is to ask him

24  to explain further what he meant by something, and that's

25  per my training.  If somebody has been somewhere they can

1    always tell you about it, rather than if it's just a

2    rehearsed answer and he was able to answer all of my

3    inquiries to where it appeared to me that he was open,

4    candid and his thinking was not rehearsed.

5         Q.    Can you look at Exhibit Number 55, Doctor.

6         A.    Okay.

7         Q.    You see that's a Motion to Waive Rights and

8    Further Appeals and Volunteer for Execution; is that right?

9         A.    I see that.

10        Q.    That was filed with the court on October 20th,

11   2017, right?

12        A.    Yes.

13        Q.    And do you see that at about 5 lines down

14   Mr. Tabler writes, "Petitioner would also like to state for

15   the record that there are other things in life that are

16   worse than death, like losing one's sanity in prison or just

17   flat out going bat-shit crazy from the isolation placed on

18   the person."  Do you see that?

19        A.    I do.

20        Q.    So again that -- his -- his discussion there of

21   the isolation and the impact that it has on him is something

22   that would be relevant to the Court's determination about

23   whether his decisions are voluntary; isn't that fair to say?

24        A.    I believe that it could be a consideration for

25   Judge Pitman, sure.

1    Q.    So, Doctor, is it fair to say that you're relying

2  almost exclusively on personality disorders?

3    A.    The core feature is personality pathology and from

4  that emanates -- has emanated other periods of instability

5  having to do with his mood and sometimes his thinking to

6  where he expresses paranoia, hallucinations, things like

7  that when he's in crisis.

8        But it is his core pathology and that's reflected

9  in the records as well and has to do with his personality

10  pathology.

11    Q.    Right.  So you -- you said in your report the

12  primary diagnosis is personality disorder; correct?

13    A.    Yes.

14    Q.    And you're saying that the symptomatology that

15  you've seen in the records are the result of his personality

16  disorders alone; is that right?

17    A.    When he's under -- when he's in crisis sometimes

18  his mood is very unstable.  Sometimes his thinking is

19  unstable as well.  He has -- experiences anxiety so that

20  emanates from the instability of his personality in crisis.

21    Q.    But according to you that's only related to his

22  personality disorder; is that right?

23    A.    It emanates from it, it's not separate and apart.

24  It emanates from it and it's sometimes aggravated -- it has

25  been aggravated by drug use.

1    Q.   It's not separate and apart from what?

2    A.   In other words, it's -- I explained in my report

3  that when someone is given a diagnosis that includes the

4  modifier "not otherwise specified," that infers that it's

5  related to some other mental condition.

6        In this case -- in his case -- it's been his

7  personality pathology and sometimes the presence of drug

8  abuse that has aggravated his personality pathology and then

9  he experiences symptoms of depression, sometimes he

10  experiences symptoms of mood instability, other times he

11  experiences abnormalities in his thinking, but it emanates

12  from his personality.

13    Q.   So let's talk about the drug-use thing for a

14  minute because you relied heavily on this in your report,

15  the waxing and waning, states of drug intoxication can

16  elicit and mimic symptoms of anxiety --

17        (Whereupon, the reporter interrupted and

18        asked for clarification.)

19    Q.   (By Mr. Nolan)  I'm sorry, I'll start over.

20        "Waxing and waning, states of drug intoxication

21  can elicit or mimic symptoms of anxiety depression, mania

22  and psychosis."

23        So you're discounting those things that are in

24  reports from other doctors because of his past drug use; is

25  that right, Doctor?

1      A.    Discounting what things?

2      Q.    Anxiety, depression, mania, psychosis?

3      A.    No.   It's an explanation of how the doctors

4  describe what his progress was, i.e., that it was not

5  unusual for him to come in with a working preliminary

6  diagnosis of major depression or bipolar illness and then

7  when he was at the -- in the hospital unit over a few days

8  or a week or so they collected more information, sometimes

9  there were positive drug screens.

10         And then the clinicians qualified their

11  diagnoses -- their discharge diagnoses to depressive

12  disorder not otherwise specified, bipolar disorder not

13  otherwise specified, thought disorder not otherwise

14  specified, inferring that it wasn't a pure mental illness

15  per se.

16         And that's not anything demeaning to Mr. Tabler,

17  but that it had an external factor that made it appear as if

18  it was pure initially but, in fact, it was not.

19      Q.    All right.   So however, since he's been in prison

20  for a number of years yet -- now.

21      A.    Right.

22      Q.    And doesn't have access to drugs and he still has

23  symptomatologies, the drug use from previous times can't

24  explain that, can it; is that fair to say?

25      A.    It does -- it does not.

1    Q.   Okay.  Now, again, to get back to this, you did a

2    mental-status exam, I think, right?

3    A.   Yes, sir.

4    Q.   You said his intellectual functioning appeared to

5    be average; is that right --

6    A.   Yes.

7    Q.   -- in your report?

8         That was your impression, correct?

9    A.   Right.

10   Q.   You've since seen records, you know he has an IQ

11   of 80, correct?

12   A.   I saw that somewhere, yes.

13   Q.   And 80 is not average, correct?

14   A.   No.

15   Q.   It's more than one standard deviation below the

16   mean, in fact, it's low average?

17   A.   That would be, if I recall correctly, borderline

18   intellectual functioning range.  That was the old term for

19   it.

20   Q.   Correct.

21        So your impression that his intellectual

22   functioning appeared average was wrong, wasn't it, Doctor?

23   A.   No.  That was based upon my conversation with him,

24   the use of his vocabulary, his knowledge of death row, what

25   happens, what he's experienced.  He knew a lot about these

1  legal proceedings that I didn't expect him to spout off but

2  he appeared to be pretty up with it.

3      Q.   So he appeared to you to be pretty up with it so

4  you said he has average intelligence, is that how you

5  conducted this exam?

6      A.   His overall thought processes, the vocabulary he

7  used, the way he conversed with me, his knowledge, that all

8  appeared to be pretty average to me.

9      Q.   Well, you didn't do any testing to check on any of

10 that, did you?

11     A.   I did not, no.

12     Q.   And you didn't do any testing to see whether or

13 not he was telling you the truth about anything, did you?

14     A.   I don't believe there's a test for that.

15     Q.   Well, you're familiar with validity tests and

16 psychological testing, correct?  You rely on those things,

17 don't you?

18     A.   Sometimes the MMPI can sort through that but it's

19 just one piece of the puzzle.

20     Q.   Did you review Dr. Martell's report in this case?

21     A.   Yes.

22     Q.   Dr. Martell is a neuropsychologist?

23     A.   Yes.

24     Q.   And found organic brain damage, correct?

25     A.   Um --

1      Q.    Cognitive deficits?

2      A.    -- he had a mixed picture of cognitive

3   dysfunction.

4      Q.    And in looking at Dr. Martell's report, did you

5   look at the validity testing?

6      A.    I don't recall specifically what validity testing

7   there was, for example on the MMPI.  I don't remember that.

8      Q.    So the reason I ask you that, Doctor, is because

9   in your report you say that Mr. Tabler told you that when he

10  was doing the psychological testing he wasn't really trying

11  very hard, and you put that in there to discount the

12  cognitive difficulties, didn't you?

13     A.    No.

14     Q.    Why did you put that in there?

15     A.    Because I -- how he came across to me was

16  inconsistent with what was described in the records so I

17  asked him, what's going on?  I mean I -- the records suggest

18  that you have some issues with how your thinking is, can you

19  help me out a bit?  That's probably close to how -- the

20  verbiage that I used with him and then he explained what

21  went on.

22          I know psychological testing can be long.  People

23  get tired, I know that.  I recognize that the psychological

24  test results showed mixed results.  For example, I think he

25  had problems with executive functioning on one of the tests

1   but yet his abstracting ability was intact.  That didn't

2   fit.

3        But, you know, that's okay, that fit with what

4   Mr. Tabler was reporting to me, that he got tired, sometimes

5   he was distracted.

6        And so, he just explained to me why -- what his

7   performance was like and so I included it in the report to

8   factor into his overall mental condition, so I didn't

9   diagnose him with some sort of cognitive disorder.

10       Q.   But you decided not to factor into his overall

11  mental condition the fact that he was tested three times by

12  three different neuropsychologists and each one of them

13  found valid results to the validity testing.  You reviewed

14  those but you didn't include that in your report; isn't that

15  fair to say?

16       A.   I didn't include their specific opinions.  You're

17  correct.

18       Q.   Now, in your report under mental status

19  examination you write, "His memory appears to be intact" --

20  on Page 5, you didn't put numbers on your report so I

21  numbered them myself.  It's Page 5.

22       A.   Okay.

23       Q.   "His memory appears to be intact."

24       And then the next sentence is, "At times his

25  recall of events in his medical history were inconsistent

1   with what was contained in the record."

2          Doesn't that mean his memory is not intact,

3   Doctor?

4      A.   No.  He's explaining why there were

5   inconsistencies, because I asked him about these

6   inconsistencies.  And he said, Well, sometimes the doctors

7   don't write down what he means.  That's just his reason.

8          I don't put opinions in here, I just write down

9   what my observations and what his responses are under the --

10     Q.   Well, you did put your opinion in there because

11  you said his memory appears intact, isn't that your opinion?

12     A.   That was my observation.

13     Q.   Your observation?

14     A.   Right.

15     Q.   So you're aware -- again, just to go back for a

16  second, as I think we established before, I think you

17  answered my question, that you're really relying on

18  personality disorders in your determination of what's going

19  on with Mr. Tabler; is that fair to say?

20     A.   I'm aware that that's his primary diagnosis and I

21  was determining whether he had instability in his mood or

22  his thinking that would -- that in turn affects his

23  capacity, and that was the chain of -- that was the chain of

24  mental conditions that I was looking at.

25     Q.   So you didn't bother looking at his low IQ.  I

1    think we already established that, right, because you said

2    he's average even though he's not.  You didn't look at that,

3    correct?

4        A.   Well, I saw that in the psychological test results

5    that he had mixed results.

6        Q.   Well he had an 80 IQ?

7        A.   On one test, yes.

8             And so when I was talking with him he didn't

9    appear to be dull like that and so that's why I asked him

10   what was going on with the psychological test and he

11   explained it to me.

12       Q.   Is it your methodology, Doctor, to decide whether

13   somebody is intellectually disabled based on a conversation

14   rather than testing?

15       A.   That's why I put his intellectual functioning

16   appeared to be average.

17            THE COURT:  It appears this would be an

18   appropriate place to stop and take a lunch break.

19            We're going to take a one-hour lunch break.  It's

20   about 12:15 now, so we will break until 1:15 and then we'll

21   be in recess.

22            (Whereupon, a recess was then taken at

23            12:17.)

24            THE COURT:  Mr. Nolan.

25            MR. NOLAN:  Good afternoon, Your Honor.

1      Q.   (By Mr. Nolan)  Dr. Arambula, I'm almost finished,

2   a couple more areas very quickly.

3      A.   Okay.

4      Q.   Now, I would like to have you take a look at

5   Plaintiff's Exhibit -- Petitioner's Exhibit 72 that's been

6   premarked.

7           And, again, this is part of the records that

8   you've seen but we just parsed them out so we're not having

9   piles and piles of paper everywhere.

10     A.   Okay.

11     Q.   I hope -- oop, I gave you the wrong one, sorry.

12          Now, Doctor, this is a document from October 18th,

13   2017, that is after Exhibit 51 that was written to the Court

14   in which Mr. Tabler said he wanted to waive his rights to

15   appeal.

16          And in this document, Mr. Tabler files a grievance

17   with the Texas Department of Criminal Justice and he says,

18   "Grieving that they were refusing to allow me to release my

19   property to my lawyers.  This in direct violation of my

20   rights as an inmate that has been handed down a sentence of

21   death.  Everything in my cell here on death row can and will

22   be used by my legal counsel as mitigating evidence --

23               (Whereupon, the reporter asked for a

24               clarification.)

25     Q.   (By Mr. Nolan)  ..."will be used by my legal

1   counsel as mitigating evidence to help save my life from

2   execution."

3          Do you see that towards the top there?

4          Doctor, do you see that?

5   A.    Oh, I thought you were talking to her.

6   Q.    No, I'm sorry.

7   A.    Yes, I see that.

8   Q.    And do you see the last sentence that says,

9   "Anything that I wish to release to my lawyers through the

10  property room at a legal visit therefore becomes legal

11  material that will be used to save my life."

12         Do you see that?

13  A.    I do.

14  Q.    So in this document Mr. Tabler is talking about

15  still trying to save his own life even though at this time

16  he is engaged in an active waiver with the court, which you

17  have found to be -- him to be competent to make.

18         Does this have any impact on your opinion in terms

19  of this flip-flopping and all of those things that he's been

20  going through all of these years?

21  A.    When I read this in my record review, it -- the

22  way I perceived it was that Mr. Tabler was trying to create

23  or present a stance on your behalf that the information that

24  he had was private between you and -- between he and his

25  lawyers who were trying to save his life.

1    I didn't look at the -- at this correspondence

2    that he was trying to, in other words, retract his waiver,

3    his right to waive his appeal but rather I looked at it as

4    evidence that the guard should not violate the privacy

5    between you and him, and that's how I looked at it.

6        Q.   You didn't ask him about this document?

7        A.   I did not specifically ask him about this one.

8        Q.   So you have no idea whether he was trying to

9    retract his waiver or had those things in his head at the

10   time that he wrote this, do you?

11       A.   All I could -- all I could ask him was about his

12   waivers, why did they wax and wane; in other words, why did

13   he take it back, why did he support it, what were his

14   thoughts and feelings.  And, more importantly, was there

15   mental condition or disorder that substantially affected his

16   capacity in waiving his rights to -- in other words, waiving

17   his -- waiving his right to appeal.  And that's how I looked

18   at this.  So, I looked at it as information that co-existed

19   and not necessarily that this detracted from what he

20   reported to me in our face-to-face discussion.

21       Q.   Now, in your reports -- strike that.

22            As we've been discussing this morning, you're

23   relying primarily on what you call his primary diagnosis of

24   personality disorders; is that correct?

25       A.   That was the primary diagnosis.

1      Q.    But you are aware that he's also been diagnosed

2   with Klinefelter's and fetal alcohol spectrum disorder,

3   correct?

4      A.    Yes.

5      Q.    And did you consider those at all?

6      A.    I did, yes.

7      Q.    Well, you almost say nothing about them in your

8   entire report so I'm trying to figure out how you considered

9   those in -- in your report on Page 7, which is the second

10  page from the end.  You start off saying about

11  Klinefelter's, "Records show that Mr. Tabler had

12  Klinefelter's syndrome even though he did not know of the

13  chromosomal existence."

14         Do you see that?

15     A.    I do.

16     Q.    What did you mean by he had Klinefelter's

17  syndrome?  Isn't it a genetic disorder?

18     A.    It is.  So, in other words, he had it since he was

19  born, basically.

20     Q.    But he still has it now, right?

21     A.    Yes.

22     Q.    So you didn't mean that he had Klinefelter's

23  syndrome before but he doesn't have it anymore --

24     A.    No.

25     Q.    I guess that was confusing to me.

1      A.    I guess I should have put has had, that might have

2   clarified it for you.

3      Q.    Thank you.

4            This is a chronic condition, correct?

5      A.    Life long.

6      Q.    Life long, right.

7            And it happens from the time of birth; isn't that

8   correct?

9      A.    Yes.

10     Q.    You don't develop them later.

11           So, you read -- strike that.

12           You're aware of, Doctor, are you not, that people

13  with Klinefelter's disease have six times more -- or are six

14  times more likely to develop ADHD, are you aware of that?

15     A.    Some people can, yes.  I saw that in the report.

16     Q.    And are you also aware that people with

17  Klinefelter's disease are four times more likely to develop

18  bipolar disorder, correct?

19     A.    I saw that in the report, I believe.

20     Q.    Do you know anything about Klinefelter's disease

21  on your own?

22     A.    I've seen it during my training.

23     Q.    During your training?

24     A.    Yes.

25     Q.    And since the time you've been involved in this

1   case did you do any research about it?

2        A.   I wanted to see what its impact was on cognitive

3   functioning so I did a quick refresher.  I think I looked at

4   one of my neuropsychiatry texts.  I think that's about it.

5        Q.   But -- so you are aware that it has an impact on

6   cognitive functioning, correct?

7        A.   It can.  It doesn't always.

8             Generally the cognitive functioning is relatively

9   intact but it really just depends on the individual and the

10  expression of the genes.

11       Q.   Are you saying his cognitive functioning is

12  relatively intact?

13       A.   No, I was talking about Klinefelter's.

14            In other words, some disorders generally bring

15  cognitive dysfunction and some others do not, it just

16  depends.  And so I was referring to Klinefelter's

17  individuals in general.

18       Q.   But in this specific case he does have these

19  cognitive disorders that are typically caused by

20  Klinefelter's; isn't that fair to say?

21       A.   They can be.

22            He also has ADHD and his personality pathology, as

23  severe as it is, can also adversely affect

24  neuropsychological test results.  So, it wasn't solely due

25  to Klinefelter's, it may have, but I didn't look at it as

1    the primary driving force between -- that was behind his

2    cognitive deficits.

3        Q.   Well you said in your report, I believe, that you

4    were unable to determine what effect, if any, Klinefelter's

5    had on him.  Is that what your determination is?

6        A.   Above and beyond the effect that ADHD and

7    personality pathology had on his test results and his

8    academic performance, that's correct.

9        Q.   Did you read Dr. Sprouse's report?

10       A.   I did.

11       Q.   So, now, typically in your field, Doctor, in

12   forensics you rely on other experts who have more

13   specialties -- more specialization in areas than you do; is

14   that fair to say?

15       A.   That's true.

16       Q.   So when you read Dr. Sprouse's report, that doctor

17   has more specialty in this field than you do; is that fair

18   to say?

19       A.   By her description, that's fair to say.  That's

20   what it looked like.

21       Q.   And in reading Dr. Sprouse's reports, Dr. Sprouse

22   was able to determine how Klinefelter's adversely affected

23   Mr. Tabler; isn't that correct?

24       A.   There was some mention of it.  What I generally

25   recall about her report was it was pretty -- a very good

1  description of how Klinefelter's existed in the population

2  and so I really had to look for how it specifically affected

3  Mr. Tabler.

4      Q.   Right.

5           And basically Klinefelter, in her report,

6  indicates this, it talks about predisposition for risk of

7  various things, correct?

8      A.   That was one of the areas her report covered.

9      Q.   Right.  And in fact the predisposition of the risk

10  for those areas are things like neurodevelopmental,

11  neurocognitive, language delays, speech delays, metabolic

12  disorders, neuroanatomical abnormalities, anxiety disorders,

13  panic disorders, ADHD, dysfunction in behavior and emotion

14  regulation and executive dysfunction.  Aren't those the

15  things that Dr. Sprouse talks about that these are the risks

16  for?

17     A.   That can exist in individuals who have

18  Klinefelter's.

19     Q.   And here you certainly have ADHD?  You agree with

20  that, correct?

21     A.   Yes.

22     Q.   You had pre--- pre-diagnosed anxiety disorders

23  here, correct?

24     A.   What does that mean, pre-diagnosed anxiety?

25     Q.   You have anxiety disorders diagnosed in this case,

1   correct, that you've seen?

2        A.   I have seen the diagnoses of anxiety disorder of

3   NOS, for example.

4        Q.   Yes.

5             Now, you also reviewed Dr. Davies' report?

6        A.   Yes, sir.

7        Q.   For the record that's Exhibit 26.

8        A.   In the binder it's 26.

9        Q.   You don't necessarily have to look at them, I just

10  want to ask questions about them.

11       A.   Okay.

12       Q.   Now, in Dr. Davies' report,  -- Dr. Davies is a

13  neuropsychologist, correct?  Is that right, Doctor?

14       A.   I don't recall.  I have on one of these reports

15  that she's a physician, but that may have been a typo.

16       Q.   She is -- I'm sorry, she's a Ph.D.  I'm sorry.

17       A.   Ph.D.

18       Q.   Yes.  I'm sorry.

19            Now, in -- I'm wrong.

20            Just so we're clear on the record, Dr. Davies is

21  an M.D., you are correct.

22       A.   She's a pediatrician, right?

23       Q.   Correct.

24       A.   Okay.

25       Q.   So, in Dr. Davies' report, she recounts what

1    Richard talked to her about.  He says quote, on Page 12, "I

2    have a fucked-up spot in my brain that blows everything out

3    of proportion.  I know there's something wrong with me, I

4    just can't put my finger on it."

5         In your review of materials regarding what

6    Klinefelter's is, is that something that could be consistent

7    with the existence of a genetic disorder that he knew

8    nothing about until recently?

9         A.   Remotely possible as under -- per my analysis.

10   It's still, possibly a factor.  But the overriding one was

11   that, unfortunately, his upbringing and lack of structure

12   that led to the development of some -- that contributed to

13   his personality pathology and then he had ADHD.

14        Q.   So with all of the risk factors involving

15   Klinefelter's, which is a genetic disease from birth, you're

16   saying that that probably had nothing to do with any of his

17   problems?

18        A.   No, I'm saying that it could have but it didn't

19   stick out and negate the other factors which were more

20   likely and causally related to his poor upbringing -- no

21   offense to his home life -- and that's the predominant cause

22   of personality pathology.

23        Q.   Well, and also fetal alcohol spectrum disorder is

24   also something from birth, right?  It's something that

25   doesn't change.  It's a static condition.  Isn't that fair

1    to say?

2        A.   Yes.

3        Q.   And Dr. Davies diagnosed him with alcohol-related

4    neurodevelopmental disorder, also fetal alcohol spectrum

5    disorder; is that correct?

6        A.   Right.

7        Q.   And in that determination, did you have a look

8    at --

9            MR. NOLAN:   I'm sorry, may I have a moment, Your

10   Honor?

11       Q.   (By Mr. Nolan)   If you look at Page 5 of

12   Dr. Davies' report, which is Exhibit 26.

13       A.   Do I have that?

14       Q.   It's in the binders, yeah.

15            Well, let me say this first, do you agree that

16   Mr. Tabler has fetal alcohol spectrum disorder?

17       A.   What I -- what I obtained from the history was

18   that his mother drank during pregnancy.

19            Some of the other features of fetal alcohol -- or

20   fetal disorder/fetal alcohol spectrum disorder, like some of

21   the facial -- unusual facial changes, growth changes, that

22   was not evidenced in his history.

23            And as I understand fetal alcohol disorder and the

24   spectrum disorder, the cognitive dysfunction tends to be

25   more global to where there's the presence of intellectual

1  disability and not patchiness.

2       I mean, anything's possible but that's how I

3  generally recognize this.  And so once again I didn't see

4  that fetal alcohol rose above and beyond the presence of his

5  severe personality pathology, which had a lot do with his

6  academic performance in addition to the presence of ADHD.

7       Q.   But they can co-exist, correct?

8       A.   Yes.

9       Q.   And in this situation do you find that they do

10  co-exist or they don't?

11      A.   I think it could be a contributing factor, but

12  again, it was not anything that I could see that set it

13  apart from his core features of personality pathology and

14  ADHD.

15      Q.   You're aware that fetal alcohol syndrome

16  disorder -- we're not saying fetal alcohol -- we're saying

17  fetal alcohol spectrum disorder is what he has, not fetal

18  alcohol syndrome, there's a difference, right?

19      A.   Right, because he doesn't meet the other features

20  for fetal alcohol disorder.  That's correct.

21      Q.   So you're aware that a small head circumference at

22  birth is one of the indicators of fetal alcohol spectrum

23  disorder; is that correct?

24      A.   That could be, sure.

25      Q.   And in Exhibit 26, Dr. Davies' report, you'll see

1   on Page 5 the indication that birth head circumference 24

2   versus 29 centimeters handwritten, zero percentile, so he is

3   less than one percent in the numbers of head circumference.

4           Isn't that a very strong indication of this -- of

5   him having fetal alcohol spectrum disorder, Doctor?

6       A.   I think that's possible, like I said.  But I was

7   not able to ascertain how it stood out in the forefront

8   compared to the rest of his pathology.  It's possible.

9           But the changes in growth and development that

10  didn't follow him and because he didn't meet criteria for

11  fetal alcohol disorder, which has a set number of criteria,

12  that meant that it was -- that whatever occurred -- no

13  offense to Mr. Tabler -- did not have such a significant

14  influence on him and so the next level over would be fetal

15  alcohol spectrum disorder which means it's not as prominent.

16      Q.   But it still has an impact on someone's

17  development, it has an impact on their neurocognitive

18  development, doesn't it?

19      A.   It could and --

20      Q.   It can and, in fact, it did in his case, right?

21      A.   Well, I was expecting a more global impairment as

22  I'm familiar with fetal-alcohol children and I saw, instead

23  of patchiness, he was really tall which negated the fetal

24  alcohol disorder kids, the spectrum disorder that even some

25  of the adults I've come across in the criminal justice

1  system.

2         So it could have, but I was not able to ascertain

3  how and when it stood at the forefront in comparison to his

4  core feature of personality pathology and the ADHD which

5  emerged during his youth.

6      Q.   So you know that people with Klinefelter's

7  syndrome are tall, right?

8      A.   Yes.

9      Q.   Kind of skinny and lanky?

10     A.   Yes.

11     Q.   So you're discounting fetal alcohol spectrum

12  disorder because he's tall but you won't acknowledge that

13  Klinefelter's syndrome had any impact on him either; is that

14  correct?

15     A.   That -- so either one could have but neither stood

16  out in the forefront compared to his core features of

17  personality pathology and the ADHD which emerged during his

18  youth.

19             MR. NOLAN:   Can I have one moment, Your Honor?

20             THE COURT:   Sure.

21             MR. NOLAN:   Your Honor, I have no other questions

22  at this time.

23             THE COURT:   Ms. Patton, do you have any questions?

24             MS. PATTON:   No, Your Honor.

25             THE COURT:   Okay.

1    Dr. Arambula I do have a couple of follow-up areas

2 that I would like to address in light of your testimony in

3 response to Mr. Nolan's questioning.

```
              ============
                EXAMINATION
              ============
```

6 BY THE COURT:

7    Q.   I think, for my purposes, I take Mr. Nolan's line

8 of argument to imply that someone with the constellation of

9 psychological issues, problems, history that the petitioner

10 in this case has, that someone with that profile, by virtue

11 of that profile, is rendered sort of in a de facto sense

12 incapable of exercising competent judgment in making

13 important decisions.

14    So I want you to address that for me, and that is

15 if you posit most if not all of the things that Mr. Tabler's

16 lawyers are describing with regard to his history and his

17 deficits, that notwithstanding that, are individuals still

18 able to exercise in a particular moment proper judgment and

19 informed judgment to make important decisions in their

20 lives?

21    Do you get the gist of my question?

22    A.   Yes, I believe so.

23    So, let me address the different areas, the

24 different conditions that he has.  With regards to

25 Klinefelter's, what I recall from my training, is that the

1  cognitive dysfunction could be there or it could not be

2  there.  It really just depends.  Generally individuals just

3  don't have problems cognitively but that doesn't mean it's

4  across all -- everyone.

5          So, it's -- it's there.  Okay?  I can't refute it.

6  It is there.  I don't want to refute it.

7          When I saw him initially and I had seen the record

8  it was like, Oh, he has Klinefelter's, but I already knew

9  that.  Okay?

10          With regard to fetal alcohol children, remember

11  fetal alcohol disorder has more significant -- it's more

12  substantial in its presence than the fetal alcohol spectrum

13  disorder.  That means that -- spectrum disorder means that

14  some of the symptoms might be there but some are missing and

15  so, the presence of that injury is not as substantial as it

16  could be with fetal alcohol.

17          With fetal alcohol children, disorders, children,

18  their cognitive dysfunction tends to be more global because

19  of the alcohol effects on the growing brain.  So what I

20  didn't see in Mr. Tabler's neuro-psych testing was a global

21  decline.  It was patchy.  In some areas I didn't expect him

22  to do so well and he did great and some areas he didn't do

23  so great.

24          And, so, I looked at those and it depends on how

25  severe the cognitive dysfunction is, which is the bottom

1   line, and that ultimately could affect decision making to a

2   substantial degree or maybe significant but not substantial.

3   It just depends on the individual.

4          Now, let me add that ADHD affects cognitive

5   dysfunction, persistence, flexibility, making harsh

6   decisions, those kind of things, attention span.  And

7   personality pathology, particularly when it's more serious

8   like borderline personality, for example, that can adversely

9   affect neuro-psych test results.

10         So I have -- Klinefelter's wouldn't explain how

11  wild he was -- and I'm using his own words.  No offense to

12  Mr. Tabler -- when he was growing up.  Fetal alcohol might

13  but given where he came from, the lack of supervision, the

14  neglect that was there -- I'm not criticizing I'm just

15  looking at this factually.

16         He didn't have a lot of structure growing up, so

17  when he went outside of his home, he didn't have that

18  structure and that internalization to take with him into --

19  into -- into public, and so he behaved recklessly.  He

20  didn't have good control of his emotions and when he was

21  angry and upset, he was way out of control.

22         And so, that course of being so volatile and at

23  times very antisocial is what was front and center stage as

24  opposed to Klinefelter's and fetal alcohol spectrum which

25  could be there but it was more those two.

1           And so, again, to answer your question, it depends
2   on the individual.  I would expect fetal alcohol disorder to
3   maybe be more significant in its impact on cognitive
4   function and decision making but it depends on the case.
5           Fetal alcohol spectrum disorder, it could be, but
6   maybe not so much, but again, depends on the case.
7   Klinefelter's I wouldn't expect it to, but, again, it
8   depends on the case.
9       Q.   Does that hold true with the remainder of his --
10  the existing diagnoses that he has with regard to
11  psychological behavioral issues?
12          And that question -- does that question pertain in
13  that someone could have those diagnoses, have that history,
14  and would having those diagnoses categorically prevent them
15  from being, at a particular time, prevent them from
16  exercising sufficient judgment to be competent and to make
17  important decisions in their lives?  And let --
18      A.   So, first of all, it would be unlikely to but in
19  Mr. Tabler's circumstance, because he has serious borderline
20  pathology and his emotions can be out of control -- let's
21  say that he has some cognitive impairment associated with
22  fetal alcohol spectrum disorder and his emotions are way out
23  of control.  His emotions are already going to affect his
24  thinking and then that's going to overcome the limits of his
25  cognitive deficits due to fetal alcohol spectrum disorder,

1  so it's not by itself, it's the two hand in hand.

2         Like I said, I -- I'm not going to say that fetal

3  alcohol spectrum disorder does not exist, I couldn't

4  determine how it stood out compared to any of the others.

5  But his personality pathology -- and I'm not the only one,

6  he's seen thirty or forty doctors, at least.  Personality

7  pathology is in everything and that's the issue that I

8  looked at and tried to assess how it waxed and waned and

9  when it deteriorated, how did that affect his decision

10  making.

11         The last few years he's been pretty stable and he

12  told me that before that when he initially wanted to waive

13  his appeals, he was still up and down, and I believe that's

14  why you got these back and forth dissemblance.

15         But I was looking at it more contemporaneously and

16  I didn't find a mental condition or disease that

17  substantially affected his capacity.

18     Q.   So following up on that, in reviewing previous

19  opportunities he's had to address his desire to waive his

20  appeals, I've read very carefully the record and I've had

21  now two opportunities to visit with him face -- well, one

22  opportunity face to face, one on the phone where he was

23  consistent and explicit about his wishes.

24         And from a layperson's perspective, not a mental

25  health professional, he appears to me to be convincing that

1  he knows what he's doing, that he has the sufficient

2  capacity to reflect on the consequences, that he has

3  reflected on the consequences.  He's articulate in relating

4  over time that he understands why other people wouldn't make

5  that choice for him but has articulated what I consider to

6  be rational reasons for making that decision.

7           Is there anything, in listening to that and in

8  reading those records, that as a nonmental health

9  professional I'm missing?  In other words, he sounds to me

10  like he knows what he's doing.  Sitting here as a

11  psychiatrist and having had the opportunity to look at his

12  record and to visit with him in a clinical context, is there

13  the possibility that I would be missing anything in my lay

14  assessment of what I have just observed?

15      A.    Essentially, no.  But I will have an asterisk.  It

16  depends on what he's like at the time because his

17  personality can go up and down.  He could be pretty stable

18  and then very unstable in five minutes.  And so overall he

19  would be unstable.  But when somebody is pretty stable over

20  a prolonged period of time that infers that the severity of

21  their overall personality pathology has -- it has dissipated

22  to some degree.

23           He still has it.  It's not going to ever go away

24  but has it risen to the level where he can't control his

25  mood, his mood affects his thinking, sometimes he hears

1    voices, which he has in the past, he's paranoid, which he

2    has in the past, that's what I'm looking for in affecting

3    his knowledge and his understanding and appreciation of the

4    circumstances and the choices that he's making.

5              THE COURT:  Okay, thank you very much.

6              Mr. Nolan, any follow-up?

7              MR. NOLAN:  No, Your Honor.

8              THE COURT:  Okay, thank you.

9              Any further questions of this witness from anyone?

10             May this witness be excused?

11             MR. NOLAN:  That's fine.

12             MS. PATTON:  No objection, Your Honor.

13             THE COURT:  Dr. Arambula, thank you very much.

14             All right, Mr. Nolan, do you have any witnesses

15   that you would like to present?

16             MR. NOLAN:  We do, Your Honor.

17             First, I would like to move in some exhibits that

18   I moved to introduce by Dr. Arambula.  65, 66, 67, 68, 69,

19   70, 71 and 72.

20             (Whereupon, Petitioner's Exhibit Nos.

21             65-72 was offered.)

22             THE COURT:  Any objection, Ms. Patton?

23             MS. PATTON:  None for the purposes of this

24   hearing.

25             THE COURT:  Without objection, and with such

1    limitation, those are admitted.

2              (Whereupon, Petitioner's Exhibit No.

3              65-72 was received in evidence.)

4              MR. NOLAN:  Thank you, Your Honor.

5              We'll call Dr. Richard Dudley to the stand.

6              THE COURT:  Dr. Dudley, if you would come forward,

7    sir.

8              Good afternoon, sir.  Would you please raise your

9    right hand to be sworn.

10                       RICHARD G. DUDLEY,

11   was called as a witness and, having been first duly sworn,

12   testified as follows:

13             THE WITNESS:  Yes.

14             THE COURT:  Please be seated.

15                    ==================
                      DIRECT EXAMINATION
16                    ==================

17   BY MR. NOLAN:

18        Q.   Good afternoon,  Dr. Dudley.

19        A.   Good afternoon.

20        Q.   What's your profession?

21        A.   I'm a physician with a specialty in psychiatry.

22        Q.   And do you do forensic work?

23        A.   Yes, I do.

24        Q.   I would ask to show what's been premarked

25   Exhibit 73, which is Dr. Dudley's CV.

1    Dr. Dudley, is that a recent copy of your

2  curriculum vitae?

3    A.   Yes.

4    Q.   And is it accurate?

5    A.   Yes.

6    MR. NOLAN:   Your Honor, I guess I would ask to

7  move that in.  I can go through qualifications if you would

8  like with Dr. Dudley just a little.

9    (Whereupon, Petitioner's Exhibit No. 73

10    was offered.)

11    THE COURT:   I reviewed his qualifications and

12  unless, Ms. Patton, you have any objection --

13    MS. PATTON:   No, Your Honor, we have no objection.

14    THE COURT:   I'll take judicial notice of all of

15  this.  Thank you.

16    (Whereupon, Petitioner's Exhibit No. 73

17    was received in evidence.)

18    MR. NOLAN:   Thank you, Judge.

19    Q.   (By Mr. Nolan)  Now, Dr. Dudley, you were retained

20  in this case by whom?

21    A.   By your office.

22    Q.   Okay.  And what were you asked to do?

23    A.   I was asked to perform an evaluation of

24  Mr. Tabler.

25    Q.   And did you do a clinical interview with

1    Mr. Tabler?

2         A.   I did a clinical interview.  I reviewed numerous

3    records and documents, information gathered from others who

4    had known him, so a range of information including the

5    clinical interview.

6         Q.   And, did you -- so you reviewed collateral data?

7         A.   Yes, I did.

8         Q.   And so when I ask you -- were there a couple of

9    items that you received since you did your report?

10        A.   Yes, and I also saw them again since I did my

11   report.

12        Q.   Let's go over the items first.  Did you review the

13   report of Dr. Arambula?

14        A.   Yes.

15        Q.   And you just watched his testimony; is that

16   correct?

17        A.   Yes, I did.

18        Q.   Did you also review the report of Dr. Curry that

19   you had not previously had?

20        A.   That's correct.

21        Q.   And when did you see Mr. Tabler again?

22        A.   In -- can I check?

23        Q.   Yeah, yeah.  I'm sorry.

24        A.   In April of 2017.

25        Q.   And the first time you saw him was back in 2015?

1    A.    That's correct.

2    Q.    And your report -- your report is dated

3 September 4th, 2015?

4    A.    That's correct.

5         MR. NOLAN:  All right.  And, for the record,

6 that's Exhibit 23 in our composite exhibit list, Your Honor.

7         THE COURT:  Thank you.

8    Q.    (By Mr. Nolan)  So I'm going to ask you about your

9 opinions.  Can I just ask that all opinions that you give be

10 to a reasonable degree of medical and psychiatric certainty?

11    A.    Yes.

12         MR. NOLAN:  Your Honor, based on the review of the

13 resumé and Dr. Dudley's qualifications we would ask that he

14 be accepted as an expert in psychiatry.

15         THE COURT:  Okay, without objection?

16         MS. PATTON:  No objection, Your Honor.

17    Q.    (By Mr. Nolan)  So, Dr. Dudley, when we first

18 retained you, we had asked you to do kind of a mental health

19 mitigation type workup and -- but did we also ask you to

20 comment on something else?  And you can refer to Page 10 of

21 your report if you need to.

22    A.    Yes.

23    Q.    What else did we ask you to comment on?

24    A.    Well, there had been the history of waiver and so

25 there was a question of were there mental-health issues that

1    were related to the issue of waiver and then retraction of

2    the waiver.

3        Q.   Okay.  And so in terms of competency, like pure

4    competency, it's clear you haven't seen Mr. Tabler since

5    April of 2017, so can you -- can you opine on his competency

6    today to execute a waiver of his appeals?

7        A.   Well, the mental-health issues that were

8    identified, number one, are chronic in nature; and, number

9    two, seem to have been relevant when you look at the pattern

10   of the history.

11            And so that -- and also other information that was

12   available around the time of this most recent waiver would

13   add up to suggest that we're really looking at a

14   continuation of the same pattern that he exhibited in the

15   past.

16       Q.   Can you assess whether --

17            THE COURT:  I'm sorry, could I get you to clarify?

18   Could you re-ask that question.

19            MR. NOLAN:  Re-ask the question?

20            THE COURT:  Yes.  I didn't get a clear answer.

21       Q.   (By Mr. Nolan)  Okay.  So, Dr. Dudley, my question

22   was about competency in and of itself rather than

23   voluntariness, which we're heading towards.

24            In respect to competency in and of itself, can

25   you -- can you comment on whether or not he is competent

1  today in terms of his ability to waive his appellate rights

2  at this point?

3      A.   I'm sorry, so what I thought I said was that it --

4  whatever -- the conditions that he has are chronic

5  conditions that he's always had so I don't see any change

6  with regard to the issue of, you know, with regard to his

7  competency in the past versus today.  That seems to be

8  consistent.

9          THE COURT:  Well, hold on.  He's been found to be

10  competent before.

11          THE WITNESS:  Correct.

12          THE COURT:  So you say, yes, he is.

13          THE WITNESS:  I don't see any change.

14          THE COURT:  So the answer is yes?

15          THE WITNESS:  Yes.

16          THE COURT:  Okay.  Great.

17          MR. NOLAN:  I'm sorry.

18          THE COURT:  Not at all.

19      Q.   (By Mr. Nolan)  So let's switch gears and talk

20  about voluntariness.

21          So, you've seen him several times and reviewed a

22  lot of documents.  There are some diagnoses that we're going

23  to go into briefly in a moment, but can you make an

24  assessment about whether or not the combination of the

25  disorders that you have found in Mr. Tabler impact his

1  capacity to voluntarily make a voluntary decision to waive

2  his appeals?

3      A.   Yes.

4      Q.   And what's your opinion?

5      A.   My opinion is that it's the issue of the

6  voluntariness that is affected by his psychiatric disorders.

7      Q.   So let's talk a little bit about the disorders

8  that you found.  Let's start with Klinefelter's, if we

9  could.  Can you just briefly describe what Klinefelter's is?

10     A.   Klinefelter's is a chromosomal abnormality.  It's

11 a 2XY chromosomal abnormality that carries with it, as

12 you've already discussed, the risk of a variety of

13 psychiatric and neuropsychiatric difficulties.

14          What I think is most -- most impressive as it

15 relates to Mr. Tabler is the -- not only the risk of the

16 neuro-cognitive difficulties but the kind of anxiety that

17 is -- tends to be associated with the disorder and the --

18 compared to the level of anxiety that he has described as

19 existing since he was a child.  That is really not

20 explainable by his other characterological, other

21 psychiatric difficulties.

22     Q.   Is there a significance regarding Klinefelter's to

23 not being treated for it?

24     A.   The significance -- well, two things -- I mean, it

25 doesn't go away; and then if you're not being treated for it

1   then over time you have the appearance of these other

2   psychiatric and neuropsychiatric difficulties.  So, in other

3   words, the earlier you would have intervened the more likely

4   you are to avoid having the development of these other

5   difficulties.

6       Q.   So are you aware that Mr. Tabler asked in the

7   prison for treatment for Klinefelter's?

8       A.   Yes, I am.

9            MR. NOLAN:  I was going to ask that you review

10  this so I can move it into the record.  This is Exhibit 74.

11           (Whereupon, Petitioner's Exhibit No. 74

12           was offered.)

13           THE COURT:  Thank you.

14           Any objection?  Any objection to 74, Ms. Patton?

15           MS. PATTON:  No, Your Honor.  I'm sorry.

16           THE COURT:  Not at all.  Without objection, so

17  admitted for the purposes of this hearing.

18           (Whereupon, Petitioner's Exhibit No. 74

19           was received in evidence.)

20      Q.   (By Mr. Nolan)  So, Dr. Dudley, you see that that

21  is a request from Mr. Tabler dated 8-3-2017?

22      A.   Yes.

23      Q.   Requesting treatment for Klinefelter's?

24      A.   Yes.

25      Q.   And the prison states usually people that are

1  prepubescent are treated.  Once adulthood is reached, there

2  is no treatment.  Is that accurate?

3      A.   No.

4      Q.   Are you also aware that this was one month before

5  he sent a letter to the court to waive his appeals?

6      A.   Yes.

7      Q.   Is there a significance of that in any -- in your

8  mind at all?

9      A.   Well, only that it's part of what was going on

10  with him at the time.

11      Q.   Now, there's been discussion about borderline

12  personality disorder and I think you have found that

13  Mr. Tabler has borderline personality disorder.  Would you

14  agree with that?

15      A.   Yes.

16      Q.   What is the impact of borderline personality

17  disorder on his capacity to voluntarily -- make a voluntary

18  decision to waive his appeals?

19      A.   Well, the disorder is characterized by instability

20  in multiple important kind of areas of functioning, and so

21  one of those is the person's capacity to attach and connect

22  with people, so there's instability there.  They have a very

23  rapid, all-consuming attachment with somebody who is

24  wonderful and idealizable, and then sometimes they'll run

25  away from a relationship because of fear of loss of a

 1    relationship, so this kind of instability in relationships

 2    is a hallmark of borderline personality disorder.

 3           Similarly there's instability around one's own

 4    sense of self, self-worth, of self-value, so that people may

 5    range one moment from seeming very kind of narcissistic and

 6    grandiose to the next moment they're feeling empty and

 7    worthless.

 8           There's instability with regard to mood, and so

 9    the ability to regulate one's mood or the mood reactivity --

10    that intense mood reactivity to situations they find

11    themselves in, all of this contributes to this kind of

12    instability and difficulty regulating mood.

13           And then, in the -- there's also impulsivity with

14    regard to kind of decision making, not thinking things

15    through, acting impulsively.  And of course under stress

16    people with borderline personality disorder can have other

17    difficulties.  They can have kind of transient psychotic

18    episodes.  They can have dissociative episodes.  But that

19    broad-base instability in those multiple important areas of

20    functioning is the hallmark of this personality disorder.

21    Q.    Okay.  So you heard Dr. Arambula.  His testimony

22    was -- he was really focusing pretty heavily on personality

23    disorders to the exclusion of other things.  So I would like

24    you to talk about some of the other things that are in this

25    case, other things that you have found.

1          And, you know, on your report, in your report you

2     talk about some of these things.  You talk about impaired

3     executive functioning as one of these other things.  Talk

4     about how that fits into this constellation of things.

5          A.   Well, while it's true that people with severe

6     personality disorders, you know, that severe personality

7     disorder can have an impact on neuro-psych testing.  But the

8     level of cognitive and intellectual impairment that the

9     testing revealed here is not that.  That's not the kind of

10    thing that we see simply based on the personality disorder.

11    So clearly there's something else that resulted in such --

12    such significant difficulties as evidenced by the

13    neuro-psych test.

14          And so there -- in this case, you know, kind of

15    multiple things that can contribute to that, one, we know

16    that these neuro-cognitive difficulties are associated with

17    fetal alcohol spectrum disorder.  We know they're associated

18    with Klinefelter's.  We also know that he has a history of

19    head injuries.  So, you know, any one of those or a

20    combination of those factors are more likely explanations

21    for the kind of level of difficulties that were revealed

22    through neuro-psych testing which are substantial.

23          The -- so the issue is that that becomes another

24    factor, and I think what's most compelling is the -- how

25    compromised his ability to problem solve and work things

1  through really are, as -- you know, as a result of these

2  neuropsychological difficulties.

3      Q.   Okay.  And when you take those neuropsychological

4  difficulties in combination with the borderline and the mood

5  disorders that you've diagnosed, you know, what -- what

6  happens when -- when someone like Mr. Tabler is overwhelmed

7  by circumstances?

8      A.   Well, I think, you know, what happens is what you

9  heard today, right, that I think when you -- when you look

10 back over the pattern it's not -- what jumps at you is not

11 suicidality that is related to these periodic decisions to

12 waive.  What jumps out at you is being overwhelmed by what

13 he's feeling, whether it's anxiety, whether it's fear,

14 whether it's loss, whether it's another sense of abandonment

15 or whatever that grows out of these -- this combination of

16 psychiatric or neuro-psychiatric problems juxtaposed against

17 the situation that he finds himself in.

18          And this sense of being overwhelmed by it, feeling

19 like you're going to explode, feeling like you're going to

20 act out; and then the response is, How do I get myself out

21 of this.

22      Q.   Okay.  So, you started to talk about this a few

23 minutes ago and I asked that very inartful question a couple

24 minutes ago.  But you talked about the chronic nature of his

25 disorders and difficulties.  Can you talk a little bit about

1    that in some specifics like . . .

2        A.   Well, the -- the -- the impact of -- he's born

3    with two disorders, right, the Klinefelter's syndrome and

4    the fetal alcohol spectrum disorder, and neither one of

5    those go away.  And so their impact on his ability to

6    function is persistent.  They're not episodic disorders.

7    They have kind of a constant impact on his ability to

8    function so they're at play all the time.

9           Then we have the characterological, the borderline

10   personality disorder that developed, you know, by definition

11   a personality disorder is a kind of a fixed way of

12   functioning, so that's set.  It's always operative, it's

13   always there.  The -- and it's impacting on him all the

14   time.

15          One thing we haven't mentioned yet is that there's

16   a very significant trauma history here where he was

17   repeatedly exposed to violent traumatic experiences in the

18   absence of any sort of parental assistance and managing

19   those traumas.  We know that kids have a certain amount of

20   resiliency, but, you know, such repeated exposure to trauma

21   would be difficult to not be affected by and certainly

22   impossible to manage in the absence of parental assistance

23   and managing traumatic events.

24          In other words, kids aren't born with the capacity

25   to know how to manage that sort of stuff, it's -- it's that

1   parents intervene, help calm them down, help protect them,

2   help make them think things are going to be okay.  Through

3   that process they eventually learn.

4            In the absence of that, then the -- the response

5   to being frightened, the response to being in those sort of

6   violent traumatic experiences becomes the child's persistent

7   response, so they become hypervigilant, they become worried

8   that things are going to happen to them, they overreact to

9   things that are threatening to them, they never learn to

10  calm themselves down.

11           So that's -- that's in play as well.

12           And so, the point I'm trying to make is that he

13  has a variety of difficulties that impact on his cognitive

14  and intellectual capacities.  He has a variety of things

15  that cause him to be more anxious, more hyper, more fearful.

16  And then he has these things like the characterological

17  difficulties that were discussed earlier that make him

18  particularly vulnerable to certain sorts of psychosocial

19  stressors.

20           And you put him in an environment that is

21  basically defined by the types of psychosocial stressors

22  that he's most vulnerable to, the -- the losses, the

23  attachment issues, the -- you know, watching, you know, your

24  friends die, you know, or, you know, and those sorts of

25  things which he's particularly vulnerable to; the isolation,

1    you know, being left alone, not having contact.

2            And the -- he describes, as he's described today,

3    that those sorts of things are overwhelming to him and that

4    he can't take it and when he can't take it there's a variety

5    of things that he's done over the course of his life to try

6    to calm that down.

7        Q.   So when you -- when you say today you're talking

8    about when Mr. Tabler was speaking?

9        A.   Yeah, during the colloquy.

10       Q.   And so, how does he -- how does Mr. Tabler deal

11   with these situations where these constellation of disorders

12   interacting with his situation make him overwhelmed?  How

13   does he deal with that?

14       A.   I mean, historically he's dealt with it in a

15   variety of ways, certainly one way is to escape, you know,

16   to get out of here.  And the -- and he describes different

17   things that he's done over time in a manner that's

18   consistent with that, so say when he was younger and was

19   doing a lot of the cutting behavior, the cutting behavior

20   was not really so much about suicide at all, it was about

21   that was a way to release a lot of this.

22           And he talks about how, you know, when he would

23   cut himself, just seeing himself bleed, feeling it was a way

24   of calming himself down from otherwise feeling so

25   overwhelmed.

1        And I think when you look at this pattern as it
2  relates to the waivers it's the same sort of thing, I can't
3  take this, I'm going to explode, I'm going to do something.
4  How do I extricate myself from this?  And under this current
5  circumstances, you know, this is his option to waiver out.
6        Q.   So, in other words, you're saying that when he
7  gets overwhelmed and he takes those things with the
8  constellation of disorders, one of the ways he deals with
9  this is by waiving his rights?
10       A.   Correct.
11       Q.   Now, you heard Dr. Arambula say that Mr. Tabler
12  doesn't have symptomatology of his personality disorder so
13  he's not -- so he's -- so he -- and he's not acting out on
14  his threats and things like that.  Did you hear that
15  testimony this morning?
16       A.   Yes, I did.
17       Q.   And did you agree with that testimony?
18       A.   No.
19       Q.   Why not?
20       A.   Well, I mean I think there's a couple of things.
21  One is that I don't -- I don't feel that there's a history
22  that his acting out is defined by a suicide attempt which
23  would seem to be running through the thread of the
24  presentation this morning, that when he's -- that his
25  waivers or his difficulties are related to when he's

1  suicidal and he's self-destructive in that sort of way.

2  That's not what I saw as a pattern of behavior.

3         What I saw was the pattern of behavior is that I'm

4  going to explode in some sort of way when I can't take it

5  anymore, and then if he finds some way to calm himself down,

6  if he finds some way -- you know, whether it was through

7  cutting or whatever -- if he finds some way to retreat and

8  escape from that, he's going to be okay.

9         But there's a fear that he -- he always -- he

10  carries this fear that he describes very clearly that he

11  won't be able to do that and that he would explode.

12         The -- the -- what I attempted to describe is that

13  the waiver puts an end to it, and that's the -- you know,

14  that's the ultimate escape from the conditions that he's

15  facing.

16    Q.  So, you've reviewed a lot of records and things

17  that are up on the table there.  Is there a -- is there a

18  psychiatric significance to you regarding Mr. Tabler's kind

19  of flip flopping, going back and forth roughly ten times,

20  waiving and taking it back, waiving and taking it back?

21    A.  The -- the significance is I think that -- let's

22  see if I can explain this.

23         The -- the characterological difficulties, for

24  example, are part of what makes him particularly vulnerable

25  to his circumstance.  So, say for example this most recent

1   time, the -- I don't think it's at all surprising that this
2   waiver has come after the execution of somebody who he was
3   particularly close to.  The kind of instant real intense
4   connection with someone is very characteristic of the
5   characterological difficulties that really both of us have
6   been talking about all day.

7           The -- in this case, there was a reciprocal
8   attachment, you know, that was going on.  I mean, he was
9   getting -- this other inmate who was executed was somebody
10  who was responsive and obviously had an attachment to him as
11  well.

12          When I met with him in April, which was a matter
13  of a couple of months before the execution, he was already
14  talking about how difficult this execution was going to be
15  for him, he even compared it to all the other people that he
16  had seen executed while he's being housed there in the
17  death-watch area.  So, it was even anticipating that this
18  was going to be a particularly difficult time for him.

19          The -- and so this is in the context of somebody
20  who suffers from discharacterlogical difficulty in the
21  context of someone who has been historically isolative and
22  abandoned and rejected in the context of being housed in
23  virtual isolation with these kind of limited access to
24  relationships, not having been able to see his family for
25  all of these years and then you have this loss provokes,

1  because of this constellation of difficulties that he has of

2  this particular vulnerability in this particular setting,

3  really is overwhelming difficulties for him that just become

4  unbearable.

5       Q.   So let's talk about the situation with his family

6  and you're aware of that, that he hasn't seen his mother in

7  eleven years and you heard him say that in court today.

8            Can you comment from a psychiatric perspective on

9  what you watched today when Richard was talking to the Court

10  about that, about his mother?

11      A.   Well, I think that -- I mean, number one, you

12  know, again in the context of the psychiatric difficulties

13  that we're talking about, and in the context of that history

14  of their relatedness that was alluded to, you know, by -- in

15  the earlier testimony in the context of listening to him

16  describe when I saw him, the sense of abandonment and how

17  devastated he was when his mother left and wouldn't take him

18  with her and pushed him away.

19           The -- so, in the context of all of that, you

20  know, what you heard -- what we heard today was kind of the

21  classic as it relates to the characterological difficulties

22  that we were describing, you know, that to -- you know, in

23  this sort of environment, challenge her to make this

24  decision for me, stand up in court, tell me that you know I

25  shouldn't go through with this, which is kind of, you know,

1    proving that you really do care about me is just a classic

2    example of what we're talking about and it's that level of

3    difficulty that becomes so overwhelming to him.

4        Q.   Now, so, Dr. Dudley, when you consider the

5    combination of these disorders -- we've been using the word

6    constellation -- and you combine these with the conditions

7    of confinement and the repeated loss and the lack of family

8    contact, do you have an opinion about whether, while under

9    these conditions, Mr. Tabler is capable of making a

10   voluntary decision to forego his appeals?

11       A.   Yes, I do.

12       Q.   And what is your opinion?

13       A.   That he is not.

14       Q.   And why is that?

15       A.   It's my opinion that the -- that his ability to

16   manage his anxiety, to manage his mood, to really in some

17   real way that we think of as adult consideration of

18   consequences is, under ordinary circumstances, difficult for

19   him to do.  Under the current -- under the conditions that

20   he finds himself in now, which obviously would be enormously

21   stressful for anybody, that that just intensifies all of the

22   underlying difficulties that he has.

23            And that -- that many of those conditions actually

24   feed into and exacerbate the difficulties that he has and

25   that -- that anxiety, that depressive reaction, that sense

1   of loss, I mean all of those feelings that become so

2   overwhelming to him are such that they really drive his

3   decisions.

4        Q.   Okay.

5             MR. NOLAN:   May I have one moment, Judge?

6             THE COURT:   Yes.

7        Q.   (By Mr. Nolan)  Dr. Dudley, one thing I did

8   forget.

9             You heard Dr. Arambula this morning was talking

10  about some diagnoses of NOS, not otherwise specified.  Can

11  you explain what that means?

12       A.   The DSM, all of them but including this most

13  recent one, the 5th one, divides the psychiatric disorders

14  into broad categories so, for example, anxiety disorders or

15  psychotic disorders.  And under each of those broad

16  categories are the specific recognized disorders.  And then

17  at the end of there, there's a category that -- so say under

18  psychotic disorders you'll have delusional disorders,

19  schizophrenia, the different specific disorders, then there

20  will be psychotic disorder not otherwise specified.

21            What that means is that it allows for a variety of

22  things.  It allows for a typical presentation where -- which

23  we know exist with all of the psychiatric disorders, it

24  allows for the fact that you don't quite have enough

25  information, you know, to select one of the specific

1  psychiatric disorders, it allows for a situation where

2  you're seeing, you know, because they're the same category,

3  someone who has symptoms of more than one disorder within

4  that same category.

5           So, it means -- "not otherwise specified" means

6  it's not -- it's a psychotic disorder but not one of the

7  specific ones that are listed like schizophrenia or

8  delusional disorder.  It could be for any of those reasons.

9  One is that you're in the process of your evaluation, you

10  know there's enough -- that it's a psychotic disorder but

11  you need some more information to decide which one it is, or

12  it's an atypical presentation or the person has symptoms of

13  more than one in that category, it can be mean a variety of

14  things that the NOS, not otherwise specified, stands for.

15      Q.    But does that mean that the disorder doesn't

16  exist?

17      A.    No, and it doesn't mean that the person isn't

18  impaired, doesn't mean that the person isn't suffering.

19  The -- I mean, when -- when you think about what are the

20  diagnostic criteria, you know, the diagnostic criteria are a

21  combination of things.  The diagnostic criteria include

22  symptoms, you know, you have to have this particular

23  symptom, you have to hear a voice, you have to do this, it

24  includes time criteria, you know, you have to have it for

25  this long of a period of time or it has to occur in recuring

1    episodes.

2          It may include sub -- this can't be due to a

3    substance, it can't be due to some other sort of medical

4    condition, so in the process of doing an evaluation, for

5    example, you may say we need some more information to

6    determine whether this is substance induced or not, or we

7    need to have some period of time when the person isn't on

8    substances to see whether the symptoms go away to determine

9    whether it's substance induced or not.

10          So during that period of time you're using the NOS

11   because you don't know whether you want to put it in the

12   category of substance induced or not substance induced until

13   you resolve that, so that's an example of what you might use

14   NOS for.

15          It's not a statement about the person has less

16   symptoms or has less suffering occurring, it's that you're

17   trying to make sure that you've fully assessed for all the

18   diagnostic criteria before you pin it down to this specific

19   disorder.

20          MR. NOLAN:  Okay, thank you.

21          THE WITNESS:  Is that --

22          MR. NOLAN:  Yeah, thank you, that was good.

23          That's all we have, Your Honor.

24          THE COURT:  Thank you.

25          Any questions?

1          MS. PATTON:  No questions, Your Honor.

2          THE COURT:  Dr. Dudley.

3                    ==================
                       EXAMINATION
4                    ==================

5     BY THE COURT:

6     Q.   So by way of background, before I ask questions,

7     let me just say that there were many things in your report

8     that were helpful and interesting to me and so now that I'm

9     going to launch into some challenging questions, I don't

10    want to leave unsaid that there were things that were very

11    helpful in your report, but let me ask you these things.

12              First of all, did anything -- did you learn

13    anything from the time you delivered this report to today

14    that significantly changed your opinion on any of the

15    matters we've been discussing today?

16    A.   I mean, I didn't learn anything that changed my

17    opinion.

18    Q.   Okay.

19    A.   Some things happened that helped to confirm my

20    opinion but not to change it.

21    Q.   Okay.  Okay.  So, you understand that the question

22    before me today with regard to Mr. Tabler's current request

23    is to determine whether or not he is making a knowing and

24    voluntary waiver of the proceedings that are pending in my

25    court.  You understand that?

1      A.   I understand that.

2      Q.   And you understand that that's a binary question,

3  right?  It's a yes or no?

4      A.   Yes.

5      Q.   And what I kept looking for in your report was a

6  yes-or-no answer because you indicate in your report that

7  you were asked to render an opinion as to whether or not

8  he -- whether or not he -- you believed his waiver was

9  knowing and voluntary, and until -- today was the first time

10  that I actually heard you render an opinion.

11          Can you point to anyplace in your opinion --

12  excuse me -- in your report where you deliver that opinion?

13      A.   Well, at the time that I wrote the report there

14  wasn't a request for a waiver.  I was asked to comment on

15  the issues that contribute to that.  Subsequent to writing

16  my report then there was a waiver and so I -- I -- in my

17  report I wasn't really talking about -- there wasn't a

18  waiver on the table but I was talking about the kinds of

19  issues that I felt had come up historically that needed to

20  be considered when considering this issue.

21      Q.   So this was -- sorry, go ahead.

22      A.   So the waiver came subsequently -- actually the

23  waiver came subsequent to that.

24      Q.   So this was more of a general psychiatric

25  evaluation?

140

1        A.    Right.

2        Q.    So, then, what's remarkable to me about that is

3   that every time you discuss -- sort of the language is that

4   he has impairments that directly relate to an ability to

5   plead and waive rights.

6        A.    Correct.

7        Q.    So you do talk about waiver there, substantially

8   impair his ability to understand the decisions he's faced

9   with.

10            Those sorts of -- the use of that sort of

11  language, the issues that undermine his capacity to make a

12  knowing, intelligent and voluntary decision and when he

13  announced his desire to give up his state habeas litigation

14  so there you were talking about past waivers.

15            So every time you talk about your doubts as to

16  whether or not he possesses the capacity or the

17  complications with it or the ways that it's been

18  compromised, you're also talking about whether or not he has

19  capacity, right?  I mean, every time I see it, it's both

20  capacity and whether it's voluntary and you seem to concede

21  today that you -- your opinion about capacity is that he

22  does have capacity but your opinion about voluntariness

23  is -- goes the other direction.

24            Can you sort of flesh out why the difference in --

25  since every time you talk about them and express your doubts

1    and all the reasons that you give seem to apply to both, so

2    I'm wondering where's the divergence and why you're now

3    satisfied that it's knowing and not voluntary?

4        A.    I think there's two things and I'm not sure if

5    I've made one of them clear.

6            And that is that, what I was trying to say there

7    is that he has -- that he has more than one psychiatric and

8    neuro-psychiatric difficulty and that each of them have

9    their direct effect on his ability to function.  And then,

10   they -- they also impact on each other there by exacerbating

11   each other.  So you have to -- so that's kind of issue

12   number one.

13           Then issue number two, it's in that context that

14   he experiences whatever he experiences, right.  And so, when

15   I -- when I saw him the second time there was almost an

16   anticipation of the fact that he was about to have more

17   difficulties, as he's talking about an anticipated loss.

18           Then -- and talking about the relationship that's

19   involved and even in the process of talking about that,

20   seeing how that was so consistent with the psychopathology

21   that had been evidenced before, that here's a situation that

22   was really feeding right into the psycho -- the

23   characterological difficulties that were described this

24   morning, that those were coming -- about to come into play

25   here.

1    And, so -- so it's the intersection of these

2  difficulties interacting with each other, exacerbating each

3  other and how then whatever he's experiencing is experienced

4  in that -- in the context of these difficulties that I'm

5  trying to understand whenever I talk about it with him,

6  describe with him.

7    So as it stands now, it's not my opinion that it

8  worsens his intellectual capacities, it's not my opinion

9  that it worsens his cognitive difficulties in any particular

10  way that would render him less cognitively intact than he is

11  ordinarily.  I don't see that as happening whatsoever.

12    What I see is that the circumstances that he's in

13  now exacerbates the underlying psychiatric difficulties that

14  causes him so much anxiety, so much distress, such an

15  overwhelming sense of loss, so much anger that it

16  exacerbates those feelings and that they become the driving

17  force for a decision.

18    Now, the compromised intellectual and cognitive

19  difficulties that exist, of course, you know, the -- the

20  impulsivity in making decisions, the difficulty that he has

21  in really considering what the full range of options might

22  be, does he have the capacity to hold those, does he have

23  the kind of working memory required to hold those in his

24  head while he weighs the pros and cons.

25    That stuff is not worse, but the fact that it's

1  not great, you know, increases the risk that these -- I'm

2  afraid to use emotions, that's not what I mean, but that's

3  kind of -- the pain that he's feeling is going to have an

4  impact on it because of the impairment that exists within

5  his decision making but it's not the decision making -- it's

6  not the decision-making capacity has deteriorated.

7       Q.   So when was the last time that you had the

8  opportunity to interview or examine Mr. Tabler?

9       A.   Last year, April -- before -- April.

10      Q.   So a year and a few months?

11      A.   Right.

12      Q.   Do you think your opinion about his perception of

13  his current circumstances have had the potential to change

14  between now and then?  I mean, in other words, you get the

15  gist of my question?

16      A.   I think it definitely has changed.  I think the

17  point I was trying to make is that when I saw him in April

18  he was anticipating a major event which he was anticipating

19  was going to have a major impact on him.  The major event

20  happened, when he waives he writes about the major event and

21  it's impact on him.

22           There's other information that was made available

23  to me in the sense of his talking about that so I think

24  that -- I think that that has changed.  I mean there's lots

25  of evidence that has changed since I saw him in April and

1    there's a lot of fixation on that series of events.

2        Q.    And there you're referring to the execution of his

3    friend?

4        A.    Right.

5        Q.    So following up on that, to the extent that that

6    might have been a motivating factor for his desire to waive,

7    at some point if he maintains that desire, doesn't that

8    suggest that rather than being a temporary and impulsive

9    reasoning that it might be a more substantial and durable

10   reasoning for wanting to -- in other words, it's not a --

11   it's not a completely irrational reason it's just that we

12   want to make sure that it's not impulsive, right?

13            And he doesn't -- the fact that he has maintained

14   that, as you know, that he still talks about that but he

15   hasn't changed his mind about wanting to waive more than a

16   year later, does that factor into your --

17       A.    What factors into my thinking about it is, is

18   that -- is that it really raises a series of issues.  I

19   mean, I don't think it's as quite as -- let me put it this

20   way.

21            Let's look at simply the issue of bereavement,

22   right, which in my view is only a sub piece of this, that

23   you expect somebody to grieve a loss and then to move on,

24   right?  His -- his instability around attachment and

25   therefore the significance of these unusually important

1   relationships for him and what they mean for him and what

2   they say about him is such that it sets him up for this much

3   more complicated bereavement as opposed to a normal grief

4   period, he gets over it and moves on.

5          So I think it's -- I think what's better -- this

6   is better conceptualized is what we in psychiatry would call

7   a more complicated bereavement which gets extended, it

8   becomes really a much more complicated situation than that.

9          The -- and raises other sorts of issues for him

10  than a simple loss of somebody who he cared about.  So I

11  think it's much more complicated than that.

12         The -- and he had some actual insight into this

13  when I saw him back in April because he's -- you know, we

14  talked about the fact that he had seen many -- the many

15  people who he had met on the death watch obviously had been

16  executed and this stood out for him as something that was

17  going to be very different and very significantly different

18  for him.

19         And I think the communication that he's had about

20  it subsequently speaks to this much more complicated

21  bereavement as opposed to a resolution of the normal

22  bereavement and now a rational decision.

23     Q.   Okay.

24         Another angle that I'm sort of viewing this from

25  is it might elicit -- it might not elicit different

1  responses would be what in your view could change either

2  things that we've been talking about from a psychiatric

3  perspective, from an environmental perspective, what could

4  change that you believe would satisfy you that he could

5  regain a position of making a voluntary decision in this

6  matter?

7       A.   Um --

8       Q.   If anything.

9       A.   I mean, I think the conditions of his confinement

10  are an enormous issue.  The -- that's number one.  Number

11  two, the absence of the type of support that is significant

12  for him or I guess to put it in response to your question,

13  the availability of support that would be significant to him

14  would make enormous difference.

15          I mean, the -- the challenge to his mother to

16  offer another option for him, you know, to say don't do this

17  is in part a part of the psychiatric difficulties but it's

18  in part a cry for that sort of support that would make a

19  difference, so I would say the availability of that level of

20  meaningful psychosocial support and a change in the

21  conditions of his confinement.

22          THE COURT:  Thank you very much.  Any further

23  questions?

24          MR. NOLAN:  Just one follow up.

25          THE COURT:  Please, yes.

```
========================
    REDIRECT EXAMINATION
========================
```

BY MR. NOLAN:

Q.   Dr. Dudley, the Court was asking about the execution of Mr. Tabler's friend last July.  Have you also seen documents that -- in which Mr. Tabler has written about the number, the sheer number of people that he has gotten close to that have been executed?

A.   Yes.

Q.   Does that impact you or your opinion at all?

A.   Yes.  I mean, I think it impacts my opinion in two ways, one as kind of a backdrop and one as part of a kind of definition of the conditions under which he is confined. But I think it's important to -- in my view it's important to recognize the -- the significance of that particular relationship against the -- when compared to the other people who he's seen executed over the years.

I mean, I was -- as I indicated, when I saw him in April of 2017 I was struck by that, I mean particularly given the fact that on a regular basis he meets people, knows them for a period of time and they are executed.  So I was struck by how different this was for him and then he put it in those terms, this is not like all the other ones.

The -- the more I learned about it, you know, from seeing other pieces of information, the more I recognized

1  that as having part to do with the reality of it and having

2  part to do with his psychiatric difficulties in the sense of

3  the significance that it had.

4         So part of that was the reality of it and part of

5  the significance was the psychiatric difficulties.

6         MR. NOLAN:  Thank you, that's all I have.  I'm

7  sorry, could I --

8         THE COURT:  Sure, sure, sure.

9         MR. NOLAN:  That's all, Your Honor.

10        THE COURT:  I have another question, if you don't

11  mind, while I have you here and this is a bit beyond your

12  expertise but it's because I think you have an interesting

13  perspective on a lot of these issues.

14        It would probably not be surprising that many, if

15  not most, inhabitants of death row would exhibit or have

16  exhibited psychiatric history and difficulty.  They

17  certainly all find themselves in difficult conditions of

18  confinement.  It leaves us with the problem of exhibiting a

19  significant degree of paternalism on that basis to deprive

20  them of the opportunity to make decisions that are the most

21  decisions -- among the most important decisions they've

22  made.

23        And it would probably -- it probably is a

24  universal problem if you phrase it that way, if you frame it

25  that way.

1    And my difficulty is, Mr. Tabler presents himself

2  as having a significant degree of agency, he seems to know

3  what he's doing and what's going on and he responds

4  appropriately to my questions, and what am I missing that

5  would lead you to have me deprive him of what we would give

6  most people and that is the ability to determine their

7  preferences with regard to representation or not?

8    THE WITNESS:  I'm hearing -- and maybe incorrectly

9  but I'm hearing a couple of questions.

10    One is most -- about most people on death row.

11  Most of my work in capital litigation has been post

12  conviction.  I mean, I've done trials but most of it has

13  been post conviction so I've seen a lot of people on death

14  row.  I've seen a lot of people on death row here in Texas.

15  The -- and so I've seen a lot of people who know people who

16  have been executed.

17    The -- to give you an example of what I'm talking

18  about, the room at the prison where we do psychiatric

19  evaluations is next to the room where people do their last

20  visits with family before they're executed.  And so that,

21  you know, I've seen lots of people on the death row in

22  Texas.  If I happen to be there on a day before an execution

23  and I'm with someone on death row next door to the person

24  with their family and kids having their -- there's something

25  that happens that is dramatically different than my normal

1   visits.

2          So the -- that level of awareness of execution is

3   very different than simply being on death row, right?  And I

4   would say that Mr. Tabler's placement on the death-watch

5   unit is even more severe than that and that that's

6   substantially different than being on death row.

7          The other question I heard you asking is, you

8   know, kind of -- I would say, I would urge you to listen

9   carefully to this notion that I can't take it anymore.

10  Because that's what I'm trying to describe.  I'm trying to

11  describe what I've heard from him over and over again that

12  needs to be clear in the records in a variety of ways.

13         That he becomes so overwhelmed by affect and

14  response to whatever situation that he's found himself in

15  that he can't cope with that he will do anything to

16  extricate himself from it, and that's what I think you're

17  seeing now.

18              THE COURT:  Thank you very much.

19              Any follow-up?

20              MR. NOLAN:  No, sir.

21              THE COURT:  Okay, thank you very much.

22              May this witness be excused?

23              MR. NOLAN:  Yes.

24              THE COURT:  Thank you very much, Dr. Dudley.

25              Next witness?

1          MR. NOLAN:  We would call Dr. Dan Martell.

2          THE COURT:  Good afternoon.  If you can raise your

3    right hand to be sworn, please.

4                    DANIEL A. MARTELL,

5    was called as a witness and, having been first duly sworn,

6    testified as follows:

7          THE WITNESS:  I do.

8          THE COURT:  Thank you.  Please be seated.

9                    ==================
                     DIRECT EXAMINATION
10                   ==================

11   BY MR. NOLAN:

12       Q.    Good afternoon, Doctor.

13       A.    Good afternoon.

14       Q.    What's your current position -- current employment

15   position?

16       A.    I'm a forensic neuropsychologist.  I'm

17   self-employed.  I work in a -- predominantly in a group

18   practice called Park Beach and Associates in Newport Beach,

19   California.

20       Q.    And how long have you been doing forensic work?

21       A.    Close to thirty years.

22       Q.    And have you worked capital cases previously?

23       A.    Many times.

24       Q.    And have you worked both for the prosecution and

25   the defense?

1        A.    Yes, I have.

2        Q.    In the Atkins case, which is the seminal

3   disability case, who employed you in that case?

4        A.    I was the state expert, the Commonwealth of

5   Virginia's expert.

6        Q.    Have you previously been accepted as an expert in

7   forensic neuropsychology?

8        A.    Yes.

9              MR. NOLAN:   I would ask to pass up Dr. Martell's

10  resumé.

11             (Whereupon, Petitioner's Exhibit No. 75

12             was offered.)

13       Q.    (By Mr. Nolan)   Dr. Martell --

14             THE COURT:   I think we have two 74's here.

15             MR. NOLAN:   Oh, shoot.

16             THE COURT:   74 is Correctional Managed Care clinic

17  notes.

18             MR. NOLAN:   Yes.

19             Make this 75.   My apologies.

20             THE COURT:   Okay.

21             THE COURT:   Any objection to the admission of

22  Dr. Martell's CV?

23             MS. PATTON:   No, Your Honor.

24             THE COURT:   So admitted.

25             (Whereupon, Petitioner's Exhibit No. 75

1          was received in evidence.)

2     Q.   (By Mr. Nolan)  Let me ask that again.

3  Dr. Martell, is that a recent copy of your CV?

4     A.   Yes, it is.

5     Q.   Is that accurate?

6     A.   It is.

7          MR. NOLAN:  Your Honor, we would ask that

8  Dr. Martell be accepted as an expert in neuropsychology.

9          THE COURT:  Any objection?

10          MS. PATTON:  No objection.

11          THE COURT:  Without objection I will do so.

12     Q.   (By Mr. Nolan)  Dr. Martell, did you -- strike

13  that.

14          I'm going to ask that your opinions that you offer

15  today be offered to a reasonable degree of scientific and

16  neuropsychological certainty.

17     A.   Yes.

18     Q.   Can you just quickly -- we're going to go through

19  this as quickly as we can, but just very briefly just

20  explain the difference between clinical psychology and

21  neuropsychology for the Court?

22     A.   Neuropsychology is a subspecialty of clinical

23  psychology that deals with brain damage and its effect on

24  human behavior so we do everything that clinical

25  psychologists do and then we have additional training and

1   experience in people with brain impairment.

2       Q.   Okay.  So now in this case who were you retained

3   by?

4       A.   Your office.

5       Q.   And what were you asked to do?

6       A.   I was asked to do a neuropsychological evaluation

7   of Mr. Tabler and to describe his strengths and weaknesses.

8       Q.   Were you asked to assess his competency at any

9   point?

10      A.   I was not.

11      Q.   Were you provided with background materials?

12      A.   I was.

13           MR. NOLAN:  Can I have a moment, Your Honor?

14           THE COURT:  Sure.

15      Q.   (By Mr. Nolan)  Dr. Martell, if you would look at

16   Exhibit 27 in the binder.

17      A.   I have it.

18      Q.   Is that a copy of your report in this case?

19      A.   Yes.

20      Q.   And you can see on the second page there's a

21   section called materials reviewed?

22      A.   I see that.

23      Q.   And does that accurately reflect the materials

24   that you were provided and reviewed?

25      A.   It does.  There's more detail, I think there's an

 1  appendix at the end of my report starting on Page 16 that

 2  lays out every single thing I looked at but I tried to

 3  summarize them in a paragraph there.

 4      Q.   That's fine.

 5           Since you issued your report, did you also receive

 6  the report of Dr. Arambula?

 7      A.   I did.

 8      Q.   And did you also receive the report of Dr. Curry

 9  that you had not previously had?

10      A.   Doctor whom?

11      Q.   Dr. Curry, Keith Curry?

12      A.   Yes, I did.

13      Q.   Now, did you also conduct a clinical interview in

14  this case?

15      A.   I did.

16      Q.   And when was that?

17      A.   That was, I believe, July 6th of 2015.

18      Q.   And did you conduct neuropsychological testing

19  during that clinical interview?

20      A.   Yes, I did.

21      Q.   During that -- after that interview, did you make

22  a specific recommendation to myself and the other lawyers on

23  the case based on your evaluation of Mr. Tabler?

24      A.   I did.

25      Q.   What was that?

1      A.    I observed some physical abnormalities about him

2   that suggested to me that he could have Klinefelter's

3   syndrome and so I discussed that with your office, and I

4   think they subsequently had the genetic testing done that

5   showed that to be the case.

6      Q.    So, your suspicion turned out to be true?

7      A.    Yes, it did.

8      Q.    What is Klinefelter's syndrome?

9      A.    As Dr. Dudley explained, it's a chromosomal

10  abnormality, you're born with an extra X chromosome.  It

11  generates abnormal height and lankiness, underdevelopment of

12  male sex organs, so there's a loss of testosterone, which is

13  generally the way the disease is treated in prepubescent

14  children to try to make up for that.

15          But it also brings with it, especially when it

16  goes untreated, a variety of increased risks for psychiatric

17  disorders, specifically schizophrenia and bipolar disorder.

18  The risk for bipolar goes up about four times in people with

19  Klinefelter's syndrome.  It also increases your risk for

20  attention deficit hyperactivity disorder by six times and we

21  know from history that Mr. Tabler has that, actually has

22  both bipolar disorder an ADHD in his history, so I think

23  those are well explained by his genetic disease.

24          And I guess the final thing is that it creates

25  neuro-cognitive impairment, there's a specific

1  neuropsychological signature that we see by which I mean a

2  pattern of strengths and weaknesses that we see in people

3  with Klinefelter's syndrome and he has that pattern.

4          It had previously been unrecognized but once you

5  know the key, that he's got this genetic abnormality,

6  suddenly everything falls in place because his presentation

7  is textbook classic.

8      Q.   So you did neuropsychological testing -- and I'm

9  going to come back to that in a second, but were the results

10 of your neuropsychological testing consistent or

11 inconsistent with what you would expect for someone with

12 Klinefelter's?

13     A.   They were exactly consistent with what you would

14 expect.  There was problems in two broad areas -- actually

15 in three.  In addition to his attention deficit

16 hyperactivity disorder which is caused by Klinefelter's,

17 there's evidence in the neuro-psychneuro-psych testing of

18 attention deficits.  There's evidence in the neuro-psych

19 testing of learning disabilities, which is another finding.

20 There evidence in the neuro-psych testing that his verbal

21 intellectual abilities are less well developed than his

22 nonverbal abilities, and this is a classic pattern in

23 Klinefelter's syndrome.

24         And finally there's evidence of what we call a

25 dysexecutive syndrome, problems in frontal lobe functioning.

1  In people with his profile it affects sort of verbally

2  mediated frontal lobe skills, things like problem solving,

3  impulse control, judgment, reasoning, and the ability to

4  sort of foresee future consequences of one's behavior or to

5  adapt your behavior to changing problem situations.

6      Q.    Okay.  So, I just want to back up for a second.

7          In the materials that you reviewed, did you

8  review -- did you become aware that there was prior

9  neuropsychological testing of Mr. Tabler?

10     A.    Yes.

11     Q.    So, the first was Dr.~Milam, M-I-L-A-M; is that

12 accurate?

13     A.    Yes.

14     Q.    And how did your review of Dr.~Milam's testing

15 relate to your own results?

16     A.    It's essentially the same pattern.  He had seen

17 him I think two years before I did -- no, pardon me, several

18 years, 2008.  Actually, no, there's three

19 neuro-psychologists that have seen him.  The first was

20 Dr.~Milam or Milam in 2006, December of 2006.  The second

21 was Dr.~Harrison in June of 2008, and then there was me, in

22 June of 2015.

23         What's striking about all three is that they all

24 got basically the same result, they got this Klinefelter's

25 signature profile.

1    Q.   And is that signature profile, again is that

2  consistent with the Klinefelter's syndrome?

3    A.   It's completely consistent with it, it is the

4  exact profile you would anticipate and knowing that he has

5  that diagnosis now makes those data make perfect sense.

6    Q.   Was there also at one point an EEG that was

7  administered to Mr. Tabler?

8    A.   I think there was.  I'm looking to see if I have

9  it here in my report.  I think there was an EEG and I think

10  there was a CAT scan but I don't have notes of that in my

11  report.

12    Q.   Okay.  We'll just move on.  That's fine.

13          So can you just describe briefly the testing that

14  you did and the results that you got from your testing?

15    A.   Well, the first thing I wanted to do -- in any

16  kind of forensic case you're concerned about malingering or

17  faking, so I gave an assortment of tests, some are embedded

18  in other tests like the IQ testing.  There's ways to look at

19  that to look at effort and then there's free-standing tests

20  that just look at people who are trying to fool me, and I

21  sprinkled those throughout the whole day of testing with him

22  in order to measure his effort over time.

23          He was valid on every one of them except the very

24  last one at the end of the day when he petered out and kind

25  of lost enthusiasm.  It's a lot of testing.  I spent five or

1   six hours with him, and by the end of the day he was over it

2   and it showed up there.  But everything else we did was

3   valid and effortful.

4           So overall I think the battery is interpretable

5   and the fact that the findings are consistent with the prior

6   testings lends what I call convergent validity.  They all

7   agree that.  They all show the same pattern.

8       Q.   Are you also aware of whether Dr.~Milam and

9   Dr. Harrison also did validity testing in their batteries?

10      A.   They did, and he was valid and effortful for them

11  as well.  It's standard practice to do this.

12      Q.   So, in terms of the results of your testing, and I

13  guess since it's convergent with the others, what are the

14  findings in terms of his cognitive abilities?

15      A.   Well, as I noted before he's got problems with

16  attention, are consistent with his history of attention

17  deficit disorder.  He had problems with expressive language

18  so specifically if you show him a picture of an escalator he

19  would have difficulty finding the word for that.  We call

20  this an expressive aphasia which is a 25-cent word for

21  problems finding words that you want.

22          He had learning disabilities in all areas, worse

23  for math but below grade level.  He's got a 10th grade

24  education, he was around the 8th grade level or below for

25  reading or spelling and reading comprehension.  He had

1    difficulties in this executive frontal lobe functioning.

2    The frontal lobes are the biggest part of the brain that

3    help us control and direct our behavior, that tell us when

4    to inhibit impulses and when not to, they are the seat of

5    judgment in human beings.

6            He has impairments there that are specific to

7    being cognitively flexible.  He is not, he is very rigid.

8    Difficulty paying attention to more than one thing at once,

9    multitasking, divided attention, he doesn't do well with

10   that.  And he had great difficulty in adapting to changing

11   problem situations.

12           And he also showed two hallmark behaviors, one is

13   called perseveration where it's a pathological repetition;

14   for example, on a test of his ability to recall a list of

15   words, a memory test, he would repeat words he had already

16   said without realizing it and do that over and over.

17           He also did something called confabulation which

18   is to make up things that weren't in the test, not

19   intentionally but unknowingly add items to the list that

20   were never presented to him.  So these are hallmark signs of

21   frontal lobe impairment and the ability to monitor your

22   behavior and control your impulses, to blurt out a word that

23   you've already said for example.

24           So that's sort of the universe of things.  There

25   were also deficits in visual perceptual organization and

1   both auditory and immediate memory.  So, generally it's

2   things having to do with language that he has the greatest

3   problem with, so verbal learning, language skills, and then

4   the attention deficits, the learning disabilities and the

5   executive cognitive deficits.  And that's the Klinefelter's

6   signature.

7        Q.   Okay, and so you had said before the frontal lobe

8   is consistent with what can be expected for somebody with

9   Klinefelter's syndrome?

10       A.   Yes, it's precisely the kind of impairments.  I

11  think there was testimony this morning that -- I forget the

12  term that was used.  That it was spotty or inconsistent.  He

13  can do some executive things well and others not as well.

14            So we all have strengths and weaknesses, but he

15  had global diminishment in his IQ, coming in at 80, and then

16  in the frontal lobe domain he had the signature that's

17  specific to people with this verbal learning problems that

18  he has in Klinefelter's.

19       Q.   So taking a combination of those things, you

20  talked about impulse control already but what type of impact

21  does that have on judgment?

22       A.   Well, it undermines the cognitive resources

23  necessary to make critical decisions in life or in specific

24  situations.  For example, some of these tests you may be

25  going along sorting cards to a certain strategy like things

1  that are red or circles or square.  And then the test

2  administrator will change up what you need to look for and

3  you have to be able to adjust, use your judgment to figure

4  out what I'm looking for and adapt to the changing problem.

5          He was unable to do that, he would continue to

6  perseverate and continue to sort to color even though the

7  task had changed and now the important thing was to go to

8  shape.  He had difficulty making those kinds of shifts in

9  his capacity for judgment and seeing what's coming next.

10    Q.    I think you talked about executive dysfunction a

11  bit.  Did you read Dr.~Davies' report?

12    A.    I did.

13    Q.    And what is microcephaly?

14    A.    It's a small brain, small head.

15    Q.    And in terms of the fetal alcohol spectrum

16  disorder did you take that into consideration in your

17  overall evaluation?

18    A.    Mr. Tabler's a gentleman with multiple problems.

19  I -- personally, every doctor seems to have what they think

20  is most salient today.  To me it's Klinefelter's syndrome

21  but it doesn't exist in isolation, so he also has fetal

22  alcohol dysfunction, which contributes to his cognitive

23  impairment although he displays the classic signature for

24  Klinefelter's.  Fetal alcohol certainly doesn't help him

25  function any better in that regard.

1    Q.   And in your experience in doing forensic

2 neuropsychology for many years, have you dealt with

3 situations where you've had to deal with fetal alcohol

4 spectrum disorder?

5    A.   Many times.

6    Q.   And is there a correlation between that disorder

7 and cognitive impairment?

8    A.   Quite often, and I think Dr. Arambula was correct

9 in describing sort of a global deterioration, and we do see

10 that in Mr. Tabler in terms of intellectual IQ.  So IQ tests

11 test many different areas of cognitive functioning and he's

12 depressed across the board.

13        Although there is a disparity where his verbal

14 skills are even more impaired than his other skills, his

15 nonverbal problem solving skills.  The whole thing is down,

16 but then there's a further differential in those two areas.

17    Q.   Now at some point in your report you talked about

18 the command and control center.  Can you just describe what

19 that is and how his impairment's impacted?

20    A.   What I'm talking about there is frontal lobe and

21 this dysexecutive syndrome.  The frontal lobes are the place

22 where our behavior is shaped and directed, where we reason,

23 where we make judgments and decide on a course of action.

24 He's impaired in those, in his frontal lobe.  He has a

25 dysexecutive syndrome.

1    Q.    So does that impact his ability to plan and

2  organize, things like that?

3    A.    Yes.

4    Q.    How about his ability to direct his behavior?

5    A.    Yes.

6    Q.    And to solve problems and to learn from mistakes?

7    A.    That too.

8    Q.    Okay.

9          And does frontal lobe impairment, can that have an

10  impact on his ability to make voluntary decisions?

11   A.    That becomes a complicated question.  And it

12  becomes very specific to Mr. Tabler in the circumstances

13  that we find ourselves in, that go to his conditions of

14  confinement.  I think that any normal human would find the

15  conditions he lives under unbearable.

16          When you bring his combination of deficits into

17  that situation, the Klinefelter's problems, which all in and

18  of itself impact judgment and impulse control and reasoning,

19  the fetal alcohol, the neurocognitive deficits and then the

20  psychiatric impairments, the borderline personality disorder

21  and the affective disorder that he has, when you add all

22  that burden, all that psychiatric and neurocognitive and

23  genetic burden to someone and then put them into this

24  situation that any normal human being would find unbearable

25  you get this kind of response.  It's utterly impossible for

1   him to bear.

2           He described that to me when I saw him in 2015.

3   He wasn't waiving rights at that time, but he described at

4   length how unbearable this was for him and how frustrated he

5   was, how frustrated he felt with being watched 24 hours a

6   day, with having his mail opened and read and scrutinized

7   and being -- he understood it as punishment for the cell

8   phone incident, but nonetheless, the sense of isolation,

9   particularly the inability to see his family, even at that

10  time he was complaining, made his life not worth living.

11      Q.   So I think you indicated during the interview with

12  him that he described emotional ups and downs?

13      A.   Yes.

14      Q.   Now, you're aware that he has frequently changed

15  his mind in terms of waiving his rights and reinstituting

16  his rights?

17      A.   Yes.

18      Q.   Approximately ten times.

19           Is that consistent with the findings that you

20  found in terms of his neurocognitive disabilities,

21  Klinefelter's and those things?

22      A.   Well, my formulation on this is, you know, he

23  brings all that into the room with him but at the end of the

24  day, you know, this is the only mechanism he has to try and

25  take some control over a situation that he finds himself in

1   that he can't stand.

2            And all he can do is say -- you know, when he was

3   younger he would say I don't like this, I'm going to cut

4   myself and then you get people's attention and they come and

5   deal with the problem that you're having.  He can't cut

6   himself anymore so he says I'm going to waive my appeals and

7   have my execution go forward.

8            MR. TABLER:  Excuse me, Judge.

9            THE COURT:  Sure.

10           MR. TABLER:  Sorry to interrupt.  Actually I'm not

11  sorry, right.  He says I don't have the ability to cut

12  myself, right.  You're wrong.  Any time over there on death

13  watch we're allowed to shave in the shower.  We go to shower

14  Monday, Wednesday and Friday, any time I can break that

15  razor down and cut myself any time I want.

16           I haven't had a disciplinary case in TDC for

17  almost 3 years nor have I harmed myself in that time because

18  I choose not to.

19           THE COURT:  Thank you, sir.

20           MR. TABLER:  Go ahead.

21      Q.   (By Mr. Nolan)  Let's get back to the conditions

22  of confinement.  You were talking about the isolation, can

23  you talk about the lack of privacy of the 24-hour camera and

24  the impact that would have on someone with his conditions?

25      A.   Again, I go back to any human, myself, to have

1   someone watching you, have you on video 24 hours a day, year

2   in and year out for years and years, there's -- you know,

3   this country's kind of founded on the right to privacy and

4   that's just stripped away.

5         And I'm sure that would take a psychological toll

6   on anyone, much less someone with the impairments that he

7   brings into that room with him.  So, you know, that's

8   certainly -- it's not necessarily the most disturbing thing

9   to him, but it's up there.

10   Q.   When you heard about the evidence -- and I know

11   that you weren't able to -- you didn't talk to him about

12   this because it was afterwards, about the loss of a very

13   close friend of his but now that you've heard that part of

14   the evidence, what is your opinion about what impact that

15   would have on someone with the disorders that Mr. Tabler

16   suffers from?

17   A.   Well, again, you know, being -- everyone on death

18   row gets to know each other and people are executed and that

19   impacts people, but not everyone has his situation where

20   he's put -- he's the only guy there or maybe there's a

21   couple of other guys with him that are awaiting their

22   execution.

23         Getting to know those people, especially someone

24   that may have been the best friend he ever had and then

25   watching them go one after another and knowing that some day

1  that's going to be you too, that has to create enormous

2  psychological damage to people.  It's not a normal thing to

3  be put in that situation and watch one guy after another

4  that you get to know, even if it's over a period of weeks or

5  months before the execution is carried out, to have that

6  repetitive stress of getting to know those people and

7  watching them be executed, it's outside the realm of normal

8  human experience for any of us.  And, again, much less for

9  someone with his disabilities.

10      Q.   So just focusing specifically on cognitive

11  impairments, Klinefelter's, fetal alcohol spectrum disorder,

12  are these -- are these things that are chronic in nature or

13  can the symptoms of -- related to those things dissipate

14  over time?

15      A.   They're chronic, the Klinefelter's there actually

16  is treatment for.  That's another thing that's interesting

17  to me in the timing of this and of his motion to the court

18  to waive, is, you know, he finds out he's got this disorder,

19  he says I would like treatment for this disorder and he's

20  told there is no treatment for your disorder, which isn't

21  true.

22          And then his friend is executed and then the

23  waiver comes.  I find that note that came back saying it's

24  too late, there's nothing that can be done to treat you, to

25  be significant in the total picture here because, you know,

1   he's asking, you know, okay, so maybe there's some reason

2   I'm the way I am, maybe there's treatment that will help me

3   not want to kill my guards or hurt other people and he's

4   told, no, there is none when there is treatment.

5        MR. NOLAN:   For the record that's Exhibit 74 that

6   Dr. Martell's referring to.

7        Q.   (By Mr. Nolan)  So, Doctor, when you take the

8   conditions of confinement, the isolation, the 24-hour

9   cameras, the inability to see his family and put those

10  together with the psychiatric disorder, the cognitive

11  disorder, the Klinefelter's syndrome, the FASD, do you have

12  an opinion about whether Mr. Tabler, under his current

13  situation of conditions of confinement, is capable of making

14  a voluntary decision to forego his appeals?

15       A.   I don't believe that he is.  I think he -- this is

16  a gesture of defiance and desperation that's driven by his

17  conditions, both his psychiatric and genetic conditions and

18  the state conditions of confinement that is untenable for

19  him.

20       MR. NOLAN:   Okay.

21       Thank you, Your Honor.  We have nothing further.

22       THE COURT:   Thank you.

23       Any questions?

24       MS. PATTON:   No, Your Honor.

25       THE COURT:   Thank you.

```
===================
    CROSS-EXAMINATION
===================
```

BY THE COURT:

   Q.   Dr. Martell, I have questions of you that are along the same lines as I asked before, but a slightly different take.  And some of them bear more on I should be asking a philosopher rather than a psychologist but because this is your area of expertise you've given an opinion.

      So, you've described the conditions that Mr. Tabler is facing now on a day-to-day basis, and you said, anyone would find them unbearable?

   A.   Yes.

   Q.   The problem in this case is that if someone did not have the deficits that Mr. Tabler has the law would allow them an opportunity to make a decision to set into events -- set into action events that would ultimately alleviate that suffering and get them out of that condition and we would give them that opportunity.

      And it's kind of a cruel irony that Mr. Tabler, according to you, the deficits that he suffers from have the additional disadvantage of having us take away from him that agency to make the decision that you and I would have and others that did not have the deficits that he has.

      So, he's almost -- you know, he's being penalized by the very thing that got him in the situation.  And so I

1    have to ask, you know, someone who presents himself in the

2    moment as giving reasonable responses to my questions,

3    giving justifications that we would accept from a person who

4    didn't have the diagnoses that you have made, yet, I'm to

5    disregard those responses that are the same responses that

6    someone would give if they did not have those diagnoses

7    because he is at an increased risk for those deficits

8    affecting his cognition.

9           Is there anything that I could ask Mr. Tabler or

10   any way I could ask it or anything that he could say to you

11   that would convince you that what he is saying is of the

12   same character as someone who is not operating from a place

13   of deficit or limited cognitive ability or is he stuck?

14   A.    In many ways he's stuck.  I truly believe that

15   were the Court able to waive its judicial wand and change

16   his conditions of confinement, to allow him treatment for

17   his Klinefelter's and his whatever disorders, to allow him

18   to have contact with family, to take him off of the death

19   watch situation and back onto death row into what everybody

20   else experiences there, that he might very well reverse his

21   choice.

22          A lot of this is his personality disorder, his

23   borderline -- what borderlines do is they manipulate and I

24   view this as a borderline manipulation to get what he wants

25   and if I can't get what I want I'm going to make you put me

1  to death.  And that's not a rational choice.

2      Q.   What do you perceive him to be wanting now that

3  he's manipulating?

4      A.   What he wants is out of the conditions, of the

5  confinement that he finds himself in, and he's made it very

6  clear that he can't take it anymore.  I think were his words

7  this morning.

8           He's very clearly tied this decision to those

9  conditions.

10          MR. TABLER:  Excuse me, Judge?

11          THE COURT:  You can go ahead.

12          MR. TABLER:  I just got a question for

13  Dr.~Martell.

14          THE COURT:  Ask me and then I'll see if we can ask

15  him.

16          MR. TABLER:  He sits here and he tells me all

17  these conditions and that is the condition where I'm at and

18  my confinement and everything that's bothering me and the

19  stress and everything leading up to this, I really can't

20  make the decision.

21          Sure, it's got a little bit to do with it, it's

22  got a little bit to do with what each doctor has got up

23  there and said and what counsel has said.  But the number

24  one thing is:  Have you ever killed anybody before?  Have

25  you ever taken a life?  Do you know what kind of guilt lives

 1  inside of me?  The kind I can't forgive myself.  That's why

 2  I'm here.

 3          You want to know everything about it?  I'm here

 4  for my victims, because I can't live with the guilt.  I

 5  can't forgive myself.  That's why I am trying to waive my

 6  appeals.  That's my way out.

 7          You want to call it suicide by State or whatever,

 8  all right, that's what it is.  But I refuse to sit here and

 9  let everybody speak like I'm not even in this courtroom.

10  Everybody's here in this courtroom because I brought you in

11  this courtroom, right?

12          But whether I'm in confinement on death watch or I

13  watch my friends walk away and I hear on the radio at six

14  o'clock from this show called Execution Watch and they are

15  saying they've been killed and they are dead, all right.

16  Yeah, it affects me.

17          But at the same time, every day it's like a

18  routine, that movie, Bill Murray, Ground Hog Day where he

19  drives over the cliff in a truck.  Every day is a do over

20  and do over for me.

21          Every day I talk to God and I ask God to forgive

22  myself, and I can't.  I can't.  I can't give these lives

23  back.

24          I took these lives, and everybody is sitting in

25  here speaking about me and my position and all that.  What

1    about my victims' family?  What about the four lives I took?

2    Why don't anybody talk about them?

3          Can you give me their lives back?  Can you give me

4    peace of mind?  Can you take this guilt away from inside of

5    me, whether or not whatever mental condition you try to say

6    I have?

7          The Judge finds me incompetent, he sends me to a

8    mental state hospital to get fixed and come back in front of

9    you.  But how can you help me get rid of the demon inside of

10    me and the guilt?  How can you help me forgive myself if I

11    cannot forgive myself?

12          I'm in this courtroom.  Remember that.

13          THE COURT:  Thank you, sir.

14          All right, is there anything you would like to

15    add?

16          THE WITNESS:  No.

17          THE COURT:  Thank you.  Any other questions?

18          MR. NOLAN:  No, sir.

19          THE COURT:  Thank you.

20          May this witness be released?

21          MR. NOLAN:  Yes.

22          THE WITNESS:  Thank you, Your Honor.

23          THE COURT:  Thank you very much.

24          Why don't we take a fifteen-minute break.

25          MR. NOLAN:  Just to let the Court know, we have

1   one final witness and we think we can do that in forty-five

2   minutes.

3              THE COURT:  That's my hope.

4              Okay, thank you very much.

5              (Whereupon, a recess was then taken.)

6              THE COURT:  Okay, your next witness?

7              MR. TABLER:  Judge, I have a couple of questions,

8   please.

9              THE COURT:  Oh, yes, sir.  Sure.

10             MR. TABLER:  Earlier when a couple of doctors got

11  up there, took the stand and said that, you know, they felt

12  that my Klinefelter's or my alcohol spectrum disorder or ADD

13  and all this kind of took away that I didn't have any

14  artistic skills or I wasn't able to verbally understand

15  certain words.

16             If you authorize it, one of my attorneys,

17  Ms.~Widder, who I've done numerous -- for my counsel -- I've

18  done portraits and drawings.  She has a picture of her

19  daughter, Sasha, on her laptop.  I did a portrait and I

20  would like you to take a look at it, show you that what

21  everybody's saying -- I'm not retarded, basically.  I've got

22  sicknesses or whatnot.  When I draw, it's another way of

23  escape, you know.

24             I would like you to take a look at it, if

25  Ms. Patton doesn't mind or anything else, so that you can

1   see that -- because you asked -- you told me basically I can

2   get up here and I can give you what I want into evidence or

3   whatever to show you on my behalf, I would like to you take

4   a look at this.

5           THE COURT:  Absolutely.  Is that something that

6   actually could be reproduced?

7           MS. WIDDER:  I can email it.

8           THE COURT:  That would be great, I would like an

9   opportunity to see that and the State as well.

10          MS. PATTON:  No objection.

11          THE COURT:  We'll give you an email address to

12  forward that, and I'm also going to give you an opportunity

13  to do any post-hearing briefings and so you can include that

14  as an exhibit, however you would like to do it, but I would

15  very much like to see it.

16          MR. TABLER:  I also have a question, right.  I'm

17  just curious, your being a federal judge, my situation, the

18  AG over there, do you have the power as a judge to order the

19  Texas Department of Criminal Justice to reinstate my

20  visitation with my family?

21          THE COURT:  That's an interesting question.  I

22  don't in the absence of a lawsuit that someone would file

23  that would be alleging that whatever the conditions of your

24  confinement, that being one of them, were unconstitutional

25  in some regard or violated some federal law; and so I can't

1  do that just from the bench like this or just because you

2  asked for it.  But your lawyers can talk to you in more

3  detail about how to go about complaining about circumstances

4  like that and what the limitations of the federal courts are

5  in giving you release -- relief from things like that.

6         But it's not something that I can just do by you

7  asking for it, it would have to be as a result of something

8  that your lawyers would have to file on your behalf.

9         MR. TABLER:  I was just curious.

10         THE COURT:  That's an obvious question, sure.

11         MR. TABLER:  I also want you to know that that

12  doesn't change my opinion.  We're still here.

13         THE COURT:  Okay, I got it.  I appreciate that.

14  Great.  Thank you.

15         MR. TABLER:  But um . . .

16         THE COURT:  Thank you very much.

17         Okay, your next witness?

18         MR. WALKER:  Call Dr. Keith Curry.

19         THE COURT:  Good afternoon.  Could I get you to

20  raise your right hand, please.

21                    KEITH R. CURRY,

22  was called as a witness and, having been first duly sworn,

23  testified as follows:

24         THE WITNESS:  I do.

25         THE COURT:  Thank you.  Please be seated.

```
 1                     ==================
                       DIRECT EXAMINATION
 2                     ==================

 3   BY MR. WALKER:

 4       Q.   Dr. Curry, good afternoon.

 5            What's your occupation, sir?

 6       A.   I'm a clinical psychologist.

 7       Q.   And have you worked in corrections before?

 8       A.   I have worked in correctional facilities, prisons

 9   and jails, from 1983 until 1997.

10       Q.   And how long have you done forensic work?

11       A.   For the last twenty years.

12       Q.   And can you tell us a little bit about your

13   experience and specialty regarding conditions of confinement

14   work?

15       A.   I've testified or written reports in numerous

16   cases regarding conditions of confinement and especially

17   their effects on people suffering from mental illness.

18       Q.   And if you could flip to Exhibit 28, Page 6 of the

19   binder up there, please.  The second volume, maybe.

20       A.   Yes.

21       Q.   Okay.  I'm sorry, the seventh page.

22            Is that a recent copy of your CV?

23       A.   Yes, it is.

24       Q.   And is it accurate?

25       A.   Yes, it is.
```

1    MR. WALKER:  We would move to enter Dr.~Curry's CV

2  for the record, Your Honor.

3    (Whereupon, Petitioner's Exhibit No. 28

4    was offered.)

5    THE COURT:  Any objection?

6    MR. CLENDENIN:  No objection.

7    THE COURT:  Without objection so admitted.  Thank

8  you.

9    (Whereupon, Petitioner's Exhibit No. 28

10    was received in evidence.)

11    MR. WALKER:  And we would move to admit Dr. Curry

12  as an expert in psychology.

13    THE COURT:  Without objection?

14    MR. CLENDENIN:  No objection.

15    THE COURT:  I'll recognize him as an expert.

16    MR. WALKER:  Thank you.

17    THE WITNESS:  May I interject for a moment?

18    MR. WALKER:  Yes, sir.

19    THE WITNESS:  I can't hear you very well.

20    MR. WALKER:  I'm sorry, I'll try to speak up.

21    Q.    (By Mr. Walker)  Dr.~Curry, how did you become

22  involved in this case?

23    A.    I was contacted by your office.

24    Q.    And what did we ask you to do?

25    A.    To evaluate and provide opinions regarding

1    Mr. Tabler's ability to voluntarily waive his habeas appeal.

2        Q.    And if you could flip to Exhibit 28, Page 1,

3    please.

4        A.    I'm sorry?

5        Q.    If you can flip to Exhibit 28, Page 1, please.

6        A.    Okay.

7        Q.    Do you recognize that document?

8        A.    Yes, I do.

9        Q.    And is it a copy of your report in this case?

10       A.    Yes, it is.

11            MR. WALKER:   We would move to -- like to move

12   Dr. Curry's report into the record.

13            (Whereupon, Petitioner's Exhibit No. 28

14            was offered.)

15            MR. CLENDENIN:   No objection.

16            THE COURT:   Without objection so admitted.

17            (Whereupon, Petitioner's Exhibit No. 28

18            was received in evidence.)

19            MR. WALKER:   Thank you.

20       Q.    (By Mr. Walker)   Now, in performing your

21   evaluation of Mr. Tabler, were you provided background

22   materials?

23       A.    Yes, I was.

24       Q.    And are those listed in the first two pages of

25   your report?

1      A.    Yes.

2      Q.    And have you reviewed any additional materials

3   since then?

4      A.    Yes, I did.

5      Q.    Can you tell me what they were?

6      A.    Dr. Arambula's report or TDCJ custody records and

7   some correspondence with the court.

8      Q.    Thank you.

9            And I would like to talk to you today about -- as

10  to your report -- the impact of Mr. Tabler's Klinefelter's

11  syndrome and fetal alcohol spectrum disorder.  Can you

12  discuss or tell us how those conditions manifest in

13  Mr. Tabler?

14     A.    I focused mainly on the effect those two disorders

15  have on his executive functions and his perceptual

16  disturbances and the way they informed his decision

17  regarding his waiver.

18     Q.    And can you tell me, I guess, how those conditions

19  impact his executive functioning?

20     A.    Yes.  Fetal alcohol spectrum disorder more so than

21  Klinefelter's but both have direct effects on a person's

22  brain development during childhood and therefore their

23  development of executive functions including things like

24  emotional regulation, behavioral regulation, future

25  planning, things of that sort, similar to what the other

1   experts have testified to.

2       Q.   And in reviewing Mr. Tabler's history, do you see

3   signs of deficits regarding executive functioning such as

4   emotional dysregulation?

5       A.   The records regarding his past were replete with

6   many examples of poor executive functioning.

7       Q.   And can you tell me a little bit about the

8   perceptual distortions?

9       A.   What I mean when I say perceptual distortion

10  mainly goes to his perception of slights, insults,

11  challenges, physical dangers and the way he reacts or

12  overreacts to those things in his environment.

13      Q.   How is the way that he reacts to those different

14  from the way a person without those distortions would react?

15      A.   When you talk to Mr. Tabler in a setting like this

16  or when I interviewed him at the prison, one to one in a

17  safe environment, he presents as he does today, he's calm,

18  reasonable, he can control himself.  There's some minor

19  peculiarities but mostly he presents pretty well.

20           When he feels insulted or challenged or in danger,

21  he's very easily tipped over into an entirely different

22  state where he essentially goes off, is the way he describe

23  it, impulsively, in a highly reactive way.  And as a part of

24  his executive dysfunction he does disseverate so he shares

25  that disquality that other people with fetal alcohol

1    syndrome have.

2          Once they start to go off they don't really stop,
3    they just repetitively push the boundary farther and farther
4    until somebody else stops them, that's a way of getting
5    yourself into bad trouble.  So, as long as he's in a setting
6    where he feels that he's safe, you know, his perceptual
7    disturbances don't really cause a problem, but of course in
8    the real world and in prison this happens all the time.

9          And so, it's -- he goes from looking like a
10   perfectly reasonable person to looking pretty wild and out
11   of control and he's unable to stop himself.

12         Q.    And one of the things you just said was temporal
13   discounting; is that correct?

14         A.    Yes.

15         Q.    Can you explain that phenomenon or condition?

16         A.    Temporal discounting is under the umbrella of
17   executive function so we all engage in some degree of
18   temporal discounting, that is assigning more weight to
19   rewards and punishment in the present than we do farther out
20   toward the distant past.

21         This is a pretty important executive function that
22   we develop during childhood.  If you look at four year olds,
23   they have very poor ability to weight the future
24   consequences in terms of rewards and punishment as compared
25   to right now, but we, for the most part, learned this over

1  the course of our childhood, not so well that for instance

2  people don't smoke despite knowing it's going to kill them

3  forty years later.

4          In Mr. Tabler's case, more than most people and

5  maybe more than anyone I've known, he really appears to live

6  in the present.  Exclusively in the present.  So his

7  temporal discounting is extreme.  So that it looks like

8  there's no future cost that he won't trade off for some

9  current gain, some current escape or some benefit.  Some

10  win.

11          He can describe what's happening in the future, he

12  can describe those possible consequences but I don't think

13  he weights them properly, if at all.  It's an important

14  consideration for his diminished or poor executive

15  functions.

16      Q.   So you mentioned that Mr. Tabler can describe the

17  consequences in the future, that would include, for example,

18  his colloquy today and sort of stating that he understands

19  what will result from his waiver, is that still consistent

20  with his temporal discounting them?

21      A.   I think he can describe them but I think they're

22  abstractions in their -- they don't fare very well against

23  the concrete present moment.

24          MR. WALKER:  May I approach the bench, Your Honor?

25          THE COURT:  Yes, you may.

1       Mr. Walker, if you don't mind, my clerk has told

2   me that we didn't get document numbers -- or exhibit numbers

3   for the CV or the report.

4       MR. WALKER:  I apologize, Your Honor, the CV and

5   report are actually labeled under the same exhibit number,

6   it's Exhibit Number 28.

7       THE COURT:  Twenty-eight?

8       MR. WALKER:  Twenty-eight, yes.

9       THE COURT:  Thank you very much.

10  Q.   (By Mr. Walker)  Dr. Curry, I've handed you a

11  document labeled Plaintiff's Exhibit 76.  Can you tell me a

12  little bit about that document, how it came to be, for

13  example, and what it is?

14  A.   What I understood from the discovery was

15  Mr. Tabler had asked custody staff if he could see a

16  mental-health provider and corrections officer suggested --

17  I suppose in the interim -- that he should write down his

18  feelings or his wants so that he could more -- in some way

19  more easily present those to a provider, so he then wrote

20  this list.

21  Q.   And what's the significance of this document in

22  relation to Mr. Tabler's decision-making skills?

23  A.   Well, there are a couple of things.  I mean, when

24  we're talking about executive functions, we've all mentioned

25  perseveration.

1        Perseveration is really not just repetitious, it's

2   a machine-like repetition that goes on in a way that is not

3   rational or not -- it stops making sense pretty quickly so

4   that it becomes self-defeating.

5        So he started out, I suppose, describing what he

6   wanted in that he was going to provide it to the

7   mental-health practitioner, but then he just -- he kept

8   going.

9        It starts on page one -- I believe there's

10  eighty-something -- eighty-three bullets there.  There's a

11  lot of repetition in here but it doesn't -- it doesn't make

12  sense, in terms of what he was trying to achieve.

13       Let me read, just -- I won't go through all

14  eighty-three, but just to give you a flavor of what he was

15  writing.

16       I'm assuming -- I was a mental health clinician in

17  prisons and jails for a long time -- and what he's

18  describing here is distress.  So I would have looked at this

19  more -- I would have looked at the gestalt of it and

20  understood that he was trying to tell me he was in distress

21  but the way he does it sort of defeats the purpose.

22       So let me just read a few off the top and maybe a

23  couple off the bottom.  So what does he want?  He wants to

24  kill himself.  He wants to cut my right arm from wrist to

25  elbow.  He wants to slit my shoulder open from navel to

1   chest.  He wants to slit my throat from ear to ear.  Hang

2   myself from the middle of the outside rec yard.  I want to

3   die.  I'm a monster.  Officer GM is scared of me, which

4   makes me feel like a monster.  I hurt so bad and I'm scared

5   of myself.  It goes on and on.

6          Down in the eighties:  I can't handle this

7   isolation anymore.  I don't believe anyone from mental

8   health or security, not including the pod officers, want me

9   to get help but rather I do kill myself ASAP, can't stop

10  thinking about killing myself and Officer Douglas Wards, et

11  cetera.

12         It's a pretty good example of poor behavioral

13  regulation, poor emotional regulation, perseveration.  It

14  just has several elements of executive dysfunction in it.

15         I didn't get the chance to ask him what he was

16  trying to convey in this but I think you could just go by

17  the flavor of it.

18         It looks like he just couldn't stop writing,

19  essentially.  He's like going through every iteration until

20  he runs out of iterations.  Does that make sense?

21         THE COURT:  Could you remind me what the

22  instructions were?  What he was asked to do that yielded

23  this?

24         THE WITNESS:  I read that correction officer's

25  note about it, it was write down -- I am just going to ask

1   him, write down your -- what you want and feel so that when

2   you see the mental health practitioner, you know, they will

3   know what to do.

4           THE COURT:  Thank you.

5       Q.    (By Mr. Walker)  Is Mr. Tabler's history with

6   vacillation regarding his waiver significant as well?

7       A.    Yes.  I think the way to understand his

8   vacillation over the last ten years, the ten switches in ten

9   years, goes to his living in the moment.  So that I take

10  Mr. Tabler at his word as he sits there about what he says

11  about execution and the waiver but it's in the moment and

12  the moment changes.  It's not just his circumstances it's

13  the circumstances matter and they are difficult, but his

14  variability is just an essential characteristic that's a

15  life-long trait.

16          When he makes mistakes that get him into trouble

17  it -- it looks like he's unable to predict the future

18  because no, he'll make a mistake, cognitive error someone

19  with his IQ shouldn't make, that's really what's diagnostic

20  about it.

21          He has a IQ of 80, but he'll make mistakes that a

22  person would only make if their IQ was 50, so somehow you

23  have to account for that, and he does it repeatedly.  When

24  he's in a calm and safe setting he looks like this IQ, he

25  looks fine.  Under pressure, under risk or danger he looks

1    different in this way.

2         MR. WALKER:  The Court's indulgence for a moment,

3    Your Honor.

4         THE COURT:  Please.

5    Q.    (By Mr. Walker)  Dr. Curry, do you have an opinion

6    as to whether Mr. Tabler will change his mind regarding this

7    present waiver in the future?

8    A.    Um, I can speculate.  I would expect that he

9    would, for these reasons.  At least I would be -- I would be

10   wary.

11   Q.    Thank you.

12        Now, I would like to ask you about the conditions

13   under which Mr. Tabler's housed.  When you interviewed

14   Mr. Tabler, did you discuss the conditions under which he

15   lives?

16   A.    Yes, I did.

17   Q.    Can you describe them for me?

18   A.    He's in a death row single cell, 10 foot by 6, has

19   a vertical slot window, he's fed through a slot in the door,

20   he's locked in a cell 24 hours a day, it's confining and

21   isolative.

22   Q.    And I think we've heard here today, you can affirm

23   this if you care to, is Mr. Tabler housed in the general

24   death-row population or is he housed --

25   A.    No, for the last ten years, nine or ten years, he

1  has been on death watch.

2      Q.   And is he permitted to have recreation or

3  interaction with any inmates who are not on death watch?

4      A.   My understanding is that he has only interactions

5  with people on the death-watch unit.

6      Q.   Which is to say his only interactions are with

7  guards and inmates awaiting execution; is that correct?

8      A.   That's my understanding.

9      Q.   And does he have any face-to-face contact with

10 these fellow inmates while he's in his cell?

11     A.   Not while he's in his cell, at least that's my

12 understanding.

13     Q.   And there's a camera in his cell as well?

14     A.   Yes, there's a 24-hour camera.

15     Q.   And are there any ways in which Mr. Tabler's

16 conditions are more exceptionally restrictive than the other

17 conditions you would encounter on other pods in death row?

18     A.   I think he is socially isolated in a way that most

19 people are not.  So, there are restrictions on his mail,

20 there are restrictions on his visits, and now the

21 restrictions to social interactions only with people who

22 will soon be executed are pretty severely restricting in

23 terms of his interpersonal life as compared to anyone that's

24 on the regular death row cell block.

25     Q.   And the restriction on his mail and family

1  visitation, how would those go towards making his isolation

2  greater?

3      A.   I think -- and this would be true for anyone who

4  is incarcerated -- visits and mail and possibly phone calls

5  tether people to the outside world in a way that keeps them

6  relatively sane and able to function day to day.

7          But in the absence of that, I think people become

8  untoward and internally isolated.

9      Q.   I would like to talk about the psychological

10  effect of the isolation of death row or administrative

11  segregation.  Can you tell me about the impact that those

12  conditions would have on a so-called normal inmate or

13  someone not suffering from mental illness?

14      A.   Generally speaking, the conditions that are called

15  solitary confinement in the vernacular would apply here to

16  ad. seg., could cause pretty much anyone to become

17  irritable, sensitive to external stimuli, anxious, agitated.

18          Most people, if they're isolated long enough, will

19  sort of lose their diurnal sleep cycle, suffer from insomnia

20  and nightmares.  And some people will do better and some

21  people will do worse but they all have some version of that.

22      Q.   And how will those conditions impact someone who

23  is mentally ill such as Mr. Tabler?

24      A.   My understanding of Mr. Tabler, he's already

25  fairly isolated within himself, in part due to his living to

193

1   such an extent in the present.  So, that would just be --

2   he's poorly equipped for that in the first place, I'll say

3   that.

4          He doesn't have the coping skills that help a lot

5   of people in administrative segregation, he doesn't have the

6   eternal life that helps people.  Most people, could just say

7   the average -- average person, see themselves in the context

8   of their lives so there's a timeline, and they have a past

9   and they've had relationships with people and family, they

10  may or may not -- they may see some kind of future whether

11  it's bleak or not but they can understand that there's a

12  future.

13         I think to a large degree Mr. Tabler, living in

14  the moment, is more like the points on a timeline, so, it's

15  understandably harsh to be on death row.  For him, his

16  present moment is his only thing, so if his present moment

17  is harsh it's really harsh, it's not buffered by his -- the

18  rest of his life essentially.

19     Q.   Dr.~Curry, if you can -- I believe the exhibits

20  are up there, Doctor, if you could look at Exhibit 69,

21  please.

22     A.   Which one?

23         THE COURT:  I'm sorry, to do that the clerk has

24  indicated that we already have a 76 which is the last one

25  you admitted.

1          MR. WALKER:  I apologize.

2          THE COURT:  We need to make that 77, the next

3  available number.

4          MR. NOLAN:  It was my fault.

5          THE COURT:  That's okay, we just want to make sure

6  we keep up with it.

7          THE WITNESS:  Is it here?

8          MR. WALKER:  It should be up there.

9          THE WITNESS:  Which one is it?

10         MR. WALKER:  Correctional managed care nursing

11 program.

12         THE WITNESS:  Okay.  Is it marked 68?

13         MR. WALKER:  I believe 69.

14    Q.   (By Mr. Walker)  So this is a -- can you describe

15 this document for me?

16    A.   It is a nursing protocol for some muscular

17 skeletal symptoms that he presented at the clinic with.

18    Q.   And if you could read from the document halfway

19 down the page beginning with, "States that if the execution

20 goes through"?

21    A.   I'm sorry, I'm still having trouble hearing you.

22    Q.   I'm sorry.

23         If you could read from the document beginning

24 about halfway down the page that states, "If the execution

25 goes through Sunday" -- "goes through Thursday" --

1    A.   Okay.

2         This is under Nursing Action.   "Offender states

3    his body may seem hot but he seems to be freezing all of the

4    time.   States he cannot sleep at night due to being so cold.

5    He states he is extremely stressed, mentions he is stressed

6    because of living with a camera on him 24-7; states if the

7    execution goes through Thursday then that will be the

8    68th person he has gotten to know or become friends with who

9    have died."

10        Q.   And what's the date on the document?

11        A.   6-3-2017.

12        Q.   So is it safe to assume that in the last year or

13   so that that 68 number is now higher?

14        A.   Based on the rate that I understand they go

15   through the death-watch unit, I think that sounds accurate.

16        Q.   Is there any reason that these repeated losses

17   would be more traumatic to Mr. Tabler than they would to a

18   person like you or I?

19        A.   Well, I suppose in the first place, his childhood

20   was tragic and traumatizing.   The people in his life left

21   him in ways that were very hurtful and I think that really

22   formed his adult ability to relate to people, and so, I

23   think he is reluctant to actually relate to people in any

24   sort of intimate way but he does do it nonetheless and then

25   when he does do it and they then get executed, I think it's

1   just retraumatizing and brings up issues from his childhood

2   that are very painful.

3       Q.   And with regard to Mr. Tabler's social isolation,

4   does that also exacerbate the trauma that he would feel in

5   these losses?

6       A.   Well, it does in the sense that if you are -- if

7   he's living in the moment the relationship he's having right

8   now is paramount, so he's been described as forming rapid

9   attachments, rapid intense attachments, I think that's a

10  fair description.  I think that's really just a function of

11  his living in the moment.

12          So, it comes up powerfully and then when it goes

13  away it goes away powerfully because there's so little else

14  going on.

15      Q.   Dr. Curry, do you have an opinion as to whether

16  Mr. Tabler, in light of his condition and confinement and

17  mental illness, is capable of making a voluntary waiver?

18      A.   I do.

19      Q.   And what is your opinion?

20      A.   I believe that his inability to weigh future

21  consequences meaningfully against the present renders his

22  voluntariness suspect.  I believe that he cannot actually

23  make a voluntary waiver.

24      Q.   And if I can point you to Exhibit 40, Page 3,

25  please.

1      A.    Page what?

2      Q.    And I won't ask --

3      A.    What page?

4      Q.    Page 3 of Exhibit 40.

5      A.    Okay.

6      Q.    Can you describe that document for me, please.

7      A.    It's the petitioner's motion to revoke his

8  previous motion for pro se and motion to withdraw wherein he

9  is describing why he wants to revoke his motion based upon

10  his -- the conditions where he is housed.

11      Q.    Can you tell me about the significance of that

12  document?

13      A.    Well, he's -- well, this document is describing

14  why the punitive isolation -- he thinks is punitive -- and

15  highly restrictive environment on that unit makes him want

16  to end his life one way or the other.  That's how I read it.

17      Q.    And is that document consistent with your opinion?

18      A.    Yes.  I believe -- if we take as a given that the

19  conditions are harsh, because they're understandably harsh,

20  I believe he feels that differently than most people and

21  more directly and more unalloyed than other people because

22  of the way he lives in the moment.

23          It's the absence of a past and a future for him.

24          MR. WALKER:  No further questions.

25          THE COURT:  Thank you.

1          Any questions from the Government?

2          MR. CLENDENIN:  No, Your Honor.  I just want to

3   make sure, though, that the last two exhibits were offered

4   into evidence.  I don't know that they were.

5          THE COURT:  What numbers were those?  I think they

6   were already in.

7          MR. WALKER:  Number 40 and Number 68.

8          (Whereupon, Petitioner's Exhibits 40 and

9          68 were offered.)

10         MR. CLENDENIN:  No objection.

11         No questions either.  Thank you.

12         THE COURT:  So, Dr. Curry, if I can follow up, and

13  some of the questions will be along the lines of what I

14  asked the other gentlemen.

15                   ==================
                       EXAMINATION
16                   ==================

17  BY THE COURT:

18     Q.   So with regard to your description of Mr. Tabler's

19  propensity to sort of be in the moment, to live in the

20  moment, you know, again, this is a question for a

21  philosopher rather than a psychologist perhaps but if -- if

22  he lives in a ceaseless stream of present moments and there

23  is some consistency with regard to his expressed desire in

24  those moments, as there has been on the question of whether

25  or not he wants to waive his rights, is there some point at

1  which I could have reasonable confidence that what he's

2  expressing in those individual moments over time is

3  genuinely felt and is not affected by some of the things

4  that you've identified?

5      A.   I think that, based on my observations, that it

6  tends to be genuinely felt in that moment and so the fear I

7  would have is at some other moment he genuinely feels

8  something else because I think that's what I've seen.

9      Q.   Do you understand too I have the fear -- the twin

10 fear that those being authentic desires in each moment that

11 he expresses them and that I'm failing to recognize a

12 rational and honestly expressed and independently arrived at

13 desire -- expression of a desire, do you understand I have a

14 twin concern there?

15     A.   Yes.   I think when you see Mr. Tabler under these

16 circumstances in this moment he looks as you just described

17 him.

18     Q.   But when he's had those other moments, at least it

19 has not been communicated to me that in those moments where

20 he is less than perhaps composed, even then he has not

21 communicated to me a desire to change course or to have me

22 do other than what he's asked me to do repeatedly.

23         So you would expect if he was going to have a

24 change of heart, when he's having these moments that I don't

25 see, that that would manifest perhaps in a communication to

1  me, written other otherwise communication to me that would

2  be inconsistent of what he's been asking me when he is with

3  me.

4      A.   So I'm not a lawyer but the way I've read his

5  other pleadings, I believe it's correct if he changes his

6  mind something like ten times.

7      Q.   Before he got to me?

8      A.   Before he got to you.

9      Q.   Exactly.

10      Does that prevent him from at some point in the

11  future and for the past, however long it's been that this

12  has been pending in front of me, does that change his

13  ability then to make that decision and stick with it as he

14  appears to be doing now?

15      A.   I'm skeptical of his ability to do that.

16      Q.   I get that.  Then that leads us to the question

17  that I asked the previous witness and that is that we find

18  ourself in a situation where -- and what struck me in the

19  concluding parts of your report really motivated my

20  questioning to the last witness and I was going to save them

21  for you but they became I think appropriate for him.

22      And that is when you -- as the previous witness

23  described perhaps the circumstances of his confinement as

24  being to a person that didn't have the challenges that he

25  has would find unbearable, and so what that presents us with

1   is that he's being further sort of penalized for his

2   deficits by being denied what someone under the same

3   circumstances would be allowed to make decisions about their

4   future and about -- and so effectively he's being penalized

5   yet again by us not giving him the opportunity that someone

6   without those deficits would have.

7          Is that a fair assessment?

8      A.   I understand.  Yes, that's correct.  The deficits

9   that I'm describing are the deficits that got him here and

10  he still has them, so I understand that's a -- I don't want

11  that burden.

12     Q.   So I have to ask you then, is there anything,

13  then, at this point, I could ask him or is there anything at

14  this point that he could tell me that would satisfy you that

15  your opinion about that you've expressed here today might

16  not --

17     A.   I think not in this moment.

18          For me this was temporal.  How does it play out at

19  the time?  So at any given moment you only have what's in

20  front of you and right now I don't think there's a question

21  you can ask that would satisfy that.

22     Q.   But then going back to my initial question, is

23  there a point at which in weeks or months that he would

24  exhibit a consistency of commitment to this position that

25  would satisfy your concerns?

1    A.    That's very subjective.

2    Q.    All of this is objective.

3    A.    I know.  For me, no, there's not a threshold.

4    Q.    Where was the threshold that got you where you are

5    then?  There had to have been a threshold.

6    A.    Well, it's because I can look back at the past,

7    because I can see the past.  It's the ten vacillations in

8    ten years.

9         If he had waived once -- if this was his first

10   attempt to retract the waiver, I would have it to go on, but

11   I have nothing to go on.  But he's established a record

12   that's hard to ignore and it makes one wary and cautious.

13        THE COURT:  Sure.  I understand, okay.

14        Any other questions?

15        MR. WALKER:  No, sir.

16        THE COURT:  Okay, thank you very much.

17        THE WITNESS:  Thank you.

18        THE COURT:  Can this witness be excused?

19        MR. WALKER:  Yes.

20        THE COURT:  Okay.  Thank you, Doctor.

21        Do you have any other witnesses or evidence?

22        MR. NOLAN:  No, we don't, Your Honor.

23        I would move for the admission of the remaining

24   exhibits in the binders.

25        THE COURT:  Okay, if we haven't done that, any

1   objection for purposes of this hearing?

2          MR. CLENDENIN:  With the same caveat, no

3   objection.

4          MR. NOLAN:  We removed some of them as we went but

5   I think maybe just for housekeeping.

6          THE COURT:  What would you like to do now?  Would

7   you like to hear any argument -- let me first perhaps see if

8   Mr. Tabler, given what he's heard today, if he has anything

9   left to add or ask.

10          So, Mr. Tabler, we have completed the evidence in

11   the case, I've heard all of the witnesses that I think are

12   going to be presented in the case, and I want to loop back

13   around and give you the opportunity -- and I'm glad you've

14   taken the opportunity to kind of chime in a couple of times

15   on things as they've gone because sometimes it's hard to

16   remember as you go along.

17          So is there anything that has come up that you

18   would like to address or do you have anything else that you

19   would like to tell me or ask me, frankly?

20          Let me say before I put that pressure on you, I'm

21   also going to give you the opportunity, after we leave here

22   today, I'm going to give everybody a couple of weeks to

23   present things on the record because if you're like me it's

24   only on the drive home that you remember all the things that

25   you should have said or that you -- as you think about it

1  tomorrow.

2          MR. TABLER:  I'm not that old.

3          THE COURT:  Well, I am.

4          But in all seriousness, sometimes you think much

5  clearer the next day and we've had a long day.

6          But, anyway, I don't want you to feel like this is

7  the only opportunity you have.  If in the days to come

8  something occurs to you that you haven't thought of saying

9  or that you want to emphasize, I will give you that full

10 opportunity to write that down and send it to me.

11         But, as we sit here today, is there anything that

12 you would like to say?

13         MR. TABLER:  No.

14         I tried -- I tried to bring other people up in

15 conversation.  I came in the courtroom, I recognized one

16 individual in the courtroom, I couldn't remember his name so

17 I asked my counsel, he was a district attorney from Bell

18 County.  It was a man in the very back, the black gentleman

19 back there.

20         And so I'm sure if you asked him why everybody's

21 here I think he would probably agree with my situation as

22 well, you know.

23         What about Amid?  What about Frank or Tiffany or

24 Amanda?  You know, nobody talks about them.

25         This is not an easy decision, you know.  During

1  the recess, I had my investigator tell me something, you

2  know, and that weighs heavily on me, you know.

3          I come up here, drive up here with Sergeant

4  Finkelberry, Officer Kaiser, Officer Smith, the conversation

5  I carry on with them, we following a GPS up here, you know.

6  You ask them -- I'm not trying to put them on the spot --

7  but the conversation is intelligent conversation.  It's

8  mature conversation.  It's not retarded conversation, is

9  basically what I'm trying to gather here, is what

10  everybody's trying to say.  I've got this illness, I can't

11  make decisions, his confinement is doing this or whatnot.

12          You ask my transportation officers, you ask the

13  deputy over here in your courtroom how I've behaved since

14  I've been back here.  I'm respectful to all of you staff,

15  even TDCJ staff, you know.

16          For somebody that can't speak and be respectable

17  or intelligent, then I might agree with some of these

18  doctors.  But then, again, my counsel paid for the majority

19  of doctors that took the stand today, you know.

20          You appointed Arambula so I didn't think they had

21  an opportunity to dig their hooks in him because he was

22  appointed by you.  You picked him out because neither one of

23  us can agree, the State nor my counsel, and then you said

24  you would give me an opportunity to provide evidence for

25  what I wanted to see to prove myself.

1        The attorney general, Ms. Patton, right.  TDC

2   copies all my outgoing mail, all my outgoing mail except for

3   my legal mail that's sealed and confidential.

4        If she was to get copies from TDCJ Warden Harris

5   Director Lori Davis, you can read all my letters from the

6   time I rolled up on death row in April of 2007, and none of

7   my letters talk like these doctors got up on the stand and

8   belittled me, tried to degrade me like I was a child.

9        Even now days children kill, do they not?

10       I've read recently about a thirteen year old

11  picked up a pistol and shot another kid because he was

12  gangbanging.  You have all this violence going on, what

13  about all these other people; but yet it comes around full

14  circle.  I ask you again about Amid, Frank, Amanda and

15  Tiffany, who is going to voice and talk -- who is going to

16  talk for them?  Who is going to speak for them?

17       Sitting here, ask God for forgiveness, it's easy

18  to ask him, he forgives everything.

19       I've asked my mother; my mom's boyfriend, Bill; my

20  spiritual adviser, Mary Hamilton.  My best friend that was

21  executed July 2017, Vic Tai, his attorney tell me they

22  understand.  They understand my decision.  They might not

23  support it all the way because it goes against their

24  standards and what they believe in, but yet at the same time

25  my mother told my investigator Sandra Belter that she

1  doesn't want to continue seeing me suffer back here, but yet

2  at the same time she doesn't want her son to die.

3          And I told you when I came into this courtroom

4  that if she stood up and said that not for me to do this, I

5  tell you what, we're done, I'm not going to drop it.  But

6  she didn't do that.  She left it in my court.

7          It's hard for me to sit here and talk to you.  I'm

8  a grown man.  I know right and wrong.

9          But to tell you, yeah, I'm done, go ahead and kill

10  me, no sane person wants to do that.  But yet Shawn Nolan

11  and Peter Walker got up there and told you, doctors got up

12  there and told you my confinement, yeah, my confinement is

13  that bad.  It doesn't change the fact that I killed people.

14  I took those lives.

15          When I went to jury trial back there in Bell

16  County I acted like an immature punk.  I was a kid.  Kind of

17  laughed, shit giggled about it.  I thought it was funny.

18  I've had years, over a decade, to sit and think about that

19  and if I could apologize to the families in that courtroom

20  that day, I would do it a hundred times over.

21          I'm matured and I've grown since I've been on

22  death row, whether it be death watch or isolation, whatever

23  you want to call it, Jester IV.

24          It's like -- it's like this, Judge, hypothetical,

25  right, you take two puppies, got two puppies, take one

208

1   puppy, take them home giving them loving tender care, you

2   pet them, you walk them, you play with him.  He is a family

3   dog.  You take that other puppy put him in a cage and throw

4   things at him, beat him with fists and you abuse him and you

5   get a violent dog.

6          My confinement is making me violent.  I know I

7   might not show it because I choose not to show it.  I'm

8   controlling it the best I can.  But in my own, I'm asking

9   you to do what I'm asking you to do today and that is to

10  waive my appeal and volunteer for execution, because, one,

11  my victims.  I take responsibility for my actions.

12         I was sentenced to death.  I believe in capital

13  punishment.  My lawyers don't -- three of them.  Those that

14  know they're guilty and they are sentenced to death should

15  be executed.  Sexually violent predators and child molesters

16  should have been shot right there in the dang court.  They

17  shouldn't be given all these opportunities.

18         I'm back there on death row and there's animals

19  worse than me.  I talk to them.  I don't talk to them about

20  their case.  The one that I was close to his name was

21  TaiChin Preyor.  He was executed July 27, 2017, at 9:07 p.m.

22  I knew him for a decade, from the time I rolled up to TDC on

23  death row.  We bonded.

24         He was a 6'6 270 pound, black dude with bald head.

25  And he and I would laugh.  We would study the Koran and the

1  Bible together, go outside, we would play dominoes, we would

2  spread together and share.  We got to know each other for

3  the human beings we are not the animals that we were.

4           People don't look at how we are now, all they see

5  is what we did from our past.

6           I've had a decade to mature and grow.  I'm not the

7  same person I was in 2004 when I took those lives.  But at

8  the same time, I accept responsibility, just like when I got

9  busted with that cell phone call with State Senator John

10 Whitmire, a whole bunch of things got twisted around of what

11 was said.

12          Not one time did I deny responsibility.  Every

13 time I've taken responsibility for my actions.  Every time I

14 catch a case in TDC, I take responsibility for my actions.

15          Does it get me anything?  Does it get me better

16 treatment?  Hell, no.  Do I get to see the people I love and

17 care?  No.

18          But then, again, think, what about my victims?  Do

19 they get to see their loved ones?  I deal with that guilt.

20 I deal with that anger and that pain.

21          To this day I'm still unable to forgive myself.

22 My guilt is killing me from the inside out and it's only a

23 matter of time for my treatment -- not these gentlemen back

24 here, not anybody over here in this courtroom -- but from

25 where I'm housed, I'm treated in the most inhumane way you

1  can even imagine but I accept it because when you become a

2  man you accept responsibility for your actions, you deal

3  with it because I choose to deal with it.

4        I just got up there and they said I was suicidal.

5  The only one that spoke the truth up there on that stand was

6  Richard Cully, Dr. Cully.  What he said, I cut, I cut to

7  reveal the stress.  Seeing myself bleed, I would calm down.

8  When I cut on myself, it kept me from striking one of your

9  officers, one of these state correctional officers on death

10  row, because I would get so mad and I would get so

11  frustrated at myself I cut to relieve my pain.  I cut to

12  relieve my anger.

13        I stopped cutting because I gave my word to that

14  woman that I wouldn't cut myself.  I gave my word to God

15  that I wouldn't cut myself again.  I haven't cut myself

16  since.

17        One time I wanted to commit suicide.  I ain't

18  lying.  I slit my arm from here to here, from my wrist to my

19  elbow.  I flatlined three times on death row.  I'm here now.

20        From that time on, May 20th, 2010, when I took my

21  life when I had my first execution date and I was given a

22  stay, I didn't want that stay.  I didn't ask for that stay.

23  I took my life, and TDC saved my life and brought me back.

24        The first thing I did was I got out in window and

25  looked out there and asked God, I told God, it was starting

1  to sunset and I could see how the sky was changing and it

2  looked like Moses parted the Red Sea.  I told God, If you

3  are real I want you to open my eyes and allow me to see you

4  because I am not seeing.  Open my ears and allow me to hear

5  what I'm not hearing.  Show me something, anything.

6         I kid you not, when the sun set, how it reflected

7  out of the sky it look like it was reversed.  I was in the

8  sky looking down on the ground.  I saw the world.  The Red

9  Sea parted out of my head.  I'm seeing it and whispering to

10 myself, God, it disappeared like that.  So I was seeing gold

11 as far as my eye could see, walls, buildings, everything.  I

12 told God, I see it.  Thank you.  It disappeared like that.

13 It was pitch black.

14        Lieutenant Brown, a couple of wardens, a couple of

15 sergeants were standing in my door with the officer and his

16 force team.  I had been standing out there looking out my

17 window for four and a half hours.  It was pitch black

18 outside.  I turned around and I had tears coming out my

19 face.  I still had blood all over myself from where I took

20 myself.  I took my life.

21        I have a relationship with God.  I felt my faith

22 go from there.  I got spoke to about Scripture.  The book of

23 Numbers in The Old Testament talks about if you strike

24 someone with a metal staff and you take his life, you are a

25 murderer and you should be put to death.  Read further in

1   that Scripture, it tells you also that you shouldn't be put

2   to death by one lone witness but by numerous witnesses.

3          I was in Bell County, the DA, numerous witnesses

4   out there.  I wanted numerous who took the stand against me

5   and said how they knew me and said what I did, what they

6   knew.  By those numerous witnesses that jury found me guilty

7   of capital murder.  I was sentenced to death.

8          And you got people telling me that that's the old

9   law, that's The Old Testament.  That's true.  You're

10  supposed to go by the New Testament.  But the Old Testament

11  was God's law, The New Testament was his son's law.

12         You can't have one without the other.  It's just

13  like Ying and Yang, for every action there's a reaction.  To

14  complete the sixty-six books, you have to have The Old

15  Testament and The New Testament.

16         I stand on The Old, ask you to respect my

17  decision, that's why I came here.  I want to waive my

18  rights, volunteer for execution.

19         Because I know when I leave this place, sure, a

20  lot of people are going to be hurting.  It's going to

21  devastate a lot of people.  That woman right there, the man

22  sitting next to her, my spiritual adviser Selima, Cassandra

23  my counselor, and back onto death row I was befriended.  She

24  understands.  Do they like it?  No.  They understand.

25         Do you two understand?  Do you accept it?  I'm

1  sure you can.

2         Will my counsel accept it?  Hell no.  They're not

3  even going to try.  They trying to put the shoe on the other

4  foot.  It's impossible.  My lawyers and I are always going

5  to agree to disagree.

6         You've had numerous inmates coming from you, and I

7  have no doubt that this is a tough decision for you, because

8  like I said in that motion letter I gave you this morning,

9  you're a human being at the end of the day, the court

10 reporter, everybody in here, but it's not very often you are

11 going to hear a conversation that comes from an inmate that

12 tells you he's guilty and that he feels this way.

13        I speak to you as a calm man.  Yeah, I can sit

14 here and bullshit with you and say I wasn't -- I wasn't

15 frustrated and all the doctors got up there and spoke like I

16 wasn't in this courtroom.  A couple of times I talked down,

17 yeah, I want to remind you people I'm in this courtroom,

18 don't forget it, and I did that.

19        But at the same time, I felt that many things

20 weren't being told correctly and that's why I said it.

21 Because when I stood up in this courtroom and asked you to

22 swore me in to tell the truth, that's what I did.  From day

23 one I've told the truth and taken responsibility.

24        Did they take responsibility?

25        THE COURT:  If you can speak a little louder or

1   maybe pull the microphone a little toward you.  Thank you.

2            MR. TABLER:  I said can these three take

3   responsibility?  Probably not.

4            Can they understand where I'm coming from?  No.

5   Nobody in this courtroom can understand where I'm coming

6   from until you are treated that way, until you take a life.

7            Last week, last Thursday, I spoke to Ms.~Widder on

8   the telephone call, legal telephone call.  She told me she

9   didn't want me to do this.  I've been hearing that for the

10  past couple of months, you know, from all my counsel,

11  investigators and paralegals and a couple people.  But, I

12  told her like this, there is something wrong -- there's

13  something wrong with me and I realize it when I can take a

14  life and act like it ain't shit -- pardon my French -- and

15  it doesn't bother me, I can go on about my day, I can eat, I

16  can still go party, do whatever.  I look back on myself and

17  reminisce from my death-watch cell.  That right there is an

18  animal, Judge.  That same animal is still within me and I

19  can feel it and it scares the hell out of me.

20           Because, yeah, I'm behind a steel door, I got mesh

21  in my door, I can shoot stuff out my cell.  I can stab one

22  of these officers.  I can do something.  I can take their

23  life any opportunity I come out of that cell but from day

24  one you ask that warden at that unit, Warden Harris, and the

25  one before him, Timothy Simmons, you ask the correctional

1  officers, I refused.  I didn't try.  I refused to hurt one

2  of these guards for one reason:  This is just a job.  I

3  don't see the gray uniform.  They are here to provide for

4  their family and pay their bills.  This is what they do for

5  work to cut a paycheck.  They didn't put me here, I put

6  myself here.

7          The only difference between them and I is they go

8  home at the end of the day but there's no guarantee they go

9  home.  You could have a freak accident, you can have a heart

10  attack or a car wreck, or another guy could take their life.

11  Anything's possible.  They didn't put me here and I refuse

12  to take another life that landed me here.

13          Again, that's why I ask you to please -- I know

14  you heard everything here today and I know it's a tough

15  decision.  Take your time, read everything over, but I ask

16  you please to grant my waiver and allow me to volunteer for

17  execution.

18          With that I want to thank everybody for coming and

19  giving me this opportunity.  I know it wasn't easy for

20  anybody.  I just want to say thank you.

21          I also want to ask what your decision is about

22  that letter I gave you this morning?

23          THE COURT:  We'll get to that.  Let's get through

24  the rest of this and then I will address that.

25          We need a ten-minute court reporter break and then

1    entertain argument.

2         MR. NOLAN:  I think we were going to ask to submit

3    argument in writing.

4         THE COURT:  That's fine, sure.  If you want to do

5    that that's fine, I will be happy to do it that way.

6         Could I have counsel approach?

7                    ===================
                     BENCH CONFERENCE

8                    ===================

9         (The following proceedings occurred at

10             the bench, outside the presence of Mr.

11             Tabler, with only counsel present.)

12        THE COURT:  So, given the letter that he sent me

13   about having a visit with his mom, I'm inclined to give him

14   like a ten-minute noncontact visit with his mom unless

15   somebody thinks that would in any respect be prejudicial and

16   wouldn't be a good idea.

17        MR. NOLAN:  We would love that, Judge.

18        MR. CLENDENIN:  We would defer to the marshal.

19        THE COURT:  Yeah, they've expressed to me that

20   it's contrary to their policy but they will do it if I order

21   it.  That's the answer I always like.  Thank you.

22                    ===========
                      OPEN COURT

23                    ===========

24        (The following proceedings occurred in

25             open court, with all parties present.)

1              THE COURT:  All right.

2              So I would like to thank everybody for their

3   patience today.

4              Mr. Tabler, you're right, nobody in this courtroom

5   fully appreciates what you've gone through and what you're

6   going through now.  And I appreciate the fact that you

7   recognize that I take this very seriously and this is, you

8   know, the most difficult thing that I do as a judge as it

9   requires me to make decisions about things that I don't have

10  perfect knowledge of and that's why I have the benefit of

11  experts on both sides and then I have the ability to listen

12  to you and to make my own evaluation of you.

13             Let me make -- in closing let me make a couple of

14  observations for you to think of because there's going to be

15  a couple of weeks that I'm going to give everybody to submit

16  anything they want to, post-hearing briefings, because as I

17  said, many times it's not until on the way home that you

18  think of something that you should have said.

19             Also, it's often the case, that when you have time

20  to reflect on what happened you have the ability to change

21  your mind and so, until -- I hear you -- until I make a

22  ruling in this case, I want you to reflect on a couple of

23  things, because you can change your mind and I know that you

24  seem very resolute and that you have a fixed mind about

25  this.

1        But let me just, on two points, let me address a

2   couple of things you've said.  First of all you have implied

3   that you believe that by not seeing the legal process

4   through that somehow that's not accepting responsibility in

5   this case, and I want to tell you that that isn't -- I don't

6   share that view.

7        I think that you are entitled to both legally and

8   I think morally you're entitled to have the process play

9   out, and I don't think it reflects badly on you in terms of

10  you not accepting responsibility.  I don't think it reflects

11  badly on you to let the process play out.  And I think no

12  one would think that if you simply -- because as I said at

13  the very beginning of this, I'm not in a position to tell

14  you the likelihood of whether you would get relief and what

15  that relief would be.

16       But the one thing I can tell you is that you waive

17  your right to appeal, if you waive the proceedings in this

18  case, it will stop.  And so, what I want to encourage you to

19  think about is that you can simply let things go, take their

20  natural course and there's nothing in that that is failing

21  to accept responsibility.  Okay.

22       So I want you to -- because it seems to me from

23  what you're saying that the only way you can really accept

24  responsibility is to ask that the process be stopped.  And I

25  don't think that's the case and I want you to reflect on

1   whether or not that's the case or not.

2            MR. TABLER:  That's not the case.

3            THE COURT:  Okay, but think about that if you

4   will.

5            MR. TABLER:  It's just overall.

6            THE COURT:  The second thing I want you to think

7   about is I don't want you to have boxed yourself in by

8   saying that there's one person who can change your mind on

9   this, and that if she doesn't do that, which she seems to

10  be, as you say, respecting your position on this.  But this

11  is not on her, and this is your decision and I would suspect

12  that she is probably keying off of what she thinks you want.

13            And there will be no shame in you changing your

14  mind about this and I don't want you to have set this up to

15  require her to give you the cue to do something.  I want you

16  to exercise your own judgment in this.

17            MR. TABLER:  I understand.

18            THE COURT:  Whether or not, whatever she wants,

19  this is about your decision.  Okay?

20            MR. TABLER:  Right.

21            THE COURT:  So whatever she does, if you have a

22  second thought about this, that's what I want to hear about,

23  okay?  It doesn't matter whether she or anyone else changes

24  your mind, I'm interested in what you want and what you see

25  going forward.

220

 1           I can tell you that if you do abandon this

 2    process; in other words, if you change your mind and you say

 3    I want to go forward with this appeal, that you will get the

 4    full protection of the law that will go through this process

 5    and it will have an end some day one way or the other,

 6    right?

 7           And if what you're thinking is -- if what's

 8    motivating this is to just have this end as soon as

 9    possible, I understand why you may be doing that, but that

10    in itself is probably not a reason to do it, right?  Because

11    as long as there's life there's hope.

12           And I'm not the one to make that decision.  I'm

13    not in your shoes.  And when you say, you know, put the shoe

14    on the other foot, I fully agree and at the end of the day

15    that's what I'm struggling with is trying to understand what

16    you're going through, through your lens.  And I promise you

17    I'm struggling with that with everything in me.  I'm taking

18    that seriously and I'm going to do the best job I can do.

19           I'm not Solomon but I try and I'll do the best

20    with all the information that you have given me and what

21    everybody else has given me.

22           MR. TABLER:  If you would like some help I'm sure

23    that the Attorney General can retrieve the video footage of

24    me in my cell, what it's like, a birdseye view, see what I

25    do every day, seven days a week.

1      THE COURT:  I take your word for it.  I think it's

2  been adequately described to me.

3      But, anyway, those are the observations I wanted

4  to make.  And so as we go from here today, you have the

5  right to change your mind at any time, there's no shame in

6  that, it does not -- there's nothing about changing your

7  mind that is failing to accept responsibility.  You can

8  expect -- you can accept responsibility and have this

9  process play out.  Okay?

10      And whatever anybody else tells you or whatever

11  cue they give you about what they want to do shouldn't

12  matter.  I want it to be what you want and what you think is

13  right for you and nobody will second guess that.  Okay?

14      MR. TABLER:  I know.

15      THE COURT:  Great.

16      Anything from the State?

17      MS. PATTON:  No, Your Honor.

18      THE COURT:  Anything else?

19      MR. NOLAN:  No, Your Honor.  Thank you very much.

20      THE COURT:  So, I'm respectfully directing the

21  transport officers to find accommodation that the marshals

22  are preparing to give Mr. Tabler a ten-minute, noncontact

23  visit with his mother, and I would appreciate your

24  compliance with that order.

25      OFFICER:  Yes, sir.

222

1      THE COURT:  Thank you very much.

2      All right, thank you all very much.

3      (Whereupon, the hearing then adjourned

4      at 5:05 p.m.)

5                    *      *      *      *      *

1                    C E R T I F I C A T E

2

3          I, Pamela J. Andasola, Certified Shorthand

4    Reporter, Registered Merit Reporter, Federal Certified

5    Realtime Reporter, in my capacity as Official Reporter do

6    hereby certify that I was present and recorded the above

7    proceedings in stenotype and reduced the same to typewritten

8    form, that the foregoing 222 pages constitute a true and

9    complete record of the proceedings, to the best of my

10   ability, had and done on July 9, 2018, before the Honorable

11   ROBERT PITMAN, Courtroom 4 of the United States District

12   Court, Western District of Texas, Austin Division.

13

14

15                    Dated this 28th day of August, 2018.

16

17

18                    s/Pamela J. Andasola
                      PAMELA J. ANDASOLA, CSR/RMR/FCRR
19

20

21

22

23

24

25

**3**

30 [1]  19/10
30th [1]  12/21
34 [1]  3/7
34 year [1]  66/22
355 [1]  1/25

**4**

4 a.m [1]  9/3
40 [4]  196/24 197/4 198/7 198/8
4th [2]  66/23 118/3

**5**

50 [1]  189/22
51 [3]  62/1 72/25 94/13
53 [1]  80/3
55 [1]  84/5
5:05 [1]  222/4
5:30 [1]  9/5
5th [1]  18/12
5th Circuit [7]  27/9 28/14 28/19 29/20
  30/3 30/7 30/12
5th one [1]  135/13

**6**

6'6 [1]  208/24
6-3-2017 [1]  195/11
6-64 [2]  52/7 52/22
64 [3]  52/3 52/7 52/22
65 [2]  64/6 114/18
65-72 [2]  114/21 115/3
66 [2]  65/16 114/18
67 [2]  66/15 114/18
68 [6]  68/17 114/18 194/12 195/13
  198/7 198/9
68th [1]  71/1
68th person [1]  195/8
69 [4]  70/19 114/18 193/20 194/13
6:10-CV-034-RP [1]  1/5
6th of [1]  155/17

**7**

70 [2]  72/18 114/19
71 [1]  114/19
72 [4]  94/5 114/19 114/21 115/3
73 [3]  115/25 116/9 116/16
74 [6]  122/10 122/11 122/14 122/18
  152/16 170/5
74's [1]  152/14
75 [3]  152/11 152/19 152/25
76 [6]  5/15 5/16 5/18 5/20 186/11
  193/24
77 [1]  194/2
78210 [1]  1/25

**8**

8-3-2017 [1]  122/21
80 [5]  88/11 88/13 93/6 162/15 189/21
825 [1]  65/23
8th grade [1]  160/24

**9**

9:07 p.m [1]  208/21

**A**

a.m [2]  3/5 9/3
abandon [2]  46/13 220/1
abandoned [1]  132/22
abandoning [1]  41/17
abandonment [2]  126/14 133/16

BY MR. NOLAN: [4]  53/1 115/15 147/1
  151/9
BY MR. WALKER: [1]  179/1
BY THE COURT: [6]  6/21 39/13 108/4
  138/3 171/1 198/15
MR. CLENDENIN: [8]  3/24 180/5 180/13
  181/14 198/1 198/9 203/1 216/17
MR. NOLAN: [64]  3/10 4/17 4/19 4/25
  5/7 5/9 5/14 38/9 38/12 38/20 51/11
  51/13 52/4 52/22 62/5 63/21 64/7 65/16
  65/18 68/23 69/3 70/17 76/18 76/20
  93/24 104/8 107/18 107/20 114/6
  114/10 114/15 115/3 116/5 116/17
  118/4 118/11 119/18 120/16 122/8
  135/4 137/19 137/21 146/23 148/5
  148/8 150/19 150/22 150/25 152/8
  152/14 152/17 153/6 154/12 170/4
  170/19 175/17 175/20 175/24 194/3
  202/21 203/3 216/1 216/16 221/18
MR. TABLER: [26]  6/10 6/18 8/15 75/20
  76/19 167/7 167/9 167/19 173/9 173/11
  173/15 176/6 176/9 177/15 178/8
  178/10 178/14 204/1 204/12 214/1
  219/1 219/4 219/16 219/19 220/21
  221/13
MR. WALKER: [21]  3/15 178/17 179/25
  180/10 180/15 180/17 180/19 181/10
  181/18 185/23 186/3 186/7 190/1
  193/25 194/7 194/9 194/12 197/23
  198/6 202/14 202/18
MS. PATTON: [18]  3/22 4/24 5/8 38/14
  38/25 52/9 107/23 114/11 114/22
  116/12 118/15 122/14 137/25 152/22
  153/9 170/23 177/9 221/16
MS. WIDDER: [2]  3/18 177/6
OFFICER: [1]  221/24
THE CLERK: [1]  3/5
THE COURT: [137]  3/8 3/13 3/17 3/20
  4/1 4/18 4/22 5/2 5/12 5/17 5/21 6/11
  6/19 7/6 38/11 38/13 38/15 38/23 39/1
  39/11 51/9 51/12 51/25 52/7 52/18
  64/10 65/17 68/20 68/24 76/17 76/22
  93/16 93/23 107/19 107/22 107/24
  114/4 114/7 114/12 114/21 114/24
  115/5 115/13 116/10 116/13 118/6
  118/14 119/16 119/19 120/8 120/11
  120/13 120/15 120/17 122/12 122/15
  135/5 137/23 138/1 146/21 146/24
  148/7 148/9 150/17 150/20 150/23
  151/1 151/7 152/13 152/15 152/19
  152/20 152/23 153/8 153/10 154/13
  167/8 167/18 170/21 170/24 173/10
  173/13 175/12 175/16 175/18 175/22
  176/2 176/5 176/8 177/4 177/7 177/10
  177/20 178/9 178/12 178/15 178/18
  178/24 180/4 180/6 180/12 180/14
  181/15 185/24 186/6 186/8 188/20
  189/3 190/3 193/22 194/1 194/4 197/24
  198/4 198/11 202/12 202/15 202/17
  202/19 202/24 203/5 204/2 213/24
  215/22 216/3 216/11 216/18 216/25
  219/2 219/5 219/17 219/20 220/25
  221/14 221/17 221/19 221/25
THE WITNESS: [19]  39/10 69/4 115/12
  120/10 120/12 120/14 137/20 149/7
  151/6 175/15 175/21 178/23 180/16
  180/18 188/23 194/6 194/8 194/11
  202/16

**'**

'08 [1]  47/4
'91 [1]  40/6
'92 [1]  40/8

**0**

08 [1]  64/21
0800 [1]  64/20
09 [2]  1/12 3/2

**1**

10 [2]  118/20 190/18
10:16 [2]  1/12 3/5
10th grade [1]  160/23
11th grade [1]  11/9
12 [4]  20/19 20/19 80/21 103/1
12:15 [1]  93/20
12:17 [1]  93/23
12th [1]  80/17
14 [2]  64/18 78/2
14-man [1]  20/23
16 [1]  155/1
17th [1]  66/16
18 [1]  75/9
18th [2]  72/22 94/12
1983 [1]  179/9
1997 [1]  179/9
1:15 [1]  93/20

**2**

2-20-18 [1]  75/9
2000 [1]  46/25
2004 [1]  209/7
2006 [4]  46/25 68/8 158/20 158/20
2007 [2]  11/11 206/6
2008 [9]  12/21 19/10 19/11 58/21 58/23
  59/4 59/9 158/18 158/21
2010 [3]  12/2 16/23 210/20
2011 [3]  16/24 17/13 17/24
2012 [4]  46/25 68/8 74/22 74/24
2013 [2]  64/18 66/16
2015 [12]  68/12 69/7 69/25 70/5 74/3
  74/24 79/18 117/25 118/3 155/17
  158/22 166/2
2017 [16]  61/19 70/21 72/16 72/22
  80/7 80/21 81/11 84/11 94/13 117/24
  119/5 122/21 147/19 195/11 206/21
  208/21
2018 [8]  1/12 3/2 17/13 75/2 75/4 75/18
  223/10 223/15
20th [2]  84/10 210/20
21st [2]  73/20 73/22
222 [1]  223/8
23 [1]  118/6
24 [4]  106/1 166/5 168/1 190/20
24-7 [2]  70/25 195/6
24-hour [3]  167/23 170/8 191/14
25-cent [1]  160/20
26 [4]  102/7 102/8 104/12 105/25
264th [1]  12/21
27 [2]  154/16 208/21
270 [1]  208/24
28 [8]  179/18 180/3 180/9 181/2 181/5
  181/13 181/17 186/6
28th [1]  223/2
28th of [1]  41/24
29 centimeters [1]  106/2
2XY [1]  121/11

**A**

abilities [3]  157/21 157/22 160/14
ability [33]  7/15 9/21 27/17 28/6 36/5
50/18 91/1 120/1 124/9 125/25 127/5
127/7 134/15 140/4 140/8 141/9 149/6
158/3 161/14 161/21 165/1 165/4
165/10 167/11 172/13 181/1 184/23
195/22 200/13 200/15 217/11 217/20
223/10
able [21]  10/1 16/3 30/7 30/13 35/20
44/14 48/20 48/24 56/9 84/2 100/22
106/7 107/2 108/18 131/11 132/24
163/3 168/11 172/15 176/14 192/6
abnormal [1]  156/11
abnormalities [3]  86/11 101/12 156/1
abnormality [4]  121/10 121/11 156/10
157/5
about [257]
above [4]  100/6 105/4 223/6
absence [7]  127/18 127/22 128/4 146/11
177/22 192/7 197/23
Absent [1]  32/23
Absolutely [1]  177/5
abstracting [1]  91/1
abstractions [1]  185/22
abuse [2]  86/8 208/4
academic [3]  42/21 100/8 105/6
accept [12]  21/15 37/21 172/3 209/8
210/1 210/2 212/25 213/2 218/21
218/23 221/7 221/8
accepted [4]  44/19 118/14 152/6 153/8
accepting [2]  218/4 218/10
access [5]  44/24 45/1 45/2 87/22 132/23
accident [1]  215/9
accommodation [1]  221/21
according [5]  20/3 60/13 79/15 85/21
171/20
account [2]  78/8 189/23
accurate [8]  44/20 83/22 116/4 123/2
153/5 158/12 179/24 195/15
accurately [1]  154/23
achieve [1]  187/12
acknowledge [1]  107/12
acknowledged [1]  49/24
across [4]  90/15 106/25 109/4 164/12
act [3]  71/14 126/20 214/14
acted [1]  207/16
acting [7]  44/20 74/7 74/9 79/24 124/15
130/13 130/22
action [6]  12/7 29/11 164/23 171/16
195/2 212/13
actions [6]  10/23 37/22 208/11 209/13
209/14 210/2
active [2]  44/1 63/19 78/16 78/18 95/16
actively [1] 62/21
activity [1] 81/22
actual [1] 145/12
actually [17]  9/12 18/4 37/3 52/3 68/9
134/23 139/10 139/22 156/21 157/14
158/18 167/10 169/15 177/6 186/5
195/23 196/22
acute [1] 77/17
ad [4]  50/16 50/19 57/7 192/16
adapt [2] 158/5 163/4
adapting [1] 161/10
add [12]  33/9 33/12 47/25 48/2 51/25
110/4 119/13 161/19 165/21 175/15
176/12 203/9
addition [2] 105/6 157/15
additional [5]  32/24 51/18 153/25 171/21

182/2
address [3]  49/24 214/24 214/24
55/10 55/16 75/13 75/15 108/2 108/14
108/23 112/19 177/11 203/18 215/24
218/1
addressed [2] 42/18 54/25
addressing [1] 55/8
adequate [1] 32/16
adequately [1] 221/2
ADHD [12] 98/14 99/22 100/6 101/13
101/19 103/13 105/6 105/14 107/4
107/17 110/4 156/22
adjourned [1] 222/3
adjust [2] 50/18 163/3
administered [1] 159/7
administrative [2] 192/10 193/5
administratively [2] 23/23 24/4
administrator [1] 163/2
admission [2] 52/8 152/21 202/23
admit [1] 180/11
admitted [9] 5/6 5/19 52/20 115/1
122/17 152/24 180/7 181/16 193/25
adult [2] 134/17 195/22
adulthood [1] 123/1
adults [1] 106/25
advance [1] 37/9
adversely [3] 99/23 100/22 110/8
advice [1] 35/25
adviser [3] 37/7 206/20 212/22
affect [12] 41/19 43/15 45/20 62/22 66/4
74/12 99/23 110/1 110/9 111/23 112/9
150/13
affected [10] 22/9 71/12 78/14 96/15
100/22 101/2 112/17 121/6 127/21
199/3
affecting [4] 9/21 28/6 114/2 172/8
affective [1] 165/21
affects [6] 69/20 92/22 110/4 113/25
158/1 174/16
affirm [1] 190/22
affirmed [1] 11/25
afraid [2] 35/21 143/2
after [24] 7/25 9/3 9/5 13/2 19/23 29/18
34/4 45/14 59/8 60/5 61/21 66/23 67/12
72/15 72/24 79/4 80/1 82/9 94/13 132/2
155/21 168/25 169/3 203/21
afternoon [10] 31/25 93/25 115/8 115/18
115/19 151/2 151/12 151/13 178/19
179/4
afterwards [1] 168/12
AG [2] 53/10 177/18
again [61] 10/5 14/5 17/6 20/12 22/18
23/19 24/25 25/13 27/18 27/21 27/23
29/1 30/1 35/22 38/4 38/5 41/7 46/21
49/18 50/8 50/16 55/1 57/16 60/17
62/11 62/16 63/3 64/8 65/20 66/9 70/23
71/16 78/13 78/22 78/25 79/2 84/20
88/1 92/15 94/7 105/3 105/12 111/1
111/6 111/7 117/10 117/21 133/12
150/11 153/2 159/1 167/25 168/17
169/8 198/20 201/5 205/18 206/14
209/18 210/15 215/13
against [11] 13/6 15/8 25/16 25/17 34/14
126/16 147/16 185/22 196/21 206/23
212/4
agency [2] 149/2 171/22
aggravated [3] 85/24 85/25 86/8
aggression [1] 79/21
aggressive [1] 74/9
agitated [1] 192/17

ago [5] 25/14 40/16 54/14 126/23
126/24
agree [15] 35/14 56/21 69/10 69/25
70/16 101/19 104/15 123/14 130/17
160/7 204/21 205/17 205/23 213/5
220/14
agreed [2] 15/17 52/3
ahead [7] 26/11 33/24 36/10 139/21
167/20 173/11 207/9
aided [1] 1/22
ain't [2] 210/17 214/14
alcohol [47] 43/1 97/2 103/23 104/3
104/4 104/16 104/19 104/20 104/23
105/4 105/15 105/16 105/17 105/18
105/20 105/22 106/5 106/11 106/15
106/22 106/24 107/11 109/10 109/11
109/12 109/16 109/17 109/19 110/12
110/24 111/2 111/5 111/22 111/25
112/3 125/17 127/4 163/15 163/22
163/24 164/3 165/19 169/11 176/12
182/11 182/20 183/25
alcohol-related [1] 104/3
alert [1] 66/3
all [150] 3/4 4/2 4/9 4/19 5/5 5/24 5/24
9/16 9/25 11/6 12/5 14/17 14/18 14/20
14/25 15/6 16/6 18/10 19/4 21/12 21/20
26/20 28/9 29/4 29/10 29/11 29/11
30/20 30/25 31/2 33/3 33/6 36/12 39/2
41/13 41/14 42/11 44/22 44/25 45/1
45/5 47/23 51/23 55/8 60/3 64/14 64/17
65/10 65/11 67/23 68/2 71/7 71/21 72/3
72/7 73/12 73/21 74/5 77/2 78/23 78/23
81/4 84/2 87/19 89/7 95/19 95/20 96/11
96/11 97/5 103/14 108/15 109/4 111/18
114/14 116/14 118/5 118/9 120/18
122/16 123/8 123/23 124/11 127/8
127/13 129/20 132/1 132/6 132/15
132/25 133/19 134/21 135/1 135/12
135/23 137/17 137/23 138/12 141/1
147/10 147/23 148/6 148/9 148/17
158/23 158/23 160/6 160/7 160/22
162/14 165/17 165/21 165/22 166/23
167/2 173/16 174/8 174/15 174/25
175/14 176/13 184/8 184/17 185/13
186/24 187/13 192/21 195/3 202/2
203/11 203/24 204/4 205/14 206/2
206/2 206/5 206/12 206/13 206/23
208/17 209/4 211/19 213/15 214/10
216/25 217/1 218/2 220/20 222/2 222/2
all-consuming [1] 123/23
alleging [1] 177/23
alleviate [1] 171/17
allow [10] 8/3 28/8 35/8 94/18 171/15
172/16 172/17 211/3 211/4 215/16
allowed [2] 167/13 201/3
allows [4] 135/21 135/22 135/24 136/1
alluded [1] 133/14
almost [7] 37/18 85/2 94/1 97/7 141/15
167/17 171/24
alone [4] 28/4 66/24 85/16 129/1
along [7] 34/6 47/6 80/16 162/25 171/5
198/13 203/16
already [18] 7/23 8/24 19/12 27/4 33/9
33/12 33/23 93/1 109/8 111/23 121/12
132/13 161/15 161/23 162/20 192/24
193/24 198/6
also [54] 24/13 24/17 27/19 36/7 40/2
50/1 54/15 59/20 60/1 63/23 65/10 67/8
68/11 69/6 75/1 84/14 97/1 98/16 99/22
99/23 102/5 103/23 103/24 104/4

**A**

also... [30]  117/10 117/18 118/19 119/11
123/4 124/13 125/18 140/18 141/10
147/5 155/5 155/8 155/13 156/15
156/19 159/6 160/8 160/9 161/12
161/17 161/25 163/21 177/12 177/16
178/11 196/4 203/21 212/1 215/21
217/19
although [3]  50/12 163/23 164/13
always [15]  28/20 34/18 35/25 47/9 59/4
59/17 83/3 84/1 99/7 120/5 127/12
127/13 131/9 213/4 216/21
am [10]  1/12 19/19 22/5 122/8 149/4
170/2 174/5 188/25 204/3 211/4
Amanda [2]  204/24 206/14
Amid [2]  204/23 206/14
among [2]  41/22 148/21
amount [3]  59/1 78/4 127/19
analysis [1]  103/9
and/or [4]  40/22 43/1 49/22 69/20
Andasola [4]  1/24 223/3 223/18 223/18
anger [7]  33/22 44/12 44/13 67/10
142/15 209/20 210/12
angered [2]  74/14 74/14
angle [1]  145/24
angry [3]  44/16 47/2 110/21
animal [3]  21/9 214/18 214/18
animals [2]  208/18 209/3
announced [1]  140/13
announcements [1]  3/9
another [26]  4/9 4/15 9/17 10/13 33/17
33/24 34/4 47/11 49/3 54/9 56/8 56/22
78/7 125/23 126/14 145/24 146/16
148/10 157/19 168/25 169/3 169/16
176/22 206/11 215/10 215/12
answer [15]  13/24 18/12 18/13 35/6
59/10 70/11 76/25 77/3 84/2 84/2 111/1
119/20 120/14 139/6 216/21
answered [2]  18/9 92/17
anticipate [1]  159/4
anticipated [1]  141/17
anticipating [3]  132/17 143/18 143/18
anticipation [1]  141/16
antihistamine [1]  77/8
antisocial [1]  110/23
ANTONIO [3]  1/25 39/25 40/2
anxiety [16]  85/19 86/16 86/21 87/2
101/12 101/22 101/24 101/25 102/2
121/16 121/18 126/13 134/16 134/25
135/14 142/14
anxious [3]  65/4 128/15 192/17
any [111]  6/24 7/12 7/14 8/1 8/5 8/6 8/8
8/13 9/9 9/11 9/13 10/5 12/15 22/6 26/2
26/25 27/16 30/11 30/13 30/22 31/2
31/3 31/11 31/16 31/18 32/23 33/4 34/3
38/6 38/8 38/24 39/18 42/24 45/9 45/15
45/17 45/21 49/15 51/5 51/11 52/8 52/8
52/17 52/18 79/7 79/19 79/21 79/25
83/18 83/20 89/9 89/9 89/12 95/18 99/1
100/4 103/16 107/13 107/23 112/4
114/6 114/9 114/14 114/22 116/12
120/5 120/13 122/14 122/14 123/7
125/19 127/18 136/8 137/25 138/14
142/9 146/22 150/19 152/21 153/9
154/8 159/15 163/25 165/14 165/24
167/12 167/14 167/15 167/25 169/8
170/23 172/10 175/17 176/13 177/13
180/5 182/2 191/3 191/9 191/15 195/16
195/23 198/1 201/19 202/14 202/21
202/25 203/7 214/23 216/15 221/5

anybody [10]  3/15 19/13 26/9 80/1
139/20 175/23 208/20 216/20 217/5
221/10
anymore [8]  26/6 73/25 97/23 131/5
150/9 167/6 173/6 188/7
anyone [10]  5/5 114/9 168/6 171/11
185/5 188/7 191/23 192/3 192/16
219/23
anyplace [1]  139/11
anything [54]  18/9 21/8 22/6 22/19 26/1
26/18 27/24 27/25 27/25 28/6 31/2
31/16 31/17 33/12 34/1 34/5 34/9 37/10
45/19 45/20 47/19 47/24 48/1 69/12
69/14 82/3 82/25 87/16 89/13 95/9
98/20 105/12 113/7 113/13 138/12
138/13 138/16 146/8 150/15 172/9
172/10 175/14 176/25 201/12 201/13
203/8 203/17 203/18 204/11 209/15
211/5 217/16 221/16 221/18
anything's [2]  105/2 215/11
anyway [2]  204/6 221/3
apart [3]  85/23 86/1 105/13
aphasia [1]  160/20
apologies [3]  61/18 68/6 152/19
apologize [1]  186/4 194/1 207/19
apparent [1]  48/9
appeal [18]  11/25 13/14 16/18 19/9
19/12 19/15 28/13 29/12 47/12 61/23
66/6 94/15 96/3 96/17 181/1 208/10
218/17 220/3
appeals [25]  7/3 12/1 12/5 15/21 18/7
19/15 23/4 27/9 30/22 46/16 49/1 51/2
54/15 63/5 84/8 112/13 112/20 119/6
121/2 123/5 123/18 134/10 167/6
170/14 174/6
appear [3]  81/15 87/17 93/9
appearance [1]  122/1
appeared [7]  84/3 88/4 88/22 89/2 89/3
89/8 93/16
appears [9]  74/4 82/22 91/19 91/23
92/11 93/17 112/25 185/5 200/14
appellate [1]  120/1
appendix [1]  155/1
application [1]  12/7
apply [2]  141/1 192/15
appointed [4]  7/17 12/6 205/20 205/22
appreciate [6]  34/10 41/15 69/22 178/13
217/6 221/23
appreciates [1]  217/5
appreciation [1]  114/3
approach [4]  64/10 65/17 185/24 216/6
appropriate [2]  93/18 200/21
appropriately [1]  149/4
approve [2]  36/17 36/17
approximately [3]  40/17 53/12 166/18
April [13]  73/18 73/19 73/20 117/24
119/5 132/12 143/9 143/9 143/17
143/25 145/13 147/19 206/6
April 21st of [1]  73/18
Arambula [28]  7/18 7/19 7/21 17/20
27/12 27/18 38/18 38/19 39/3 39/8
39/17 39/18 50/25 53/6 62/11 67/16
75/24 94/1 108/1 114/13 114/18 117/13
124/21 130/11 135/9 155/6 164/8
205/20
Arambula's [1]  182/6
archived [1]  64/14
are [187]  5/24 5/24 7/8 8/10 10/1 10/6
10/7 10/19 10/22 11/6 12/14 16/3 19/19
22/16 22/19 22/21 23/20 23/20 23/21

23/22 23/24 24/3 24/14 24/14 24/22
24/24 25/12 25/22 26/25 25/5 29/2
32/2 32/6 32/18 41/4 41/8 49/15 50/10
51/16 51/19 51/21 52/3 52/13 52/19
55/16 55/22 57/2 59/13 59/14 59/16
59/18 59/21 59/22 59/22 59/22 62/4
62/14 62/25 64/8 71/9 72/14 75/1 75/3
77/18 78/3 78/17 81/11 81/11 81/16
82/1 82/17 82/19 83/11 83/22 84/15
84/15 84/23 85/15 86/23 92/9 97/1
98/12 98/13 98/14 98/16 98/17 99/5
99/11 99/19 101/10 101/15 102/21
107/7 108/16 108/17 109/14 111/22
111/23 115/1 119/8 120/4 120/22 122/4
122/6 122/25 123/1 123/4 124/24
125/16 125/20 125/22 126/1 128/2
128/8 128/9 129/3 130/25 131/17
131/24 135/2 135/16 136/7 136/19
136/20 138/24 146/10 147/21 148/20
156/23 157/21 159/17 159/20 160/5
160/8 160/13 160/16 161/2 161/4 161/6
161/20 163/1 164/14 164/21 168/18
168/21 169/12 169/12 169/12 171/4
172/5 174/14 174/15 178/4 181/24
186/5 186/23 189/13 191/3 191/6
191/15 191/16 191/19 191/19 191/20
191/22 192/14 193/20 196/2 196/6
197/19 201/9 202/4 203/11 208/14
209/3 209/4 211/3 211/24 212/20 213/4
213/10 214/6 215/3 218/7 221/3 221/22
area [6]  48/20 55/24 56/8 78/7 132/17
171/8
areas [15]  50/3 94/2 100/13 101/8
101/10 108/1 108/23 109/21 109/22
123/20 124/19 157/14 160/22 164/11
164/16
aren't [2]  101/14 127/24
argument [4]  108/8 203/7 216/1 216/3
arm [2]  187/24 210/18
arms [2]  67/17 67/19
around [13]  15/4 16/25 39/4 59/21 59/22
119/12 124/3 144/24 160/24 203/13
206/13 209/10 211/18
arrangements [1]  42/12
arrived [1]  199/12
articulate [1]  113/3
articulated [1]  113/5
artistic [1]  176/14
as [187]  5/6 5/24 6/17 6/18 8/18 10/17
12/14 15/20 18/17 19/18 20/3 22/15
22/15 25/10 27/4 27/20 27/24 31/17
32/3 32/15 32/15 34/5 38/22 39/9 39/10
39/19 40/11 40/13 41/13 43/2 43/12
43/14 44/15 45/14 46/15 47/9 47/13
48/21 49/6 51/25 52/10 54/16 55/13
58/12 58/12 59/10 59/10 60/9 60/10
60/15 69/7 69/7 74/24 75/17 75/17
77/10 77/15 78/2 78/2 78/17 78/18 79/2
79/22 81/14 81/14 81/19 82/9 83/13
85/9 85/19 87/17 92/16 94/20 94/22
95/1 96/3 96/18 96/22 99/22 99/23
99/25 103/9 104/23 106/15 106/21
109/15 109/15 110/23 113/8 113/10
115/11 115/12 118/14 121/11 121/14
121/18 125/3 125/12 126/1 126/1
128/11 129/2 130/1 131/2 132/10
133/21 134/17 139/7 140/15 141/17
142/7 142/11 144/14 144/19 144/19
145/3 145/16 145/21 147/12 147/12
147/18 148/1 149/2 151/5 151/6 152/6

## A

as... [61]  153/8 153/19 153/19 156/9
160/11 160/15 162/13 166/7 171/5
172/2 172/12 172/24 177/9 177/14
177/18 178/7 178/22 178/23 180/12
180/15 182/9 183/3 183/17 183/23
184/5 184/5 184/24 189/6 189/10 190/6
191/13 191/23 192/23 196/8 196/15
197/18 198/24 199/16 200/13 200/22
200/23 203/4 203/16 203/16 203/25
204/11 204/21 211/11 211/11 213/13
217/8 217/8 217/16 218/12 219/10
220/8 220/8 220/11 220/11 221/4 223/5
ASAP [2]  75/13 188/9
ascertain [2]  106/7 107/2
ask [78]  8/4 8/17 20/12 22/4 26/14 30/1
31/1 34/24 35/2 35/24 38/7 38/9 42/1
44/23 45/18 46/8 48/3 48/4 62/1 65/18
66/14 67/18 75/25 80/3 83/23 90/8 96/6
96/7 96/11 102/10 115/24 116/6 117/8
118/8 118/9 118/13 118/19 118/23
119/18 119/19 122/9 138/6 138/11
152/9 153/2 153/7 153/14 172/1 172/9
172/10 173/14 173/14 174/21 180/24
188/15 188/25 190/12 197/2 201/12
201/13 201/21 203/9 203/19 205/6
205/12 205/12 206/14 206/17 206/18
210/22 212/16 214/24 214/25 215/13
215/15 215/21 216/2 218/24
asked [46]  4/21 14/7 18/4 18/5 18/6
18/7 18/11 19/21 40/14 40/18 41/5
41/13 42/19 43/15 48/19 50/10 71/22
75/2 86/18 90/17 92/5 93/9 94/23
116/22 116/23 118/18 122/6 126/23
139/7 139/14 154/5 154/6 154/8 171/5
177/1 178/2 186/15 188/22 198/14
199/22 200/17 204/17 204/20 206/19
210/25 213/21
asking [16]  16/8 32/12 32/21 33/2 61/23
72/25 73/3 75/19 147/4 150/7 170/1
171/7 178/7 200/2 208/8 208/9
ass [1]  21/7
assaulting [1]  74/10
assaultive [1]  50/14
assess [3]  112/8 119/16 154/8
assessed [1]  137/17
assessment [3]  113/14 120/24 201/7
assigning [1]  184/18
assistance [3]  75/2 127/18 127/22
associated [4]  111/21 121/17 125/16
125/17
Associates [1]  151/18
assortment [1]  159/17
assume [1]  195/12
assuming [2]  10/22 187/16
assurance [2]  4/6 32/12
assure [2]  4/14 9/15
assured [2]  9/18 22/5
asterisk [1]  113/15
Atkins [1]  152/2
attach [1]  123/21
attached [3]  44/4 44/5 50/21
attachment [6]  56/19 123/23 128/23
132/8 132/10 144/24
attachments [2]  196/9 196/9
attack [1]  215/10
attacking [1]  28/10
attained [1]  67/1
attempt [3]  67/3 130/22 202/10
attempted [1]  131/12

attended [2]  39/21 39/25
attending [2]  32/16 33/8
attention [12]  32/14 33/1 107/6 106/23
157/15 157/18 160/16 160/16 161/8
161/9 162/4 167/4
attorney [9]  3/23 3/25 42/5 42/10 52/15
204/17 206/1 206/21 220/23
attorneys [10]  12/8 13/5 13/10 13/16
16/9 16/16 34/23 37/8 37/10 176/16
atypical [1]  136/12
auditory [1]  162/1
August [2]  69/7 223/15
AUSTIN [3]  1/2 39/22 223/12
AUSTIN-DIVISION [1]  1/2
authentic [1]  199/10
authorize [1]  176/16
availability [3]  41/1 146/13 146/19
available [6]  7/9 41/21 46/10 119/12
143/22 194/3
average [10]  88/5 88/13 88/16 88/22
89/4 89/8 93/2 93/16 193/7 193/7
avoid [1]  122/4
awaiting [2]  168/21 191/7
aware [39]  5/24 6/6 27/1 29/2 47/7
48/23 56/19 57/2 57/4 57/21 58/7 59/14
59/16 59/18 63/17 63/23 68/12 71/22
72/10 72/14 75/1 75/3 78/1 78/3 92/15
92/20 97/1 98/12 98/14 98/16 99/5
105/15 105/21 122/6 123/4 133/6 158/8
160/8 166/14
awareness [1]  150/2
away [15]  67/22 75/15 113/23 121/25
123/25 127/5 133/18 137/8 168/4
171/21 174/13 175/4 176/13 196/13
196/13

## B

bachelor [1]  39/23
back [52]  4/9 4/15 10/2 15/6 17/24
18/15 19/6 25/9 40/9 46/2 65/2 70/13
72/6 72/7 77/22 77/23 78/5 78/7 78/23
82/10 88/1 92/15 96/13 112/14 117/25
126/10 131/19 131/20 131/20 145/13
157/9 158/6 167/21 167/25 169/23
172/19 174/23 175/3 175/8 201/22
202/6 203/12 204/18 204/19 205/14
207/1 207/15 208/18 209/23 210/23
212/23 214/16
backdrop [2]  70/8 147/12
background [5]  11/3 44/25 138/6 154/11
181/21
backing [1]  44/23
bad [5]  14/17 14/18 184/5 188/4 207/13
badly [2]  218/9 218/11
bag [1]  36/14
balanced [1]  44/18
bald [1]  208/24
base [1]  124/19
based [11]  69/17 78/23 79/9 88/23
93/13 118/12 125/10 155/23 195/14
197/9 199/5
basically [12]  14/8 14/11 15/4 24/18
51/19 97/19 101/5 128/21 158/24
176/21 177/1 205/9
basing [1]  73/24
basis [3]  147/20 148/19 171/10
bat [1]  84/17
bat-shit [1]  84/17
batteries [1]  160/9
battery [1]  160/4
be [200]  5/11 5/15 6/12 6/15 6/20 7/24

10/1 10/25 14/2 14/11 14/20 16/9 22/5
22/9 23/14 28/1 28/4 28/6 28/20 28/22
29/12 29/22 29/23 30/7 30/13 32/1
32/19 32/21 32/22 32/25 39/6 39/12
43/9 46/5 48/7 50/15 50/16 52/14 56/8
56/10 56/11 57/7 57/12 58/9 59/23
62/12 62/15 67/9 69/2 70/6 70/9 70/10
70/10 70/11 71/1 71/8 71/17 71/20 73/4
73/10 73/15 74/4 75/13 75/19 77/11
78/22 78/25 80/19 82/21 84/22 84/24
88/5 88/17 89/2 89/3 89/8 90/22 91/19
91/23 93/9 93/16 93/17 93/21 94/22
94/25 95/11 95/17 95/17 99/21 103/6
104/24 105/11 105/24 106/14 109/1
109/1 109/14 109/16 109/18 110/20
111/3 111/5 111/16 111/18 111/20
112/25 113/6 113/13 113/17 113/19
114/15 114/9 115/14 118/9 118/14
120/7 120/9 121/17 127/21 127/21
128/2 128/15 130/23 131/8 131/11
132/14 132/18 134/20 135/20 136/8
136/13 137/2 137/3 139/20 142/22
144/9 145/17 146/1 146/13 148/14
149/22 150/12 150/22 151/3 151/8
153/8 153/15 156/5 156/6 162/8 162/24
163/3 169/1 169/3 169/7 169/24 169/25
171/6 173/2 175/20 177/6 177/8 177/23
178/7 178/25 186/12 190/9 190/9
191/22 192/3 193/1 193/15 194/8 195/3
195/7 195/17 198/13 198/19 199/6
200/2 200/14 201/3 202/18 203/12
205/16 207/22 208/15 208/17 211/25
212/1 212/20 216/5 216/15 216/16
217/14 218/15 218/24 219/10 219/13
220/9 221/12
Beach [2]  151/18 151/18
bear [2]  166/1 171/6
beat [1]  208/14
became [6]  44/6 48/9 48/9 74/15 82/15
200/21
because [107]  5/25 6/5 8/8 9/10 9/25
10/10 12/14 13/24 20/7 22/4 22/14
23/25 28/1 31/24 32/1 34/5 43/13 43/16
44/15 44/16 49/20 50/1 50/2 51/22
55/25 57/11 57/13 57/17 60/18 62/12
62/16 65/6 67/3 71/11 71/16 72/19
73/24 76/6 76/12 77/6 78/10 78/13 79/5
79/8 86/14 86/24 90/8 90/15 92/5 92/10
93/1 105/19 106/10 107/12 109/18
111/19 113/16 123/25 133/1 136/2
137/11 139/6 143/4 145/13 148/12
150/10 157/6 167/17 168/12 169/25
171/7 172/7 174/4 174/10 177/1 178/1
189/18 195/6 196/13 197/19 197/21
199/8 202/6 202/7 203/15 203/23
205/21 205/22 206/11 206/23 208/7
208/10 210/3 210/3 210/10 210/13
211/4 212/19 213/7 213/21 214/20
217/14 217/16 217/23 218/12 218/22
220/10
become [15]  9/10 24/5 71/2 82/19 128/7
128/7 133/3 135/1 142/16 158/8 180/21
192/7 192/16 195/8 210/1
becomes [9]  95/10 125/23 128/6 134/3
145/8 150/13 165/11 165/12 187/4
bed [2]  49/24 50/2
been [103]  6/17 7/22 8/25 9/7 9/11
16/18 17/8 17/12 26/3 27/11 27/21 29/3
29/4 29/6 29/9 31/3 39/9 40/9 40/18
40/20 41/24 41/25 42/25 43/23 44/2

**B**

been... [78]  46/17 46/22 47/8 48/10
55/21 56/9 58/14 58/24 59/1 59/4 59/6
63/4 63/18 63/24 63/24 64/6 65/16
66/14 67/8 68/16 70/17 72/18 76/2
76/10 78/19 83/25 85/25 86/6 87/19
94/5 94/20 95/19 96/22 97/1 98/25
102/15 112/11 115/11 115/24 118/24
119/9 120/9 123/11 132/6 132/21
132/24 134/5 138/15 140/17 141/21
144/6 145/15 146/2 147/8 149/11
149/13 149/16 151/5 151/20 152/6
157/4 168/24 174/15 178/22 191/1
196/8 198/24 199/19 200/2 200/11
200/12 202/5 205/14 207/21 208/16
211/16 214/9 221/2
before [49]  1/11 6/14 6/24 7/7 8/3 11/2
11/10 16/12 16/13 17/2 19/12 19/16
28/19 30/3 33/25 41/11 44/13 44/21
52/2 64/13 68/19 71/3 74/11 82/2 92/16
97/23 112/12 120/10 123/4 132/13
137/18 138/6 138/22 141/21 143/9
149/20 149/22 158/17 160/15 162/7
169/5 171/5 173/24 179/7 200/7 200/8
203/20 214/25 223/10
befriended [1]  212/23
begin [1]  6/14
beginning [3]  194/19 194/23 218/13
behalf [15]  3/12 3/17 3/19 3/24 4/1 6/4
11/1 13/6 24/23 28/18 29/6 30/23 95/23
177/3 178/8
behave [1]  45/14
behaved [2]  110/19 205/13
behavior [22]  44/2 44/4 44/10 44/14
47/1 58/15 58/20 70/9 74/8 79/19
101/13 129/19 129/19 131/2 131/3
153/24 158/4 158/5 161/3 161/22
164/22 165/4
behavioral [4]  45/1 111/11 182/24
188/12
behaviors [1]  161/12
behest [1]  40/23
behind [5]  4/5 37/15 37/19 100/1 214/20
being [49]  14/23 18/8 22/9 27/24 32/2
35/20 46/5 50/14 50/19 50/19 51/6
53/22 59/8 62/25 66/6 66/10 66/11
70/14 70/15 110/22 111/15 121/23
121/25 126/12 126/18 128/5 128/5
129/1 132/16 132/22 144/8 150/3 150/6
161/7 165/24 166/5 166/7 168/17
171/24 177/17 177/24 195/4 199/10
200/24 201/1 201/2 201/4 213/9 213/20
beings [2]  161/5 209/3
believe [36]  23/13 26/15 26/16 31/13
32/16 36/8 44/24 46/24 47/13 51/5
53/10 67/21 72/2 79/18 84/24 89/14
98/19 100/3 108/22 112/13 146/4
155/17 170/15 172/14 187/9 188/7
193/19 194/13 196/20 196/22 197/18
197/20 200/5 206/24 208/12 218/7
believed [3]  62/12 74/17 139/8
belittled [1]  206/8
bell [7]  11/11 11/21 12/22 17/17 204/17
207/15 212/3
below [3]  88/15 160/23 160/24
Belter [1]  206/25
Benadryl [4]  76/1 77/2 77/8 77/12
bench [5]  32/9 178/1 185/24 216/7
216/10
beneath [1]  33/21

benefit [2]  185/9 217/10
benefits [1]  201/4
bereavement [5]  144/21 145/3 145/7
145/21 145/22
besides [4]  21/18 33/23 34/12 35/19
best [12]  4/13 25/13 25/14 27/10 49/16
59/10 168/24 206/20 208/8 220/18
220/19 223/9
better [10]  14/19 24/10 25/1 73/15 77/19
145/5 145/6 163/25 192/20 209/15
between [13]  13/10 46/16 46/24 68/8
75/13 95/24 95/24 96/5 100/1 143/14
153/20 164/6 215/7
beyond [5]  43/16 55/15 100/6 105/4
148/11
Bible [8]  48/19 48/20 209/1
Biery [1]  54/18
Biery's [1]  54/14
big [1]  64/9
biggest [1]  161/2
Bill [3]  33/17 174/18 206/19
bills [1]  215/4
binary [1]  139/2
binder [3]  102/8 154/16 179/19
binders [1]  104/14 202/24
bipolar [6]  87/6 87/12 98/18 156/17
156/18 156/22
birdseye [1]  220/24
birth [5]  98/7 103/15 103/24 105/22
106/1
bit [23]  11/3 13/9 14/10 17/15 20/8
21/13 23/2 23/18 33/13 35/19 45/19
51/14 83/16 90/19 121/7 126/25 148/11
163/11 173/21 173/22 179/12 183/7
186/12
black [4]  204/18 208/24 211/13 211/17
blacked [1]  67/15
blades [1]  67/1
bleak [1]  193/11
bleed [2]  129/23 210/7
block [1]  191/24
blood [1]  211/19
blows [1]  103/2
blurt [1]  161/22
BLVD [1]  1/25
board [1]  164/12
body [1]  195/3
bonded [1]  208/23
book [1]  211/22
books [1]  212/14
booth [1]  9/3
borderline [13]  88/17 110/8 111/19
123/11 123/13 123/16 124/2 124/16
126/4 127/9 165/20 172/23 172/24
borderlines [1]  172/23
born [4]  97/19 127/2 127/24 156/10
both [8]  23/23 27/8 32/4 40/23 41/25
54/4 54/6 54/7 132/5 140/19 141/1
151/24 156/22 162/1 170/17 182/21
217/11 218/7
bother [2]  92/25 214/15
bothering [1]  173/18
bottom [1]  109/25 187/23
bound [1]  51/16
boundary [1]  184/3
box [1]  14/22
boxed [1]  219/7
boyfriend [1]  206/19
brain [8]  89/24 103/2 109/19 153/23
154/1 162/2 163/14 182/22

break [6]  93/18 93/19 93/20 167/14
breaking [1]  21/17
briefings [2]  177/13 217/16
briefly [5]  39/20 120/23 121/9 153/19
159/13
bring [3]  99/14 165/16 204/14
brings [4]  156/15 166/23 168/7 196/1
broad [4]  124/19 135/14 135/15 157/14
broad-base [1]  124/19
brought [5]  21/11 34/17 34/19 174/10
210/23
Brown [1]  211/14
Buckie [1]  11/18
buffered [1]  193/17
building [3]  20/19 20/19 33/21
buildings [1]  211/11
bullets [1]  187/10
bullshit [1]  34/23 213/14
bunch [1]  209/10
burden [3]  165/22 165/23 201/11
burdens [1]  4/12
busted [3]  21/14 36/11 209/9
butt [1]  21/7
butt-ass [1]  21/7

**C**

cage [4]  13/14 15/1 21/9 208/3
California [1]  151/19
call [17]  19/24 29/11 38/19 68/6 96/23
115/5 145/6 151/1 157/24 160/6 160/19
174/7 178/18 207/23 209/9 214/8 214/8
called [14]  6/17 19/8 39/9 48/11 115/11
151/5 151/18 154/21 161/13 161/17
174/14 178/22 192/12 192/14
calls [2]  3/7 192/4
calm [9]  65/7 128/1 128/10 129/6 131/5
183/17 189/24 210/7 213/13
calming [1]  129/2
came [19]  9/2 9/2 9/4 13/7 18/15 51/17
66/23 73/23 73/25 82/10 90/15 110/13
139/22 139/23 169/23 186/12 204/15
207/3 212/17
camera [7]  21/4 58/8 70/25 167/23
191/13 191/14 195/6
cameras [3]  67/12 71/6 170/9
can [198]  3/9 5/1 6/14 8/23 9/17 9/17
9/25 10/2 10/10 13/9 14/10 14/11 14/18
15/19 15/24 18/2 19/2 19/22 20/7 20/10
21/15 21/15 22/8 22/25 23/3 24/4 24/5
24/8 24/12 24/22 24/22 25/2 25/13
25/14 30/3 31/7 33/9 33/9 33/18 34/11
34/18 34/19 37/3 38/10 38/19 38/20
40/17 47/16 48/6 48/13 49/4 49/8 59/10
62/22 64/20 65/23 66/21 73/12 76/7
77/2 79/2 80/13 80/14 80/15 81/20 83/4
83/25 84/5 86/15 86/21 87/24 89/18
90/18 90/22 94/21 98/15 99/7 99/21
99/23 101/17 105/7 106/20 107/19
110/8 111/20 113/17 116/7 117/22
118/9 118/20 119/5 119/5 119/16
119/24 119/25 120/23 121/9 122/10
124/16 124/17 124/18 125/7 125/15
126/25 131/22 133/8 135/10 136/13
139/11 140/24 151/2 153/18 153/19
154/13 154/20 159/13 162/8 162/13
164/18 165/9 167/2 167/14 167/22
169/13 169/24 173/11 173/14 175/3
175/3 175/4 175/9 175/10 176/1 176/25
177/2 177/7 177/13 177/18 178/2 178/6

**C**

can... [58]  179/12 181/5 182/5 182/11
182/18 183/7 183/18 184/15 185/11
185/12 185/16 185/21 186/11 190/8
190/17 190/22 192/11 193/11 193/19
194/14 196/24 197/6 197/11 198/12
201/21 202/6 202/7 202/18 205/23
206/5 208/8 210/1 213/1 213/13 213/25
214/2 214/4 214/5 214/13 214/15
214/15 214/16 214/19 214/21 214/21
214/22 214/22 215/9 217/23 218/16
218/19 218/23 219/8 220/1 220/18
220/23 221/7 221/8
can't [37]  24/9 29/16 32/20 37/1 59/6
66/7 82/18 87/23 103/4 109/5 113/24
129/4 129/4 130/2 131/4 137/2 137/3
150/9 150/15 167/1 167/5 172/25 173/6
173/19 174/1 174/4 174/5 174/22
174/22 174/22 177/25 180/19 188/6
188/9 205/10 205/16 212/12
candid [1]  84/4
cannot [3]  175/11 195/4 196/22
capable [3]  134/9 170/13 196/17
capacities [2]  128/14 142/8
capacity [26]  22/9 41/15 41/19 46/12
50/6 54/25 55/4 69/22 92/23 96/16
112/17 113/2 121/1 123/17 123/21
127/24 140/11 140/16 140/19 140/20
140/21 140/22 142/22 143/6 163/9
223/5
capital [6]  11/11 43/4 149/11 151/22
208/12 212/7
capsule [1]  76/9
car [1]  215/10
cards [1]  162/25
care [7]  66/15 134/1 152/16 190/23
194/10 208/1 209/17
cared [1]  145/10
careful [1]  5/22
carefully [3]  32/16 112/20 150/9
carried [1]  169/5
carries [2]  121/11 131/10
carry [1]  205/5
case [68]  1/5 7/4 7/17 7/23 10/20 11/4
11/5 16/7 17/1 17/20 19/19 25/10 27/12
30/11 40/14 40/16 45/11 49/16 53/7
54/9 54/11 54/12 54/16 54/17 54/19
61/22 62/24 63/9 86/6 86/6 89/20 99/1
99/18 101/25 106/20 108/10 111/4
111/6 111/8 116/20 124/25 125/14
132/7 152/2 152/3 152/3 154/2 154/18
155/14 155/23 156/5 159/16 167/16
171/13 180/22 181/9 185/4 203/11
203/12 208/20 209/14 217/19 217/22
218/5 218/18 218/25 219/1 219/2
cases [5]  14/20 24/1 40/21 151/22
179/16
Cassandra [1]  212/22
CAT [1]  159/10
catch [1]  209/14
categorically [1]  111/14
categories [2]  135/14 135/16
category [5]  135/17 136/2 136/4 136/13
137/12
catharsis [1]  81/15
Catholic [1]  48/24
Caucasian [1]  66/22
causally [3]  50/4 62/17 103/20
cause [6]  45/21 67/12 103/21 128/15
184/7 192/16

caused [3]  45/17 99/19 157/16
causes [2]  88/21 92/4
cautious [1]  202/12
caveat [1]  203/2
cease [2]  6/4 7/11
ceaseless [1]  198/22
cell [27]  19/8 19/10 19/13 19/14 19/24
20/2 21/4 21/5 21/14 36/11 58/10 59/6
65/5 66/2 94/21 166/7 190/18 190/20
191/10 191/11 191/13 191/24 209/9
214/17 214/21 214/23 220/24
cell-phone [3]  19/13 19/14 19/24
cells [3]  20/20 20/21 21/1
cent [1]  160/20
center [3]  40/2 110/23 164/18
centimeters [1]  106/2
cert [1]  12/1
certain [8]  9/25 14/7 25/15 37/7 127/19
128/18 162/25 176/14
certainly [6]  101/19 127/21 129/15
148/17 163/24 168/8
certainty [2]  118/10 153/16
Certified [2]  223/3 223/4
certify [1]  223/6
CESAR [1]  1/25
cetera [1]  188/11
chain [2]  92/23 92/23
challenge [4]  30/3 52/14 133/23 146/15
challenged [1]  183/20
challenges [2]  183/11 200/24
challenging [1]  138/9
chambers [1]  18/14
chance [2]  34/5 188/15
change [32]  13/5 14/5 26/21 29/16
29/18 48/10 73/14 73/23 73/24 74/2
74/6 103/25 120/5 120/13 138/20
143/13 146/1 146/4 146/20 163/2
172/15 178/12 190/6 199/21 199/24
200/12 207/13 217/20 217/23 219/8
220/2 221/5
changed [14]  13/3 14/3 14/7 15/7 19/23
46/18 138/14 138/16 143/16 143/24
143/25 144/15 163/7 166/14
changes [6]  104/21 104/21 106/9 189/12
200/5 219/23
changing [6]  158/5 161/10 163/4 211/1
219/13 221/6
character [1]  172/12
characteristic [2]  132/4 189/14
characterized [1]  123/19
characterological [7]  121/20 127/9
128/16 131/23 132/5 133/21 141/23
charge [1]  43/5
CHAVEZ [1]  1/25
check [2]  89/9 117/22
chest [1]  188/1
chewed [1]  21/13
chewing [1]  21/15
child [4]  37/20 121/19 206/8 208/15
child's [1]  128/6
childhood [5]  182/22 184/22 185/1
195/19 196/1
children [6]  106/22 109/10 109/17
109/17 156/14 206/9
chime [1]  203/14
choice [10]  6/8 7/16 27/17 28/4 28/7
41/16 41/22 113/5 172/21 173/1
choices [2]  7/9 114/4
choose [4]  46/12 167/18 208/7 210/3
chose [1]  30/10

chosen [1]  6/5
chromatographic [1]  121/10 121/11
156/9
chromosome [1]  156/10
chronic [7]  63/15 98/4 119/8 120/4
126/24 169/12 169/15
chunks [1]  9/17
circle [1]  206/14
circles [1]  163/1
Circuit [7]  27/9 28/14 28/19 29/20 30/3
30/7 30/12
circumference [3]  105/21 106/1 106/3
circumstance [2]  111/19 131/25
circumstances [25]  10/1 19/24 20/15
22/20 23/24 29/21 29/22 49/9 50/20
55/16 69/22 78/13 114/4 126/7 130/5
134/18 142/12 143/13 165/12 178/3
189/12 189/13 199/16 200/23 201/3
cited [1]  48/21
claim [1]  25/15
clarification [2]  86/18 94/24
clarified [1]  98/2
clarify [3]  52/16 55/3 119/17
classic [5]  133/21 134/1 157/7 157/22
163/23
clear [10]  10/24 13/25 27/9 64/13
102/20 119/4 119/20 141/5 150/12
173/6
clearer [1]  204/5
clearly [4]  31/15 125/11 131/10 173/8
CLENDENIN [1]  1/19 3/25
clerk [2]  186/1 193/23
client [1]  38/9
clients [1]  40/24
cliff [1]  174/19
clinic [2]  152/16 194/17
clinical [17]  46/21 46/22 47/2 47/5 48/12
51/8 82/23 113/12 116/25 117/2 117/5
153/20 153/22 153/24 155/13 155/19
179/6
clinician [3]  81/14 81/19 187/16
clinicians [1]  87/10
close [8]  61/2 61/10 90/19 132/3 147/8
151/21 168/13 208/20
closely [1]  59/5
closer [1]  68/12
closing [1]  217/13
cluster [1]  83/11
co [3]  96/18 105/7 105/10
co-exist [2]  105/7 105/10
co-existed [1]  96/18
coerced [1]  18/8
cognition [1]  172/8
cognitive [36]  90/1 90/2 90/12 91/9 99/2
99/6 99/8 99/11 99/15 99/19 100/2
104/24 109/1 109/18 109/25 110/4
111/3 111/21 111/25 121/16 125/8
125/16 128/13 142/9 142/18 156/25
160/14 162/5 162/22 163/22 164/7
164/11 169/10 170/10 172/13 189/18
cognitively [3]  109/3 142/10 161/7
coincident [1]  74/4
cold [2]  23/25 195/4
collapse [1]  81/1
collateral [1]  117/6
collected [4]  43/21 44/18 55/1 87/8
College [2]  39/22 40/7
colloquy [2]  129/9 185/18
color [1]  163/6
combination [8]  120/24 125/20 126/4

C

combination... [5] 126/15 134/5 136/21 162/19 165/16
combine [1] 134/6
come [23] 4/9 4/11 4/15 10/2 13/14 31/17 32/23 38/20 73/14 74/2 87/5 106/25 115/6 132/2 139/19 141/24 157/9 167/4 175/8 203/17 204/7 205/3 214/23
comes [6] 21/22 34/24 169/23 196/12 206/13 213/11
comfort [1] 23/25
coming [10] 8/18 17/10 141/24 162/15 163/9 211/18 213/6 214/4 214/5 215/18
command [1] 164/18
comment [7] 69/2 74/1 118/20 118/23 119/25 133/8 139/14
commit [1] 210/17
commitment [1] 201/24
Commonwealth [1] 152/4
communicate [3] 15/9 15/10 82/18
communicated [3] 43/7 199/19 199/21
communication [4] 35/10 145/19 199/25 200/1
compared [9] 83/12 106/8 107/16 112/4 121/18 132/15 147/16 184/24 191/23
comparison [1] 107/3
compelling [1] 125/24
competence [2] 12/19 22/17
competency [9] 16/17 40/13 119/3 119/4 119/5 119/22 119/24 120/7 154/8
competent [13] 13/1 14/2 17/6 25/11 29/3 51/1 52/12 54/20 95/17 108/12 111/16 119/25 120/10
complain [3] 23/24 24/4 24/9
complained [1] 69/13
complaining [7] 20/1 24/15 24/24 25/4 69/11 166/10 178/3
complete [2] 212/14 223/9
completed [4] 11/9 40/5 40/8 203/10
completely [3] 81/6 144/11 159/3
compliance [1] 221/24
complicated [6] 145/3 145/7 145/8 145/11 145/20 165/11
complications [1] 140/17
composed [1] 199/20
composite [1] 118/6
comprehension [1] 160/25
compromised [3] 125/25 140/18 142/18
computer [1] 1/22
concede [1] 140/20
concentration [1] 43/8
conceptualized [1] 145/6
concern [4] 19/20 49/13 57/6 199/14
concerned [2] 26/13 159/16
concerning [3] 12/19 31/19 46/4
concerns [1] 201/25
conclude [1] 78/22
concluding [1] 200/19
conclusion [1] 46/20
conclusions [1] 45/21
concrete [1] 185/23
condition [26] 43/4 43/14 43/25 50/5 50/21 55/19 55/20 60/15 62/18 62/24 62/25 71/12 78/15 86/5 91/8 91/11 96/15 98/4 103/25 112/16 137/4 171/17 173/17 175/5 184/15 196/16
conditions [48] 23/20 24/6 43/23 44/17 49/5 55/22 78/10 92/24 108/24 120/4 120/5 131/14 134/6 134/9 134/19

134/23 146/9 146/21 147/13 148/17 162/16 168/8 169/21 169/24 170/9 170/13 170/17 170/17 170/18 171/9 172/16 173/4 173/9 173/17 177/23 179/13 179/16 182/12 182/18 190/12 190/14 191/16 191/17 192/12 192/14 192/22 197/10 197/19
conduct [3] 54/1 155/13 155/18
conducted [2] 42/13 89/5
confabulation [1] 161/17
conference [2] 6/2 216/7
confidence [3] 10/6 47/16 199/1
confidential [1] 206/3
confined [2] 21/3 147/13
confinement [30] 19/25 21/20 24/6 49/6 49/13 55/22 78/10 134/7 146/9 146/21 148/18 165/14 167/22 170/8 170/13 170/18 172/16 173/5 173/18 174/12 177/24 179/13 179/16 192/15 196/16 200/23 205/11 207/12 207/12 208/6
confining [1] 190/20
confirm [1] 138/19
confused [1] 75/25
confusing [1] 97/25
Congress [1] 29/20
connect [1] 123/21
connection [1] 132/4
connections [1] 60/6
cons [1] 142/24
consequences [15] 6/7 10/23 26/23 27/4 27/7 28/7 28/25 113/2 113/3 134/18 158/4 184/24 185/12 185/17 196/21
consider [6] 32/17 60/16 65/11 97/5 113/5 134/4
consideration [11] 5/23 36/1 50/9 50/22 55/18 62/20 71/9 84/24 134/17 163/16 185/14
considered [3] 65/11 97/8 139/20
considering [1] 139/20 142/21
consistency [2] 198/23 201/24
consistent [17] 45/24 73/16 103/6 112/23 120/8 129/18 141/20 157/10 157/13 159/2 159/3 160/5 160/16 162/8 166/19 185/19 197/17
consistently [2] 47/14 70/14
constant [1] 127/7
constellation [6] 108/8 125/4 129/11 130/8 133/1 134/6
constitute [1] 223/8
constitutional [1] 24/7
consult [1] 36/8
consuming [1] 123/23
contact [5] 66/4 129/1 134/8 172/18 191/9
contacted [1] 180/23
contained [2] 51/22 92/1
contemporaneously [1] 112/15
context [11] 113/12 132/19 132/21 132/22 133/12 133/13 133/15 133/19 141/13 142/4 193/7
continuation [1] 119/14
continue [7] 18/7 28/10 28/18 73/15 163/5 163/6 207/1
continued [2] 15/13 21/16
continuing [1] 41/16
continuously [1] 34/21
contrary [2] 41/4 216/20
contribute [1] 125/15 139/15
contributed [1] 103/12
contributes [2] 124/11 163/22

contributing [1] 105/11
contribution [1] 105/18
contributions [8] 105/11/4 110/20 110/21 111/20 111/23 113/24 158/3 161/3 161/22 162/20 164/18 165/18 166/25 183/18 184/11
controlling [2] 74/8 208/8
convergent [2] 160/6 160/13
conversation [15] 27/20 37/16 43/17 48/4 57/5 61/1 88/23 93/13 204/15 205/4 205/7 205/7 205/8 205/8 213/11
conversed [1] 89/7
convey [1] 188/16
convicted [1] 11/11
conviction [11] 7/2 11/25 28/10 28/21 30/4 30/14 30/22 43/5 46/22 149/12 149/13
convictions [1] 6/1
convince [1] 172/11
convinced [1] 4/7
convincing [1] 112/25
cooperate [1] 7/20
cope [1] 150/15
copies [2] 206/2 206/4
coping [1] 193/4
copy [7] 4/24 53/9 116/1 153/3 154/18 179/22 181/9
core [5] 85/3 85/8 105/13 107/4 107/16
corner [1] 39/4
corpus [1] 30/11
correct [73] 11/12 12/16 18/17 19/22 55/6 55/23 56/6 56/7 56/20 56/25 57/1 57/8 58/5 58/6 58/10 58/13 60/19 61/13 61/15 63/16 64/1 65/21 69/7 69/18 70/3 72/8 74/22 75/9 77/5 77/24 80/18 80/23 85/12 88/8 88/11 88/13 88/20 89/16 89/24 91/17 93/3 96/24 97/3 98/4 98/8 98/18 99/6 100/8 100/23 101/7 101/20 101/23 102/1 102/13 102/21 102/23 104/5 105/7 105/20 105/23 107/14 117/16 117/20 118/1 118/4 120/11 130/10 140/6 164/8 184/13 191/7 200/5 201/8
correction [1] 188/24
correction's [1] 66/15
correctional [5] 152/16 179/8 194/10 210/9 214/25
corrections [2] 179/7 186/16
correctly [4] 6/10 6/13 88/17 213/20
correlate [1] 83/14
correlation [1] 164/6
correspondence [4] 37/17 72/5 96/1 182/7
corroborated [2] 74/18 79/13
corroboration [1] 79/15
cost [1] 185/8
could [91] 5/3 5/15 8/19 26/2 28/13 28/20 28/22 29/22 29/23 33/10 34/12 38/21 39/6 39/16 39/20 42/1 46/5 47/10 50/11 50/12 50/15 50/15 55/16 56/1 56/10 56/11 57/12 57/17 62/15 64/4 68/21 70/5 70/11 70/11 70/18 71/20 73/14 82/21 84/24 96/11 96/11 103/6 103/18 105/11 105/12 105/24 106/19 107/2 107/15 109/1 109/1 109/16 110/1 110/25 111/5 111/13 113/17 119/17 119/18 121/9 136/8 146/1 146/3 146/4 147/8 156/2 172/9 172/10 172/10 177/6 178/19 179/18 181/2 186/15 186/18 188/16 188/21 192/16 193/6 193/20 194/18 194/23 199/1 201/13 201/14

**C**

could... [6]  207/19 211/1 211/11 215/9
  215/10 216/6
couldn't [5]  74/7 76/6 112/3 188/18
  204/16
counsel [20]  10/25 12/6 18/13 35/17
  37/8 38/8 41/25 51/3 51/11 94/22 95/1
  173/23 176/17 204/17 205/18 205/23
  213/2 214/10 216/6 216/11
counseling [2]  73/4 73/11
counselor [1]  212/23
country's [1]  168/3
County [1]  11/11 11/21 12/22 204/18
  207/16 212/3
couple [24]  27/4 94/2 108/1 117/8
  126/23 130/20 132/13 149/9 168/21
  176/7 176/10 186/23 187/23 203/14
  203/22 211/14 211/14 213/16 214/10
  214/11 217/13 217/15 217/22 218/20
course [20]  27/10 42/16 43/10 43/24
  44/7 46/22 46/22 47/3 47/5 49/19 63/4
  110/22 124/15 129/5 142/19 164/23
  184/7 185/1 199/21 218/20
court [67]  1/1 1/24 3/4 3/7 4/21 7/8 7/17
  7/22 10/21 11/10 12/1 12/2 12/22 14/1
  15/7 15/20 16/7 27/2 27/8 27/9 28/2
  28/12 28/15 28/19 28/20 29/5 29/7
  29/12 29/13 30/4 30/12 30/12 37/2
  40/18 40/22 42/19 47/16 54/14 54/16
  55/18 56/23 68/5 68/7 71/17 71/21
  72/25 84/10 94/13 95/16 123/5 133/7
  133/9 133/24 138/25 147/4 153/21
  169/17 172/15 175/25 182/7 207/6
  208/16 213/9 215/25 216/22 216/25
  223/12
Court's [4]  7/24 62/13 84/22 190/2
courtroom [25]  13/7 13/21 26/8 34/12
  36/22 37/25 46/3 46/5 80/1 174/9
  174/10 174/11 175/12 204/15 204/16
  205/13 207/3 207/19 209/24 213/16
  213/17 213/21 214/5 217/4 223/11
courts [5]  24/5 24/8 40/11 40/24 178/4
covered [8]  42/16 42/20 42/23 43/2
  43/10 56/13 78/12 101/8
crappy [1]  14/24
crazy [2]  53/4 84/17
create [2]  95/22 169/1
created [1]  49/24
creates [1]  156/24
credentials [1]  39/19
crime [2]  13/13 57/2
criminal [7]  1/7 1/7 12/1 15/21 94/17
  106/25 177/19
crisis [5]  49/21 69/8 85/7 85/17 85/20
criteria [7]  106/10 106/11 136/20 136/20
  136/21 136/24 137/18
critical [1]  162/23
criticizing [1]  110/14
CROSS [2]  53/1 171/1
CROSS-EXAMINATION [2]  53/1 171/1
cruel [1]  171/19
crushed [1]  76/12
crushing [3]  76/3 76/9 76/11
cry [1]  146/18
CSR [2]  1/24 223/18
CSR/RMR/FCRR [2]  1/24 223/18
cue [2]  219/15 221/11
Cully [2]  210/6 210/6
cup [2]  76/2 76/10
curious [4]  45/14 53/8 177/17 178/9

current [14]  8/20 8/21 66/7 72/15 72/24
  130/20 136/22 143/16 148/20 189/13
  151/14 170/12 185/9 185/9
currently [2]  69/23 75/12
curriculum [1]  116/2
Curry [15]  38/23 117/18 155/8 155/11
  155/11 178/18 178/21 179/4 180/11
  180/21 186/10 190/5 193/19 196/15
  198/12
Curry's [2]  180/1 181/12
custody [2]  182/6 186/15
cut [16]  67/25 129/23 167/3 167/5
  167/11 167/15 187/24 210/6 210/6
  210/8 210/11 210/11 210/14 210/15
  210/15 215/5
cutting [4]  129/19 129/19 131/7 210/13
CV [9]  1/5 3/7 115/25 152/22 153/3
  179/22 180/1 186/3 186/4
cycle [1]  192/19

**D**

DA [1]  212/3
damage [3]  89/24 153/23 169/2
Dan [1]  151/1
dang [1]  208/16
danger [3]  79/23 183/20 189/25
dangers [1]  183/11
DANIEL [1]  151/4
data [2]  117/6 159/5
date [15]  13/14 16/9 30/18 32/20 45/15
  59/13 59/17 64/12 70/12 74/24 79/7
  80/19 82/5 195/10 210/21
dated [6]  64/18 72/22 75/9 118/2 122/21
  223/15
dates [1]  61/25
daughter [1]  176/19
David [3]  11/18 12/11 14/6
David Schulman [1]  14/6
Davies [3]  102/12 102/20 104/3
Davies' [6]  102/5 102/12 102/25 104/12
  105/25 163/11
DAVIS [3]  1/6 3/8 206/5
Davis' [1]  36/16
day [40]  4/16 9/8 9/17 10/13 12/13
  20/21 22/15 24/5 67/4 132/6 149/22
  159/21 159/24 160/1 166/6 166/24
  168/1 168/25 171/10 171/10 174/17
  174/18 174/19 174/21 190/20 192/6
  192/6 204/5 204/5 207/20 209/21 213/9
  213/22 214/15 214/23 215/8 220/5
  220/14 220/25 223/15
day-to-day [1]  171/10
days [5]  61/17 87/7 204/7 206/9 220/25
de [1]  108/11
dead [3]  25/25 26/3 174/15
deaf [1]  24/20
deal [10]  23/10 67/13 129/10 129/13
  164/3 167/5 209/19 209/20 210/2 210/3
dealing [1]  61/23
deals [2]  130/8 153/23
dealt [2]  129/14 164/2
death [74]  19/7 20/18 20/19 21/18 33/16
  33/18 33/23 36/11 50/17 50/19 57/22
  58/2 58/17 58/17 58/19 58/24 59/4
  59/10 59/12 59/18 60/7 66/5 66/6
  66/10 67/6 67/7 70/14 71/7 84/16 88/24
  94/21 94/21 132/17 145/15 148/15
  149/10 149/13 149/14 149/21 149/23
  150/3 150/4 150/6 167/12 168/17
  172/18 172/19 173/1 174/12 190/18

190/24 191/1 191/3 191/5 191/17
  191/22 192/24 194/25 195/15 206/6
  207/22 207/22 208/12 208/14 208/18
  208/23 210/9 210/19 211/25 212/2
  212/7 212/23 214/17
death-row [5]  19/7 58/19 66/5 67/7
  190/24
death-watch [7]  57/22 67/6 132/17 150/4
  191/5 195/15 214/17
decade [4]  48/14 207/18 208/22 209/6
December [1]  158/20
decide [9]  15/25 29/2 29/9 30/18 47/10
  77/14 93/12 136/11 164/23
decided [2]  21/12 91/10
deciding [2]  33/11 72/7
decision [67]  6/7 7/11 10/20 20/10 22/1
  22/7 22/8 22/10 22/15 23/20 25/12 27/1
  27/7 27/22 27/22 28/13 32/8 32/15
  35/14 36/5 36/24 37/15 44/9 47/14
  47/20 49/7 49/11 51/6 54/24 57/18
  60/19 62/13 71/19 73/24 110/1 111/4
  112/9 113/6 121/1 123/18 124/14
  133/24 134/10 140/12 142/17 143/5
  143/5 143/6 145/22 146/5 170/14
  171/15 171/22 173/8 173/20 182/16
  186/22 200/13 204/25 206/22 212/17
  213/7 215/15 215/21 219/11 219/19
  220/12
decision-making [2]  143/6 186/22
decisions [21]  32/6 35/24 62/14 62/22
  84/23 108/13 108/19 110/6 111/17
  126/11 135/3 140/8 142/20 148/20
  148/21 148/21 162/23 165/10 201/3
  205/11 217/9
decline [1]  109/21
defeating [1]  187/4
defeats [1]  187/21
defect [7]  7/15 27/16 41/18
DEFENDANT [1]  1/18
Defendants [1]  1/9
Defender [3]  3/12 3/17 13/18
Defender's [2]  42/6 42/8
defense [1]  151/25
defer [1]  216/18
defiance [1]  170/16
deficit [4]  156/20 157/15 160/17 172/13
deficits [19]  90/1 100/2 108/17 111/25
  157/18 161/25 162/4 162/5 165/16
  165/19 171/14 171/20 171/23 172/7
  183/3 201/2 201/6 201/8 201/9
defined [2]  128/21 130/22
definitely [1]  143/16
definition [1]  127/10 147/13
degrade [1]  206/8
degree [13]  40/1 53/18 53/23 55/10
  71/13 110/2 113/22 118/10 148/19
  149/2 153/15 184/17 193/13
degrees [1]  39/22
delays [2]  101/11 101/11
deliberation [1]  56/5
deliberations [1]  56/4
deliver [1]  139/12
delivered [1]  138/13
delusional [2]  135/18 136/8
demeaning [3]  83/10 83/17 87/16
demon [1]  175/9
demonstrated [1]  48/16
denied [4]  12/1 15/21 28/12 201/2
deny [2]  83/2 209/12
DEPARTMENT [3]  1/7 94/17 177/19

Case 6:10-cv-00034-RP Document 38-2 Filed 08/29/13 Page 232 of 258

depended [1]  58/15
depending [1]  58/20
depends [11]  48/15 99/9 99/16 109/2
 109/24 110/3 111/1 111/4 111/6 111/8
 113/16
depressed [4]  65/25 66/4 66/24 164/12
depression [5]  63/16 86/9 86/21 87/2
 87/6
depressive [3]  63/2 87/11 134/25
deprive [2]  148/19 149/5
deputy [1]  205/13
describe [19]  20/7 87/4 121/9 131/12
 133/16 142/6 150/10 150/11 154/7
 159/13 164/18 183/22 185/11 185/12
 185/16 185/21 190/17 194/14 197/6
described [14]  68/2 74/5 90/16 121/18
 129/2 141/23 166/2 166/3 166/12 171/9
 196/8 199/16 200/23 221/2
describes [4]  60/6 129/2 129/16 131/10
describing [8]  108/16 133/22 164/9
 187/5 187/18 197/9 197/13 201/9
description [4]  100/19 101/1 196/10
 198/18
designed [1]  24/14
desire [17]  6/3 7/1 7/2 7/5 30/21 46/16
 47/17 48/25 63/5 112/19 140/13 144/6
 144/7 198/23 199/13 199/13 199/21
desires [3]  13/11 45/25 199/10
desperation [1]  170/16
despite [1]  185/2
destructive [1]  131/1
detail [2]  154/25 178/3
deteriorated [5]  74/15 79/5 79/8 112/9
 143/6
deteriorating [1]  81/21
deterioration [2]  45/17 164/9
determination [5]  71/18 84/22 92/18
 100/5 104/7
determine [9]  41/14 51/2 100/4 100/22
 112/4 137/6 137/8 138/23 149/6
determining [5]  24/5 56/5 62/13 79/9
 92/21
detracted [1]  96/19
devastate [1]  212/21
devastated [1]  133/17
develop [4]  98/10 98/14 98/17 184/22
developed [2]  127/10 157/21
development [7]  103/12 106/9 106/17
 106/18 122/4 182/22 182/23
developmental [1]  42/20
deviation [1]  88/15
diagnose [1]  91/9
diagnosed [7]  43/23 97/1 101/22 101/24
 101/25 104/3 126/5
diagnoses [11]  73/5 87/11 87/11 102/2
 111/10 111/13 111/14 120/22 135/10
 172/4 172/6
diagnosis [7]  85/12 86/3 87/6 92/20
 96/23 96/25 159/5
diagnostic [5]  136/20 136/20 136/21
 137/18 189/19
dialogue [1]  10/17
did [130]  4/8 15/9 15/9 15/11 17/20 20/7
 23/5 25/11 29/18 33/19 35/5 42/1 45/1
 45/5 45/9 45/12 46/19 46/19 50/4 51/24
 53/7 56/18 57/24 58/1 59/5 59/20 59/23
 59/25 60/4 61/15 63/12 64/22 67/2 67/3
 67/17 68/19 69/12 71/13 71/15 73/17
 74/12 75/25 76/25 83/18 83/19 83/23

88/1 89/10 89/11 89/13 89/20 90/4
 90/20 91/9 97/23 97/12 98/2 98/2
 97/5 97/6 97/12 97/16 99/1 99/3 100/9
 100/10 104/7 106/13 106/20 109/22
 112/9 116/25 117/2 117/6 117/7 117/9
 117/10 117/12 117/17 117/18 117/21
 118/19 118/23 130/14 130/16 130/17
 135/7 138/12 138/12 153/12 155/5
 155/7 155/8 155/12 155/13 155/15
 155/18 155/20 155/21 155/24 156/7
 157/8 158/7 158/8 158/14 158/17
 159/14 160/2 160/9 160/10 161/17
 163/11 163/12 163/16 171/13 171/23
 172/6 176/19 180/21 180/24 182/4
 190/14 190/16 209/5 209/12 210/24
 212/5 213/18 213/22 213/24
didn't [65]  13/5 14/5 25/16 42/8 48/19
 50/20 51/23 53/8 57/9 61/7 62/18 67/18
 67/18 74/12 74/14 79/20 79/24 82/14
 82/20 83/5 83/18 83/20 89/1 89/9 89/12
 90/12 91/1 91/8 91/14 91/16 91/20
 92/25 93/2 93/8 96/1 96/6 97/22 99/25
 103/18 105/3 106/10 106/10 109/20
 109/21 109/22 110/16 110/17 110/20
 112/16 119/20 138/16 168/11 172/4
 176/13 186/2 188/15 200/24 205/20
 207/6 210/22 210/22 214/9 215/1 215/5
 215/11
die [4]  37/20 128/24 188/3 207/2
died [2]  71/2 195/9
difference [7]  24/12 105/18 140/24
 146/14 146/19 153/20 215/7
different [24]  17/9 26/14 33/20 58/18
 59/9 61/25 70/6 91/12 108/23 108/24
 129/16 135/19 145/17 145/17 145/25
 147/22 149/25 150/3 150/6 164/11
 171/6 183/13 183/21 190/1
differential [1]  164/16
differently [1]  197/20
difficult [14]  8/19 20/17 22/21 29/8 29/8
 29/15 70/9 127/21 132/14 132/18
 134/18 148/17 189/13 217/8
difficulties [35]  90/12 121/13 121/16
 121/21 122/2 122/5 124/17 125/12
 125/16 125/21 126/2 126/4 126/25
 128/13 128/17 130/25 131/23 132/5
 133/1 133/3 133/12 133/21 134/22
 134/24 141/17 141/23 142/2 142/4
 142/9 142/13 142/19 146/17 148/2
 148/5 161/1
difficulty [11]  124/12 132/20 134/3 141/8
 142/20 148/16 149/1 160/19 161/8
 161/10 163/8
dig [1]  205/21
diminished [1]  185/14
diminishment [1]  162/15
direct [12]  11/25 12/5 54/8 68/4 94/19
 115/15 141/9 151/9 161/3 165/4 179/1
 182/21
directed [2]  10/25 164/22
directing [1]  221/20
direction [1]  140/23
directly [3]  27/14 140/4 197/21
DIRECTOR [6]  1/6 3/24 4/1 36/16 52/11
 206/5
disabilities [5]  157/19 160/22 162/4
 166/20 169/9
disability [2]  105/1 152/3
disabled [1]  93/13
disadvantage [1]  171/21

disagree [1]  213/5
disarranges [1]  211/12
discharacterological [1]  132/20
discharge [2]  65/2 87/11
disciplinary [1]  167/16
discount [1]  90/11
discounting [8]  86/23 87/1 107/11
 184/13 184/16 184/18 185/7 185/20
discovery [1]  186/14
discuss [5]  28/25 37/10 140/3 182/12
 190/14
discussed [4]  79/5 121/12 128/17 156/3
discussing [2]  96/22 138/15
discussion [12]  45/17 48/16 50/4 56/23
 57/11 59/7 73/13 78/12 82/14 84/20
 96/20 123/11
disease [10]  7/14 27/16 41/18 98/13
 98/17 98/20 103/15 112/16 156/13
 156/23
disentangle [3]  48/8 49/4 49/8
disjointed [1]  82/19
disorder [86]  7/14 27/16 41/18 44/6
 63/16 81/12 85/12 85/22 87/12 87/12
 87/13 91/9 96/15 97/2 97/17 98/18
 102/2 103/7 103/23 104/4 104/5 104/16
 104/20 104/20 104/23 104/24 105/16
 105/17 105/20 105/23 106/5 106/11
 106/15 106/24 106/24 107/12 109/11
 109/13 109/13 111/2 111/5 111/22
 111/25 112/3 121/17 123/12 123/13
 123/17 123/19 124/2 124/16 124/20
 125/7 125/10 125/17 127/4 127/10
 127/11 130/12 135/20 136/3 136/6
 136/8 136/10 136/15 137/19 156/17
 156/20 156/22 157/16 160/17 163/16
 164/4 164/6 165/20 165/21 169/11
 169/18 169/19 169/20 170/10 170/11
 172/22 176/12 182/11 182/20
disorder/fetal [1]  104/20
disorders [42]  48/12 48/13 69/18 70/7
 73/9 85/2 85/16 92/18 96/24 99/14
 99/19 101/12 101/12 101/13 101/22
 101/25 109/17 120/25 121/6 121/7
 124/23 125/6 126/5 126/20 127/3 127/6
 129/11 130/8 134/5 135/13 135/14
 135/15 135/16 135/18 135/18 135/19
 135/23 136/1 156/17 168/15 172/17
 182/14
disparity [1]  164/13
displays [1]  163/23
dispute [1]  39/18
disquality [1]  183/25
disregard [1]  172/5
dissatisfied [1]  44/16
dissemblance [1]  112/14
disseverate [1]  183/24
dissipate [1]  169/13
dissipated [1]  113/21
dissociative [1]  124/18
distant [1]  184/20
distortion [1]  183/9
distortions [2]  183/8 183/14
distracted [1]  91/5
distress [4]  75/18 142/14 187/18 187/20
district [6]  1/1 1/1 12/21 204/17 223/11
 223/12
disturbance [1]  63/19
disturbances [2]  182/16 184/7
disturbing [1]  168/8
diurnal [1]  192/19

# D

divergence [1] 141/2
divided [1] 161/9
divides [1] 135/13
DIVISION [4] 1/2 1/7 13/22 223/12
do [263]
doctor [41] 39/24 46/15 53/25 62/4
63/10 63/23 65/21 66/17 68/6 70/20
71/10 71/21 72/20 75/9 75/14 77/10
78/21 80/17 81/13 83/1 84/5 85/1 86/25
88/22 90/8 92/3 93/12 94/12 95/4 98/12
100/11 100/16 102/13 106/5 151/12
155/10 163/19 170/7 173/22 193/20
202/20
doctorate [1] 53/18
doctorates [1] 53/20
doctors [11] 17/10 86/24 87/3 92/6
112/6 176/10 205/18 205/19 206/7
207/11 213/15
document [19] 80/9 80/11 94/12 94/16
95/14 96/6 181/7 186/2 186/11 186/12
186/21 194/15 194/18 194/23 195/10
197/6 197/12 197/13 197/17
documents [3] 117/3 120/22 147/6
does [52] 5/5 12/2 16/24 17/16 31/4
35/6 35/8 46/9 46/12 46/14 49/12 65/24
87/25 87/25 95/18 99/18 101/24 111/9
111/12 112/3 129/10 129/10 129/13
136/15 140/22 142/22 142/22 144/16
147/10 154/23 154/25 162/21 165/1
165/9 183/17 183/24 187/21 187/23
188/20 189/23 191/9 195/24 195/25
196/4 196/6 200/10 200/12 201/18
209/15 209/15 219/21 221/6
doesn't [37] 35/18 73/25 82/3 83/3 83/13
83/14 83/14 87/22 92/2 97/23 99/7
103/25 105/19 106/18 109/3 121/25
130/12 136/15 136/17 136/18 144/7
144/13 161/9 163/21 163/24 176/25
178/12 187/11 187/11 193/4 193/5
207/1 207/2 207/13 214/15 219/9
219/23
dog [4] 21/9 81/7 208/3 208/5
doing [52] 15/18 18/6 18/20 18/22 27/21
28/5 31/10 32/13 34/12 37/6 37/17 65/2
90/10 113/1 113/10 129/19 137/4 149/3
151/20 164/1 200/14 205/11 220/9
domain [1] 162/16
dominoes [1] 209/1
don't [104] 4/14 5/11 8/5 8/13 9/10
14/15 14/23 14/24 15/15 17/8 19/13
19/20 21/23 23/11 24/11 27/23 32/19
33/1 33/22 34/7 35/14 35/14 36/7 37/4
37/10 39/18 53/14 54/2 54/12 57/14
58/16 59/1 60/23 63/17 64/16 65/18
67/23 67/25 68/13 69/11 70/9 72/12
72/17 75/5 75/7 76/7 78/4 82/11 89/14
89/17 90/6 90/7 92/7 92/8 98/10 102/9
102/14 105/10 109/3 109/6 120/5
120/13 130/21 130/21 132/1 135/24
137/11 138/9 142/11 144/19 146/16
148/10 159/10 167/3 167/11 170/15
175/2 175/24 177/22 184/2 184/7 185/2
185/12 185/22 186/1 188/7 198/4
199/24 201/10 201/20 202/22 204/6
208/13 208/19 209/4 213/18 215/3
217/9 218/5 218/9 218/10 218/25 219/7
219/14
done [20] 9/25 27/12 33/7 35/15 35/16
69/14 82/6 82/24 129/5 129/17 149/12

156/4 169/24 176/17 176/18 179/10
200/25 207/17 207/23 213/1
door [8] 20/20 36/13 66/3 149/23 190/19
211/15 214/20 214/21
doubt [6] 45/21 47/19 51/6 51/9 67/25
213/7
doubts [2] 140/15 140/25
Douglas [1] 188/10
down [31] 9/3 23/18 48/6 57/14 57/14
65/7 80/25 84/13 92/7 92/8 94/20
112/13 113/17 128/1 128/10 129/6
129/24 131/5 137/18 164/15 167/15
186/17 188/6 188/25 189/1 194/19
194/24 204/10 210/7 211/8 213/16
downs [2] 65/13 166/12
Dr [16] 7/21 94/1 108/1 116/8 155/11
158/11 158/14 158/20 158/21 160/8
163/11 173/13 180/1 180/21 190/5
193/19
Dr. [83] 7/18 7/19 17/16 17/19 17/20
27/12 27/18 38/18 38/19 38/23 38/23
38/23 39/3 39/17 39/18 50/25 53/6
62/11 63/12 63/14 67/16 89/20 89/22
90/4 100/9 100/16 100/21 100/21
101/15 102/5 102/12 102/12 102/20
102/25 104/3 104/12 105/25 114/13
114/18 115/5 115/6 115/18 115/25
116/1 116/19 117/13 117/18 118/13
118/17 119/21 122/20 124/21 130/11
134/4 135/7 135/9 138/2 147/4 150/24
151/1 152/9 152/13 152/22 153/3 153/8
153/12 154/15 155/6 155/8 156/9 160/9
164/8 170/6 171/4 178/18 179/4 180/11
181/12 182/6 186/10 196/15 198/12
210/6
Dr. Arambula [20] 7/19 17/20 27/12
27/18 38/18 38/19 39/3 39/18 50/25
53/6 62/11 67/16 114/13 114/18 117/13
124/21 130/11 135/9 155/6 164/8
Dr. Arambula's [1] 182/6
Dr. Cully [1] 210/6
Dr. Curry [8] 38/23 117/18 155/8 179/4
180/11 186/10 196/15 198/12
Dr. Curry's [1] 181/12
Dr. Dan [1] 151/1
Dr. Davies [3] 102/12 102/20 104/3
Dr. Davies' [5] 102/5 102/12 102/25
104/12 105/25
Dr. Dudley [15] 38/23 63/14 115/6
115/18 116/1 116/19 118/17 119/21
122/20 134/4 135/7 138/2 147/4 150/24
156/9
Dr. Dudley's [3] 63/12 115/25 118/13
Dr. Harrison [1] 160/9
Dr. Keith [1] 178/18
Dr. Martell [8] 38/23 89/22 152/13 153/3
153/8 153/12 154/15 171/4
Dr. Martell's [5] 89/20 90/4 152/9 152/22
170/6
Dr. Michael [1] 39/17
Dr. Michael Arambula [1] 7/18
Dr. Richard [2] 17/16 115/5
Dr. Saunders [1] 17/19
Dr. Sprouse [2] 100/21 101/15
Dr. Sprouse's [3] 100/9 100/16 100/21
drag [1] 23/11
drama [1] 83/9
dramatic [2] 83/11 83/16
dramatically [1] 149/25
drank [1] 104/18

draw [1] 176/22
drawings [2] 137/6 137/6
drill [1] 23/18
drink [1] 76/14
drive [3] 135/2 203/24 205/3
driven [1] 170/16
drives [1] 174/19
driving [2] 100/1 142/16
drop [3] 19/12 37/9 207/5
dropped [1] 19/9
dropping [2] 19/15 19/15
drug [8] 85/25 86/7 86/13 86/15 86/20
86/24 87/9 87/23
drug-use [1] 86/13
drugs [2] 43/1 87/22
DSM [1] 135/12
dude [1] 208/24
Dudley [19] 38/23 63/13 63/14 115/5
115/6 115/10 115/18 116/1 116/8
116/19 118/17 119/21 122/20 134/4
135/7 138/2 147/4 150/24 156/9
Dudley's [3] 63/12 115/25 118/13
due [6] 99/24 111/25 137/2 137/3
192/25 195/4
dull [1] 93/9
duly [5] 6/17 39/9 115/11 151/5 178/22
duplicative [1] 42/8
durable [1] 144/9
duress [5] 7/13 49/21 49/21 63/2 82/17
during [25] 6/2 34/3 42/16 43/4 44/6
48/9 50/14 59/7 67/7 71/12 79/16 82/13
98/22 98/23 104/18 107/5 107/17 129/9
137/10 155/19 155/21 166/11 182/22
184/22 204/25
dysexecutive [3] 157/25 164/21 164/25
dysfunction [13] 90/3 99/15 101/13
101/14 104/24 109/1 109/18 109/25
110/5 163/10 163/22 183/24 188/14
dysregulation [1] 183/4

# E

each [14] 20/20 20/23 21/1 91/12
135/15 141/8 141/10 141/11 142/2
142/2 168/18 173/22 199/10 209/2
ear [5] 17/11 67/2 67/2 188/1 188/1
earlier [5] 78/17 122/3 128/17 133/15
176/10
early [1] 8/23
ears [2] 24/20 211/4
easier [1] 14/19
easily [2] 183/21 186/19
EAST [1] 1/25
easy [3] 204/25 206/17 215/19
eat [1] 214/15
eating [2] 14/24 23/6
edge [3] 81/1 81/4 81/6
education [2] 11/8 160/24
EEG [2] 159/6 159/9
effect [6] 100/4 100/6 141/9 153/23
182/14 192/10
effectively [2] 82/18 201/4
effects [4] 66/5 109/19 179/17 182/21
efficient [2] 68/22 69/3
effort [2] 159/19 159/22
effortful [2] 160/3 160/10
eight [3] 20/20 186/7 186/8
eighties [1] 188/6
eighty [3] 187/10 187/10 187/14
eighty-something [1] 187/10
eighty-three [2] 187/10 187/14

either [15] 8/9 18/14 28/18 28/22 30/12
33/9 35/25 40/21 41/1 45/16 81/22
107/13 107/15 146/1 198/11
elbow [2] 187/25 210/19
elements [1] 188/14
eleven [3] 35/8 56/10 133/7
elicit [4] 86/16 86/21 145/25 145/25
else [17] 3/15 34/1 45/20 118/20 118/23
125/11 160/2 172/20 176/25 184/4
196/13 199/8 203/18 219/23 220/21
221/10 221/18
email [2] 177/7 177/11
emanated [1] 85/4
emanates [5] 85/4 85/20 85/23 85/24
86/11
embarked [1] 42/2
embedded [1] 159/17
emerged [3] 77/19 107/5 107/17
emotion [2] 83/9 101/13
emotional [4] 166/12 182/24 183/4
188/13
emotions [7] 74/11 79/25 110/20 111/20
111/22 111/23 143/2
emphasize [1] 204/9
employed [2] 151/17 152/3
employment [1] 151/14
empty [3] 14/8 14/16 124/6
encounter [2] 45/6 191/17
encourage [1] 218/18
end [30] 7/17 9/8 10/3 12/13 21/11
22/15 24/4 29/7 30/2 31/22 34/14 36/2
40/8 41/23 49/7 65/2 66/1 97/10 131/13
135/17 155/1 159/24 160/1 166/23
197/16 213/9 215/8 220/5 220/8 220/14
ending [1] 23/4
energy [1] 43/11
engage [2] 10/18 184/17
engaged [4] 35/10 35/11 79/19 95/16
enormous [3] 146/10 146/14 169/1
enormously [1] 134/20
enough [8] 21/21 36/19 36/19 70/1
72/13 135/24 136/10 192/18
ensure [1] 6/7
enter [1] 180/1
entertain [1] 216/1
enthusiasm [1] 159/25
entire [4] 44/3 80/9 80/11 97/8
entirely [1] 183/21
entitled [2] 218/7 218/8
environment [6] 55/16 128/20 133/23
183/12 183/17 197/15
environmental [1] 146/3
episodes [5] 47/1 79/21 124/18 124/18
137/1
episodic [1] 127/6
equipped [1] 193/2
error [1] 189/18
escalator [1] 160/18
escape [5] 129/15 131/8 131/14 176/23
185/9
especially [3] 156/15 168/23 179/16
ESQ [5] 1/15 1/15 1/16 1/18 1/19
essential [1] 189/14
essentially [10] 41/14 42/9 43/21 55/19
74/3 113/15 158/16 183/22 188/19
193/18
established [3] 92/16 93/1 202/11
et [1] 188/10
eternal [1] 193/6

eval [1] 79/6
evaluate [2] 131/16 160/25
evaluated [2] 17/16 27/11
evaluating [1] 42/2
evaluation [25] 17/3 17/5 17/7 42/3
42/13 42/16 44/7 44/24 45/3 45/7 45/16
48/7 48/10 73/3 73/11 78/8 116/23
136/9 137/4 139/25 154/6 155/23
163/17 181/21 217/12
evaluations [3] 40/13 55/18 149/19
even [32] 15/25 16/12 19/6 28/19 30/17
32/14 34/6 44/12 48/21 60/12 62/21
66/3 81/15 82/9 93/2 95/15 97/12
106/24 132/15 132/17 141/19 150/5
163/6 164/14 166/9 169/4 174/9 199/20
205/15 206/9 210/1 213/3
event [4] 4/8 143/18 143/19 143/20
events [5] 91/25 127/23 144/1 171/16
171/16
eventually [1] 128/3
ever [17] 8/9 40/9 82/15 113/23 168/24
173/24 173/25
every [17] 9/18 32/12 140/3 140/15
140/19 140/25 155/2 159/23 163/19
174/17 174/19 174/21 188/19 209/12
209/13 212/13 220/25
everybody [15] 15/2 15/2 19/6 19/6
25/22 35/12 172/19 174/9 174/24
203/22 213/10 215/18 217/2 217/15
220/21
everybody's [6] 17/10 21/17 174/10
176/21 204/20 205/10
everyone [5] 67/13 81/7 109/4 168/17
168/19
everyone's [1] 34/4
everything [24] 4/17 8/11 18/5 19/18
24/19 24/19 29/6 31/13 32/17 45/24
94/21 103/2 112/7 153/24 157/6 160/2
173/18 173/19 174/3 206/18 211/11
215/14 215/15 220/17
everywhere [1] 94/9
evidence [26] 5/21 8/1 31/25 52/14
52/22 94/22 95/1 96/4 115/3 116/17
122/19 143/25 153/1 157/17 157/18
157/20 157/24 168/10 168/14 177/2
180/10 181/18 198/4 202/21 203/10
205/24
evidenced [3] 104/22 125/12 141/21
EVIDENTIARY [1] 1/11
exacerbate [2] 134/24 196/4
exacerbates [2] 142/13 142/16
exacerbating [2] 141/10 142/2
exact [1] 159/4
exactly [7] 18/21 22/14 44/11 59/2 82/8
157/13 200/9
exam [3] 67/18 88/2 89/5
examination [19] 6/21 7/20 39/13 53/1
54/8 56/23 68/5 68/5 68/7 79/4 91/19
108/4 115/15 138/3 147/1 151/9 171/1
179/1 198/15
examine [2] 55/14 143/8
examining [1] 67/16
example [22] 50/10 55/12 55/22 56/10
58/20 90/7 90/24 102/3 110/8 131/24
131/25 134/2 135/14 137/5 137/13
149/17 161/14 161/23 162/24 185/17
186/13 188/12 12
examples [1] 183/6
except [2] 159/23 206/2
exceptionally [1] 191/16

exclusion [1] 124/23
excruciating [1] 85/6
excuse [7] 7/11 15/9 63/22 75/21 139/12
167/8 173/10
excused [3] 114/10 150/22 202/18
execute [1] 119/6
executed [23] 59/23 61/2 61/14 66/11
67/7 70/15 71/8 132/9 132/16 145/16
147/8 147/17 147/21 149/16 149/20
168/18 169/7 169/22 191/22 195/25
206/21 208/15 208/21
execution [29] 12/16 13/14 16/9 30/17
59/13 59/17 70/25 84/8 95/2 132/2
132/13 132/14 144/2 147/5 149/22
150/2 167/7 168/22 169/5 174/14
189/11 191/7 194/19 194/24 195/7
208/10 210/21 212/18 215/17
executive [18] 90/25 101/14 125/3 161/1
162/5 162/13 163/10 182/15 182/19
182/23 183/3 183/6 183/24 184/7
184/21 185/14 186/24 188/14
exercise [2] 108/18 219/16
exercising [2] 108/12 111/16
exhausted [2] 8/21 9/20
exhibit [52] 5/6 5/16 5/18 5/20 51/20
52/6 52/21 62/1 62/2 64/6 68/17 72/18
72/25 80/3 84/5 94/5 94/5 94/13 102/7
104/12 105/25 114/20 115/2 115/25
116/9 116/16 118/6 118/6 122/10
122/11 122/18 148/15 152/11 152/25
154/16 170/5 177/14 179/18 180/3
180/9 181/2 181/5 181/13 181/17 186/2
186/5 186/6 186/11 193/20 196/24
197/4 201/24
Exhibit 23 [1] 118/6
Exhibit 26 [3] 102/7 104/12 105/25
Exhibit 27 [1] 154/16
Exhibit 28 [3] 179/18 181/2 181/5
Exhibit 40 [2] 196/24 197/4
Exhibit 51 [3] 62/1 72/25 94/13
Exhibit 53 [1] 80/3
Exhibit 65 [1] 64/6
Exhibit 68 [1] 68/17
Exhibit 69 [1] 193/20
Exhibit 70 [1] 72/18
Exhibit 72 [1] 94/5
Exhibit 73 [1] 115/25
Exhibit 74 [2] 122/10 170/5
Exhibit Number 1 [1] 5/6
Exhibit Number 28 [1] 186/6
Exhibit Number 55 [1] 84/5
exhibited [2] 119/14 148/16
exhibiting [1] 148/18
exhibits [15] 2/3 5/12 51/15 51/18 51/19
52/4 52/9 60/2 60/3 69/1 114/17 193/19
198/3 198/8 202/24
exist [9] 26/16 101/17 105/7 105/10
112/3 135/23 136/16 142/19 163/21
existed [3] 26/16 96/18 101/1
existence [2] 97/13 103/7
existing [2] 111/10 121/19
exists [1] 143/4
expect [11] 37/1 89/1 109/21 111/2
111/7 144/23 157/11 157/14 190/8
199/23 221/8
expected [2] 45/2 162/8
expecting [1] 106/21
experience [6] 81/17 83/1 154/1 164/1
169/8 179/13
experienced [3] 82/1 88/25 142/3

**E**

experiences [9] 85/19 86/9 86/10 86/11 127/17 128/6 141/14 141/14 172/20
experiencing [2] 67/8 142/3
expert [12] 7/18 7/24 39/19 40/10 40/18 118/14 152/4 152/5 152/6 153/8 180/12 180/15
expertise [2] 148/12 171/8
experts [4] 38/22 100/12 183/1 217/11
explain [11] 8/6 8/14 39/20 47/25 83/24 87/24 110/10 131/22 135/11 153/20 184/15
explainable [1] 121/20
explained [6] 86/2 90/20 91/6 93/11 156/9 156/23
explaining [1] 92/4
explanation [1] 87/3
explanations [1] 125/20
explicit [1] 112/23
explicitly [1] 68/2
explode [4] 126/19 130/3 131/4 131/11
exploration [1] 70/11
explore [1] 42/19
explosive [1] 67/9
exposed [1] 127/17
exposure [1] 127/20
express [3] 7/2 81/20 140/25
expressed [7] 26/14 47/14 49/4 198/23 199/12 201/15 216/19
expresses [2] 85/6 199/11
expressing [2] 66/23 199/2
expression [4] 49/10 49/12 99/10 199/13
expressions [1] 45/25
expressive [3] 81/25 160/17 160/20
extend [2] 4/4 52/11
extended [1] 145/7
extension [1] 44/10
extensive [1] 68/23
extent [2] 144/5 193/1
external [2] 87/17 192/17
extra [2] 60/15 156/10
extraordinary [1] 29/22
extreme [2] 42/17 185/7
extremely [5] 29/8 30/6 56/20 70/24 195/5
extricate [1] 130/4 150/16
eye [4] 66/4 82/22 82/23 211/11
eyes [2] 35/7 211/3

**F**

face [15] 27/20 27/20 42/3 42/3 45/6 45/6 83/6 96/20 96/20 112/21 112/22 112/22 191/9 191/9 211/19
face -- well [1] 112/21
face-to-face [5] 27/20 42/3 45/6 96/20 191/9
faced [1] 140/8
facial [2] 104/21 104/21
facilities [1] 179/8
facing [2] 131/15 171/10
fact [17] 16/2 56/8 59/20 87/18 88/16 91/11 101/9 106/20 135/24 141/16 142/25 144/13 145/14 147/20 160/5 207/13 217/6
facto [1] 108/11
factor [11] 46/19 46/19 49/7 87/17 91/8 91/10 93/10 105/11 125/24 144/6 144/16
factoring [1] 20/9
factors [4] 103/14 103/19 125/20 144/17

factually [1] 110/15
failing [3] 11/14 21/6 210/7
fair [31] 31/6 31/6 56/1 56/12 57/18 58/24 59/1 61/9 62/14 62/23 65/14 66/4 72/11 73/7 78/11 79/1 79/11 81/12 83/1 84/23 85/1 87/24 91/15 92/19 99/20 100/14 100/17 100/19 103/25 196/10 201/7
fairly [1] 192/25
fairness [1] 32/7
faith [1] 211/21
faking [1] 159/17
falling [1] 24/20
falls [1] 57/17
familiar [6] 19/19 69/5 71/4 72/19 89/15 106/22
families [1] 207/19
family [23] 25/16 25/17 26/2 26/5 26/7 35/8 35/12 35/20 37/19 132/24 133/5 134/7 149/20 149/24 166/9 170/9 172/18 175/11 177/20 191/25 193/9 208/2 215/4
far [3] 47/25 75/17 211/11
fare [1] 185/22
farther [4] 15/18 184/3 184/3 184/19
FASD [1] 170/11
fatigued [1] 10/12
fault [1] 194/4
favor [1] 41/9
FCRR [2] 1/24 223/18
fear [8] 15/4 123/25 126/13 131/9 131/10 199/6 199/9 199/10
fearful [1] 128/15
feature [1] 85/3 107/4
features [4] 104/19 105/13 105/19 107/16
February [3] 75/2 75/3 75/18
fed [1] 190/19
federal [21] 1/24 3/12 3/16 6/5 16/7 16/13 27/2 28/2 28/11 29/5 29/5 29/7 30/4 30/10 30/12 42/5 42/7 177/17 177/25 178/4 223/4
feed [1] 134/24
feeding [1] 141/22
feel [19] 8/12 9/9 9/13 21/19 33/20 33/21 45/12 48/3 50/4 50/21 65/1 77/11 80/25 130/21 188/4 189/1 196/4 204/6 214/19
feeling [8] 66/24 124/6 126/13 126/18 126/19 129/23 129/24 143/3
feelings [6] 36/2 71/14 96/14 135/1 142/16 186/18
feels [5] 183/20 184/6 197/20 199/7 213/12
fellow [1] 191/10
fellowship [1] 40/6
felt [11] 13/19 21/25 48/25 71/17 139/19 166/5 176/11 199/3 199/6 211/21 213/19
fetal [44] 97/2 103/23 104/4 104/16 104/19 104/20 104/20 104/23 105/4 105/15 105/16 105/17 105/17 105/20 105/22 106/5 106/11 106/14 106/22 106/23 107/11 109/10 109/11 109/12 109/16 109/17 110/12 110/24 111/2 111/5 111/22 111/25 112/2 125/17 127/4 163/15 163/21 163/24 164/3 165/19 169/11 182/11 182/20 183/25
fetal-alcohol [1] 106/22
few [16] 10/18 31/1 47/8 61/17 64/3

71/5 71/13 74/19 78/20 79/18 80/24 181/24 182/10 183/8 183/10 187/22
field [2] 100/11 100/17
fifteen [1] 175/24
fifteen-minute [1] 175/24
Fifty [2] 80/5 80/6
Fifty-three [2] 80/5 80/6
figure [2] 97/8 163/3
file [3] 13/19 177/22 178/8
filed [8] 5/25 12/13 13/6 13/20 15/14 16/8 80/21 84/10
files [1] 94/16
filing [1] 12/7
final [2] 156/24 176/1
finally [1] 157/24
find [19] 14/15 22/21 25/11 36/25 56/3 62/18 80/14 105/9 112/16 124/10 148/17 165/13 165/14 165/24 169/23 171/11 200/17 200/25 221/21
finding [3] 157/19 160/19 160/21
findings [4] 54/19 160/5 160/14 166/19
finds [9] 126/17 131/5 131/6 131/7 134/20 166/25 169/18 173/5 175/7
fine [10] 5/8 20/13 68/25 69/4 114/11 155/4 159/12 189/25 216/4 216/5
finger [1] 103/4
finish [2] 4/9 4/13
finished [1] 94/1
Finkelberry [1] 205/4
fired [1] 16/9
first [38] 4/3 4/20 6/17 11/6 16/13 27/8 28/9 32/2 32/5 35/7 37/4 39/9 39/23 41/14 42/1 54/13 104/15 111/18 114/17 115/11 117/12 117/25 118/17 138/12 139/9 151/5 158/11 158/19 159/15 178/22 181/24 193/2 195/19 202/9 203/7 210/21 210/24 218/2
fists [1] 208/4
fit [2] 91/2 91/3
fits [1] 125/4
five [6] 51/21 68/9 68/10 113/18 159/25 176/1
fix [1] 76/11
fixation [1] 144/1
fixed [4] 75/15 127/11 175/8 217/24
flat [2] 66/4 84/17
flatlined [1] 210/19
flavor [3] 14/25 187/14 188/17
flesh [1] 140/24
flexibility [1] 110/5
flexible [1] 161/7
flip [5] 95/19 131/19 179/18 181/2 181/5
flip-flopping [1] 95/19
flopping [2] 95/19 131/19
focus [3] 23/14 44/6 53/21
focused [4] 43/22 47/7 49/18 182/14
focusing [2] 124/22 169/10
follow [9] 21/22 48/4 50/15 106/10 108/1 114/6 146/24 150/19 198/12
follow-up [3] 108/1 114/6 150/19
followed [1] 18/24
following [10] 3/3 11/24 31/2 31/11 82/15 112/18 144/5 205/5 216/9 216/24
follows [5] 6/18 39/10 115/12 151/6 178/23
food [1] 14/24
fool [1] 159/20
foot [3] 190/18 213/4 220/14
footage [1] 220/23
force [3] 100/1 142/17 211/16

**F**

forefront [3]   106/7 107/3 107/16
forego [4]   7/2 30/22 134/10 170/14
foregoing [1]   223/8
forensic [10]   40/7 43/12 42/18 115/22
151/16 151/20 152/7 159/16 164/1
179/10
forensic-wise [1]   42/18
forensics [1]   100/12
foresee [2]   33/1 158/4
forget [4]   23/17 135/8 162/11 213/18
forgive [6]   174/1 174/5 174/21 175/10
175/11 209/21
forgiveness [1]   206/17
forgives [1]   206/18
forgot [1]   77/1
form [4]   28/22 76/2 81/14 223/8
formed [1]   195/22
forming [1]   196/8
formulation [1]   166/22
forth [4]   72/6 78/5 112/14 131/19
forths [1]   78/23
forty [4]   67/7 112/6 176/1 185/3
forty-five [1]   176/1
forward [7]   7/1 38/20 115/6 167/7
177/12 219/25 220/3
found [18]   13/1 13/22 14/2 17/6 25/11
29/3 69/18 89/24 91/13 95/17 120/9
120/25 121/8 123/12 124/25 150/14
166/20 212/6
founded [1]   168/3
four [10]   20/21 46/24 58/8 68/8 68/10
98/17 156/18 175/1 184/22 211/17
fourteen [5]   20/24 20/24 20/24 21/1 21/3
fourteen-man [1]   21/3
fourth [1]   48/14
frame [1]   148/24
Frank [2]   204/23 206/14
frankly [3]   4/10 32/4 203/19
freak [1]   215/9
free [4]   7/14 27/16 28/6 159/19
free-standing [1]   159/19
freezing [1]   195/3
French [2]   34/22 214/14
frequently [1]   166/14
Friday [1]   167/14
friend [7]   62/8 144/3 147/5 168/13
168/24 169/22 206/20
friends [4]   71/2 128/24 174/13 195/8
frightened [1]   128/5
front [10]   19/5 21/5 51/16 60/2 62/2 80/3
110/23 175/8 200/12 201/20
frontal [11]   157/25 158/2 161/1 161/2
161/21 162/7 162/16 164/20 164/21
164/24 165/9
frustrated [5]   74/13 166/4 166/5 210/11
213/15
frustration [4]   49/5 49/9 49/13 50/1
frustrations [1]   49/23
fucked [1]   103/2
fucked-up [1]   103/2
fucking [1]   81/6
full [10]   4/15 28/7 32/14 33/8 36/8 36/24
142/21 204/9 206/13 220/4
fully [4]   7/9 137/17 217/5 220/14
function [9]   111/4 127/6 127/8 141/9
163/25 184/17 184/21 192/6 196/10
functioning [19]   88/4 88/18 88/22 90/25
93/15 99/3 99/6 99/8 99/11 123/20
124/20 125/3 127/12 157/25 161/1

164/11 182/19 183/3 183/6
functions [3]   122/15 182/21 183/21
186/24
funny [1]   207/17
further [20]   6/24 8/7 10/20 10/24 30/10
33/11 41/17 46/16 51/2 70/10 81/21
83/24 84/8 114/9 146/22 164/16 170/21
197/24 201/1 211/25
future [17]   7/3 30/18 69/1 158/4 182/24
184/23 185/8 185/11 185/17 189/17
190/7 193/10 193/12 196/20 197/23
200/11 201/4

**G**

gain [1]   185/9
gangbanging [1]   206/12
gather [1]   205/9
gathered [1]   117/3
gave [7]   76/5 94/11 159/17 210/13
210/14 213/8 215/22
gears [2]   26/21 120/19
general [13]   30/9 40/3 42/10 42/13
43/17 43/18 57/6 57/12 99/17 139/24
190/23 206/1 220/23
General's [3]   3/24 4/1 42/5
generally [6]   44/24 99/8 99/14 100/24
105/3 109/2 156/13 162/1 192/14
generates [1]   156/11
genes [1]   99/10
genetic [8]   97/17 103/7 103/15 156/4
156/23 157/5 165/23 170/17
gentleman [2]   163/18 204/18
gentleman's [1]   54/13
gentlemen [2]   198/14 209/23
genuine [2]   47/17 48/25
genuinely [3]   199/3 199/6 199/7
gestalt [1]   187/19
gesture [1]   170/16
get [69]   4/16 6/14 8/23 9/24 10/2 10/8
10/11 13/12 14/8 15/15 16/18 19/18
20/6 25/1 25/9 27/18 29/19 30/2 33/24
36/20 50/11 50/13 53/8 60/7 65/7 65/8
70/13 75/15 75/24 76/7 76/7 76/15 88/1
90/23 108/21 119/17 119/20 126/20
129/16 143/14 165/25 167/4 167/21
169/4 171/17 172/24 172/25 175/8
175/9 177/2 178/19 186/2 188/9 188/15
189/16 195/25 200/16 206/4 208/5
209/15 209/15 209/16 209/19 210/10
210/15 215/23 215/23 218/14 220/3
gets [7]   36/15 36/17 71/8 130/7 145/4
145/7 168/18
getting [10]   13/17 21/13 21/14 35/25
59/22 76/2 132/9 168/23 169/6 184/4
giggled [1]   207/17
gist [2]   108/21 143/15
give [45]   4/5 4/6 4/12 4/14 5/13 5/22
6/25 7/25 14/16 15/18 27/1 32/12 32/20
32/24 33/8 34/4 34/4 34/8 61/23
80/8 118/9 140/13 141/1 149/5 149/17
171/18 172/6 174/22 175/3 175/3 177/2
177/11 177/12 187/14 203/13 203/21
203/22 204/9 205/24 216/13 217/15
219/15 221/11 221/22
given [19]   13/8 17/2 29/23 50/13 65/8
81/16 82/23 86/3 110/13 147/20 171/8
197/18 201/19 203/8 208/17 210/21
216/12 220/20 220/21
gives [1]   36/14
giving [8]   28/25 76/10 172/2 172/3 178/5

201/5 208/1 215/19
global [4]   104/25 106/21 109/18 109/20
162/15 164/9
GM [1]   188/3
go [69]   6/24 7/1 8/4 9/8 11/2 13/15
14/14 14/19 15/17 21/16 21/16 21/16
25/2 25/6 33/11 33/24 34/6 34/21 34/22
36/10 48/5 51/25 60/2 68/22 73/12 76/5
77/22 78/7 92/15 113/17 113/23 116/7
117/12 120/23 121/25 127/5 133/25
137/8 139/21 153/18 163/7 165/13
167/7 167/13 167/20 167/25 168/25
173/11 178/3 184/2 187/13 188/16
192/1 195/14 202/10 202/11 203/16
207/9 209/1 211/22 212/10 214/15
214/16 215/7 215/8 218/19 220/3 220/4
221/4
God [60]   174/21 174/21 206/17 210/14
210/25 210/25 211/2 211/10 211/12
211/21
God's [1]   212/11
goes [21]   36/12 36/13 36/16 65/13
70/25 140/23 156/16 156/18 183/10
183/22 184/9 187/2 188/5 189/9 194/20
194/25 194/25 195/7 196/12 196/13
206/23
going [100]   4/7 6/12 8/12 10/1 10/7
10/18 13/16 15/1 15/6 17/9 19/6 20/9
26/12 31/25 32/8 32/20 34/14 37/2 38/4
43/20 46/20 49/22 52/14 65/2 68/16
68/24 70/17 75/7 78/21 78/25 81/21
84/17 90/17 92/18 93/10 93/19 95/20
111/23 111/24 112/2 113/23 118/8
120/22 122/9 123/9 126/19 126/19
128/2 128/8 130/3 130/3 131/4 131/8
131/19 132/8 132/14 132/18 138/9
143/3 143/19 145/17 149/3 153/14
153/18 157/9 162/25 167/3 167/6 169/1
172/25 177/12 185/2 187/6 187/8
188/19 188/25 196/14 199/23 200/20
201/22 203/12 203/21 203/22 206/12
206/15 206/15 206/16 207/5 212/20
212/20 213/3 213/4 213/11 216/2 217/6
217/14 217/15 219/25 220/16 220/18
gold [1]   211/10
gone [6]   8/24 11/3 48/23 71/23 203/15
217/5
good [29]   3/11 3/14 3/21 4/2 4/23 7/7
9/8 10/15 25/7 25/23 39/3 53/4 53/5
81/11 81/24 93/25 100/25 110/20 115/8
115/18 115/19 137/22 151/2 151/12
151/13 178/19 179/4 188/12 216/16
got [51]   9/1 9/2 9/2 14/18 14/18 19/5
20/24 21/10 21/17 22/12 26/8 26/9
36/11 38/1 38/1 53/8 91/4 112/14 157/5
158/24 158/24 159/14 160/15 160/23
169/18 171/25 173/12 173/21 173/22
173/22 176/10 176/21 178/13 200/7
200/8 201/9 202/4 205/10 206/7 207/11
207/11 207/25 209/2 209/8 209/10
210/4 210/24 211/22 212/8 213/15
214/20
gotten [3]   71/2 147/7 195/8
Government [1]   198/1
Governor [1]   21/14
GP [2]   15/5 33/19
GPS [1]   205/5
grade [1]   11/9 160/23 160/23 160/24
grandiose [1]   124/6

**G**

grant [4]  30/7 30/13 34/15 215/16
granted [3]  13/1 28/21 29/22
gray [1]  215/3
great [9]  10/16 109/22 109/23 120/16
143/1 161/10 177/8 178/14 221/15
greater [1]  192/2
greatest [1]  162/2
grief [1]  145/3
grievance [2]  35/16 94/16
grieve [1]  144/23
Grieving [1]  94/18
ground [2]  174/18 211/8
group [1]  151/17
grow [1]  209/6
growing [3]  109/19 110/12 110/16
grown [2]  207/8 207/21
grows [1]  126/15
growth [2]  104/21 106/9
guarantee [2]  26/18 215/8
guarantees [1]  24/25
guard [2]  33/17 96/4
guards [4]  58/9 170/3 191/7 215/2
guess [8]  97/25 98/1 116/6 146/12
156/24 160/13 182/18 221/13
guilt [8]  23/6 23/6 173/25 174/4 175/4
175/10 209/19 209/22
guilty [5]  13/13 34/21 208/14 212/6
213/12
guts [1]  38/1
guy [3]  168/20 169/3 215/10
guys [2]  33/22 168/21

**H**

habeas [10]  6/1 12/7 12/15 15/22 28/11
28/21 29/5 30/10 140/13 181/1
had [141]  3/3 4/9 4/21 8/9 8/23 11/8
13/19 13/25 15/14 17/24 21/4 21/5
21/21 31/2 31/11 32/16 35/2 36/8 36/24
37/15 37/16 40/10 42/9 42/23 42/24
42/24 42/25 42/25 43/23 44/13 44/20
44/24 46/22 46/24 47/8 48/10 48/17
51/15 53/9 54/8 56/23 57/5 62/17 66/25
67/11 67/13 67/20 67/21 67/23 68/7
68/10 69/15 73/14 74/1 74/2 74/10
74/11 76/1 76/5 76/10 79/4 79/20 80/2
81/17 87/17 90/2 90/25 92/21 93/5 93/6
95/24 96/9 97/11 97/16 97/18 97/22
98/1 100/5 100/7 101/2 101/22 103/13
103/16 105/5 107/13 109/7 112/19
112/20 113/11 117/4 117/19 117/19
118/18 118/24 120/5 132/10 132/16
139/19 141/21 143/7 143/13 145/12
145/14 145/15 145/15 145/19 148/3
155/9 155/9 156/4 157/4 158/16 160/17
160/22 160/25 161/10 161/15 162/7
162/15 162/16 163/7 163/8 164/3
167/16 168/24 186/15 193/9 199/18
202/5 202/9 204/5 205/1 205/20 207/18
209/6 210/21 211/16 211/18 211/19
213/6 223/10
hadn't [3]  15/7 48/21 69/14
half [7]  21/4 21/5 21/7 42/14 53/15
79/11 211/17
halfway [2]  194/18 194/24
hallmark [4]  124/2 124/20 161/12 161/20
hallucinations [1]  85/6
Hamilton [1]  206/20
hampered [1]  50/19
hand [8]  4/21 6/15 39/6 112/1 112/1

115/9 151/3 178/20
handgun [1]  61/16
handle [1]  188/6
handwritten [1]  106/2
Hang [1]  188/1
happen [10]  13/17 15/24 28/8 43/20
45/15 79/2 83/3 83/4 128/8 149/22
happened [12]  18/3 19/10 19/19 20/2
20/2 41/11 57/2 72/10 79/3 138/19
143/20 217/20
happening [4]  26/6 83/5 142/11 185/11
happens [10]  16/2 16/3 33/25 81/19
88/25 98/7 126/6 126/8 149/25 184/8
happy [1]  216/5
hard [4]  90/11 202/12 203/15 207/7
harm [1]  63/25
harmed [1]  167/17
harming [1]  44/10
Harris [7]  11/18 11/19 11/22 36/15 36/15
206/4 214/24
Harrison [2]  158/21 160/9
harsh [6]  110/5 193/15 193/17 193/17
197/19 197/19
has [155]  4/20 6/1 7/17 7/22 14/25 15/2
15/2 20/19 20/20 21/1 26/18 27/11 29/3
29/20 31/17 32/14 41/11 41/15 41/24
41/25 44/2 46/15 46/18 47/14 47/15
47/15 48/1 49/4 49/9 56/9 63/1 63/4
63/18 63/24 64/6 65/13 66/4 66/7 67/7
67/8 71/1 71/22 71/23 76/3 77/17 77/20
80/19 82/1 82/8 83/9 83/25 84/21
85/4 85/9 85/19 85/24 86/8 87/22 88/10
89/4 94/20 97/20 98/1 99/5 99/22
100/17 104/16 105/17 106/11 106/16
107/10 108/10 108/24 109/8 109/11
111/10 111/19 111/21 113/1 113/2
113/5 113/21 113/21 113/23 113/24
114/1 114/2 120/4 121/18 123/13
125/18 128/13 128/14 128/16 132/2
132/21 133/1 134/22 134/24 136/3
136/12 136/25 137/15 137/16 140/4
140/18 141/7 141/7 142/20 143/6
143/16 143/24 143/25 144/13 147/6
147/7 149/11 149/12 156/21 156/21
157/3 159/14 161/6 162/2 162/18 163/21
164/24 165/21 166/14 166/24 168/19
169/1 171/14 171/23 173/22 173/23
176/18 186/1 188/14 189/21 190/18
191/1 191/4 193/23 195/8 198/24
199/19 199/20 200/12 200/25 201/10
203/8 203/17 220/21
hasn't [3]  82/24 133/6 144/15
have [322]
haven't [13]  35/6 36/24 45/15 47/24 63/9
79/7 79/21 119/4 127/15 167/16 202/25
204/8 210/15
having [31]  5/5 5/25 6/17 39/9 48/23
68/23 70/25 75/18 85/5 94/8 106/5
111/14 113/11 115/11 122/4 129/1
132/24 148/1 148/1 149/2 149/24 151/5
162/2 166/6 167/5 171/21 178/22
194/21 196/7 199/24 216/13
he [581]
he'll [2]  189/18 189/21
he's [130]  6/5 6/7 7/12 19/14 41/17 44/9
47/9 47/20 48/18 58/2 58/8 58/14 58/24
59/1 59/4 59/6 60/18 66/3 67/25 70/24
71/18 73/3 75/18 75/19 76/16 76/17
77/13 78/19 78/21 78/25 79/8 79/10
79/16 82/6 85/7 85/17 85/17 87/19

88/25 92/4 93/2 93/2 95/19 97/1 107/12
113/3
113/10 113/16 114/1 114/4 120/5 120/9
126/13 127/2 128/22 128/25 129/2
129/5 129/14 129/17 130/13 130/13
130/13 130/24 130/25 131/1 131/8
131/14 132/16 140/8 141/17 142/3
142/12 143/3 145/13 145/19 147/17
149/3 150/14 157/5 160/15 160/23
164/11 164/24 168/20 168/20 169/18
169/19 170/1 170/3 171/24 171/24
172/14 173/3 173/5 173/8 183/17
183/21 184/5 184/6 184/11 187/17
188/19 189/17 189/24 190/18 190/19
190/20 191/10 191/11 192/24 193/2
196/7 196/7 196/8 197/13 199/1 199/18
199/22 199/24 200/2 201/1 201/4
202/11 203/8 213/12
he's -- well [1]  197/13
head [10]  68/14 96/9 105/21 106/1
106/3 125/19 142/24 163/14 208/24
211/9
heading [1]  119/23
health [27]  7/18 17/2 27/11 40/1 49/14
64/14 66/16 72/15 73/5 74/4 75/3 75/14
75/18 76/5 76/6 76/7 77/5 112/25 113/8
118/18 118/25 119/7 186/16 187/7
187/16 188/8 189/2
hear [19]  9/21 19/13 23/12 23/12 27/13
32/2 34/5 36/7 36/9 38/18 130/14
136/23 174/13 180/19 203/7 211/4
213/11 217/21 219/22
heard [24]  17/1 32/5 32/10 32/17 45/18
45/19 56/15 79/23 124/21 126/9 130/11
133/7 133/20 133/20 135/9 139/10
150/7 150/11 168/10 168/13 190/22
203/8 203/11 215/14
hearing [35]  1/11 4/4 5/7 6/6 7/1 7/24
7/25 8/9 12/18 12/23 14/1 16/13 16/17
16/19 17/3 17/21 17/24 17/25 18/3 19/4
22/20 36/21 38/18 52/17 114/24 122/17
149/8 149/9 177/13 194/21 203/1 211/5
214/9 217/16 222/3
hears [1]  113/25
heart [2]  199/24 215/9
heavily [3]  86/14 124/22 205/2
height [1]  156/11
held [5]  7/20 12/19 16/19 17/21 57/21
hell [4]  38/1 209/16 213/2 214/19
help [16]  49/3 50/18 65/7 90/19 95/1
128/1 128/1 128/2 161/3 163/24 170/2
175/9 175/10 188/9 193/4 220/22
helped [1]  138/19
helpful [2]  138/8 138/11
helps [1]  193/6
her [21]  35/10 35/11 35/11 37/9 37/10
37/16 95/5 100/19 100/25 101/5 101/8
103/1 133/18 133/23 176/18 176/19
207/2 212/22 214/12 219/11 219/15
here [81]  4/11 5/24 8/10 8/19 10/1 19/5
20/24 20/24 21/18 22/5 22/7 23/3 25/22
26/18 26/21 28/1 32/4 32/17 34/19
34/22 37/22 46/5 47/15 83/5 83/8 92/8
94/21 101/19 101/23 113/10 125/9
127/16 129/16 141/25 148/11 149/14
152/14 159/9 169/25 173/16 174/2
174/3 174/8 174/10 174/25 177/2
178/12 187/11 187/18 190/22 192/15
194/7 201/9 201/15 203/21 204/11
204/21 205/3 205/3 205/5 205/9 205/13

**H**

here... [19]  205/14 206/17 207/1 207/7 209/24 209/24 210/18 210/18 210/19 212/17 213/10 213/14 215/3 215/5 215/6 215/11 215/12 215/14 221/4
here's [2]  36/21 141/21
hereby [1]  223/6
hey [2]  14/15 37/9
high [3]  8/10 67/6 67/13
high-security [1]  67/6
higher [1]  195/13
highly [2]  183/23 197/15
him [179]  7/9 18/6 18/11 18/11 18/13 18/14 27/13 33/18 41/20 41/21 41/21 42/13 43/6 45/6 45/18 46/10 48/10 48/20 50/10 50/11 50/15 56/16 58/12 59/21 59/22 61/8 67/12 67/14 67/18 68/24 69/1 69/13 70/2 70/25 71/6 73/14 73/17 73/23 73/25 74/2 74/12 74/17 77/13 78/15 79/4 79/11 79/23 79/25 82/20 83/6 83/23 84/21 87/5 88/23 89/1 90/17 90/20 91/9 92/5 93/8 93/9 95/17 96/5 96/6 96/7 96/11 100/5 104/3 106/5 106/10 106/14 107/13 109/7 109/21 110/18 112/21 113/5 113/12 117/4 117/25 120/21 123/10 127/13 128/15 128/17 128/20 129/3 129/12 131/24 132/10 132/12 132/15 132/18 133/3 133/7 133/15 133/16 133/17 133/18 134/3 134/19 135/2 141/15 142/5 142/6 142/10 142/14 143/17 143/19 143/21 143/25 145/1 145/1 145/2 145/2 145/9 145/13 145/16 145/18 146/12 146/13 146/16 147/18 147/22 149/5 150/11 156/1 158/17 158/19 159/21 160/1 160/18 161/20 163/24 166/1 166/2 166/4 166/12 166/23 168/7 168/9 168/11 168/21 170/19 171/21 171/25 172/16 172/17 172/18 173/2 173/15 180/15 183/16 188/15 189/1 189/16 193/15 195/6 195/21 197/15 197/23 199/17 200/10 200/21 201/5 201/9 201/13 204/20 205/21 205/22 206/18 208/2 208/3 208/4 208/4 208/4 208/22 214/25 216/13
himself [29]  49/25 50/2 65/5 66/8 66/25 67/3 67/25 69/2 69/14 73/10 74/8 81/22 126/17 129/23 129/23 129/24 131/5 134/20 149/1 150/14 150/16 166/25 167/6 172/1 173/5 183/18 184/11 187/24 192/25
hired [1]  41/8
his [423]
historically [3]  129/14 132/21 139/19
history [35]  11/4 25/10 42/20 42/21 42/21 42/21 42/23 42/25 43/10 44/25 45/1 50/14 57/13 66/24 77/11 78/1 78/24 91/25 104/17 104/22 108/9 108/16 111/13 118/24 119/10 125/18 127/16 130/21 133/13 148/16 156/21 156/22 160/16 183/2 189/5
Hog [1]  174/18
hold [5]  19/15 111/9 120/9 142/22 142/23
holding [1]  9/3
Holmes [1]  11/22
home [8]  40/9 103/21 110/17 203/24 208/1 215/8 215/9 217/17
honestly [3]  10/11 24/13 199/12
honesty [1]  33/14

Honor [60]  3/11 3/17 4/18 4/20 4/25 5/8 5/9 5/25 6/11 13/6 36/16 38/22 39/1 45/8 45/23 46/11 47/22 51/14 51/20 52/23 62/6 63/22 64/8 65/17 69/4 70/18 70/19 76/21 93/25 104/10 107/19 107/21 107/24 114/7 114/12 114/16 115/4 116/6 116/13 116/8 118/12 118/16 122/15 137/23 138/1 148/9 152/23 153/7 154/13 170/21 170/24 175/22 180/2 185/24 186/4 190/3 198/2 202/22 221/17 221/19
HONORABLE [2]  1/11 223/10
hooks [1]  205/21
hope [4]  31/7 94/11 176/3 220/11
hospital [3]  70/2 87/7 175/8
hospitalization [1]  68/11
hospitalizations [3]  46/24 68/8 74/23
hospitalized [1]  69/7
hot [1]  195/3
hour [6]  3/5 58/8 93/19 167/23 170/8 191/14
hours [9]  42/15 53/12 53/15 79/11 160/1 166/5 168/1 190/20 211/17
house [1]  33/23
housed [10]  20/19 58/8 67/6 132/16 132/22 190/13 190/23 190/24 197/10 209/25
housekeeping [2]  51/14 203/5
housing [1]  67/6 71/7
how [78]  8/23 11/6 11/8 14/11 21/11 40/17 43/7 43/11 43/14 45/14 46/23 50/1 53/12 58/14 59/2 61/10 66/6 71/12 81/23 82/13 87/3 89/4 90/15 90/18 90/19 96/5 96/17 97/8 100/22 101/1 101/2 105/2 106/7 107/3 109/24 110/10 112/4 112/8 112/9 125/4 125/24 126/20 127/25 129/10 129/10 129/12 129/22 130/4 132/14 133/16 141/20 142/3 147/22 151/20 158/14 164/19 165/4 164/4 164/4 166/5 175/9 175/10 178/3 179/10 180/21 182/12 182/18 183/13 205/13 209/4 211/1 211/6 212/5
however [6]  29/11 55/15 77/15 87/19 177/14 200/11
human [8]  153/24 161/5 165/14 165/24 167/25 169/8 209/3 213/9
hundred [1]  207/20
hundreds [1]  40/21
Huntsville [1]  9/4
hurt [7]  35/21 65/5 66/8 67/11 170/3 188/4 215/1
hurtful [1]  195/21
hurting [3]  81/22 81/22 212/20
hyper [1]  128/15
hyperactivity [2]  156/20 157/16
hypervigilant [1]  128/7
hypothetical [1]  207/24

**I**

I'd [2]  9/24 64/3
I'll [19]  4/6 4/14 5/22 8/20 10/10 32/3 34/3 34/4 34/8 35/21 75/6 80/8 86/19 116/14 173/14 180/15 180/20 193/2 220/19
I'm [190]  4/7 6/9 6/14 6/12 6/13 8/11 9/8 9/18 10/4 10/15 11/7 11/20 13/13 14/21 14/23 14/23 15/1 16/12 19/22 21/17 21/18 21/19 22/4 22/14 22/16 22/18 22/20 23/4 24/11 25/25 26/1 26/6 26/9

27/24 32/8 32/13 32/20 34/21 35/21 35/25 53/24 54/5 61/18 63/17 64/23 65/2 65/25 68/5 68/16 68/22 70/17 70/18 75/7 76/14 76/14 76/21 77/1 80/10 80/12 80/25 81/6 83/9 83/16 86/19 92/20 94/1 95/6 97/8 102/16 102/16 102/18 102/19 103/18 104/9 106/22 110/11 110/14 110/14 112/2 112/5 113/9 114/2 115/21 117/23 118/8 119/17 120/3 120/17 122/15 128/12 130/3 130/3 131/3 138/8 141/2 141/4 142/4 143/1 145/24 148/6 149/8 149/9 149/17 149/23 150/10 150/10 151/16 151/16 153/14 157/8 159/8 163/4 164/20 167/3 167/6 167/10 168/5 170/2 172/4 172/25 173/17 174/2 174/3 174/9 174/17 175/12 176/21 177/12 177/16 179/6 179/21 180/20 181/4 187/16 188/3 188/4 193/23 194/21 194/21 194/22 199/11 200/4 200/15 201/9 203/13 203/20 203/22 204/2 204/20 205/6 205/9 205/14 207/5 207/7 207/9 207/21 208/7 208/8 208/9 208/18 209/6 209/21 209/25 209/25 210/19 211/5 211/9 212/25 213/17 214/4 214/5 214/20 216/13 217/15 218/13 219/24 220/12 220/12 220/15 220/17 220/17 220/18 220/19 220/22 221/20
I've [63]  8/25 9/7 11/3 15/3 19/17 21/21 22/12 25/6 27/4 30/20 32/5 32/10 32/16 32/17 35/7 35/9 35/11 35/13 35/15 35/16 35/17 35/17 37/4 37/6 37/9 37/16 40/9 40/21 61/25 64/6 64/16 98/22 106/25 112/20 112/20 141/5 149/12 149/13 149/14 149/15 149/21 150/11 176/17 176/17 176/21 179/15 185/5 186/10 199/8 200/4 203/11 205/10 205/13 205/14 206/10 206/19 207/18 207/21 207/21 209/6 209/13 213/23 214/9
i.e [2]  74/18 87/4
idea [3]  8/20 96/8 216/16
ideal [1]  10/12
idealizable [1]  123/24
ideation [1]  69/14
ideations [1]  69/11
identified [3]  49/6 119/8 199/4
identify [2]  42/19 70/12
ignore [1]  202/12
ill [4]  50/14 55/11 55/11 192/23
illness [11]  42/25 43/10 55/15 60/13 78/25 87/6 87/14 179/17 192/13 196/17 205/10
imagine [1]  210/1
immature [1]  207/16
immediate [1]  162/1
immediately [1]  29/7
impact [37]  26/1 36/23 56/1 56/11 57/17 60/6 66/10 84/21 95/18 99/2 99/5 106/16 106/17 107/13 111/3 120/25 123/16 125/7 127/2 127/5 127/7 128/13 141/10 143/4 143/19 143/21 147/10 162/20 165/1 165/10 165/18 167/24 168/14 182/10 182/19 192/11 192/22
impacted [1]  164/19
impacting [1]  127/13
impacts [2]  147/11 168/19
impair [1]  140/8
impaired [4]  122/2 136/18 164/14

**I**

impaired... [1] 164/24
impairment [10] 106/21 111/21 125/8
143/4 154/1 156/25 161/21 163/23
164/7 165/9
impairment's [1] 164/19
impairments [6] 140/4 161/6 162/10
165/20 168/6 169/11
impatient [1] 46/3
implied [1] 218/2
imply [1] 108/8
importance [1] 32/8
important [19] 8/7 8/10 9/18 10/5 10/11
32/6 32/13 108/13 108/19 111/17
123/20 124/19 144/25 147/14 147/14
148/21 163/7 184/21 185/13
importantly [2] 82/24 96/14
impossible [3] 127/22 165/25 213/4
impression [2] 88/8 88/21
impressive [1] 121/14
improve [1] 25/3
improvement [2] 73/5 74/3
impulse [3] 158/3 162/20 165/18
impulses [2] 161/4 161/22
impulsive [2] 144/8 144/12
impulsivity [2] 124/13 142/20
inability [3] 166/9 170/9 196/20
inartful [1] 126/23
incapable [1] 108/12
incarcerated [2] 63/24 192/4
incarceration [1] 67/8
incident [7] 19/10 19/24 58/20 58/23
59/9 75/23 166/8
incidents [2] 63/25 79/21
inclined [1] 216/13
include [10] 43/17 55/17 55/25 62/19
91/14 91/16 136/21 137/2 177/13
185/17
included [11] 50/3 50/9 50/22 53/13
57/16 60/12 60/14 60/17 62/11 71/16
91/7
includes [2] 86/3 136/14
including [8] 40/13 40/15 42/25 47/15
117/4 135/12 182/23 188/8
incompetent [1] 175/7
inconsistencies [2] 92/5 92/6
inconsistent [5] 90/16 91/25 157/11
162/12 200/2
incorrectly [1] 149/8
increased [2] 156/16 172/7
increases [2] 143/1 156/19
independent [1] 49/15
independently [1] 199/12
indicate [2] 58/2 139/6
indicated [7] 6/1 49/6 52/10 74/23
147/18 166/11 193/24
indicates [5] 13/2 69/6 70/23 71/5 101/6
indication [2] 106/1 106/4
indications [1] 81/11
indicators [1] 105/22
individual [8] 40/24 48/15 81/20 99/9
110/3 111/2 199/2 204/16
individuals [10] 25/24 48/6 48/13 66/11
70/14 70/15 99/17 101/17 108/17 109/2
induced [4] 137/6 137/9 137/12 137/12
indulgence [1] 190/2
inferring [1] 87/14
infers [2] 86/4 113/20
influence [2] 36/5 106/14

influences [1] 62/22
inform [2] 11/5 19/13
informant [27] 44/5 44/11 44/12 44/15
44/18 45/10 45/16 55/1 57/16 60/15
62/12 62/19 65/8 71/16 79/7 87/8 95/23
96/18 117/3 117/4 119/11 135/25
136/11 137/5 143/22 147/25 220/20
informed [3] 6/8 108/19 182/16
inhabitants [1] 148/15
inhibit [1] 161/4
inhumane [1] 209/25
initial [1] 201/22
initially [3] 87/18 109/7 112/12
initiated [4] 27/2 28/12 29/5 29/6
injection [2] 65/1 65/7
injuries [1] 125/19
injuring [1] 74/8
injurious [6] 44/1 44/4 47/1 49/22 70/8
79/19
injury [1] 109/15
injustice [1] 55/12
inmate [7] 19/8 33/16 61/2 94/20 132/9
192/12 213/11
inmates [8] 25/24 50/18 59/22 67/7
191/3 191/7 191/10 213/6
Inpatient [1] 66/16
inquiries [2] 57/15 84/3
inquiry [1] 8/4
inside [5] 58/9 174/1 175/4 175/9 209/22
insight [1] 145/12
Insights [1] 71/14
insomnia [1] 192/19
instability [14] 63/1 63/6 85/4 85/20
86/10 92/21 123/19 123/22 124/1 124/3
124/8 124/12 124/19 144/24
instance [2] 55/10 185/1
instant [1] 132/3
instead [2] 48/4 106/22
institution [1] 40/3
INSTITUTIONS [1] 1/7
instructions [1] 188/22
insulted [1] 183/20
insults [1] 183/10
intact [8] 91/1 91/19 91/23 92/2 92/11
99/9 99/12 142/10
intellectual [11] 88/4 88/18 88/21 93/15
104/25 125/8 128/14 142/8 142/18
157/21 164/10
intellectually [1] 93/13
intelligence [1] 89/4
intelligent [4] 28/3 140/12 205/7 205/17
intense [4] 56/20 124/10 132/3 196/9
intensifies [1] 134/21
intentionally [1] 161/19
interacting [2] 129/12 142/2
interaction [1] 191/3
interactions [3] 191/4 191/6 191/21
interest [2] 22/7 56/8
interested [1] 219/24
interesting [4] 138/8 148/12 169/16
177/21
interests [2] 36/1 41/5
interfere [4] 7/15 27/17 50/6 69/21
interim [1] 186/17
interject [1] 180/17
internalization [1] 110/18
internally [1] 192/8
internship [1] 40/3
interpersonal [1] 191/23
interpretable [1] 160/4
interrupt [3] 68/21 75/22 167/10

interrupted [1] 86/17
intervene [1] 128/1
intervened [1] 122/3
interventions [1] 77/18
interview [9] 48/3 116/25 117/2 117/5
143/8 155/13 155/19 155/21 166/11
interviewed [2] 183/16 190/13
intimate [1] 195/24
intoxicated [1] 43/1
intoxication [2] 86/15 86/20
introduce [2] 3/15 114/18
investigator [2] 205/1 206/25
investigators [1] 214/11
invoice [2] 53/7 53/13
invoking [1] 38/24
involuntary [2] 13/23 18/16
involved [5] 24/5 25/15 98/25 141/19
180/22
involving [1] 103/14
IQ [11] 88/10 92/25 93/6 159/18 162/15
164/10 164/10 189/19 189/21 189/22
189/24
irony [1] 171/19
irrational [2] 81/25 144/11
irrelevant [1] 76/17
irritable [1] 192/17
is [549]
isn't [26] 57/8 58/23 58/24 60/8 62/23
78/21 78/22 79/1 81/12 82/7 82/10 83/1
84/23 91/14 92/11 97/17 98/7 99/20
100/23 103/25 106/4 136/17 136/18
137/7 169/20 218/5
isolated [4] 191/18 192/8 192/18 192/25
isolation [16] 78/9 80/25 84/17 84/21
128/25 132/23 163/21 166/8 167/22
170/8 188/7 192/1 192/10 196/3 197/14
207/22
isolative [1] 132/21 190/21
issue [19] 35/3 38/24 44/1 44/15 55/13
56/13 75/12 76/6 76/7 112/7 119/1
120/6 121/5 125/23 139/20 141/11
141/13 144/21 146/10
issued [1] 155/5
issues [21] 7/7 18/19 42/18 43/12 43/15
43/19 44/13 54/25 90/18 108/9 111/11
118/25 119/7 128/23 139/15 139/19
140/11 144/18 145/9 148/13 196/1
it [491]
it's [207] 4/10 6/25 8/7 9/23 10/11 10/12
14/11 14/14 14/21 15/25 17/11 17/11
17/12 17/13 20/5 20/23 22/7 22/17
23/14 25/7 25/7 26/6 27/19 27/21 27/22
30/6 30/16 31/8 31/9 31/10 33/25 35/19
35/21 36/12 37/1 37/6 39/4 40/20 55/19
55/20 58/3 58/15 59/8 60/13 60/18
63/17 64/25 67/9 68/22 68/22 70/9 71/6
76/16 77/8 77/9 77/13 79/2 80/1 80/12
80/12 80/13 80/24 82/11 82/18 84/1
85/23 85/24 86/1 86/2 86/4 86/6 87/3
88/15 88/16 89/18 91/21 93/19 102/8
103/10 103/24 103/25 104/14 106/8
106/9 109/3 109/5 109/5 109/11 110/7
112/1 112/1 113/23 119/4 121/5 121/10
123/9 125/5 126/10 126/13 126/13
126/14 126/14 127/12 127/12 127/13
127/22 127/25 130/2 132/1 134/2
134/15 136/6 136/6 136/10 136/12
137/9 137/15 137/16 139/3 140/17
140/19 140/20 141/3 141/13 142/1

**I**

it's... [82] 142/7 142/8 142/25 143/5
143/5 143/21 144/10 144/11 144/11
144/12 144/19 145/5 145/11 146/17
147/14 147/14 148/12 156/9 158/16
159/3 159/25 160/11 160/13 161/13
162/1 162/10 163/14 163/20 165/25
168/8 168/9 169/2 169/4 169/7 169/23
171/19 173/21 173/21 174/17 176/22
178/6 184/9 185/22 185/13 186/6 187/1
188/12 189/11 189/12 189/12 190/20
193/11 193/14 193/17 193/17 195/25
197/7 197/23 200/5 200/11 202/6 202/7
203/15 203/23 205/7 205/8 206/17
207/7 207/24 207/24 209/22 212/12
212/20 213/4 213/10 215/14 216/20
217/17 217/19 219/5 220/24 221/1
items [3] 117/9 117/12 161/19
iteration [1] 188/19
iterations [1] 188/20
its [6] 71/17 99/2 109/12 111/3 153/23
172/15
itself [8] 8/19 17/7 17/25 112/1 119/22
119/24 165/18 220/10
IV [2] 69/13 207/23

**J**

J4 [1] 66/23
Jack [1] 11/22
jails [2] 179/9 187/17
Jasuta [4] 11/18 12/11 14/6 16/16
JAY [2] 1/19 3/25
Jester [4] 69/13 74/20 74/21 207/23
job [4] 23/14 31/9 215/2 220/18
John [5] 11/18 12/11 14/6 19/8 209/9
Jr [1] 13/22
judge [42] 13/7 13/21 14/12 16/19 17/1
17/19 17/24 18/23 19/4 19/7 20/7 20/10
20/12 20/16 21/23 21/25 23/9 25/10
26/14 32/18 34/10 52/10 54/14 54/18
56/3 60/15 62/15 75/21 79/3 84/25
116/18 135/5 167/8 173/10 175/7 176/7
177/17 177/18 207/24 214/18 216/17
217/8
judgment [12] 49/15 108/12 108/18
108/19 111/16 158/3 161/5 162/21
163/3 163/9 165/18 219/16
judgments [1] 164/23
judicial [2] 116/14 172/15
JULY [10] 1/12 3/2 61/14 61/17 61/18
147/5 155/17 206/21 208/21 223/10
July 27 [1] 208/21
jumps [2] 126/10 126/12
June [4] 40/8 70/21 158/21 158/22
jury [3] 23/9 207/15 212/6
just [123] 4/5 4/20 5/1 5/6 8/20 9/24
9/24 10/12 13/16 14/14 14/21 15/25
17/20 18/18 19/5 20/25 23/15 24/21
25/1 29/1 32/15 36/2 38/10 38/21 39/19
48/15 51/14 52/2 52/16 53/9 54/2 58/3
59/5 61/16 64/3 64/9 64/12 64/20 64/23
65/23 66/21 71/14 73/11 78/4 78/7 80/2
82/1 83/6 84/1 84/16 89/19 91/6 92/7
92/8 92/15 94/8 99/9 99/15 102/9
102/20 103/4 109/2 109/2 110/3 110/14
113/14 116/8 117/15 118/9 121/9
129/23 133/3 134/1 134/21 138/7
144/11 146/24 153/18 153/19 153/19
158/6 159/12 159/13 159/20 164/18
168/4 169/10 173/12 175/25 177/17

178/1 178/1 178/6 178/9 184/3 184/12
187/4 187/21 187/14 187/20 188/2
188/14 188/16 188/18 188/25 189/12
189/14 193/1 193/6 194/5 196/1 196/10
198/2 199/16 203/5 209/8 210/4 212/12
215/2 215/20 218/1 219/5 220/8
justice [4]  1/8 94/17 106/25 177/19
justifications [1]  172/3
juxtaposed [1]  126/16

**K**

Kaiser [1]  205/4
keep [1]  194/6
keeps [1]  192/5
Keith [3]  155/11 178/18 178/21
kept [4]  57/7 139/5 187/7 210/8
key [1]  157/5
keying [1]  219/12
kid [3]  206/11 207/16 211/6
kids [4]  106/24 127/19 127/24 149/24
kill [8]  66/25 67/3 170/3 185/2 187/24
188/9 206/9 207/9
killed [4]  33/17 173/24 174/15 207/13
killing [2]  188/10 209/22
kind [46]  9/14 17/11 18/4 20/3 23/18
45/17 65/12 71/5 107/9 110/6 118/18
121/16 123/20 124/1 124/5 124/11
124/14 124/17 125/9 125/14 125/21
127/7 127/11 131/18 132/3 132/23
133/20 133/25 141/11 142/23 143/3
147/12 147/12 150/8 159/16 159/24
162/10 165/25 168/3 171/19 173/25
174/1 176/13 193/10 203/14 207/16
kinds [2]  139/18 163/8
Klinefelter [1]  101/5
Klinefelter's [56]  97/2 97/11 97/12 97/16
97/22 98/13 98/17 98/20 99/13 99/16
99/20 99/25 100/4 100/22 101/1 101/18
103/6 103/15 107/6 107/13 108/25
109/8 110/10 110/24 111/7 121/8 121/9
121/10 121/22 122/7 122/23 125/18
127/3 156/2 156/8 156/19 157/3 157/12
157/16 157/23 158/24 159/2 162/5
162/9 162/18 163/20 163/24 165/17
166/21 169/11 169/15 170/11 172/17
176/12 182/10 182/21
knew [12]  8/18 18/19 44/13 77/2 78/4
80/2 88/25 103/7 109/8 208/22 212/5
212/6
know [173]  6/25 8/8 9/10 9/13 9/15 9/19
10/12 10/17 14/11 14/24 15/2 15/2
17/11 21/10 21/24 22/24 23/6 23/22
23/25 24/1 24/10 25/23 26/25 27/1
27/24 28/5 29/2 33/13 33/24 35/9 35/12
35/15 35/18 35/19 36/19 37/3 37/3 37/8
37/8 37/9 41/13 46/15 48/6 48/19 51/15
53/8 58/14 58/21 59/1 59/12 60/22
60/23 61/14 61/16 69/12 70/10 71/2
71/8 73/13 82/12 82/16 83/20 88/10
90/22 90/23 91/3 97/12 98/20 103/3
107/6 120/6 125/1 125/6 125/14 125/15
125/17 125/18 125/19 126/1 126/5
126/8 127/10 127/19 127/20 127/25
128/23 128/23 128/24 128/24 129/1
129/15 129/22 130/5 131/6 131/13
132/8 133/12 133/14 133/20 133/22
133/22 133/24 133/25 135/23 135/25
136/2 136/10 136/20 136/22 136/24
137/11 142/19 143/1 144/14 145/13
146/16 147/24 149/2 149/15 149/21

150/8 156/21 157/5 166/22 166/24
167/2 167/8 168/2 168/7 168/17
168/18 168/23 169/4 169/6 169/18
169/25 170/1 171/24 172/1 173/25
174/3 175/25 176/11 176/23 178/11
184/6 189/2 189/3 195/8 198/4 198/20
202/3 204/22 204/24 204/25 205/2
205/2 205/5 205/15 205/19 207/8 208/6
208/14 209/2 212/19 214/10 215/13
215/14 215/19 217/8 217/23 220/13
221/14
knowing [15]  7/16 10/19 28/3 30/20
34/21 43/22 44/4 50/8 138/23 139/9
140/12 141/3 159/4 168/25 221/3
knowledge [6]  43/19 55/2 88/24 89/7
114/3 217/10
known [2]  117/4 185/5
knows [5]  34/21 37/6 113/1 113/10
147/21
Koran [1]  208/25

**L**

labeled [2]  186/5 186/11
lack [5]  71/6 103/11 110/13 134/7
167/23
laid [1]  35/7
landed [1]  215/12
language [6]  101/11 140/3 140/11
160/17 162/2 162/3
lankiness [1]  156/11
lanky [1]  107/9
laptop [1]  176/19
large [1]  193/13
largely [1]  49/19
larger [2]  43/16 50/9
last [27]  16/11 25/7 34/8 43/25 47/8
61/17 71/13 74/2 74/19 74/24 78/20
95/8 112/11 143/7 143/9 147/5 149/19
159/24 179/11 189/8 190/25 193/24
195/12 198/3 200/20 214/7 214/7
lasted [3]  20/4 42/14 78/2
lasting [1]  20/5
late [2]  33/25 169/24
later [7]  34/9 39/24 43/5 48/14 98/10
144/16 185/3
latter [1]  82/4
laugh [1]  208/25
laughed [1]  207/17
launch [1]  138/9
law [10]  6/5 10/23 29/7 29/14 171/14
177/25 212/9 212/11 212/11 220/4
lawsuit [1]  177/22
lawyer [1]  200/4
lawyers [21]  6/4 12/14 13/18 14/11
14/14 15/8 16/1 22/12 24/22 28/18 31/8
38/6 94/19 95/9 95/25 108/16 155/22
178/2 178/8 208/13 213/4
lay [2]  82/22 113/13
layperson's [1]  112/24
lays [1]  155/2
lead [1]  149/5
leading [1]  173/19
leads [2]  47/19 200/16
learn [5]  128/3 128/9 138/12 138/16
165/6
learned [6]  58/11 58/12 59/15 147/24
184/25
learning [5]  157/19 160/22 162/3 162/4
162/17
least [7]  69/25 73/9 75/17 112/6 190/9

# L

least... [2]  191/11 199/18
leave [3]  138/10 203/21 212/19
leaves [1]  148/18
led [1]  103/12
LEE [3]  1/3 3/7 6/16
left [8]  29/13 42/9 45/13 129/1 133/17 195/20 203/9 207/6
legal [12]  7/10 22/16 41/20 46/9 89/1 94/22 94/25 95/10 95/10 206/3 214/8 218/3
legally [1]  218/7
lends [1]  160/6
length [1]  166/4
lengthy [1]  8/4
lens [1]  220/16
less [8]  106/3 137/15 137/16 142/10 157/21 168/6 169/8 199/20
let [48]  4/3 4/4 5/3 6/24 6/25 8/8 8/17 9/15 13/16 15/17 15/18 17/15 21/22 26/25 27/8 29/14 29/18 30/1 31/1 34/24 35/2 35/24 44/23 45/18 46/8 51/15 55/3 80/14 104/15 108/23 110/4 111/17 138/7 138/11 144/19 153/2 174/9 175/25 187/13 187/22 203/7 203/20 217/13 217/13 218/1 218/1 218/11 218/19
let's [18]  25/9 28/25 33/24 38/17 63/13 77/22 79/15 86/13 111/20 117/12 120/19 121/7 121/8 131/21 133/5 144/21 167/21 215/23
letter [7]  4/21 9/24 37/20 123/5 213/8 215/22 216/12
letters [6]  16/8 36/17 37/7 37/12 206/5 206/7
letting [1]  37/8
level [12]  10/6 74/14 106/14 113/24 121/18 125/8 125/21 134/2 146/19 150/2 160/23 160/24
levels [1]  48/6
Lieutenant [1]  211/14
life [39]  14/22 28/22 43/24 44/3 48/14 50/13 56/25 57/3 57/7 57/10 84/15 95/1 95/11 95/15 95/25 98/5 98/6 103/21 129/5 162/23 166/10 173/25 189/15 191/23 193/6 193/18 195/20 197/16 210/21 210/23 210/23 211/20 211/24 214/6 214/14 214/23 215/10 215/12 220/11
life-long [1]  189/15
light [2]  108/2 196/16
like [142]  3/15 8/2 8/12 9/13 9/23 10/3 14/17 14/21 14/21 14/23 14/24 17/11 17/20 18/4 18/9 18/18 22/1 31/4 32/18 34/1 34/18 37/19 38/6 38/9 42/17 42/22 43/11 43/12 44/20 45/3 46/22 47/25 48/2 48/25 49/3 50/20 51/12 51/18 63/4 63/25 64/3 67/18 76/13 80/1 81/7 81/18 81/20 82/14 82/21 82/23 84/14 84/16 85/6 91/7 93/9 94/4 100/20 101/10 104/20 106/6 108/2 109/8 110/8 112/2 113/10 113/16 114/15 114/17 116/8 119/3 124/23 126/6 126/19 126/19 127/1 128/16 130/14 136/7 147/23 158/2 159/18 162/25 165/2 167/3 169/19 174/9 174/17 175/14 176/20 176/24 177/3 177/8 177/14 177/15 178/1 178/4 178/5 181/11 182/9 182/23 183/15 184/9 185/7 187/2 188/4 188/18 188/19 189/17 189/24 190/12 192/9
193/14 195/18 200/6 203/6 203/7 203/23 203/25 204/17 204/20 204/23 204/23 205/5 206/7 206/8 207/16 207/24 207/24 209/8 211/2 211/7 211/10 211/12 212/13 212/24 213/8 213/15 214/12 214/14 216/14 216/21 217/2 220/22 220/24
likelihood [1]  218/14
likely [7]  16/3 30/17 98/14 98/17 103/20 122/3 125/20
limit [3]  9/14 15/3 15/3
limitation [1]  115/1
limitations [1]  178/4
limited [5]  29/21 45/9 52/19 132/23 172/13
limits [1]  111/24
line [4]  5/14 15/2 108/7 110/1
linear [1]  82/19
lines [4]  80/24 84/13 171/5 198/13
list [5]  51/20 118/6 161/14 161/19 186/20
listed [2]  136/7 181/24
listen [3]  37/13 150/8 217/11
listening [2]  113/7 133/15
literally [1]  15/1
litigating [1]  28/18
litigation [3]  41/17 140/13 149/11
little [28]  9/3 9/15 11/2 13/9 14/10 14/15 15/17 17/15 20/8 21/13 23/2 23/18 33/20 35/19 42/14 46/3 80/16 116/8 121/7 126/25 173/21 173/22 179/12 183/7 186/12 196/13 213/25 214/1
live [4]  23/8 174/4 185/5 198/19
lives [14]  108/20 111/17 165/15 173/25 174/22 174/24 175/1 175/3 190/15 193/8 197/22 198/22 207/14 209/7
living [8]  44/17 166/10 189/9 192/25 193/13 195/6 196/7 196/11
lobe [9]  157/25 158/2 161/1 161/21 162/7 162/16 164/20 164/24 165/9
lobes [2]  161/2 164/21
locked [1]  190/20
logistics [1]  4/11
lone [1]  212/2
long [25]  15/19 17/12 22/15 28/1 39/4 58/14 59/2 67/20 67/21 69/24 77/21 78/2 90/22 98/5 98/6 136/25 151/20 179/10 184/5 187/17 189/15 192/18 200/11 204/5 220/11
long-settled [1]  28/1
long-term [1]  77/21
longer [4]  14/16 26/16 78/2 79/19
longstanding [2]  63/15 63/18
look [42]  43/6 55/13 57/24 62/1 66/19 67/17 72/19 77/10 80/3 80/15 81/14 81/19 81/23 84/5 90/5 93/2 94/4 96/1 99/25 101/2 102/9 104/7 104/11 113/11 119/9 126/9 130/1 144/21 154/15 159/18 159/19 159/20 163/2 176/20 176/24 177/4 184/22 193/20 202/6 209/4 211/7 214/16
looked [25]  43/2 43/14 43/23 44/15 46/21 47/2 47/5 49/22 59/3 63/3 64/16 69/23 96/3 96/5 96/17 96/18 99/3 100/20 109/24 112/8 155/2 187/18 187/19 210/25 211/2
looking [18]  48/16 62/17 78/16 81/24 90/4 92/24 92/25 110/15 112/15 114/2 119/13 139/5 159/8 163/4 184/9 184/10 211/8 211/16
looks [10]  69/5 71/4 82/23 185/7 188/18 187/16 189/11 189/25 199/16
loop [1]  203/12
Lori [1]  206/5
LORIE [3]  1/6 3/8 36/16
lose [1]  192/19
losing [2]  81/4 84/16
loss [11]  123/25 126/14 132/25 134/7 135/1 141/17 142/15 144/23 145/10 156/12 168/12
losses [3]  128/22 195/16 196/5
lost [2]  66/6 159/25
lot [33]  5/11 6/12 23/13 24/1 25/23 25/24 31/25 33/21 48/24 53/22 63/9 72/2 72/8 72/20 79/9 88/25 105/5 110/16 120/22 129/19 129/21 131/16 144/1 148/13 149/13 149/14 149/15 159/25 172/22 187/11 193/4 212/20 212/21
lots [2]  143/24 149/21
loud [1]  64/21
louder [1]  213/25
love [2]  209/16 216/17
loved [2]  35/20 209/19
loves [1]  37/14
loving [1]  208/1
low [2]  88/16 92/25
lunch [2]  93/18 93/19
lying [1]  210/18

# M

M-I-L-A-M [1]  158/11
M.D [2]  40/1 102/21
machine [1]  187/2
machine-like [1]  187/2
mad [1]  210/10
made [19]  9/1 16/1 25/15 27/9 28/13 41/25 42/11 45/22 45/25 50/2 51/6 78/15 87/17 141/5 143/22 148/22 166/10 172/4 173/5
magnified [1]  44/10
mail [11]  31/23 36/12 36/13 36/14 166/6 191/19 191/25 192/4 206/2 206/2 206/3
mailed [1]  36/18
main [2]  11/23 23/4
mainly [2]  182/14 183/10
maintained [3]  47/11 47/15 144/13
maintains [1]  144/7
major [6]  75/12 87/6 143/18 143/19 143/19 143/20
majority [2]  54/1 205/18
make [82]  4/7 4/16 6/6 6/13 7/15 8/10 14/8 14/16 14/19 22/8 22/9 24/12 26/12 26/22 26/24 27/5 27/6 27/15 27/17 27/22 28/6 29/1 31/9 31/22 31/24 32/6 32/9 32/9 32/15 32/15 41/16 95/17 108/19 111/16 113/4 120/23 121/1 123/17 128/2 128/12 128/17 129/12 133/23 137/17 140/11 143/17 144/12 146/14 146/18 148/20 152/19 155/21 156/14 159/5 161/18 162/23 164/23 165/10 171/15 171/22 172/25 173/20 187/11 188/20 189/18 189/19 189/21 189/22 194/2 194/5 196/23 198/3 200/13 201/3 205/11 217/9 217/12 217/13 217/21 220/12 221/4
makes [9]  29/7 29/14 35/24 131/24 159/5 188/4 189/16 197/15 202/12
making [42]  6/7 7/12 10/19 20/9 22/7 22/10 25/12 36/6 36/24 41/21 44/9 45/3

| M | | |
|---|---|---|
| making... [30]  47/21 49/10 60/6 60/18 62/22 70/4 71/18 76/1 108/12 110/1 110/5 111/4 112/10 113/6 114/4 124/14 134/9 138/23 142/20 143/5 143/5 143/6 146/5 163/8 170/13 186/22 187/3 192/1 196/17 208/6 | 130/20 132/8 133/11 135/1 136/13 136/18 138/1 138/6 138/20 138/21 140/19 143/2 143/14 143/24 144/19 145/1 146/9 146/15 147/11 147/18 147/19 149/12 157/1 183/9 186/23 | 29/18 31/18 45/6 46/18 48/7 50/12 81/3 94/11 128/3 144/6 164/5 166/15 175/4 176/25 186/1 190/6 200/6 217/21 217/23 217/24 219/8 219/14 219/24 220/2 221/5 221/7 |
| male [2]  66/22 156/12 | meaning [1]  46/23 | mine [2]  43/17 50/9 |
| malingering [1]  159/16 | meaningful [1]  146/20 | minimize [1]  83/2 |
| mama [1]  38/1 | meaningfully [1]  196/21 | minor [1]  183/18 |
| man [8]  20/21 20/23 21/3 204/18 207/8 210/2 212/21 213/13 | means [11]  26/7 66/25 69/9 92/7 106/15 109/13 109/13 135/11 135/21 136/5 136/5 | minute [8]  27/13 78/8 80/8 86/14 175/24 215/25 216/14 221/22 |
| manage [5]  77/19 127/22 127/25 134/14 134/16 | meant [2]  83/24 106/12 | minutes [6]  10/18 31/2 113/18 126/23 126/24 176/2 |
| managed [3]  66/15 152/16 194/10 | measure [1]  159/22 | miserable [1]  22/21 |
| management [1]  69/8 | mechanical [1]  1/22 | misinterpret [1]  27/24 |
| managing [2]  127/18 127/23 | mechanism [1]  166/24 | missing [4]  109/14 113/9 113/13 149/4 |
| mania [2]  86/21 87/2 | mediated [1]  158/2 | mistake [2]  76/1 189/18 |
| manifest [2]  182/12 199/25 | medical [11]  39/25 40/6 42/23 44/25 49/13 51/8 53/25 76/6 91/25 118/10 137/3 | mistakes [3]  165/6 189/16 189/21 |
| manipulate [1]  172/23 | | misunderstanding [1]  75/13 |
| manipulating [1]  173/3 | medicated [1]  77/11 | mitigating [2]  94/22 95/1 |
| manipulation [1]  172/24 | medication [7]  75/12 75/19 75/25 76/4 76/4 77/6 77/21 | mitigation [1]  118/19 |
| manner [2]  83/8 129/17 | medications [1]  54/2 | mixed [3]  90/2 90/24 93/5 |
| many [20]  17/9 33/7 40/17 53/12 68/3 78/24 78/24 134/23 138/7 145/14 145/14 148/14 151/23 164/2 164/5 164/11 172/14 183/6 213/19 217/17 | medicine [1]  53/22 | MMPI [2]  89/18 90/7 |
| | meds [1]  77/5 | modifier [1]  86/4 |
| | meet [3]  7/19 105/19 106/10 | molesters [1]  208/15 |
| | meeting [1]  7/20 | mom [8]  26/9 35/7 35/7 37/4 37/4 37/5 216/13 216/14 |
| MARCIA [1]  1/16 | meets [1]  147/20 | mom's [1]  206/19 |
| Marcy [1]  3/19 | memory [9]  18/17 18/24 91/19 91/23 92/2 92/11 142/23 161/15 162/1 | moment [35]  20/2 32/7 38/10 62/6 70/19 76/22 104/9 107/19 108/18 120/23 124/5 124/6 135/5 154/13 172/2 180/17 185/23 189/9 189/11 189/12 190/2 193/14 193/16 193/16 196/7 196/11 197/22 198/19 198/20 199/6 199/7 199/10 199/16 201/17 201/19 |
| marked [3]  5/15 72/18 194/12 | mental [59]  7/14 7/18 17/2 27/11 27/16 41/18 42/24 43/3 43/10 43/14 43/23 43/25 49/14 50/5 50/21 55/15 55/19 55/20 60/13 60/15 62/18 62/24 66/16 72/15 73/5 74/4 75/3 75/14 75/18 76/5 76/5 76/7 77/5 78/15 78/25 81/1 86/5 87/14 88/2 91/8 91/11 91/18 92/24 96/15 112/16 112/24 118/18 118/25 119/7 175/5 175/8 179/17 186/16 187/7 187/16 188/7 189/2 192/13 196/7 186/16 187/7 | |
| marshal [1]  216/18 | | |
| marshals [1]  221/21 | | |
| Martell [11]  38/23 89/22 151/1 151/4 152/13 153/3 153/8 153/12 154/15 171/4 173/13 | | |
| Martell's [5]  89/20 90/4 152/9 152/22 170/6 | | moments [6]  198/22 198/24 199/2 199/18 199/19 199/24 |
| Martha [1]  12/22 | | MONDAY [2]  1/12 167/14 |
| Martinez [1]  54/13 | mental-health [11]  17/2 27/11 49/14 73/5 75/3 75/18 77/5 118/25 119/7 186/16 187/7 | monitor [1]  161/21 |
| Mary [1]  206/20 | | monitoring [1]  21/6 |
| material [1]  95/11 | mental-status [1]  88/2 | monster [2]  188/3 188/4 |
| materials [10]  44/25 45/2 68/20 103/5 154/11 154/21 154/23 158/7 181/22 182/2 | mentally [2]  155/11 192/23 | month [2]  72/24 123/4 |
| | mention [1]  100/24 | months [11]  21/7 32/18 32/19 59/8 61/21 78/2 132/13 143/10 169/5 201/23 214/10 |
| math [1]  160/23 | mentioned [5]  23/17 56/25 127/15 185/16 186/24 | |
| matter [7]  7/16 132/12 146/6 189/13 209/23 219/23 221/12 | mentions [2]  62/8 195/5 | mood [21]  43/11 63/1 63/6 63/15 63/18 66/4 69/20 74/16 85/5 85/18 86/10 92/21 113/25 113/25 124/8 124/9 124/9 124/10 124/12 126/4 134/16 |
| matters [1]  138/15 | Merit [1]  223/4 | |
| mattress [1]  21/8 | mesh [1]  214/20 | |
| mature [3]  48/13 205/8 209/6 | messed [1]  25/23 | morally [1]  218/8 |
| matured [1]  207/21 | met [3]  22/16 132/12 145/15 | more [74]  8/8 13/9 14/10 43/24 44/21 46/3 48/18 69/2 70/20 72/11 72/24 77/12 78/15 78/19 82/24 87/8 88/15 94/2 96/14 98/13 98/14 98/17 100/12 100/13 100/17 103/19 104/25 106/21 109/11 109/11 109/18 110/7 110/25 111/3 112/15 122/3 125/20 128/15 128/15 128/15 136/3 136/11 136/13 137/5 139/24 141/7 141/16 144/9 144/15 145/3 145/7 145/8 145/11 145/20 147/24 147/25 150/5 154/25 161/8 164/14 171/6 178/2 182/20 184/18 185/4 185/5 186/18 186/19 187/19 191/16 193/14 195/17 197/21 197/21 |
| maturity [1]  48/11 | metabolic [1]  101/11 | |
| may [43]  7/21 9/9 14/20 23/13 25/2 32/25 34/5 41/23 43/3 43/3 60/2 62/6 64/10 64/11 65/17 71/21 72/19 73/20 73/22 76/21 79/19 81/15 99/25 102/15 104/9 114/10 124/4 135/5 137/2 137/5 150/22 162/24 168/24 175/20 180/17 185/24 185/25 193/10 193/10 193/10 195/3 210/20 220/9 | metal [1]  211/24 | |
| | methodology [3]  44/7 49/18 93/12 | |
| | mewled [1]  50/11 | |
| | Michael [3]  7/18 39/8 39/17 | |
| | microcephaly [1]  163/13 | |
| | microphone [1]  214/1 | |
| | middle [1]  188/2 | |
| May 20th [1]  210/20 | might [21]  7/15 27/17 36/23 43/9 43/15 43/19 56/3 98/1 109/14 110/12 137/13 142/21 144/6 144/9 145/25 145/25 172/20 201/15 205/17 206/22 208/7 | |
| May 21st [2]  73/20 73/22 | | |
| maybe [19]  21/13 34/6 57/13 59/8 72/11 80/15 82/9 110/2 111/3 111/6 149/8 168/20 170/1 170/2 179/19 185/5 187/22 203/5 214/1 | | morning [19]  3/2 3/11 3/14 3/21 8/25 9/7 39/3 53/4 53/5 55/22 96/22 130/15 130/24 135/9 141/24 162/11 173/7 213/8 215/22 |
| | Milam [4]  158/11 158/20 158/20 160/8 | |
| me [286] | Milam's [1]  158/14 | |
| mean [41]  25/22 28/4 32/20 48/5 61/17 80/13 88/16 90/17 92/2 97/16 97/22 101/24 105/2 109/3 121/24 129/14 | mimic [2]  86/16 86/21 | Moses [1]  211/2 |
| | mind [37]  8/21 13/3 13/5 14/3 14/5 14/7 14/21 14/21 15/8 17/12 21/22 29/16 | most [31]  10/5 32/13 55/6 58/21 68/22 |

**M**

most... [26]   108/15 119/12 121/14
121/14 125/24 128/22 131/25 135/12
148/15 148/20 148/21 149/6 149/10
149/10 149/11 149/12 163/20 168/8
184/25 185/4 191/18 192/18 193/6
197/20 209/25 217/8
mostly [1]   183/19
mother [13]   34/17 35/3 56/9 56/16 56/19
104/18 133/6 133/10 133/17 146/15
206/19 206/25 221/23
motion [16]   4/3 9/24 52/11 60/5 60/5
61/22 61/22 62/7 72/25 84/7 169/17
197/7 197/8 197/8 197/9 213/8
motions [4]   61/25 72/1 72/2 72/6
motivated [2]   28/5 200/19
motivating [3]   23/20 144/6 220/8
move [13]   38/17 51/19 80/16 114/17
116/7 122/10 144/23 159/12 180/1
180/11 181/11 181/11 202/23
moved [3]   59/8 59/9 114/18
moves [1]   145/4
movie [1]   174/18
Mr [2]   6/14 216/10
Mr. [161]   3/13 3/14 3/18 3/20 4/20 5/22
5/25 6/6 6/9 6/24 7/8 7/14 7/19 8/3 15/6
16/16 16/16 26/21 30/9 30/16 35/1 38/7
40/15 41/15 42/2 42/4 42/12 43/18 46/9
46/15 48/1 48/11 51/1 52/12 52/15
53/15 54/13 55/23 56/9 56/15 56/24
57/5 57/21 59/15 59/16 61/1 61/10
61/21 62/8 62/13 63/24 65/13 66/9
66/22 67/17 68/21 70/5 70/14 71/22
72/14 73/7 74/1 75/1 75/11 75/17 75/24
76/19 77/7 78/9 79/4 80/20 81/18 81/20
84/14 87/16 90/9 91/4 92/19 93/24
94/14 94/16 95/14 95/22 97/11 100/23
101/3 104/16 106/13 108/3 108/7
108/15 109/20 110/12 111/19 114/6
114/14 116/24 117/1 117/21 119/4
120/25 121/15 122/6 122/21 123/13
126/6 129/8 129/10 130/11 131/18
134/9 138/22 143/8 147/5 147/6 149/1
150/4 154/7 155/23 156/21 158/9 159/7
163/18 164/10 165/12 168/15 170/12
171/10 171/14 171/19 172/9 181/1
181/21 182/10 182/13 183/2 183/15
185/4 185/16 186/1 186/15 186/22
189/5 189/10 190/6 190/13 190/14
190/23 191/15 192/23 192/24 193/13
195/17 196/3 196/16 198/18 199/15
203/8 203/10 217/4 221/22
Mr. Jasuta [1]   16/16
Mr. Martinez [1]   54/13
Mr. Nolan [6]   3/14 68/21 75/24 93/24
114/6 114/14
Mr. Nolan's [2]   108/3 108/7
Mr. Schulman [1]   16/16
Mr. Tabler [127]   3/13 3/20 4/20 5/22
5/25 6/6 6/9 6/24 7/8 7/14 7/19 8/3 15/6
26/21 30/9 30/16 35/1 38/7 41/15 42/2
42/4 42/12 43/18 46/9 46/15 48/1 48/11
51/1 52/12 53/15 55/23 56/9 56/15
56/24 57/5 57/21 59/15 59/16 61/1
61/10 61/21 62/8 63/24 65/13 66/9
66/22 67/17 70/5 70/14 71/22 72/14
73/7 74/1 75/1 75/11 75/17 75/19 77/7
78/9 79/4 80/20 81/18 81/20 84/14
87/16 90/9 91/4 92/19 94/14 94/16
95/14 95/22 97/11 100/23 101/3 104/16

106/13 110/12 116/24 117/1 117/21
120/25 121/15 122/6 122/21 123/13
123/13 126/6 129/8 129/10 130/11
134/9 143/8 147/6 149/1 154/7 155/23
156/21 158/9 159/7 164/10 165/12
168/15 170/12 171/10 171/14 171/19
172/9 181/21 182/13 183/15 185/16
186/15 189/10 190/6 190/14 190/23
199/15 203/8 203/10 217/4 221/22
Mr. Tabler's [21]   40/15 52/15 62/13
108/15 109/20 111/19 131/18 138/22
147/5 150/4 163/18 181/1 182/10 183/2
185/4 186/22 189/5 190/13 191/15
196/3 198/18
Mr. Walker [2]   3/18 186/1
Ms [2]   176/17 214/7
Ms. [8]   3/21 38/14 107/23 114/22
116/12 122/14 176/25 206/1
Ms. Patton [7]   38/14 107/23 114/22
116/12 122/14 176/25 206/1
Ms. Widder [1]   3/21
much [43]   4/2 11/8 13/12 15/19 17/8
18/1 19/18 39/2 42/17 43/16 44/2 50/8
50/24 51/10 68/12 111/6 114/5 114/13
129/20 142/14 142/14 142/15 145/2
145/8 145/11 145/20 146/22 150/18
150/21 150/24 168/6 169/8 175/23
176/4 177/15 178/16 186/9 192/16
202/16 204/4 221/19 222/1 222/2
multiple [4]   123/20 124/19 125/15
163/18
multitasking [1]   161/9
multitude [2]   42/4 49/1
murder [3]   11/11 43/4 212/7
murderer [1]   211/25
Murray [1]   174/18
muscular [1]   194/16
must [2]   28/2 28/4
my [273]
myself [36]   15/2 21/3 21/11 34/12 75/14
91/21 126/20 130/4 155/22 167/4
167/12 167/15 167/17 167/25 174/1
174/5 174/22 175/10 175/11 188/2
188/5 188/9 188/10 205/25 209/21
210/7 210/8 210/11 210/14 210/15
210/15 211/10 211/19 211/20 214/16
215/6

**N**

Nah [1]   38/2
naked [1]   21/7
name [8]   17/17 33/16 39/16 39/17 54/13
60/24 204/16 208/20
narcissistic [1]   124/5
natural [1]   218/20
nature [3]   119/8 126/24 169/12
navel [1]   187/25
near [1]   30/18
necessarily [8]   19/21 20/1 41/9 77/6
81/24 96/19 102/9 168/8
necessary [2]   33/1 162/23
need [19]   4/6 4/8 4/17 8/4 8/6 8/14
26/24 32/5 65/1 75/12 75/14 77/5
118/21 136/11 137/5 137/7 163/2 194/2
215/25
needed [1]   139/19
needs [1]   150/12
negate [1]   103/19
negated [1]   106/23

neglect [1]   110/14
neither [2]   147/3 205/22
neuro [14]   109/20 110/9 121/16 125/7
125/13 125/16 125/22 126/16 141/8
156/25 157/17 157/18 157/20 158/19
156/25
neuro-cognitive [3]   121/16 125/16
156/25
neuro-psych [7]   109/20 110/9 125/7
125/13 125/22 157/18 157/20
neuro-psychiatric [2]   126/16 141/8
neuro-psychneuro-psych [1]   157/17
neuro-psychologists [1]   158/19
neuroanatomical [1]   101/12
neurocognitive [5]   101/11 106/17 165/19
165/22 166/20
neurodevelopmental [2]   101/10 104/4
neuropsychiatric [2]   121/13 122/2
neuropsychiatry [1]   99/4
neuropsychological [10]   99/24 126/2
126/3 153/16 154/6 155/18 157/1 157/8
157/10 158/9
neuropsychologist [3]   89/22 102/13
151/16
neuropsychologists [1]   91/12
neuropsychology [5]   152/7 153/8 153/21
153/22 164/2
neutral [1]   7/18
never [2]   128/9 161/20
nevertheless [2]   44/19 62/19
new [7]   28/23 29/20 34/6 50/11 212/10
212/11 212/15
Newport [1]   151/18
next [16]   5/13 10/18 38/17 79/20 91/24
106/14 124/6 149/19 149/23 150/25
163/9 176/6 178/17 194/2 204/5 212/22
night [1]   195/4
nightmares [1]   192/20
nine [2]   11/7 190/25
no [121]   1/5 5/9 5/16 5/20 9/16 12/13
14/25 17/14 20/13 20/22 20/22 23/8
24/25 25/7 26/16 26/17 30/11 31/12
32/19 32/19 34/10 37/3 37/3 37/16
37/20 38/1 38/2 38/15 39/1 41/3 45/23
45/23 47/22 61/18 61/18 61/18 61/18
66/7 73/20 74/1 79/19 87/3 88/14 88/23
89/11 90/13 92/4 95/6 96/8 97/24 99/13
103/18 103/20 106/12 107/21 107/24
110/11 113/15 114/7 114/12 115/2
116/9 116/13 116/13 116/16 118/16
122/11 122/15 122/18 123/2 123/3
130/18 136/17 138/1 139/3 139/6
150/20 152/11 152/23 152/25 153/10
158/17 158/18 169/20 170/4 170/24
175/16 175/18 177/10 180/3 180/6
180/9 180/14 181/13 181/15 181/17
185/8 189/18 190/25 197/24 198/2
198/10 198/11 202/3 202/15 202/22
203/2 204/13 207/10 209/16 209/17
212/24 213/2 213/7 214/4 215/8 218/11
219/13 221/5 221/17 221/19
nobody [4]   204/24 214/5 217/4 221/13
NOLAN [9]   1/15 3/11 3/14 68/21 75/24
93/24 114/6 114/14 207/10
Nolan's [2]   108/3 108/7
non [1]   58/17
non-death [1]   58/17
noncontact [2]   216/14 221/22
none [5]   35/24 50/12 114/23 170/4
206/6
nonetheless [2]   166/8 195/24

**N**

nonmental [1] 113/8
nonverbal [2] 157/22 164/15
normal [8] 145/3 145/21 149/25 165/14
165/24 169/2 169/7 192/12
Nos [8] 52/6 52/21 102/3 114/20 135/10
136/14 137/10 137/14
not [298]
note [4] 38/21 65/21 169/23 188/25
noted [1] 160/15
notes [2] 152/17 159/10
nothing [13] 26/17 29/13 35/18 46/4
76/3 97/7 103/8 103/16 169/24 170/21
202/11 218/20 221/6
notice [1] 116/14
noticeable [1] 72/13
noticed [1] 67/22
notion [1] 150/9
notwithstanding [1] 108/17
now [110] 6/24 6/25 8/17 9/9 10/22
11/10 11/20 11/24 12/5 12/14 12/18
13/2 13/25 14/21 15/12 16/7 16/12
16/16 17/1 17/23 19/4 22/24 25/12
25/25 26/3 26/8 26/10 26/15 26/21 27/2
27/6 28/25 30/2 31/1 32/13 37/24 38/4
38/6 42/1 44/9 44/12 53/18 54/5 56/22
57/21 60/22 63/21 64/12 66/15 66/19
67/16 68/4 70/13 70/20 71/21 75/1
76/24 77/11 77/22 78/7 82/3 87/20 88/1
91/18 93/20 94/4 94/12 96/21 97/20
100/11 102/5 102/12 102/19 110/4
112/21 116/19 123/11 130/11 134/4
134/20 138/8 141/2 142/7 142/13
142/18 143/14 145/22 150/17 154/2
155/13 159/5 163/7 164/17 166/14
168/13 171/10 173/2 181/20 184/25
190/12 191/20 195/13 196/8 200/14
201/20 203/6 206/9 209/4 210/19 217/6
number [29] 5/6 5/13 7/8 8/5 16/8 61/7
61/25 66/15 70/19 72/12 84/5 87/20
106/11 119/8 119/8 133/11 141/12
141/13 146/10 146/10 147/7 147/7
173/23 186/5 186/6 194/3 195/13 198/7
198/7
Number 40 [1] 198/7
Number 67 [1] 66/15
numbered [1] 91/21
numbering [1] 5/11
numbers [7] 5/11 91/20 106/3 186/2
186/2 198/5 211/23
numerous [14] 26/3 63/25 68/1 68/1
78/5 82/7 117/2 176/17 179/15 212/2
212/3 212/4 212/6 213/6
nursing [8] 64/20 64/24 65/20 65/23
70/21 194/10 194/16 195/2

**O**

o'clock [5] 8/25 9/1 9/7 9/11 174/14
objection [30] 5/5 5/9 5/19 15/13 52/8
114/12 114/22 114/25 116/12 116/13
118/15 118/16 122/14 122/14 122/16
152/21 153/9 153/10 153/11 177/10
180/5 180/6 180/7 180/13 180/14
181/15 181/16 198/10 203/1 203/3
objective [3] 65/4 66/2 202/2
observation [2] 92/12 92/13
observations [4] 92/9 199/5 217/14
221/3
observe [1] 23/22
observed [3] 46/2 113/14 156/1

observing [1] 43/6
obtain [1] 204/16
obvious [1] 178/10
obviously [5] 27/3 77/4 132/10 134/20
145/15
occasion [1] 40/10
occupation [1] 179/5
occupational [1] 42/21
occur [1] 136/25
occurred [7] 7/21 8/18 58/22 58/23
106/12 216/9 216/24
occurring [1] 137/16
occurs [1] 204/8
October [15] 12/2 19/11 64/18 66/16
66/23 72/22 80/7 80/19 80/20 80/21
80/21 80/23 81/10 84/10 94/12
October 12 [1] 80/21
October 12th [1] 80/17
October 14 [1] 64/18
October 17th [1] 66/16
October 18th [2] 72/22 94/12
October 20th [1] 84/10
October 4th [1] 66/23
October 5th is [1] 80/23
off [13] 5/11 42/9 44/2 68/13 89/1 97/10
172/18 183/22 184/2 185/8 187/22
187/23 219/12
Offender [1] 195/2
offense [3] 103/21 106/13 110/11
offenses [1] 43/2
offer [2] 146/16 153/14
offered [12] 2/4 5/17 52/7 114/21 116/10
122/12 152/12 153/15 180/4 181/14
198/3 198/9
office [15] 3/12 3/17 3/24 4/1 36/16 42/5
42/6 42/8 42/17 53/11 63/15 116/21
154/4 156/3 180/23
officer [9] 21/5 67/11 67/14 186/16
188/3 188/10 205/4 205/4 211/15
officer's [1] 188/24
officers [8] 36/13 188/8 205/12 210/9
210/9 214/22 215/1 221/21
OFFICIAL [2] 1/24 223/5
often [4] 83/2 164/8 213/10 217/19
oh [5] 80/12 95/5 109/8 152/15 176/9
okay [111] 5/18 5/18 7/7 8/17 9/6 9/9
10/16 11/10 11/24 12/12 12/18 13/9
16/12 16/24 17/1 19/1 20/6 25/8 26/20
31/6 34/3 34/16 38/3 38/14 38/16 40/17
41/12 46/7 49/17 51/10 52/1 53/12 54/3
54/7 56/22 59/16 60/22 62/3 64/18
64/25 65/16 66/20 68/10 68/18 68/25
69/9 70/13 72/14 78/7 80/7 80/9 80/13
80/21 84/6 88/1 91/3 91/22 94/3 94/10
102/11 102/24 107/25 109/5 109/9
114/5 114/8 116/22 118/15 119/3
119/21 120/16 124/21 126/3 126/22
128/2 131/8 135/4 137/20 138/18
138/21 138/21 145/23 150/21 152/20
154/2 158/6 159/12 162/7 165/8 170/1
170/20 176/4 176/6 178/13 178/17
179/21 181/6 194/12 195/1 197/5
202/13 202/16 202/20 202/25 218/21
219/3 219/19 219/23 221/9 221/13
old [11] 11/6 66/22 88/18 204/2 206/10
211/23 212/8 212/9 212/10 212/14
212/16
olds [1] 184/22
once [11] 29/9 36/17 42/11 50/16 59/13
105/3 123/1 157/4 161/8 184/2 202/9

one [136] 7/8 7/12 13/24 14/1 17/11
18/19 19/21 19/23 20/4 21/1 21/2 21/2
21/23 21/24 23/15 23/18 26/7 27/3 27/5
31/20 34/11 37/16 37/16 38/10 40/15
41/2 41/8 47/11 48/20 51/21 53/8 53/20
54/17 55/24 56/24 57/9 60/25 62/18
64/16 64/22 66/13 68/13 78/8 88/15
89/19 90/25 91/12 93/7 93/19 94/11
96/7 99/4 101/8 102/14 103/10 105/22
106/3 107/15 107/19 112/5 112/21
112/22 119/8 123/4 123/21 124/5 125/3
125/15 125/19 127/4 127/15 129/15
130/8 130/21 133/11 135/5 135/7
135/13 135/13 135/25 136/3 136/6
136/9 136/11 136/13 141/5 141/7
141/12 146/10 146/24 147/12 147/12
149/10 159/6 159/23 159/24 161/8
161/12 168/25 169/3 173/24 176/1
176/16 177/24 183/16 183/16 184/12
187/9 193/22 193/24 194/9 197/16
202/12 204/15 205/22 207/25 208/10
208/20 209/12 210/5 210/8 210/9
210/17 212/2 212/12 213/23 214/21
214/24 214/25 215/1 215/2 218/12
218/16 219/8 220/5 220/12
one's [4] 84/16 124/3 124/9 158/4
one-hour [1] 93/19
one-on-one [1] 37/16
ones [5] 23/17 35/21 136/7 147/23
209/19
only [34] 5/10 15/19 22/7 22/18 29/22
34/11 34/17 59/17 59/21 59/22 76/6
77/6 80/12 83/23 85/21 112/5 121/15
123/9 144/22 166/24 168/20 189/22
191/4 191/6 191/21 193/16 201/19
203/24 204/7 209/22 210/5 215/7
216/11 218/23
oop [1] 94/11
open [7] 3/4 84/3 187/25 211/3 211/4
216/22 216/25
opened [1] 166/6
openly [1] 79/6
operating [2] 10/6 172/12
operative [1] 127/12
opine [1] 119/5
opinion [41] 36/4 36/23 40/19 45/10 46/8
51/1 65/12 69/16 70/4 70/6 92/10 92/11
95/18 121/4 121/5 134/8 134/12 134/15
138/14 138/17 138/20 139/7 139/10
139/11 139/12 140/21 140/22 142/7
142/8 143/12 147/10 147/11 168/14
170/12 171/8 178/12 190/5 196/15
196/19 197/17 201/15
opinions [8] 41/4 41/9 91/16 92/8 118/9
118/9 153/14 180/25
opportunities [3] 112/19 112/21 208/17
opportunity [37] 4/15 4/16 6/25 8/1 8/13
14/16 15/19 27/13 32/3 32/16 32/24
33/8 34/8 35/2 36/8 36/25 38/5 38/7
45/5 112/22 113/11 143/8 148/20
171/15 171/18 177/9 177/12 201/5
203/13 203/14 203/21 204/7 204/10
205/21 205/24 214/23 215/19
opposed [3] 110/24 145/3 145/21
option [2] 130/5 146/16
options [9] 7/9 41/21 41/22 46/10 50/10
56/24 56/24 69/23 142/21
ordeal [1] 4/10
order [5] 42/19 159/22 177/18 216/20
221/24

**O**

ordered [1] 7/19
ordinarily [1] 142/11
ordinary [1] 134/18
organic [1] 89/24
organization [1] 161/25
organizations [1] 83/13
organize [1] 165/2
organs [1] 156/12
original [1] 11/20
Orleans [1] 29/20
other [107] 8/9 13/17 17/12 18/8 23/17
33/4 36/1 41/2 41/8 42/22 43/17 44/8
49/12 50/18 52/17 52/18 53/23 54/17
55/21 57/10 66/5 66/11 69/15 70/14
70/15 71/13 71/15 74/9 74/9 83/12
84/15 85/4 86/2 86/5 86/10 86/24 96/2
96/12 96/16 97/18 99/14 100/12 103/19
104/19 105/19 107/21 113/4 113/9
119/11 121/20 121/20 122/1 122/2
122/4 124/16 124/23 124/24 124/25
125/3 127/24 130/6 132/9 132/15 137/3
140/23 141/10 141/11 142/2 142/3
143/14 143/22 144/10 145/9 147/16
147/23 147/25 150/7 155/22 159/18
164/14 168/18 168/21 170/3 175/17
182/25 183/25 191/16 191/17 197/16
197/21 198/14 199/7 199/18 199/22
200/1 200/5 202/14 202/21 204/14
206/13 208/3 209/2 212/12 213/3 220/2
220/5 220/14
others [8] 79/22 79/24 99/15 112/4
117/3 160/13 162/13 171/23
otherwise [10] 86/4 87/12 87/13 87/13
129/24 135/10 135/20 136/5 136/14
200/1
our [17] 4/12 31/9 35/25 45/16 52/10
57/11 57/11 59/7 73/13 78/12 82/14
96/20 118/6 161/3 164/22 185/1 209/5
ourself [1] 200/18
ourselves [1] 165/13
out [95] 17/11 17/12 17/12 19/2 21/14
21/15 22/1 22/6 22/6 22/12 22/19 23/11
27/25 31/4 32/7 32/7 33/19 33/22 34/18
34/19 36/12 36/25 37/13 37/13 48/23
51/24 61/7 64/9 64/21 65/8 66/11 67/15
70/10 71/14 74/7 74/25 77/16 78/19
79/3 79/24 82/16 84/17 90/19 94/8 97/8
103/2 103/19 106/7 107/16 110/21
111/20 111/22 112/4 126/12 126/15
126/20 126/20 129/16 130/5 130/13
130/22 140/24 145/16 155/2 156/6
159/24 161/22 163/4 168/2 169/5
169/18 171/17 173/4 174/6 184/10
184/19 187/5 188/20 201/18 205/22
209/22 210/24 210/25 211/7 211/9
211/16 211/16 211/18 212/4 214/19
214/21 214/23 218/9 218/11 221/9
outgoing [3] 36/12 206/2 206/2
outside [12] 7/13 13/17 20/21 22/10
62/22 110/17 169/7 188/2 192/5 209/1
211/18 216/10
over [58] 10/2 10/8 13/12 15/12 20/18
24/1 33/25 35/12 40/20 42/14 43/24
47/15 59/2 59/4 63/2 68/3 71/24 73/14
73/23 73/25 74/2 78/5 86/19 87/7
106/14 113/4 113/19 117/12 122/1
126/10 129/5 129/17 145/4 147/17
150/11 150/11 159/22 160/1 161/16
161/16 166/25 167/12 169/4 169/14

174/19 174/19 174/20 177/18 183/21
184/25 188/8 193/25 205/18 207/8
207/20 209/24 211/19 215/15
overall [12] 21/19 23/3 35/21 65/12 89/6
91/8 91/10 113/18 113/21 160/4 163/17
219/5
overcome [1] 111/24
overreact [1] 128/8
overreacts [1] 183/12
overriding [2] 49/15 103/10
overwhelmed [7] 126/6 126/12 126/18
129/12 129/25 130/7 150/13
overwhelming [5] 129/3 133/3 134/3
135/2 142/15
own [10] 33/10 35/25 95/15 98/21
110/11 124/3 158/15 208/8 217/12
219/16

**P**

p.m [2] 208/21 222/4
pacing [1] 65/4
packs [1] 62/2
page [24] 2/12 80/15 80/24 91/20 91/21
97/9 97/10 103/1 104/11 106/1 118/20
154/20 155/1 179/18 179/21 181/2
181/5 187/9 194/19 194/24 196/24
197/1 197/3 197/4
Page 1 [2] 181/2 181/5
Page 10 [1] 118/20
Page 12 [1] 103/1
Page 16 [1] 155/1
Page 3 [2] 196/24 197/4
Page 5 [4] 91/20 91/21 104/11 106/1
Page 6 [1] 179/18
Page 7 [1] 179/18
pages [4] 51/23 80/12 181/24 223/8
paid [1] 205/18
pain [1] 143/3 209/20 210/11
painful [1] 196/2
Pamela [4] 1/24 223/3 223/18 223/18
panic [1] 101/13
paper [2] 35/4 94/9
paragraph [1] 155/3
paralegals [1] 214/11
paramount [1] 196/8
paranoia [2] 55/12 85/6
paranoid [1] 114/1
pardon [2] 34/22 158/17 214/14
parent [1] 37/20
parental [2] 127/18 127/22
parents [1] 128/1
Park [1] 151/18
parole [3] 50/13 56/25 57/3
parsed [1] 94/8
part [28] 7/22 18/23 22/22 23/2 38/17
41/25 47/17 55/6 57/13 59/9 81/3 83/17
94/7 123/9 131/24 146/17 146/17
146/18 147/12 148/1 148/2 148/4 148/4
161/2 168/13 183/23 184/25 192/25
parted [1] 211/2 211/9
particular [9] 70/12 82/4 108/18 111/15
133/2 133/2 136/22 142/9 147/21
particularly [8] 110/7 128/18 128/25
131/24 132/3 132/18 147/19 166/9
parties [1] 3/4 41/25 216/25
parts [1] 200/19
party [1] 214/16
pass [1] 152/9
passages [2] 48/19 48/22
past [1] 7/21 26/17 40/11 49/5 49/20

78/17 79/16 79/18 82/6 86/24 114/1
117/2 181/14 181/25 182/14 183/5
184/20 193/8 197/23 200/11 202/6
202/7 209/5 214/10
patchiness [2] 105/1 106/23
patchy [1] 109/21
paternalism [1] 148/19
pathological [1] 161/13
pathology [27] 49/19 49/20 62/25 77/17
77/20 81/18 82/24 83/15 85/3 85/8
85/10 86/7 86/8 99/22 100/7 103/13
103/22 105/5 105/13 106/8 107/4
107/17 110/7 111/20 112/5 112/7
113/21
patience [1] 217/3
patient [3] 42/17 65/4 66/2
patients [2] 54/1 83/2
patronize [1] 24/12
pattern [11] 119/9 119/14 126/10 130/1
131/2 131/3 157/2 157/3 157/22 158/16
160/7
PATTON [9] 1/18 3/23 38/14 107/23
114/22 116/12 122/14 176/25 206/1
pay [1] 215/4
paycheck [1] 215/5
paying [1] 161/8
peace [1] 175/4
peculiarities [1] 183/19
pediatrician [1] 102/22
penalized [3] 171/24 201/1 201/4
pending [5] 6/4 12/6 29/12 138/24
200/12
people [84] 10/1 25/24 26/5 35/13 35/25
42/22 59/13 59/21 59/22 60/6 66/5 70/1
71/8 74/9 77/16 81/17 82/17 90/22
98/12 98/15 98/16 107/6 113/4 122/25
123/22 124/4 124/16 125/5 132/15
145/15 147/7 147/17 147/20 149/6
149/10 149/13 149/14 149/15 149/15
149/19 149/21 154/1 156/18 157/2
158/1 159/20 162/17 168/18 168/19
168/23 169/2 169/6 170/3 179/17
183/25 185/2 185/4 191/5 191/19
191/21 192/5 192/7 192/18 192/20
192/21 193/5 193/6 193/6 193/9 195/20
195/22 195/23 197/20 197/21 204/14
206/13 207/13 209/4 209/16 212/8
212/20 212/21 213/17 214/11
people's [2] 36/1 167/4
per [6] 47/7 60/20 62/15 83/25 87/15
103/9
perceive [4] 43/13 55/11 82/13 173/2
perceived [3] 49/25 73/9 95/22
perceives [1] 75/17
percent [1] 106/3
percentile [1] 106/2
perception [2] 143/12 183/10
perceptual [5] 161/25 182/15 183/8
183/9 184/6
perfect [2] 159/5 217/10
perfectly [1] 184/10
perform [1] 116/23
performance [3] 91/7 100/8 105/6
performing [1] 181/20
perhaps [6] 82/22 198/21 199/20 199/25
200/23 203/7
period [10] 14/22 20/4 78/6 113/20
136/25 137/7 137/10 145/4 147/21
169/4
periodic [1] 126/11

# P

periods [1]  85/4
permanence [1]  47/20
permission [5]  29/19 29/21 29/23 30/3
30/7
permit [1]  28/17
permitted [1]  191/2
perseverate [1]  163/6
perseveration [4]  161/13 186/25 187/1
188/13
persistence [1]  110/5
persistent [2]  127/6 128/6
person [28]  21/19 26/7 34/11 34/17 36/9
36/9 36/22 53/22 59/17 71/1 84/18
136/12 136/17 136/18 137/7 137/15
149/23 172/3 183/14 184/10 189/22
193/7 195/8 195/18 200/24 207/10
209/7 219/8
person's [2]  123/21 182/21
personalities [2]  83/11 83/12
personality [56]  44/5 48/12 48/13 49/19
49/20 62/25 69/18 70/7 77/15 77/17
77/20 82/23 83/12 83/15 83/17 85/2
85/3 85/9 85/12 85/15 85/20 85/22 86/7
86/8 86/12 92/18 96/24 99/22 100/7
103/13 103/22 105/5 105/13 107/4
107/17 110/7 110/8 112/5 112/6 113/17
113/21 123/12 123/13 123/16 124/2
124/16 124/20 124/23 125/6 125/6
125/10 127/10 127/11 130/12 165/20
172/22
personally [2]  76/13 163/19
perspective [8]  49/14 62/16 69/24
112/24 133/8 146/3 146/3 148/13
pertain [1]  111/12
pet [1]  208/2
PETER [3]  1/15 3/16 207/11
petered [1]  159/24
petition [5]  10/21 12/13 29/6 29/11 29/19
petitioner [7]  2/4 2/13 3/17 4/10 8/1
84/14 108/9
petitioner's [21]  4/3 5/6 5/16 5/20 52/6
52/21 94/5 114/20 115/2 116/9 116/16
122/11 122/18 152/11 152/25 180/3
180/9 181/13 181/17 197/7 198/8
petitions [1]  5/25
Ph.D [2]  102/16 102/17
pharmacology [1]  77/10
pharmacy [6]  39/23 39/23 39/24 53/19
53/20 53/23
phenomenon [1]  184/15
Philadelphia [1]  3/12
philosopher [2]  171/7 198/21
phone [12]  19/8 19/10 19/13 19/14
19/24 20/2 21/14 36/11 112/22 166/8
192/4 209/9
phones [1]  20/22
phrase [1]  148/24
physical [2]  156/1 183/11
physically [1]  58/9
physician [3]  53/25 102/15 115/21
pick [2]  9/4 36/13
picked [4]  42/9 48/23 205/22 206/11
picture [4]  90/2 160/18 169/25 176/18
piece [2]  89/19 144/22
pieces [1]  147/25
pile [1]  60/1
piles [3]  64/9 94/9 94/9
pill [1]  76/2
pin [1]  137/18

pistol [1]  206/11
pitch [2]  206/1 216/17
PITMAN [7]  1/11 56/3 60/15 62/16 79/3
84/25 223/11
place [10]  59/12 73/15 81/7 93/18 157/6
164/21 172/12 193/2 195/19 212/19
placed [2]  50/16 84/17
placement [1]  150/4
plain [1]  15/5
Plaintiff [2]  1/4 1/15
Plaintiff's [2]  94/5 186/11
planned [1]  67/2
planning [1]  182/25
play [9]  127/8 128/11 141/24 201/18
208/2 209/1 218/18 218/11 221/9
playing [1]  22/22
plead [2]  18/12 140/5
pleadings [1]  200/5
please [31]  3/10 6/15 6/20 8/7 9/14 19/3
23/1 31/21 33/15 39/4 39/7 39/16 51/13
66/21 115/8 115/14 146/25 151/3 151/8
176/8 178/20 178/25 179/19 181/3
181/5 190/4 193/21 196/25 197/6
215/13 215/16
plenty [1]  74/13
pod [2]  20/20 188/8
podium [1]  51/12
pods [3]  20/20 58/18 191/17
point [33]  7/10 7/25 8/5 8/6 9/10 9/13
9/18 10/5 19/2 21/17 33/11 34/3 49/8
60/25 61/23 66/9 73/7 75/19 81/10
120/2 128/12 139/11 143/17 144/7
154/9 159/6 164/17 196/24 198/25
200/10 201/13 201/14 201/23
pointed [4]  74/24 77/16 78/18 79/3
pointless [1]  25/7
points [2]  193/14 218/1
policy [1]  216/20
Polunsky [2]  20/18 42/12
poor [6]  103/20 183/6 184/23 185/14
188/12 188/13
poorly [1]  193/2
popped [1]  31/17
population [4]  57/7 57/12 101/1 190/24
portion [1]  64/23
portions [1]  51/19
portrait [1]  176/19
portraits [1]  176/18
posit [1]  108/15
position [16]  24/11 31/7 36/21 41/15
41/20 45/12 46/10 47/11 52/12 146/5
151/14 151/15 174/25 201/24 218/13
219/10
positive [1]  87/9
possesses [1]  140/16
possibility [3]  28/20 30/11 113/13
possible [11]  30/16 70/9 75/6 79/2 103/9
105/2 106/6 106/8 185/12 215/11 220/9
possibly [4]  26/2 50/11 103/10 192/4
post [6]  7/2 30/22 149/11 149/13 177/13
217/16
post-conviction [2]  7/2 30/22
post-hearing [2]  177/13 217/16
potential [2]  25/3 143/13
potentially [2]  24/23 36/5
pound [1]  208/24
pour [1]  76/13
power [1]  177/18
powerfully [2]  196/12 196/13

practical [1]  28/3
practice [2]  151/08 160/11
practitioner [2]  187/7 189/2
pre [3]  101/22 101/22 101/24
pre-diagnosed [2]  101/22 101/24
preceding [1]  43/4
precisely [1]  162/10
predators [1]  208/15
predict [1]  189/17
predisposition [2]  101/6 101/9
predominant [1]  103/21
predominantly [1]  151/17
preferences [1]  149/7
pregnancy [1]  104/18
prejudicial [1]  216/15
preliminary [1]  87/5
premarked [10]  5/12 51/15 64/6 65/16
66/14 68/16 70/17 70/19 94/6 115/24
prepare [1]  40/10
preparing [1]  221/22
prepubescent [2]  123/1 156/13
presence [8]  50/5 86/7 104/25 105/4
105/6 109/12 109/15 216/10
present [22]  3/4 8/1 8/2 36/22 44/2
95/23 114/15 184/19 185/6 185/6
185/23 186/19 192/1 193/1 193/16
193/16 196/21 198/22 203/23 216/11
216/25 223/6
presentation [4]  130/24 135/22 136/12
157/6
presented [4]  7/22 161/20 194/17
203/12
presently [1]  10/21
presents [5]  149/1 172/1 183/17 183/19
200/25
preside [1]  23/25
pressure [8]  7/13 9/16 13/17 13/19
25/25 79/6 189/25 203/20
presume [2]  51/12 67/10
pretty [20]  13/12 18/1 44/2 81/15 82/22
89/2 89/3 89/8 100/25 112/11 113/17
113/19 124/22 183/19 184/10 184/21
187/3 188/12 191/22 192/16
prevent [3]  111/14 111/15 200/10
prevents [2]  41/20 41/21
previous [8]  13/7 13/21 44/10 87/23
112/18 197/8 200/17 200/22
previously [8]  44/14 46/15 69/16 117/19
151/22 152/6 155/9 157/4
Preyor [1]  208/21
primarily [1]  96/23
primary [6]  62/25 85/12 92/20 96/23
96/25 100/1
principle [1]  28/2
prior [4]  17/3 42/3 158/8 160/5
prison [15]  14/17 20/15 50/18 57/10
57/22 65/14 67/13 70/1 84/16 87/19
122/7 122/25 149/18 183/16 184/8
prisons [2]  179/8 187/17
privacy [4]  71/6 96/4 167/23 168/3
private [1]  95/24
pro [2]  1/17 197/8
probably [11]  8/8 40/20 90/19 103/16
148/14 148/23 148/23 204/21 214/3
219/12 220/10
problem [16]  5/10 67/5 76/8 76/9 125/25
148/18 148/24 158/2 158/5 161/1
162/3 163/4 164/15 167/5 171/13 184/7
problems [16]  26/17 77/8 90/25 103/17
108/9 109/3 126/16 157/14 157/25

**P**

problems... [7]  160/15 160/17 160/21 162/17 163/18 165/6 165/17
procedural [1]  25/9
procedures [2]  35/16 35/16
proceed [4]  22/23 28/13 30/10 30/18
proceeded [1]  16/7
proceeding [2]  9/19 33/12
proceedings [20]  1/11 1/22 3/3 7/10 12/15 15/22 29/23 30/2 46/13 46/17 49/7 52/13 52/18 89/1 138/24 216/9 216/24 218/17 223/7 223/9
process [20]  7/11 10/24 13/15 25/6 27/2 28/11 29/8 32/5 34/3 128/3 136/9 137/4 141/19 218/3 218/8 218/11 218/24 220/2 220/4 221/9
processes [6]  25/2 29/4 43/7 69/21 82/19 89/6
produced [4]  1/22 7/21 17/19 52/4
profession [1]  115/20
professional [5]  27/11 46/8 51/1 112/25 113/9
profile [6]  108/10 108/11 158/1 158/25 159/1 159/4
program [1]  194/11
progress [2]  65/21 87/4
prolonged [1]  113/20
prominent [1]  106/15
promise [1]  220/16
promises [2]  14/8 14/17
pronouncing [1]  6/9
proper [1]  108/18
properly [1]  185/13
property [2]  94/19 95/10
prophylactically [1]  77/14
proportion [1]  103/3
proposed [1]  52/14
pros [1]  142/24
prosecution [1]  151/24
protect [1]  128/1
protection [2]  26/9 220/4
protocol [2]  70/21 194/16
prove [1]  205/25
provide [4]  180/25 187/6 205/24 215/3
provided [7]  41/24 41/24 64/6 68/20 154/11 154/24 181/21
provider [3]  65/9 186/16 186/19
proving [1]  134/1
provokes [1]  132/25
psych [8]  109/20 110/9 125/7 125/13 125/22 157/17 157/18 157/20
psychiatric [31]  42/13 76/3 76/8 118/10 121/6 121/13 121/21 122/2 126/16 126/16 131/18 133/8 133/12 135/13 135/23 136/1 139/24 141/7 141/8 142/13 146/2 146/17 148/2 148/5 148/16 149/18 156/16 165/20 165/22 170/10 170/17
psychiatric/forensic [1]  42/13
psychiatrist [3]  43/14 63/14 113/11
psychiatrists [1]  17/10
psychiatry [6]  40/4 40/5 40/8 115/21 118/14 145/6
psychneuro [1]  157/17
psycho [1]  141/22
psychological [13]  78/9 83/18 89/16 90/10 90/22 90/23 93/4 93/10 108/9 111/11 168/5 169/2 192/9
psychologist [3]  171/7 179/6 198/21

psychologists [3]  17/9 153/25 158/19
psychology [3]  153/20 153/23 199/18
psychopathology [1]  141/20
psychosis [2]  86/22 87/2
psychosocial [3]  128/18 128/21 146/20
psychotherapy [1]  54/1
psychotic [9]  55/13 62/21 81/25 124/17 135/15 135/18 135/20 136/6 136/10
public [3]  42/6 42/7 110/19
pull [1]  214/1
pulled [2]  51/24 64/9
punishment [7]  23/9 23/10 23/10 166/7 184/19 184/24 208/13
punitive [2]  197/14 197/14
punk [1]  207/16
puppies [2]  207/25 207/25
puppy [2]  208/1 208/3
pure [3]  87/14 87/18 119/3
purported [1]  41/5
purpose [5]  10/17 22/5 27/15 52/19 187/21
purposes [9]  5/7 45/7 52/2 52/17 52/18 108/7 114/23 122/17 203/1
pursue [1]  10/21
pursuing [1]  15/8
purview [2]  43/16 50/8
push [1]  184/3
pushed [1]  133/18
put [37]  15/5 32/25 33/10 37/22 43/21 57/6 61/7 64/3 66/6 90/11 90/14 91/20 92/8 92/10 93/15 98/1 103/4 128/20 137/11 144/19 146/12 147/22 165/23 168/20 169/3 170/9 172/25 203/20 205/6 208/3 211/25 212/1 213/3 215/5 215/5 215/11 220/13
puts [1]  131/13
putting [2]  25/25 76/10
puzzle [1]  89/19

**Q**

qualifications [4]  39/20 116/7 116/11 118/13
qualified [1]  87/10
question [40]  18/13 20/12 27/21 31/18 31/20 32/3 35/6 46/17 56/1 56/11 57/18 60/18 62/23 77/1 92/17 108/21 111/1 111/12 111/12 111/18 112/18 119/18 119/19 119/21 126/23 138/21 139/2 143/15 146/12 148/10 150/7 165/11 173/12 177/16 177/21 178/10 198/20 198/24 200/16 201/20 201/22
questioning [2]  108/3 200/20
questions [35]  8/5 13/24 18/5 18/8 26/25 31/3 31/16 33/4 33/8 38/7 38/8 38/15 51/11 57/14 102/10 107/21 107/23 114/9 137/25 138/1 138/6 138/9 146/23 149/4 149/9 170/23 171/4 172/2 175/17 176/7 197/24 198/1 198/11 198/13 202/14
quick [2]  19/2 99/3
quicker [1]  80/16
quickly [4]  94/2 153/18 153/19 187/3
quite [5]  33/13 45/18 135/24 144/19 164/8
quote [2]  65/3 103/1
quotes [3]  64/25 65/25 66/1

**R**

rabid [1]  81/7
RACHEL [2]  1/18 3/23

radio [1]  174/13
rage [2]  174/7 174/8
raise [5]  6/15 39/6 115/8 151/2 178/20
raises [2]  144/18 145/9
range [5]  67/9 88/18 117/4 124/5 142/21
rapid [3]  123/23 196/8 196/9
rate [1]  195/14
rather [11]  8/4 9/24 77/20 84/1 93/14 96/3 119/22 144/8 171/7 188/9 198/21
rational [10]  6/8 10/22 41/16 41/22 46/9 113/6 145/22 173/1 187/3 199/12
rationally [1]  46/12
razor [2]  67/1 167/15
re [2]  119/18 119/19
re-ask [1]  119/18 119/19
reached [3]  9/14 15/3 123/1
react [1]  183/14
reaction [2]  134/25 212/13
reactive [1]  183/23
reactivity [2]  124/9 124/10
reacts [2]  183/11 183/13
read [32]  9/24 35/4 35/9 63/12 64/20 64/21 64/22 64/23 65/23 66/21 68/23 69/2 80/8 80/13 95/21 98/11 100/9 100/16 112/20 163/11 166/6 187/13 187/22 188/24 194/18 194/23 197/16 200/4 206/5 206/10 211/25 215/15
reading [5]  25/13 100/21 113/8 160/25 160/25
ready [3]  9/2 14/14 59/23
real [5]  19/2 132/3 134/17 184/8 211/3
realities [1]  24/1
reality [2]  148/1 148/4
realize [1]  214/13
realizing [1]  161/16
really [43]  14/12 17/8 19/13 20/6 22/7 26/6 55/8 65/1 73/12 76/16 77/13 90/10 92/17 99/9 101/2 106/23 109/2 119/13 121/19 124/22 126/1 129/20 132/5 133/3 134/1 134/16 135/2 139/17 141/22 142/21 144/18 145/8 173/19 184/2 184/7 185/5 187/1 189/19 193/17 195/21 196/10 200/19 218/23
realm [1]  169/7
Realtime [1]  223/5
reason [15]  23/4 32/1 33/2 33/24 51/6 51/8 60/17 90/8 92/7 144/11 164/22 170/1 195/16 215/2 220/10
reasonable [8]  78/21 78/22 118/10 153/15 172/2 183/18 184/10 199/1
reasoned [1]  50/13
reasoning [5]  4/5 144/9 144/10 158/3 165/18
reasons [7]  23/13 49/1 57/9 113/6 136/8 141/1 190/9
rec [1]  188/2
recall [27]  12/18 12/23 13/4 14/4 15/20 16/10 16/13 16/20 16/22 17/3 17/21 20/10 53/14 59/6 61/24 63/17 69/12 72/17 78/6 78/19 88/17 90/6 91/25 100/25 102/14 108/25 161/14
receive [2]  155/5 155/8
received [17]  2/4 5/21 39/22 39/24 40/1 42/4 42/10 45/15 52/22 79/7 115/3 116/17 117/9 122/19 153/1 180/10 181/18
receives [1]  25/22
receiving [1]  26/4
recent [8]  43/10 70/20 116/1 119/12 131/25 135/13 153/3 179/22

R

recently [6] 33/16 43/24 47/14 69/7 103/8 206/10
recess [4] 93/21 93/22 176/5 205/1
reciprocal [1] 132/7
recklessly [1] 110/19
recognize [8] 43/16 90/23 105/3 147/15 180/15 181/7 199/11 217/7
recognized [5] 44/19 79/25 135/16 147/25 204/15
recognizes [2] 81/10 82/3
recollect [1] 18/2
recollection [1] 17/15
recommendation [1] 155/22
recommended [1] 27/19
reconvene [1] 4/15
record [36] 3/10 4/17 5/7 7/23 13/2 19/5 25/13 26/24 32/25 38/22 39/16 39/19 42/1 42/10 52/2 64/4 64/13 66/21 72/17 75/5 84/15 92/1 95/21 102/7 102/20 109/7 112/20 113/12 118/5 122/10 170/5 180/2 181/12 202/11 203/23 223/9
recorded [2] 1/22 223/6
records [34] 11/10 11/24 42/4 42/7 42/11 47/6 47/7 48/16 57/25 58/12 59/3 63/9 64/9 64/15 65/11 68/3 70/6 72/20 74/18 78/19 79/14 85/9 85/15 88/10 90/16 90/17 94/7 97/11 113/8 117/3 131/16 150/12 182/6 183/5
recounts [1] 102/25
recreation [1] 191/2
recs [1] 20/22
recuring [1] 136/25
red [3] 163/1 211/2 211/8
REDIRECT [1] 147/1
reduced [1] 223/7
refer [1] 118/20
referred [3] 69/13 74/19 74/21
referring [3] 99/16 144/2 170/6
reflect [6] 32/10 113/2 154/23 217/20 217/22 218/25
reflected [3] 85/8 113/3 211/6
reflects [3] 83/9 218/9 218/10
refresh [1] 17/15
refresher [1] 99/3
refuse [3] 18/12 174/8 215/11
refused [5] 2/4 13/24 18/13 215/1 215/1
refusing [1] 94/18
regain [1] 146/5
regard [14] 108/16 109/10 111/10 120/6 120/6 124/8 124/14 138/22 149/7 163/25 177/25 196/3 198/18 198/23
regarding [18] 43/11 50/23 54/25 55/1 55/14 56/14 70/12 103/5 121/22 131/18 179/13 179/16 180/25 182/17 183/3 183/5 189/6 190/6
regards [1] 108/24
Registered [1] 223/4
regrets [2] 23/5 23/6
regular [2] 147/20 191/24
regulate [1] 124/9
regulating [1] 124/12
regulation [5] 101/14 182/24 182/24 188/13 188/13
rehearsed [4] 48/7 48/22 84/2 84/4
reinitiate [2] 29/8 29/15
reinstate [2] 15/22 177/19
reinstituting [1] 166/15

rejected [1] 132/22
relationship [15] 58/15 58/22 106/22 135/13
related [15] 43/3 43/3 43/9 50/4 55/12 60/14 62/17 85/21 86/5 103/20 104/3 119/1 126/11 130/25 169/13
relatedness [1] 133/14
relates [3] 121/15 130/2 133/21
relating [1] 113/3
relation [4] 49/23 63/3 63/4 186/22
relationship [8] 13/10 62/17 123/25 124/1 141/18 147/16 196/7 211/21
relationships [5] 42/22 124/1 132/24 145/1 193/9
relative [1] 4/12
relatively [3] 99/8 99/12 192/6
release [4] 94/18 95/9 129/21 178/5
released [1] 175/20
relevant [6] 60/18 62/12 62/15 71/17 84/22 119/9
relied [1] 86/14
relief [10] 6/3 15/8 28/12 28/21 28/22 29/13 30/13 178/5 218/14 218/15
relieve [2] 210/11 210/12
religious [1] 37/13
reluctant [1] 195/23
rely [3] 10/10 89/16 100/12
relying [3] 85/1 92/17 96/23
remainder [1] 6/3 111/9
remained [1] 40/2
remaining [1] 202/23
remarkable [1] 140/2
remarked [1] 58/16
remedies [1] 7/2
remember [28] 11/14 12/7 17/5 17/8 17/25 20/14 20/16 21/24 22/2 25/18 54/12 58/16 60/23 61/16 61/20 64/16 67/20 67/24 68/13 72/12 75/5 78/4 90/7 109/10 175/12 203/16 203/24 204/16
remembered [1] 67/22
remind [6] 24/3 24/13 24/21 25/1 188/21 213/17
reminds [1] 34/6
reminisce [1] 214/17
remission [1] 82/10
Remotely [1] 103/9
removed [1] 203/4
render [5] 40/18 45/10 139/7 139/10 142/10
rendered [3] 41/4 41/9 108/11
renders [1] 196/21
repeat [3] 8/14 33/9 161/15
repeated [4] 77/23 127/20 134/7 195/16
repeatedly [6] 6/2 66/11 71/8 127/17 189/23 199/22
repetition [3] 161/13 187/2 187/11
repetitious [1] 187/1
repetitive [1] 169/6
repetitively [1] 184/3
replete [1] 183/5
report [84] 7/21 17/19 27/12 40/21 41/6 41/23 43/22 45/22 47/25 50/3 50/22 55/3 55/25 57/11 60/12 60/25 63/12 68/4 68/19 70/21 70/23 71/3 77/16 85/11 86/2 86/14 88/7 89/20 90/4 90/9 91/7 91/14 91/18 91/20 97/8 97/9 98/15 98/19 100/3 100/9 100/16 100/25 101/5 101/8 102/5 102/12 102/25 104/12 105/25 117/9 117/11 117/13 117/18 118/2 118/2 118/21 125/1 125/1 138/7 138/11 138/13 139/5 139/6 139/12

139/13 139/16 139/17 154/18 155/1 155/9 158/12 158/19 159/11 163/11 164/17 181/9 181/12 181/25 182/6 182/10 186/3 186/5 200/19
reported [5] 43/18 66/19 77/7 79/13 96/20
reporter [9] 1/24 86/17 94/23 213/10 215/25 223/4 223/4 223/5 223/5
reporting [2] 47/8 91/4
reports [8] 40/10 46/20 55/17 86/24 96/21 100/21 102/14 179/15
represent [1] 12/6
representation [3] 7/3 30/22 149/7
represented [1] 11/14
reproduce [1] 51/23
reproduced [1] 177/6
request [9] 4/4 15/21 16/1 44/3 73/11 74/3 122/21 138/22 139/14
requested [3] 12/14 16/17 72/14
requesting [3] 16/9 65/6 122/23
require [1] 219/15
required [1] 142/23
requirements [1] 22/16
requires [3] 6/5 32/25 217/9
research [3] 48/12 77/17 99/1
reside [1] 24/18
residency [1] 40/5
residing [1] 78/14
resiliency [1] 127/20
resolute [1] 217/24
resolution [1] 145/21
resolve [1] 137/13
resources [1] 162/22
respect [8] 32/8 36/23 41/16 45/9 61/8 119/24 212/16 216/15
respectable [1] 205/16
respectful [1] 205/14
respectfully [2] 34/24 221/20
respecting [1] 219/10
respiration [1] 66/3
responds [1] 149/3
response [10] 33/7 52/11 108/3 126/20 128/4 128/5 128/7 146/12 150/14 165/25
responses [6] 45/20 92/9 146/1 172/2 172/5 172/5
responsibility [17] 31/10 37/22 208/11 209/8 209/12 209/13 209/14 210/2 213/23 213/24 214/3 218/4 218/10 218/21 218/24 221/7 221/8
responsive [1] 132/10
rest [5] 14/22 57/10 106/8 193/18 215/24
restart [1] 29/23
rested [1] 9/19
restrict [1] 41/1
restricted [1] 36/12
restricting [1] 191/22
restriction [1] 191/25
restrictions [3] 191/19 191/20 191/21
restrictive [2] 191/16 197/15
result [9] 7/12 15/20 20/3 47/13 85/15 126/1 158/24 178/7 185/19
resulted [1] 125/11
results [13] 12/23 90/24 90/24 91/13 93/4 93/5 99/24 100/7 110/9 157/9 158/15 159/14 160/12
resumé [2] 118/13 152/10
retained [5] 54/16 63/14 116/19 118/18 154/2

**R**

retaliation [1] 21/13
retarded [2] 176/21 205/8
retract [3] 96/2 96/9 202/10
retraction [2] 71/23 119/1
retraumatizing [1] 196/1
retreat [1] 131/7
retrieve [1] 220/23
reveal [1] 210/7
revealed [2] 125/9 125/21
reverse [1] 172/20
reversed [1] 211/7
review [15] 5/25 6/1 19/17 42/8 42/10
 59/5 89/20 95/21 103/5 117/12 117/18
 118/12 122/9 158/8 158/14
reviewed [23] 17/23 18/18 42/11 47/6
 60/1 60/3 70/6 72/1 72/3 72/19 75/20
 79/13 91/13 102/5 116/11 117/2 117/6
 120/21 131/16 154/21 154/24 158/7
 182/2
reviewing [3] 51/17 112/18 183/2
revoke [2] 197/7 197/9
rewards [2] 184/19 184/24
RICHARD [10] 1/3 1/17 3/7 6/16 17/16
 103/1 115/5 115/10 133/9 210/6
rid [1] 175/9
ride [3] 14/15 34/14 34/23
right [154] 4/19 5/5 5/24 6/15 7/3 9/24
 10/14 10/24 12/3 12/5 12/15 14/20
 14/25 15/6 16/6 19/5 19/9 19/25 20/18
 20/21 21/12 23/16 24/20 26/8 26/10
 26/20 27/5 28/10 30/21 30/25 32/13
 33/3 33/6 33/18 37/6 37/24 39/2 39/6
 41/13 44/22 45/5 47/23 49/17 51/3
 53/16 55/5 55/8 56/17 57/22 58/4 58/25
 59/23 60/8 60/13 62/10 63/8 64/14
 65/10 66/12 66/17 67/22 68/8 68/14
 68/15 71/6 71/10 71/19 71/21 71/24
 73/1 73/6 73/21 75/15 75/20 75/22
 75/24 79/17 81/1 82/7 82/11 83/7 83/22
 84/8 84/11 85/11 85/16 85/22 86/25
 87/19 87/21 88/2 88/5 88/9 92/14 93/1
 96/3 96/17 97/20 98/6 101/4 101/9
 102/13 102/22 103/24 104/6 105/18
 105/19 106/20 107/7 114/14 115/9
 118/5 126/9 127/3 139/3 140/1 140/19
 141/14 141/22 143/11 144/4 144/12
 144/22 144/24 150/3 151/3 167/11
 167/12 168/3 174/8 174/11 174/15
 175/14 177/16 178/20 184/25 187/24
 196/7 201/20 206/1 207/8 207/25
 208/16 212/21 214/17 217/1 217/4
 218/17 219/20 220/6 220/10 221/5
 221/13 222/2
rights [27] 10/20 12/19 13/3 22/2 22/23
 24/7 28/8 29/1 34/25 47/3 47/12 50/7
 61/24 70/5 72/6 84/7 94/14 94/20 96/16
 120/1 130/9 140/5 166/3 166/15 166/16
 198/25 212/18
rigid [1] 161/7
ring [1] 17/17
rise [1] 74/14
risen [1] 113/24
risk [10] 101/6 101/9 103/14 121/12
 121/15 143/1 156/18 156/19 172/7
 189/25
risks [2] 101/15 156/16
RMR [1] 1/24 223/18
ROBERT [4] 1/11 11/19 11/22 223/11
role [2] 43/13 43/14

rolled [2] 206/6 208/22
room [2] 193/16 198/16
rooming [1] 149/24
rooms [1] 20/21
rose [1] 105/4
rough [2] 81/16 82/22
roughly [2] 18/8 131/19
routine [1] 174/18
row [40] 19/7 20/18 20/19 21/2 21/2
 21/18 33/16 33/23 36/12 50/17 50/20
 58/19 59/10 66/5 67/7 88/24 94/21
 148/15 149/10 149/14 149/14 149/21
 149/23 150/3 150/6 168/18 172/19
 190/18 190/24 191/17 191/24 192/10
 193/15 206/6 207/22 208/18 208/23
 210/10 210/19 212/23
RP [1] 1/5
rule [1] 38/25
ruled [1] 38/15
ruling [3] 31/22 31/24 217/22
run [2] 41/7 123/24
running [1] 130/23
runs [1] 188/20
Rush [1] 40/6

**S**

s/Pamela [1] 223/18
sad [1] 66/24
safe [4] 183/17 184/6 189/24 195/12
said [61] 15/16 18/7 18/13 21/23 21/25
 23/19 27/4 32/3 33/9 33/13 33/13 48/1
 50/20 54/8 56/22 57/8 57/11 57/12
 60/25 63/6 65/6 68/7 68/10 78/17 79/17
 79/18 82/21 85/11 88/4 89/4 92/6 92/11
 93/1 94/14 100/3 106/6 112/2 120/3
 161/16 161/23 162/7 171/11 173/23
 173/23 176/11 184/12 203/25 205/23
 207/4 209/11 210/4 210/6 212/5 212/5
 213/8 213/20 214/2 217/17 217/18
 218/2 218/12
salient [1] 163/20
same [23] 37/21 59/6 119/14 130/2
 136/2 136/4 158/16 158/24 160/7 171/5
 172/5 172/12 174/17 186/5 201/2 203/2
 206/24 207/2 209/7 209/8 213/19
 214/18 223/7
SAN [3] 1/25 39/25 40/2
Sandra [1] 206/25
sane [2] 192/6 207/10
sanity [1] 84/16
Sasha [1] 176/19
satisfied [3] 8/11 22/16 141/3
satisfy [5] 10/19 146/4 201/14 201/21
 201/25
Saturdays [1] 37/14
Saunders [2] 17/16 17/19
save [5] 95/1 95/11 95/15 95/25 200/20
saved [1] 210/23
saw [21] 72/5 72/5 80/19 88/12 93/4
 98/15 98/19 106/22 109/7 117/10
 117/25 131/2 131/3 133/16 141/15
 143/17 143/25 145/13 147/18 166/2
 211/8
say [82] 14/15 15/7 16/23 18/8 19/6
 19/14 22/18 22/18 22/20 23/13 27/8
 34/1 34/5 34/8 36/21 37/5 40/20 49/25
 56/2 56/12 56/15 57/19 58/24 59/8
 62/14 62/23 65/14 65/24 72/11 73/7
 78/11 79/1 79/12 81/12 82/9 83/1 84/23
 85/1 87/24 90/9 91/15 92/19 97/7 99/20

 100/14 100/18 100/19 104/1 104/15
 115/11 123/20 128/3 128/9 129/7 129/18
 130/11 131/25 133/7 135/17 137/5
 138/7 141/6 145/2 146/16 146/19 150/4
 150/8 167/2 167/3 172/10 175/5 183/9
 191/6 193/2 193/6 203/20 204/12
 205/10 213/14 215/20 219/10 220/2
 220/13
saying [27] 6/12 6/13 14/6 14/23 22/20
 23/12 24/19 27/24 48/22 69/16 83/10
 83/16 85/14 97/10 99/11 103/16 103/18
 105/16 105/16 106/3 169/23 172/11
 174/15 176/21 204/8 218/23 219/8
says [13] 65/24 66/24 67/5 67/8 67/14
 81/3 94/17 95/8 103/1 167/6 167/11
 169/19 189/10
scan [1] 159/10
scanned [1] 36/16
scare [1] 37/4
scared [2] 188/3 188/4
scares [1] 214/19
scars [1] 67/23
schizophrenia [3] 135/19 136/7 156/17
school [2] 39/25 48/24
science [2] 39/23 40/2
scientific [1] 153/15
screamed [1] 37/25
screens [1] 87/9
Scripture [2] 211/22 212/1
se [3] 1/17 87/15 197/8
Sea [2] 211/2 211/9
sealed [1] 206/3
seat [1] 161/4
seated [5] 6/20 39/12 115/14 151/8
 178/25
second [18] 18/22 18/23 22/25 41/17
 68/21 80/15 80/24 92/16 97/9 141/15
 154/20 157/9 158/6 158/20 179/19
 219/6 219/22 221/13
secretary [1] 36/15
section [6] 20/23 20/23 21/1 21/3 57/22
 154/21
sections [1] 51/24
secure [1] 21/12
security [3] 67/6 67/13 188/8
see [94] 14/23 15/18 34/21 35/8 35/20
 37/20 42/12 43/24 49/22 55/20 56/9
 59/3 62/7 63/13 68/19 70/21 71/11
 72/20 73/5 73/17 75/15 75/16 77/4
 78/13 79/3 79/4 80/14 80/24 81/4 81/8
 81/19 82/15 82/20 82/21 83/21 84/7
 84/9 84/13 84/18 89/12 95/3 95/4 95/7
 95/8 95/12 97/14 99/2 105/3 105/12
 105/25 109/20 117/21 120/5 120/13
 122/20 125/10 131/22 132/24 137/8
 140/19 142/11 142/12 154/20 154/22
 157/1 157/2 159/8 164/9 166/9 170/9
 173/14 177/1 177/9 177/15 183/2
 186/15 189/2 193/7 193/10 199/15
 199/25 202/7 203/7 205/25 209/4
 209/16 209/19 211/1 211/3 211/11
 211/12 215/3 219/24 220/24
seeing [15] 42/17 67/22 68/13 129/23
 136/2 141/20 147/25 150/17 163/9
 207/1 210/7 211/4 211/9 211/10 218/3
seek [3] 7/11 29/13 30/17
seem [7] 73/15 119/9 130/23 140/20
 141/1 195/3 217/24

S

seeming [1] 124/5
seems [7] 75/13 120/7 149/2 163/19
195/3 218/22 219/9
seen [33] 4/24 35/6 45/24 60/5 61/25
63/9 64/13 64/14 67/7 71/3 79/21 85/15
88/10 94/8 98/22 102/1 102/2 109/7
112/6 119/4 120/21 132/16 133/6
145/14 147/6 147/17 149/13 149/14
149/15 149/21 158/16 158/19 199/8
seg [4] 50/16 50/19 57/8 192/16
segregation [2] 192/11 193/5
select [1] 135/25
self [15] 44/1 44/4 44/10 47/1 47/8 49/22
63/25 70/8 79/19 124/4 124/4 124/4
131/1 151/17 187/4
self-defeating [1] 187/4
self-destructive [1] 131/1
self-employed [1] 151/17
self-harm [1] 63/25
self-harming [1] 44/10
self-injurious [6] 44/1 44/4 47/1 49/22
70/8 79/19
self-reporting [1] 47/8
self-value [1] 124/4
self-worth [1] 124/4
Selima [1] 212/22
seminal [1] 152/2
Senator [2] 19/8 209/9
send [2] 70/1 204/10
sends [1] 175/7
Senior [1] 36/15
sense [16] 49/15 108/11 124/4 126/14
126/18 133/16 134/25 142/15 143/23
148/2 159/5 166/8 187/3 187/12 188/20
196/6
sensitive [1] 192/17
sent [6] 42/4 59/13 72/2 72/25 123/5
216/12
sentence [10] 11/25 28/11 28/21 28/22
30/14 57/7 68/25 91/24 94/20 95/8
sentenced [5] 23/8 33/18 208/12 208/14
212/7
separate [2] 85/23 86/1
September [6] 12/21 16/11 19/9 19/10
72/16 118/3
September 30th [1] 12/21
September 4th [1] 118/3
Sergeant [1] 205/3
sergeants [1] 211/15
series [3] 71/23 144/1 144/18
serious [4] 27/3 27/3 110/7 111/19
seriously [4] 29/21 36/4 217/7 220/18
seriousness [1] 204/4
service's [1] 64/14
Services [2] 13/18 66/16
SESSION [1] 3/2
set [9] 30/17 59/13 105/12 106/11
127/12 171/15 171/16 211/6 219/14
sets [1] 145/2
setting [4] 133/2 183/15 184/5 189/24
settled [1] 28/1
seven [2] 72/18 220/25
seventh [1] 179/21
several [10] 25/14 40/16 43/25 48/6
48/18 54/14 79/16 120/21 158/17
188/14
severe [8] 77/16 78/24 99/23 105/5
109/25 125/5 125/6 150/5
severely [1] 191/22

severity [1] 113/20
sex [2] 155/23 221/5
Sexually [1] 208/15
shame [2] 219/13 221/5
shape [1] 163/8
shaped [1] 164/22
share [2] 209/2 218/6
shares [1] 183/24
shave [1] 167/13
SHAWN [4] 1/15 3/11 75/23 207/10
she [34] 34/13 34/17 34/18 34/20 34/20
34/21 36/9 37/6 37/14 37/14 37/21
37/22 37/24 37/24 67/12 102/16 102/25
176/18 206/4 206/25 207/2 207/4 207/6
207/6 212/23 214/8 214/8 219/9 219/9
219/12 219/12 219/18 219/21 219/23
she'll [2] 37/5 37/15
she's [9] 26/8 26/8 34/13 34/18 37/1
37/12 102/15 102/16 102/22
sheer [1] 147/7
shifts [1] 163/8
shit [4] 76/13 84/17 207/17 214/14
shoe [2] 213/3 220/13
shoes [1] 220/13
shoot [2] 152/15 214/21
short [3] 63/2 63/7 67/23
short-term [1] 63/7
Shorthand [1] 223/3
shot [3] 4/13 206/11 208/16
shoulder [1] 187/25
shouldn't [5] 133/25 189/19 208/17
212/1 221/11
shout [2] 37/13 37/13
shout-out [2] 37/13 37/13
show [19] 5/2 11/10 11/24 66/14 67/18
68/16 70/17 72/18 75/7 97/11 115/24
160/7 160/18 174/14 176/20 177/3
208/7 208/7 211/5
showed [4] 90/24 156/5 160/2 161/12
shower [4] 21/1 21/2 167/13 167/13
shown [1] 77/17
sick [1] 76/15
sicknesses [1] 176/22
side [9] 18/14 18/14 35/12 41/2 41/5
41/8 41/10 45/16 54/17
sides [2] 32/4 217/11
sight [2] 17/12 18/15
signature [6] 157/1 158/25 159/1 162/6
162/16 163/23
signed [2] 80/20 80/23
significance [11] 121/22 121/24 123/7
131/18 131/21 144/25 147/15 148/3
148/5 186/21 197/11
significant [12] 106/13 109/11 110/2
111/3 125/12 127/16 146/11 146/13
148/19 149/2 169/25 189/6
significantly [3] 46/4 138/14 145/17
signs [2] 161/20 183/3
similar [5] 40/15 50/16 54/9 81/17
182/25
similarly [2] 55/1 124/3
Simmons [1] 214/25
simple [2] 15/5 145/10
simply [7] 13/24 52/16 125/10 144/21
150/3 218/12 218/19
since [30] 8/25 9/7 9/11 16/11 37/17
40/9 46/22 51/17 58/23 59/4 63/24 74/3

74/21 79/18 87/19 88/10 97/18 98/25
100/4 105/9 114/14 130/8 140/25
143/25 155/5 160/13 182/3 205/13
207/21 210/16
single [3] 20/21 155/2 190/18
single-man [1] 20/21
sinus [1] 77/8
sinuses [2] 76/1 76/4
sir [60] 6/11 7/6 8/16 11/6 11/12 11/13
11/16 12/4 12/17 12/21 15/11 15/23
16/5 16/11 16/15 17/4 17/18 17/22
22/15 24/2 25/19 28/16 28/24 29/17
29/25 30/5 30/8 31/12 32/19 34/16 38/3
53/17 54/21 54/23 55/24 61/5 62/5 64/2
64/19 65/15 66/18 68/9 71/20 72/4 72/9
72/23 80/22 88/3 102/6 115/7 115/8
150/20 167/19 175/13 175/18 176/9
179/5 180/18 202/15 221/25
sit [5] 174/8 204/11 207/7 207/18 213/13
sits [2] 173/16 189/10
sitting [5] 13/13 113/10 174/24 206/17
212/22
situation [34] 19/7 19/13 19/14 19/16
21/18 22/11 23/2 27/10 33/20 58/7
58/14 59/21 65/12 73/8 78/3 105/9
126/17 129/12 133/5 136/1 141/21
145/8 150/14 165/17 165/24 166/25
168/19 169/3 170/13 171/25 172/19
177/17 200/18 204/21
situations [6] 124/10 129/11 158/5
161/11 162/24 164/3
six [9] 20/20 20/21 21/7 98/13 98/13
156/20 160/1 174/13 212/14
sixty [1] 212/14
sixty-six [1] 212/14
skeletal [1] 194/17
skeptical [3] 200/15
skills [9] 14/18 158/2 162/3 164/14
164/14 164/15 176/14 186/22 193/4
skin [1] 33/21
skinny [1] 107/9
sky [3] 211/1 211/7 211/8
sleep [2] 192/19 195/4
sleeping [1] 43/11
sleeves [3] 67/20 67/21 67/23
slightly [1] 171/5
slights [1] 183/10
slim [1] 50/12
slit [4] 67/2 187/25 188/1 210/18
slot [2] 190/19 190/19
small [6] 51/19 51/24 64/23 105/21
163/14 163/14
Smith [17] 13/7 13/22 16/19 17/2 17/20
17/24 18/23 19/4 19/7 20/8 20/11 20/16
21/23 21/25 25/11 26/14 205/4
smoke [1] 185/2
snapped [1] 67/14
snapping [1] 81/7
so [396]
so-called [1] 192/12
social [3] 42/20 191/21 196/3
socially [1] 191/18
sole [1] 52/17
solely [1] 99/24
solitary [1] 192/15
Solomon [1] 220/19
solve [2] 125/25 165/6
solving [2] 158/2 164/15
some [100] 7/24 14/20 18/5 18/7 19/25
20/4 20/8 23/19 24/8 24/14 24/23 25/3

Case 6:19-cv-00024-RP   Document 216   Filed 08/29/19   Page 25 of 258

**S**

some... [88]  25/3 32/2 35/13 35/15 42/7 43/2 44/18 46/17 48/11 49/25 51/15 55/10 60/2 67/1 73/8 75/18 79/15 81/21 86/5 90/18 91/9 98/15 99/14 99/15 100/24 103/12 104/19 104/20 106/24 109/14 109/14 109/21 109/22 111/21 113/22 114/17 120/22 124/24 125/2 127/1 131/4 131/5 131/6 131/7 134/16 135/10 136/11 137/3 137/5 137/7 138/9 138/19 144/7 145/12 156/1 159/17 162/13 162/24 164/17 166/25 168/25 170/1 171/6 177/25 177/25 182/7 183/18 184/17 185/8 185/9 185/9 185/9 186/18 192/20 192/20 192/21 193/10 194/16 198/13 198/23 198/25 199/3 199/7 200/10 203/4 205/17 220/5 220/22

somebody [17]  32/24 35/21 55/11 81/22 83/25 93/13 113/19 123/23 132/2 132/9 132/19 144/23 145/10 162/8 184/4 205/16 216/15

somebody's [1]  48/4

somehow [2]  189/22 218/4

someone [36]  27/10 31/7 32/24 36/3 58/19 62/21 77/19 83/21 86/3 108/8 108/10 111/13 126/6 132/4 132/21 136/3 149/23 157/11 165/23 167/24 168/1 168/6 168/15 168/23 169/9 171/13 172/1 172/6 172/12 177/22 189/18 192/13 192/22 201/2 201/5 211/24

someone's [2]  62/24 106/16

something [54]  8/7 13/6 13/19 13/20 15/16 15/17 18/11 18/14 19/2 25/20 32/23 32/25 33/19 33/25 34/5 34/6 34/7 37/5 46/25 48/23 56/10 57/17 65/10 74/12 77/12 77/14 78/12 83/13 83/24 84/21 103/3 103/6 103/24 103/24 118/20 125/11 130/3 145/16 149/24 161/17 177/5 178/6 178/7 187/10 199/8 200/6 204/8 205/1 211/5 214/12 214/13 214/22 217/18 219/15

sometimes [27]  8/18 16/2 24/8 24/9 32/4 48/6 48/14 58/9 63/19 63/19 69/13 74/11 82/17 85/5 85/17 85/18 85/24 86/7 86/9 87/8 89/18 91/4 92/6 113/25 123/24 203/15 204/4

somewhat [2]  47/4 50/19

somewhere [3]  16/25 83/25 88/12

son [1]  207/2

son's [1]  212/11

soon [3]  32/15 191/22 220/8

sorry [33]  14/13 53/14 54/5 61/18 64/23 70/18 75/21 76/21 77/1 80/10 80/12 86/19 94/11 95/6 102/16 102/16 102/18 104/9 117/23 119/17 120/3 120/17 122/15 139/21 148/7 167/10 167/11 179/21 180/20 181/4 193/23 194/21 194/22

sort [35]  4/5 8/20 10/7 25/9 44/9 49/10 81/21 89/18 91/9 108/11 127/18 127/25 128/5 130/2 131/1 131/4 133/23 137/3 140/3 140/10 140/24 145/24 146/18 158/1 158/4 161/24 163/6 164/9 182/25 185/18 187/21 192/19 195/24 198/19 201/1

sorting [1]  162/25

sorts [6]  48/11 128/18 128/24 129/3 140/10 145/9

sound [3]  12/3 16/24 31/4

Soundproofing [1]  2/15

span [2]  43/8 110/6

speak [9]  38/5 45/18 59/20 174/9 180/20 205/16 206/16 213/13 213/25

speaking [6]  75/23 75/24 76/16 129/8 174/25 192/14

speaks [1]  145/20

specialization [1]  100/13

specializes [1]  53/23

specialties [1]  100/13

specialty [4]  40/3 100/17 115/21 179/13

specific [15]  64/16 75/5 91/16 99/18 135/16 135/19 135/25 136/7 137/18 155/22 156/25 161/6 162/17 162/23 165/12

specifically [8]  62/8 72/17 90/6 96/7 101/2 156/17 160/18 169/10

specifics [1]  127/1

specified [8]  86/4 87/12 87/13 87/14 135/10 135/20 136/5 136/14

spectrum [27]  97/2 103/23 104/4 104/16 104/20 104/24 105/17 105/22 106/5 106/15 106/24 107/11 109/12 109/13 110/24 111/5 111/22 111/25 112/3 125/17 127/4 163/15 164/4 169/11 176/12 182/11 182/20

speculate [1]  190/8

speech [1]  101/11

spelling [1]  160/25

spend [2]  14/22 57/10

spent [3]  40/6 53/15 159/25

spiritual [4]  37/7 48/18 206/20 212/22

spoke [6]  44/12 59/19 210/5 211/22 213/15 214/7

spoken [1]  31/19

spot [2]  103/2 205/6

spotty [1]  162/12

spout [1]  89/1

spread [1]  209/2

sprinkled [1]  159/21

Sprouse [2]  100/21 101/15

Sprouse's [3]  100/9 100/16 100/21

spur [1]  32/7

square [1]  43/1

stab [1]  214/21

stability [1]  78/14

stable [4]  78/20 112/11 113/17 113/19

staff [5]  65/6 186/15 205/14 205/15 211/24

stage [1]  110/23

stakes [1]  8/9

stance [1]  95/23

stand [15]  6/15 13/16 23/10 37/2 37/5 37/15 115/5 133/24 167/1 176/11 205/19 206/7 210/5 212/4 212/16

standard [2]  88/15 160/11

standards [1]  206/24

standing [6]  34/14 58/9 66/2 159/19 211/15 211/16

stands [4]  34/20 37/19 136/14 142/7

start [6]  10/11 47/3 86/19 97/10 121/8 184/2

started [5]  37/17 72/16 76/2 126/22 187/5

starting [1]  155/1 210/25

starts [2]  64/21 187/9

state [27]  3/22 8/21 12/7 12/15 14/1 14/3 15/7 15/21 19/8 24/18 30/17 39/16 52/4 53/8 64/7 84/14 140/13 152/4

statement [2]  137/15

states [14]  1/1 12/2 28/14 66/6 86/15 86/20 122/25 194/19 194/24 195/2 195/4 195/5 195/6 223/11

static [1]  103/25

stating [2]  65/5 185/18

station [1]  37/13

status [2]  88/2 91/18

stay [4]  13/8 210/22 210/22 210/22

stayed [2]  14/21 14/21

steel [1]  214/20

stems [1]  67/5

stenography [1]  1/22

stenotype [1]  223/7

step [1]  79/20

stick [2]  103/19 200/13

still [28]  4/9 7/1 7/5 14/3 14/5 20/5 28/13 30/21 47/4 73/8 74/10 87/22 95/15 97/20 103/10 106/16 108/17 112/13 113/23 144/14 178/12 185/19 194/21 201/10 209/21 211/19 214/16 214/18

stimuli [1]  192/17

stood [10]  34/13 37/24 56/16 106/7 107/3 107/15 112/4 145/16 207/4 213/21

stop [10]  10/25 22/25 34/12 66/7 93/18 184/2 184/11 188/9 188/18 218/18

stopped [2]  210/13 218/24

stops [2]  184/4 187/3

straight [2]  19/5 34/11

strategy [1]  162/25

stream [1]  198/22

strengths [3]  154/7 157/2 162/14

stress [5]  46/5 124/15 169/6 173/19 210/7

stressed [5]  65/1 70/24 70/24 195/5 195/5

stressful [1]  134/21

stressor [1]  79/8

stressors [3]  128/19 128/21

strike [6]  70/16 83/13 96/21 98/11 153/12 211/23

striking [2]  158/23 210/8

stripped [1]  168/4

strong [1]  106/4

struck [3]  147/19 147/22 200/18

structure [3]  103/11 110/16 110/18

struggled [2]  63/1 74/11

struggling [2]  220/15 220/17

stuck [2]  172/13 172/14

study [1]  208/25

stuff [4]  33/21 127/25 142/25 214/21

style [1]  48/3

sub [2]  137/2 144/22

subject [1]  78/10

subjective [3]  64/25 65/25 202/1

submit [3]  53/7 216/2 217/15

submitted [4]  41/23 51/20 52/15 53/10

subsequent [2]  139/15 139/23

subsequently [3]  139/22 145/20 156/4

subspecialty [2]  40/7 153/22

substance [5]  137/3 137/6 137/9 137/12 137/12

substances [1]  137/8

substantial [6]  109/12 109/15 110/2 110/2 125/22 144/9

substantially [7]  41/19 50/6 69/21 96/15 112/17 140/7 150/6

S

such [18]  4/10 4/11 4/12 29/21 40/11
41/19 44/1 106/13 114/25 125/11
125/12 127/20 135/2 142/14 145/2
183/3 192/23 193/1
suddenly [1]  157/6
suffer [2]  192/19 207/1
suffered [1]  63/6
suffering [7]  41/18 73/8 136/18 137/16
171/17 179/17 192/13
suffers [3]  132/20 168/16 171/20
sufficient [5]  45/5 45/7 45/10 111/16
113/1
sufficiently [1]  69/19
suggest [4]  25/10 90/17 119/13 144/8
suggested [2]  156/2 186/16
suggesting [1]  79/7
suicidal [5]  66/1 69/11 69/14 131/1
210/4
suicidality [1]  126/11
suicide [5]  67/3 129/20 130/22 174/7
210/17
summarize [1]  155/3
summary [1]  50/25
sun [1]  211/6
Sunday [1]  194/25
sunset [1]  211/1
supervision [1]  110/13
support [7]  35/13 96/13 146/11 146/13
146/18 146/20 206/23
supports [2]  37/14 48/12
suppose [3]  186/17 187/5 195/19
supposed [2]  67/9 212/10
Supreme [5]  12/2 27/8 28/14 28/19
30/12
sure [50]  4/16 6/6 6/13 8/10 9/1 20/13
22/7 23/1 23/1 23/1 26/12 26/22 26/24
27/6 27/15 29/1 31/4 31/9 38/12 39/21
46/7 64/5 66/22 68/5 68/22 76/23 83/4
84/25 105/24 107/20 137/17 141/4
144/12 148/8 148/8 148/8 154/14 167/9
168/5 173/21 176/9 178/10 194/5 198/3
202/13 204/20 212/19 213/1 216/4
220/22
surgeries [1]  42/24
surprising [2]  132/1 148/14
surveillance [1]  58/8
suspect [2]  196/22 219/11
suspicion [1]  156/6
sustain [1]  77/15
switch [1]  120/19
switches [1]  189/8
swore [1]  213/22
sworn [9]  6/15 6/17 39/6 39/9 115/9
115/11 151/3 151/5 178/22
symptom [2]  55/13 136/23
symptomatic [25]  44/21 45/17 46/23
47/4 47/9 47/10 49/19 50/5 50/21 55/15
60/14 62/18 63/4 63/20 69/10 69/17
69/19 69/20 70/1 70/8 77/13 77/20
78/22 78/25 79/16
symptomatically [5]  44/1 74/15 78/16
78/18 79/5
symptomatologies [1]  87/23
symptomatology [7]  70/7 73/9 81/12
82/10 83/2 85/14 130/12
symptoms [16]  63/2 73/25 77/18 79/10
86/9 86/10 86/16 86/21 109/14 136/3
136/12 136/22 137/8 137/16 169/13
194/17

syndrome [22]  97/12 97/17 97/23
103/5 108/8 121/6 107/16 126/18
156/3 156/8 156/19 157/3 157/23
157/25 159/2 162/9 163/20 164/21
164/25 170/11 182/11 184/1
system [8]  14/4 15/21 23/23 24/14 34/23
49/23 58/19 107/1

T

table [2]  131/17 139/18
TABLER [134]  1/3 1/17 3/8 3/13 3/20
4/20 5/22 5/25 6/6 6/9 6/10 6/14 6/16
6/24 7/8 7/14 7/19 8/3 15/6 26/21 30/9
30/16 35/1 38/7 41/15 42/2 42/4 42/12
43/18 46/9 46/15 48/1 48/11 51/1 52/12
53/15 55/23 56/9 56/15 56/24 57/5
57/21 59/15 59/16 61/1 61/10 61/21
62/8 63/24 65/13 66/9 66/22 67/17 70/5
70/14 71/22 72/14 73/7 74/1 75/1 75/11
75/17 76/19 77/7 78/9 79/4 80/20 81/18
81/20 84/14 87/16 90/9 91/4 92/19
94/14 94/16 95/14 95/22 97/11 100/23
101/3 104/16 106/13 110/12 116/24
117/1 117/21 119/4 120/25 121/15
122/6 122/21 123/13 126/6 129/8
129/10 130/11 134/9 143/8 147/6 149/1
154/7 155/23 156/21 158/9 159/7
164/10 165/12 168/15 170/12 171/10
171/14 171/19 172/9 181/21 182/13
183/15 185/16 186/15 189/10 190/6
190/14 190/23 192/23 192/24 193/13
195/17 196/16 199/15 203/8 203/10
216/11 217/4 221/22
Tabler's [21]  40/15 52/15 62/13 108/15
109/20 111/19 131/18 138/22 147/5
150/4 163/18 181/1 182/10 183/2 185/4
186/22 189/5 190/13 191/15 196/3
198/18
Tai [5]  60/22 61/4 61/11 61/14 206/21
TaiChin [1]  208/21
take [62]  15/19 32/9 33/22 34/18 34/19
36/3 37/21 72/7 75/6 75/8 75/25 76/4
76/8 77/14 79/20 93/18 93/19 94/4
96/13 108/7 110/18 116/14 126/3 129/4
129/4 130/3 131/4 133/17 150/9 163/16
166/25 168/5 170/7 171/6 171/21
172/18 173/6 175/4 175/24 176/20
176/24 177/3 189/9 197/18 207/25
207/25 208/1 208/3 208/11 209/14
211/24 213/24 214/2 214/6 214/13
214/22 215/10 215/12 215/15 217/7
218/19 221/1
taken [8]  60/7 66/11 93/22 173/25 176/5
203/14 209/13 213/23
takes [2]  36/14 130/7
taking [10]  36/1 52/11 76/12 77/2 77/7
77/23 131/20 131/20 162/19 220/17
talk [49]  11/2 11/4 20/7 22/1 22/6 22/12
22/19 25/20 26/22 27/6 27/25 31/4
35/17 35/17 36/9 37/5 48/20 48/24
59/23 61/15 79/15 86/13 120/19 121/7
124/24 125/2 125/2 125/3 126/22
126/25 133/5 140/7 140/15 140/25
142/5 167/23 168/11 174/21 174/2 175/2
178/2 182/9 183/15 192/9 206/7 206/15
206/16 207/7 208/19 208/19
talked [31]  30/20 31/1 31/14 31/17 34/4
37/6 46/1 46/13 47/24 48/18 56/13
58/18 59/7 59/7 60/9 60/10 61/1 61/10
71/11 73/13 73/16 74/1 79/6 83/8 103/1

126/24 145/14 162/20 163/10 164/17
171/20
talking [42]  11/20 14/2 16/12 16/18
17/10 19/20 20/15 24/19 31/3 32/18
36/18 55/21 66/5 66/9 69/23 76/17
77/22 79/23 93/8 95/5 95/14 99/13
129/7 132/6 132/14 133/9 133/13 134/2
135/9 139/17 139/18 140/14 140/18
141/17 141/18 141/19 143/23 146/2
149/17 164/20 167/22 186/24
talks [8]  63/15 80/25 101/6 101/15
129/22 144/14 204/24 211/23
tall [3]  106/23 107/7 107/12
targeting [1]  77/18
task [2]  42/2 163/7
tasted [1]  76/13
taught [1]  60/20
TDC [9]  14/17 33/17 35/8 35/16 167/16
206/1 208/22 209/14 210/23
TDCJ [6]  24/18 24/20 75/14 182/6
205/15 206/4
TDS [1]  13/18
team [1]  211/16
tears [1]  211/18
Technically [1]  13/5
telephone [3]  6/2 214/8 214/8
tell [40]  8/13 8/19 8/23 13/9 14/10 18/2
20/10 24/12 25/13 25/14 32/20 34/11
37/4 37/19 37/24 38/1 40/17 84/1
133/24 161/3 179/12 182/5 182/12
182/18 183/7 186/11 187/20 192/11
197/11 201/14 203/19 205/1 206/21
207/5 207/9 213/22 218/5 218/13
218/16 220/1
telling [7]  15/12 20/10 20/16 36/7 83/21
89/13 212/8
tells [5]  34/20 173/16 212/1 213/12
221/10
temporal [6]  184/12 184/16 184/18
185/7 185/20 201/18
temporary [1]  144/8
ten [17]  25/7 51/18 59/5 72/10 131/19
166/18 189/8 189/8 189/8 190/25
190/25 200/6 202/7 202/8 215/25
216/14 221/22
ten-minute [3]  215/25 216/14 221/22
tender [1]  208/1
tends [4]  104/24 109/18 121/17 199/6
term [5]  63/2 63/7 77/21 88/18 162/12
terminate [1]  29/10
terminated [1]  29/9
terms [19]  5/10 28/3 44/23 69/17 72/6
95/18 119/3 120/1 147/23 160/12
160/14 163/15 164/10 166/15 166/20
184/24 187/12 191/23 218/9
test [14]  89/14 90/24 93/4 93/7 93/10
99/24 100/7 110/9 125/13 161/14
161/15 161/18 163/1 164/11
Testament [7]  211/23 212/9 212/10
212/10 212/11 212/15 212/15
tested [1]  91/11
testified [9]  6/18 39/10 40/22 40/23
115/12 151/6 178/23 179/15 183/1
testimony [7]  108/2 117/15 124/21
130/15 130/17 133/15 162/11
testing [32]  83/18 83/20 83/21 89/9
89/12 89/16 90/5 90/6 90/10 90/22
91/13 93/14 109/20 125/7 125/9 125/22
155/18 156/4 157/8 157/10 157/17
157/19 157/20 158/9 158/14 159/13

**T**

testing... [6]  159/14 159/18 159/21
159/25 160/6 160/9 160/12
testings [1]  160/6
testosterone [1]  156/12
tests [7]  89/15 90/25 159/17 159/18
159/19 162/24 164/10
tether [1]  192/5
TEXAS [17]  1/1 1/7 1/25 3/23 12/1
13/18 24/18 24/20 39/21 40/1 57/3
59/14 94/17 149/14 149/22 177/19
223/12
textbook [1]  157/7
texts [1]  99/4
than [48]  8/8 21/8 24/10 43/17 46/3 50/9
72/24 77/12 77/20 78/2 84/1 84/16
88/15 93/14 100/13 100/17 106/3
109/12 119/22 136/3 136/13 141/7
142/10 144/8 144/15 145/8 145/10
145/11 149/25 150/3 150/5 150/6
157/21 161/8 164/14 171/7 182/20
184/19 185/4 185/5 191/16 195/17
197/20 197/21 198/21 199/20 199/22
208/19
thank [78]  4/2 4/18 4/19 4/23 5/3 5/4
5/23 6/20 12/12 34/16 38/3 38/16 39/2
39/12 41/12 46/7 49/2 50/24 51/10
51/13 52/1 52/20 52/23 65/19 76/18
76/19 98/3 114/5 114/8 114/13 115/4
116/15 116/18 118/7 122/13 137/20
137/22 137/24 146/22 148/6 150/18
150/21 150/24 151/8 167/19 170/21
170/22 170/25 175/13 175/17 175/19
175/22 175/23 176/4 178/14 178/16
178/25 180/7 180/16 181/19 182/8
186/9 189/4 190/11 197/25 198/11
202/16 202/17 202/20 211/12 214/1
215/18 215/20 216/21 217/2 221/19
222/1 222/2
Thanks [1]  10/16
that [1631]
that -- well [1]  27/8
that's [168]  5/8 6/3 8/11 9/20 10/21 14/1
15/24 16/2 16/3 19/18 20/6 20/13 22/5
23/2 23/4 23/9 23/10 27/18 29/6 29/12
31/6 31/6 31/16 33/24 34/8 34/17 44/6
48/15 49/21 52/14 55/24 57/13 57/23
57/24 58/11 59/21 59/10 59/10 60/20
63/19 66/13 69/4 70/20 72/22 72/24
73/12 74/5 75/5 76/4 76/11 76/16 77/2
77/9 77/19 78/6 78/12 78/16 81/23
82/13 83/17 83/24 84/7 85/8 85/21
87/16 90/19 91/3 92/7 92/20 93/9 93/15
94/5 96/5 96/17 99/4 100/8 100/15
100/19 100/19 102/17 103/21 105/2
105/20 106/6 111/24 112/7 112/13
114/2 114/11 117/20 118/1 118/4 118/6
125/9 127/12 128/11 128/11 129/17
131/2 131/13 131/14 137/13 137/23
139/2 141/11 141/18 143/2 143/2
146/10 148/6 148/9 150/5 150/10
150/16 155/4 159/12 161/24 162/5
162/16 168/4 168/7 169/1 169/16
169/16 170/5 170/16 173/1 173/18
174/1 174/5 174/6 174/8 176/3 177/21
178/10 184/4 189/14 189/19 191/8
191/11 191/23 194/5 196/9 196/10
197/16 199/8 201/8 201/10 202/1
202/12 206/3 212/8 212/9 212/9 212/17
213/20 213/22 215/13 216/4 216/5

216/21 217/10 218/4 218/25 219/1
219/9 220/19 222/15
their [44]  21/17 26/1 36/4 37/20 48/7
58/20 60/7 82/18 87/10 87/11 91/16
106/17 108/19 109/18 111/17 113/21
127/5 133/14 141/9 149/6 149/19
149/24 149/24 160/9 168/21 175/3
179/17 182/22 185/22 189/22 192/19
193/8 201/3 205/21 206/23 208/20
209/19 214/22 215/4 215/4 215/10
216/20 217/2 218/19
them [83]  5/2 15/9 15/10 15/18 18/10
21/13 21/15 23/15 35/13 35/15 37/8
48/5 51/15 51/25 59/5 60/2 60/7 64/17
66/13 69/2 74/10 81/21 82/3 82/4 91/12
91/21 94/8 97/7 98/10 102/9 102/10
111/14 111/15 117/10 128/1 128/1
128/2 128/8 128/9 135/12 140/25 141/5
141/8 147/21 148/20 155/3 159/23
160/10 165/23 168/25 169/7 171/6
171/11 171/15 171/17 171/18 175/2
177/24 184/4 185/2 185/13 185/20
185/21 190/17 192/5 199/11 200/20
201/10 203/4 204/24 205/5 205/6 205/6
206/16 206/16 208/1 208/1 208/2 208/2
208/13 208/19 208/19 215/7
themselves [4]  124/11 128/10 148/17
193/7
then [106]  7/8 7/13 7/21 14/3 15/25 16/7
16/17 16/18 17/1 17/20 19/7 20/9 29/19
34/23 36/17 39/24 40/3 40/9 42/11
42/18 42/18 43/5 43/13 46/8 53/23 55/9
55/13 60/7 64/21 69/2 69/21 70/11 71/1
71/23 72/7 77/23 82/10 86/8 87/6 87/10
90/20 91/24 93/20 93/22 103/13 111/24
113/18 119/1 121/25 122/1 123/24
124/13 126/20 127/9 128/4 128/16
131/5 132/25 135/16 135/19 139/16
140/2 141/9 141/13 141/18 142/3
143/14 144/23 147/22 153/25 158/21
159/19 162/3 162/15 163/1 164/16
165/19 165/23 167/4 168/24 169/22
169/22 173/14 176/5 182/3 186/19
187/7 195/7 195/24 195/25 196/12
199/20 200/13 200/16 201/12 201/13
201/22 202/5 205/17 205/18 205/23
209/18 215/24 215/25 217/11 222/3
there [177]  9/4 11/2 15/15 15/16 16/25
17/21 18/18 18/19 19/20 20/15 20/25
23/13 23/22 23/24 24/3 24/13 24/22
24/25 25/1 25/15 25/17 25/23 29/12
33/12 34/1 35/12 36/3 38/24 39/4 43/8
45/19 47/1 47/8 47/19 47/24 48/10 51/5
51/21 51/22 51/22 55/15 57/3 61/7
62/25 63/18 63/24 65/24 68/11 68/11
70/11 72/1 74/13 75/11 75/13 76/14
77/5 78/5 78/15 78/17 80/24 82/16 84/15
84/20 87/9 90/7 90/11 90/14 92/4 92/10
95/3 96/14 100/24 109/1 109/2 109/5
109/6 109/14 110/14 110/25 113/7
113/12 117/8 118/24 118/25 118/25
120/22 121/22 123/1 123/7 123/22
125/14 127/13 131/17 131/17 131/17
132/7 132/16 135/17 135/19 138/8
138/10 139/13 139/16 139/17 140/7
140/14 141/6 141/10 141/15 144/2
149/22 155/3 157/14 157/20 158/8
158/21 159/6 159/8 159/9 159/10 160/2
161/6 161/24 162/11 164/6 164/13
164/20 167/8 168/9 168/20 169/15

169/20 170/4 170/4 172/9 172/20
186/23 187/10 189/10 191/15 191/19
191/20 193/20 194/8 195/16 198/22
198/24 198/25 199/14 201/12 201/13
201/23 202/5 203/17 204/11 204/19
207/11 207/12 207/15 208/16 208/18
210/4 210/5 210/25 211/16 211/22
212/4 212/21 213/15 214/12 214/17
219/13
there's [77]  9/16 9/25 17/8 20/22 20/22
26/17 28/20 30/11 33/14 33/16 34/11
35/13 36/22 39/18 46/17 60/1 89/14
103/3 104/25 105/18 123/11 123/22
124/3 124/8 124/13 125/11 127/15
129/4 130/20 130/21 131/9 135/17
136/10 141/4 143/22 143/24 144/1
149/24 154/20 154/25 154/25 156/12
156/25 157/17 157/18 157/24 158/18
159/18 159/19 164/16 168/2 168/20
169/24 170/1 170/2 183/18 185/8 187/9
187/10 191/13 191/14 193/8 193/11
196/13 201/20 202/3 208/18 212/13
214/12 215/8 217/14 218/20 219/8
220/11 220/11 221/5 221/6
therefore [4]  52/13 95/10 144/25 182/22
these [87]  19/4 24/1 26/24 28/2 28/8
29/23 30/2 32/6 33/22 43/25 47/8 48/22
52/3 52/4 52/9 60/3 64/8 65/11 65/13
66/10 69/1 71/9 71/12 71/14 73/25
74/10 77/23 78/20 78/23 78/23 80/2
81/11 81/20 82/1 82/4 82/6 88/25 92/5
95/20 99/18 101/15 102/14 112/14
122/1 122/4 125/2 125/3 125/16 126/1
126/11 126/15 128/16 129/11 129/11
132/23 132/25 134/5 134/6 134/9
138/11 142/1 142/4 143/1 144/25
148/13 161/20 162/24 169/7 169/12
173/17 174/22 174/24 190/9 191/10
195/16 196/5 199/15 199/24 205/17
206/7 206/13 208/17 209/23 210/9
214/2 214/22 215/2
they [129]  9/2 9/2 13/17 13/18 13/19
13/19 14/7 14/7 14/9 14/16 15/13 15/16
18/15 21/11 24/9 26/2 29/9 33/17 35/14
36/4 36/16 36/17 43/2 48/5 48/19 50/4
52/19 55/11 58/2 59/13 65/1 69/12
74/12 76/1 76/2 76/9 76/10 76/12 82/18
82/19 83/25 87/8 94/18 96/12 99/21
105/7 105/9 105/10 123/22 124/10
124/17 124/18 127/7 128/3 128/7 128/7
128/8 128/9 135/2 141/10 141/10
142/16 145/1 145/2 147/21 148/16
156/4 157/13 158/23 158/24 160/6
160/7 160/10 161/4 163/19 167/4 172/6
172/23 174/14 174/15 176/11 182/5
182/16 184/2 184/2 184/3 184/23
185/22 189/2 189/13 192/21 193/8
193/9 193/10 193/11 195/14 195/17
195/25 198/4 198/5 200/21 205/20
206/9 206/21 206/22 206/22 206/24
208/14 208/16 209/4 209/19 210/4
212/5 212/5 212/24 212/24 213/3
213/24 214/4 215/3 215/4 215/5 215/7
215/8 215/11 216/20 217/16 221/11
221/11
they'll [1]  123/24
they're [14]  15/18 25/25 124/6 125/17
127/6 127/8 136/2 149/20 169/15
185/21 192/18 197/19 208/14 213/2

**T**

they've [6]   26/3 148/21 174/15 193/9
203/15 216/19
thing [29]   9/18 10/5 25/23 32/13 49/3
49/16 56/22 83/23 86/13 125/10 127/15
130/2 135/7 155/2 156/24 159/15 161/8
163/7 164/15 168/8 169/2 169/16
171/25 173/24 193/16 210/24 217/8
218/16 219/6
things [115]   9/20 14/7 14/18 19/22 19/23
19/25 20/8 20/14 21/23 21/24 22/10
23/19 23/20 23/22 23/24 24/3 24/8 24/9
24/13 24/14 24/15 24/22 24/23 25/3
26/25 27/20 31/17 32/2 32/10 33/9
41/14 43/11 49/15 51/17 63/25 71/5
71/9 72/8 81/11 82/1 82/6 82/14 83/22
84/15 85/6 86/23 87/1 89/16 95/19 96/9
101/7 101/10 101/15 108/15 110/6
121/24 124/14 124/23 124/24 124/25
125/2 125/3 125/4 125/15 125/25 128/2
128/8 128/9 128/14 128/16 128/25
129/3 129/5 129/17 130/7 130/14
130/20 131/16 135/22 136/14 136/21
138/7 138/10 138/11 138/19 141/4
146/2 158/2 161/18 161/24 162/2
162/13 162/19 162/25 165/2 166/21
169/12 169/13 178/5 182/23 182/25
183/12 184/12 186/23 199/3 203/15
203/23 203/24 208/4 209/10 213/19
217/9 217/23 218/2 218/19
think [120]   9/11 18/17 19/20 19/22 26/23
32/11 33/7 38/1 38/4 38/17 39/18 46/25
52/10 68/4 71/21 73/20 83/5 88/2 90/24
92/16 92/16 93/1 99/3 99/4 105/11
106/6 108/7 121/14 123/12 125/24
126/8 126/9 128/22 130/1 130/20 131/21
132/1 133/11 134/17 136/19 141/4
143/12 143/16 143/16 143/23 143/24
144/19 145/5 145/5 145/11 145/19
146/9 147/11 147/14 148/12 150/16
152/14 154/25 156/4 156/22 158/17
159/8 159/9 159/9 160/4 162/11 163/10
163/19 164/8 165/14 166/11 170/15
173/6 176/1 185/12 185/21 185/21
188/16 189/7 190/22 191/18 192/3
192/7 193/13 195/15 195/21 195/23
195/25 196/9 196/10 198/5 199/5 199/8
199/15 200/21 201/17 201/20 203/5
203/11 203/25 204/4 204/21 205/20
207/18 209/18 216/2 217/14 217/18
218/7 218/8 218/9 218/10 218/11
218/12 218/19 218/25 219/3 219/6
221/1 221/12
thinking [17]   66/7 81/25 82/1 82/11
82/15 84/4 85/5 85/18 86/11 90/18
92/22 111/24 113/25 124/14 144/17
188/10 220/7
thinks [4]   36/9 197/14 216/15 219/12
third [1]   48/14
thirteen [1]   206/10
thirteen year [1]   206/10
thirty [3]   11/7 112/6 151/21
thirty-nine [1]   11/7
this [394]
those [106]   11/22 12/10 12/14 12/25
15/4 23/24 24/13 27/20 29/1 33/22 42/8
42/11 46/19 47/10 49/9 49/14 50/3
50/20 51/19 51/24 62/1 64/3 64/9 71/24
72/3 72/7 72/8 78/1 79/25 86/23 89/16
91/14 95/19 96/9 97/5 97/9 101/10

101/14 109/24 110/6 110/25 111/13
114/5 115/4 116/23 118/20 122/18
125/19 125/20 126/3 127/5 127/19
128/5 128/24 129/3 130/7 134/23 135/1
135/15 136/8 140/10 141/24 142/16
142/22 142/23 147/23 156/23 159/5
159/21 162/19 163/8 164/16 164/24
166/21 168/23 169/6 169/13 170/9
172/5 172/6 172/7 173/8 181/24 182/12
182/14 182/18 183/12 183/13 183/14
185/12 186/19 192/1 192/11 192/22
198/5 198/24 199/2 199/10 199/18
199/19 201/6 207/14 208/13 209/7
212/6 221/3
though [16]   11/20 13/25 14/1 31/8 32/14
48/21 53/22 60/12 75/6 76/8 81/15 93/2
95/15 97/12 163/6 198/3
thought [18]   4/11 21/25 34/7 43/7 69/20
70/1 74/16 74/21 74/23 76/13 82/18
87/13 89/6 95/5 120/3 204/8 207/17
219/22
thoughts [11]   43/9 66/1 67/11 71/15
74/10 79/20 80/2 81/15 81/16 81/20
96/14
thousands [2]   51/22 51/22
thread [1]   130/23
threatening [2]   26/5 128/9
threats [6]   25/16 25/17 25/22 26/4 26/16
130/14
three [22]   7/13 8/25 9/1 9/7 9/11 38/22
91/11 91/12 157/15 158/18 158/23
187/10 187/14 208/13 210/19 214/2
three o'clock [3]   8/25 9/1 9/7
three o'clock -- well [1]   9/11
threshold [3]   202/3 202/4 202/5
throat [2]   67/2 188/1
through [55]   4/8 8/4 8/24 11/3 13/15
20/9 20/20 20/24 25/2 25/6 26/5 28/11
29/13 34/22 34/22 37/7 37/12 37/16
51/21 52/3 52/3 60/2 64/17 65/13 68/23
70/25 71/23 76/5 89/18 95/9 95/20
116/7 124/15 125/22 126/1 128/2
130/23 131/6 133/25 153/18 187/13
188/19 190/19 194/20 194/25 194/25
195/7 195/15 215/23 217/5 217/6 218/4
220/4 220/16 220/16
throughout [3]   43/6 44/3 159/21
throw [1]   208/3
Thursday [5]   51/17 71/1 194/25 195/7
214/7
thus [1]   13/18
tied [3]   55/19 55/20 173/8
Tiffany [2]   204/23 206/15
time [102]   8/13 12/8 12/20 13/11 13/12
13/13 14/19 15/6 15/10 20/4 20/14
20/16 20/18 21/25 22/8 23/19 26/13
26/16 32/2 32/5 32/5 32/9 33/5 34/2
34/24 35/7 37/21 38/13 43/6 45/12 47/4
47/15 57/2 62/22 68/12 69/9 70/7 71/7
78/4 78/6 79/10 95/15 96/10 98/7 98/25
107/22 111/15 113/4 113/16 113/20
117/25 119/12 122/1 123/10 127/8
127/14 129/7 132/12 132/18 136/24
136/25 137/7 137/10 138/13 139/9
139/13 140/3 140/15 140/19 140/25
141/15 143/7 147/21 159/22 166/3
166/10 167/12 167/14 167/15 167/17
169/14 174/17 184/8 187/17 195/4
199/2 201/19 206/6 206/24 207/2

208/22 209/8 209/12 209/13 209/13
209/25 209/25 212/13 213/19 215/15
217/19 221/5
timed [1]   58/21
timeline [2]   193/8 193/14
times [38]   15/15 15/16 21/10 27/4 40/18
42/25 47/9 47/10 63/1 68/1 69/15 72/11
72/12 74/13 78/17 82/7 82/9 86/10
87/23 91/11 91/24 98/13 98/14 98/17
110/23 120/21 131/19 151/23 156/18
156/20 164/5 166/18 200/6 203/14
207/20 210/19 213/16 217/17
timing [4]   19/21 57/4 58/16 169/17
Timothy [1]   214/25
tiny [1]   23/2
tipped [1]   183/21
tired [4]   9/10 9/14 90/23 91/4
TL [1]   66/23
today [61]   4/8 4/13 6/13 7/8 8/24 9/16
9/25 10/2 10/3 18/18 23/15 25/21 26/18
30/21 31/14 31/23 31/24 32/10 32/15
32/17 45/19 45/19 45/24 46/3 46/13
46/20 47/16 48/1 49/5 56/15 66/19
79/23 119/6 120/1 120/7 126/9 129/2
129/7 133/7 133/9 133/20 138/13
138/15 138/22 139/9 140/21 153/15
163/20 182/9 183/17 185/18 190/22
201/15 203/8 203/22 204/11 205/19
208/9 215/14 217/3 221/4
together [3]   170/10 209/1 209/2
told [40]   14/23 18/6 18/11 18/11 26/15
34/13 34/19 35/11 35/11 36/2 37/10
37/12 37/25 44/19 56/16 57/23 57/24
58/3 67/12 73/24 74/17 79/10 83/6 90/9
112/12 169/20 170/4 177/1 186/1
206/25 207/3 207/11 207/12 210/25
211/2 211/12 213/20 213/23 214/8
214/12
toll [1]   168/5
tomorrow [1]   204/1
too [7]   8/17 32/6 33/25 165/7 169/1
169/24 199/9
took [17]   9/3 23/10 71/9 78/8 83/6
174/24 175/1 176/11 176/13 205/19
207/14 209/7 210/20 210/23 211/19
211/20 212/4
top [3]   68/13 95/3 187/22
total [2]   80/25 169/25
Totally [1]   61/9
tough [2]   213/7 215/14
toward [3]   74/9 184/20 214/1
towards [5]   79/21 79/24 95/3 119/23
192/1
Tracy [1]   33/17
trade [1]   185/8
tragic [1]   195/20
training [10]   40/4 40/5 40/6 60/20 62/15
83/25 98/22 98/23 108/25 153/25
trait [1]   189/11
transcript [4]   1/11 1/22 17/23 18/18
transcription [1]   1/22
transferred [1]   58/19
transient [1]   124/17
transport [1]   221/21
transportation [2]   9/4 205/12
trauma [4]   78/9 127/16 127/20 196/4
traumas [1]   127/19
traumatic [4]   127/17 127/23 128/6
195/17
traumatizing [1]   195/20

**T**

treat [2]  21/12 169/24
treated [8]  21/8 50/1 121/23 121/25
 123/1 156/13 209/25 214/6
treating [1]  81/17
treatment [18]  21/20 72/15 73/4 73/12
 74/20 75/3 77/18 122/7 122/23 123/2
 169/16 169/19 169/20 170/2 170/4
 172/16 209/16 209/23
trial [5]  11/15 11/21 28/23 50/11 207/15
trials [1]  149/12
tried [11]  19/12 19/18 25/6 35/17 35/17
 43/17 112/8 155/2 204/14 204/14 206/8
trip [1]  8/19
trouble [5]  31/2 31/11 184/5 189/16
 194/21
truck [1]  174/19
Trudo [1]  12/22
true [9]  14/20 100/15 111/9 125/5 156/6
 169/21 192/3 212/9 223/8
truly [2]  29/22 172/14
truth [4]  89/13 210/5 213/22 213/23
truthfully [1]  18/10
try [15]  14/14 14/16 15/13 19/6 29/18
 48/5 48/7 129/5 156/14 166/24 175/5
 180/20 213/3 215/1 220/19
trying [40]  10/8 14/8 14/22 19/14 22/1
 22/6 22/12 22/14 22/19 27/24 31/4 31/8
 65/5 67/11 76/14 76/14 90/10 95/15
 95/22 95/25 96/2 96/8 97/8 128/12
 137/17 141/6 142/5 143/17 150/10
 150/10 159/20 174/5 187/12 187/20
 188/16 205/6 205/9 205/10 213/3
 220/15
turn [2]  70/10 92/22
turned [2]  156/6 211/18
TV [1]  20/22
twenty [5]  40/20 58/8 179/11 186/7
 186/8
Twenty-eight [2]  186/7 186/8
twenty-four-hour [1]  58/8
twice [1]  78/1
twin [2]  199/9 199/14
twisted [1]  209/10
two [35]  7/10 11/23 18/19 21/2 21/4
 21/5 23/15 36/18 39/22 41/14 61/21
 68/25 80/12 110/25 112/1 112/21 119/9
 121/24 127/3 141/4 141/13 146/11
 147/11 152/14 157/14 158/17 161/12
 164/16 181/24 182/14 198/3 207/25
 207/25 212/25 218/1
type [4]  43/22 118/19 146/11 162/20
types [3]  42/23 42/24 128/21
typewritten [1]  223/7
typical [2]  53/21 135/22
typically [3]  77/15 99/19 100/11
typo [1]  102/15

**U**

ultimate [2]  71/18 131/14
ultimately [6]  28/14 31/10 44/6 56/11
 110/1 171/16
um [5]  17/8 89/25 146/7 178/15 190/8
umbrella [1]  184/16
unable [5]  100/4 163/5 184/11 189/17
 209/21
unalloyed [1]  197/21
unbearable [6]  133/4 165/15 165/24
 166/4 171/11 200/25
unconstitutional [1]  177/24

uncontrollable [1]  67/10
underdog [1]  66/13
undermined [22]  65/4 66/12 66/13
 66/2 66/19 78/14 82/17 85/17 91/18
 92/9 103/9 124/15 130/4 134/8 134/18
 134/19 134/19 135/15 135/17 147/13
 165/15 170/12 184/16 186/5 189/25
 189/25 190/13 190/14 195/2 199/15
 201/2
underdevelopment [1]  156/11
underlying [5]  43/9 44/5 83/14 134/22
 142/13
undermine [1]  140/11
undermines [1]  162/22
underneath [1]  64/23
understand [78]  4/4 8/6 8/11 8/13 9/21
 9/23 10/4 10/14 10/23 15/24 16/2 16/4
 17/14 19/17 21/12 21/15 22/11 22/12
 23/16 24/16 24/17 24/21 25/5 26/22
 26/24 27/7 28/7 28/9 28/15 28/17 28/23
 29/16 29/24 30/1 30/4 30/6 30/9 30/14
 30/16 31/7 31/9 32/11 32/11 32/21 33/1
 33/18 34/10 35/1 35/14 35/15 35/23
 46/6 69/22 104/23 138/21 138/25 139/1
 139/2 140/8 142/5 176/14 189/7 193/11
 195/14 199/9 199/13 201/8 201/10
 202/13 206/22 206/22 212/24 212/25
 214/4 214/5 219/17 220/9 220/15
understandably [2]  193/15 197/19
understanding [11]  9/20 10/7 41/20 44/8
 46/9 47/20 114/3 191/4 191/8 191/12
 192/24
understands [6]  7/9 37/21 37/22 113/4
 185/18 212/24
understood [6]  18/5 31/13 44/16 166/7
 186/14 187/20
unfairness [1]  55/12
unfortunately [1]  103/11
uniform [1]  215/3
unit [13]  20/19 33/17 42/12 65/2 66/23
 67/1 67/6 87/7 150/5 191/5 195/15
 197/15 214/24
UNITED [4]  1/1 12/2 28/14 223/11
universal [1]  139/2
universe [1]  161/24
University [2]  39/21 40/1
unknowingly [1]  161/19
unlabored [1]  66/3
unless [3]  34/13 116/12 216/14
unlike [1]  31/8
unlikely [1]  36/10 37/1 111/18
unreasonable [1]  82/15
unrecognized [1]  157/4
unsaid [1]  138/10
unstable [5]  74/15 85/18 85/19 113/18
 113/19
untenable [1]  170/18
until [14]  34/15 34/24 93/20 103/8
 137/12 139/9 179/9 184/4 188/19 214/6
 214/6 217/17 217/21 217/21
untoward [1]  192/8
untreated [1]  156/16
unusual [4]  43/9 81/16 87/5 104/21
unusually [1]  144/25
up [88]  4/22 8/23 8/25 9/1 9/1 9/5
 9/7 9/11 13/25 18/24 19/15 21/22 25/23
 27/2 28/25 31/17 32/23 34/11 34/13
 34/20 36/13 37/2 37/5 37/24 42/9 44/15
 44/23 56/16 61/23 76/9 77/13 89/2 89/3
 103/2 108/1 110/12 110/16 112/13
 112/18 113/17 114/6 119/13 131/17

 133/24 139/19 140/13 144/5 145/2
 150/20 156/5 156/9 156/14 156/18
 158/6 160/2 161/18 163/2 168/9 173/19
 173/22 176/11 177/2 179/19 180/20
 193/20 194/6 194/8 196/1 196/12
 198/12 203/17 204/14 205/3 205/3
 205/5 206/6 206/7 206/11 207/4 207/11
 207/11 208/22 210/4 210/5 213/15
 213/21 219/14
upbringing [2]  103/11 103/20
upon [6]  44/20 51/17 58/20 70/10 88/23
 197/9
ups [2]  65/13 166/12
upset [3]  47/2 74/14 110/21
urge [1]  150/8
us [18]  8/9 9/11 14/16 35/24 37/22
 68/22 132/5 148/18 161/3 161/3 169/8
 171/21 179/12 182/12 200/16 200/25
 201/5 205/23
use [15]  54/2 54/4 54/6 55/3 55/4 64/4
 85/25 86/13 86/24 87/23 88/24 137/13
 140/10 143/2 163/3
used [8]  44/7 77/9 89/7 90/20 94/22
 94/25 95/11 162/12
useful [1]  56/3
using [4]  1/22 110/11 134/5 137/10
usually [1]  122/25
utilize [1]  54/1
utterly [1]  165/25

**V**

vacillated [1]  46/16
vacillation [3]  47/6 189/6 189/8
vacillations [1]  202/7
valid [4]  91/13 159/23 160/3 160/10
validity [9]  83/20 83/21 83/23 89/15 90/5
 90/6 91/13 160/6 160/9
validity-wise [1]  83/23
value [2]  83/6 124/4
variability [1]  189/14
variety [9]  121/12 128/13 128/14 129/4
 129/15 135/21 136/13 150/12 156/16
various [1]  101/7
vented [1]  82/13
venting [4]  81/14 81/24 82/11 82/23
verbal [4]  157/20 162/3 162/17 164/13
verbally [2]  158/1 176/14
verbiage [2]  63/17 90/20
vernacular [1]  192/15
version [1]  192/21
versus [4]  3/8 58/17 106/2 120/7
vertical [1]  190/19
very [80]  4/2 4/2 4/23 7/7 8/7 8/10 8/10
 10/11 22/24 27/3 27/3 29/15 29/15 36/3
 39/2 40/15 44/14 47/2 50/24 51/10
 63/19 65/4 75/5 81/1 81/3 81/6 85/18
 90/11 94/2 100/25 106/4 110/23 112/20
 113/18 114/5 114/13 123/22 124/5
 126/23 127/16 131/10 132/4 138/10
 145/17 145/17 146/22 150/3 150/18
 150/21 150/24 153/19 159/23 161/7
 165/12 168/12 171/25 172/20 173/5
 173/8 175/23 176/4 177/15 178/16
 180/19 183/21 184/23 185/22 186/9
 195/21 196/2 202/1 202/16 204/18
 213/10 217/7 217/24 218/13 221/19
 222/1 222/2
Vic [5]  60/22 61/4 61/11 61/14 206/21
victims [4]  23/4 174/4 208/11 209/18
victims' [1]  175/1

## V

video [2]  168/1 220/23
view [7]  49/8 144/22 146/1 147/14 172/24 218/6 220/24
viewing [1]  145/24
violate [2]  24/6 96/4
violated [1]  177/25
violation [1]  94/19
violence [2]  21/19 206/12
violent [7]  21/19 49/21 127/17 128/6 208/5 208/6 208/15
Virginia's [1]  152/5
virtual [1]  132/23
virtually [1]  30/11
virtue [1]  108/10
visit [11]  35/3 64/20 64/24 65/20 65/23 95/10 112/21 113/12 216/13 216/14 221/23
visitation [3]  35/20 177/20 192/1
visited [1]  79/11
visits [4]  149/20 150/1 191/20 192/4
visual [1]  161/25
vitae [1]  116/2
vocabulary [2]  88/24 89/6
voice [2]  136/23 206/15
voices [1]  114/1
volatile [1]  110/22
volume [1]  179/19
voluntarily [8]  7/12 18/23 49/10 51/7 52/13 121/1 123/17 181/1
voluntariness [17]  43/19 50/23 55/2 55/9 55/14 55/17 56/1 56/5 56/11 56/14 57/18 62/23 119/23 120/20 121/6 140/22 196/22
voluntary [27]  6/8 10/19 13/23 18/9 22/17 25/12 28/3 29/4 54/22 54/24 60/19 62/14 71/19 84/23 121/1 123/17 134/10 138/24 139/9 140/12 140/20 141/3 146/5 165/10 170/14 196/17 196/23
volunteer [5]  12/16 84/8 208/10 212/18 215/16
vulnerability [1]  133/2
vulnerable [4]  128/18 128/22 128/25 131/24

## W

W:10 [1]  3/7
W:10-CV-34 [1]  3/7
Waco [2]  13/21 16/19
wafflings [1]  78/24
waiting [1]  13/14
waive [53]  6/3 7/3 10/20 10/24 12/15 12/19 13/23 15/25 16/17 22/1 22/22 28/8 29/2 29/19 30/21 34/25 44/3 46/16 47/3 47/12 49/1 50/6 51/2 54/20 56/16 56/17 63/5 70/5 71/19 72/25 84/7 94/14 96/3 112/12 112/19 120/1 121/1 123/5 123/18 126/12 140/5 144/6 144/15 167/6 169/18 172/15 174/5 181/1 198/25 208/10 212/17 218/16 218/17
waived [1]  202/9
waiver [40]  13/1 15/13 16/1 16/4 25/17 34/15 44/4 54/14 70/12 72/7 72/15 95/16 96/2 96/9 118/24 119/1 119/2 119/6 119/12 130/5 131/13 132/2 138/24 139/8 139/14 139/16 139/18 139/22 139/23 140/7 169/23 182/17 185/19 189/6 189/11 190/7 196/17 196/23 202/10 215/16

waivers [10]  28/2 71/23 71/24 77/23 77/24 77/25 111/2 130/2 130/25 131/25
waives [1]  143/20
waiving [12]  13/3 18/7 52/13 72/6 96/16 96/16 96/17 130/9 131/20 131/20 166/3 166/15
walk [4]  39/4 39/5 174/13 208/2
WALKER [5]  1/15 3/16 3/18 186/1 207/11
walls [1]  211/11
Walter [2]  13/6 13/22
wand [1]  172/15
wane [1]  96/12
waned [1]  112/8
waning [4]  63/18 71/12 86/15 86/20
want [93]  5/11 6/13 8/10 11/2 13/25 14/2 16/23 19/13 20/6 22/4 24/11 24/13 24/21 25/1 26/12 26/21 27/6 27/23 29/1 29/10 29/11 31/24 33/8 33/14 33/22 34/9 37/9 37/11 51/23 52/16 57/9 59/8 61/7 64/22 67/3 69/17 70/13 76/25 102/10 108/14 109/6 137/11 138/10 144/12 158/6 160/21 167/15 170/3 172/25 174/3 174/7 177/2 178/11 187/23 188/2 188/8 189/1 194/5 197/15 198/2 201/10 203/12 204/6 204/9 207/1 207/2 207/23 210/22 211/3 212/17 213/17 214/9 215/18 215/20 215/21 216/4 217/16 217/22 218/5 218/18 218/22 218/25 219/6 219/7 219/12 219/14 219/15 219/22 219/24 220/3 221/11 221/12 221/12
wanted [22]  13/23 14/9 18/6 26/14 47/3 47/12 50/22 62/19 66/25 71/11 76/11 78/13 79/3 94/14 99/2 112/12 159/15 187/6 205/25 210/17 212/4 221/3
wanting [5]  22/22 23/14 144/10 144/15 173/2
wants [16]  34/20 37/5 37/20 77/14 172/24 173/4 186/18 187/23 187/24 187/25 188/1 197/9 198/25 207/10 219/18
warden [4]  36/15 206/4 214/24 214/24
Warden's [1]  36/14
wardens [2]  35/18 211/14
Wards [1]  188/10
wary [2]  190/10 202/12
was [410]
wasn't [24]  13/23 20/1 23/5 68/24 69/10 74/7 74/9 74/19 74/19 74/21 76/12 87/14 88/22 90/10 99/24 139/14 139/17 139/17 166/3 176/14 213/14 213/14 213/16 215/19
waste [1]  13/13
watch [28]  57/22 58/2 58/17 58/17 58/24 59/4 59/12 59/18 60/7 66/10 67/6 70/15 71/7 132/17 145/15 150/4 167/13 169/3 172/19 174/12 174/13 174/14 191/1 191/3 191/5 195/10 207/22 214/17
watched [3]  117/15 133/9 166/5
watches [1]  71/8
watching [2]  60/7 66/10 70/15 128/23 168/1 168/25 169/7
water [1]  76/10
wax [1]  96/12
waxed [1]  112/8
waxing [4]  63/18 71/12 86/15 86/20
waxing-and-waning [1]  71/12
way [62]  14/15 23/8 47/11 48/3 48/4 82/22 74/16 76/6 77/19 82/16 83/10

83/17 89/7 95/22 110/21 111/22 127/11 127/18 128/6 129/22 130/25 131/1 131/4 131/5 131/6 131/7 134/17 138/6 142/10 144/20 148/24 148/25 156/13 170/2 172/10 174/6 176/22 182/16 183/11 183/13 183/14 183/22 183/23 184/4 186/18 187/2 187/21 189/7 190/1 191/18 192/5 195/24 197/16 197/22 200/4 206/23 209/25 213/12 214/6 216/5 217/17 218/23 220/5
ways [10]  53/22 129/15 130/8 140/17 147/12 150/12 159/18 172/14 191/15 195/21
we [146]  3/9 4/8 4/8 4/9 4/14 4/25 5/11 5/24 6/14 6/24 7/24 7/25 9/16 9/17 9/25 10/2 11/2 16/18 27/12 27/20 32/18 34/5 38/18 38/22 44/12 47/24 48/17 51/15 51/17 51/18 51/23 51/24 51/24 51/25 52/10 52/13 52/16 53/7 53/8 56/13 56/13 60/2 60/9 64/9 70/13 71/11 75/12 75/14 77/22 78/12 79/5 80/15 92/16 93/1 93/20 94/8 114/16 116/13 118/13 118/17 118/18 118/19 118/23 121/8 125/10 125/15 125/17 125/18 127/9 127/15 127/19 133/20 133/22 134/17 135/23 137/5 137/6 137/23 144/11 145/6 145/13 149/5 149/18 151/1 152/14 153/7 153/19 153/24 153/25 156/20 157/1 157/2 157/24 160/2 160/19 162/14 164/9 164/22 164/23 165/13 167/13 170/21 171/18 172/3 173/14 175/24 175/25 176/1 176/1 180/1 180/11 180/24 181/11 184/17 184/19 184/22 184/25 186/2 193/24 194/2 194/5 194/6 197/18 200/17 202/22 202/25 203/4 203/4 203/10 203/21 204/11 205/5 208/23 208/25 209/1 209/1 209/2 209/3 209/3 209/4 209/5 215/25 216/2 216/17 216/18 221/4
we'll [12]  4/12 4/15 10/12 19/23 27/13 27/18 51/25 93/20 115/5 159/12 177/11 215/23
we're [28]  4/7 10/18 23/3 24/19 26/18 28/1 31/25 34/14 35/25 38/4 61/22 64/13 69/23 93/19 94/8 102/20 105/16 105/16 119/13 119/23 120/22 133/13 134/2 153/18 167/13 178/12 186/24 207/5
we've [16]  19/5 31/1 31/3 31/14 31/17 31/19 46/13 51/20 55/21 96/22 134/5 135/18 146/2 186/24 190/22 204/5
weaknesses [3]  154/7 157/2 162/14
Wednesday [1]  167/14
week [3]  87/8 214/7 220/25
weeks [6]  36/18 36/18 169/4 201/23 203/22 217/15
weigh [1]  196/20
weighs [2]  142/24 205/2
weight [2]  184/18 184/23
weights [1]  185/13
welcome [1]  76/20
well [78]  9/11 14/17 15/24 19/14 21/22 27/8 38/22 43/12 44/14 44/16 47/7 57/12 57/12 58/12 59/3 60/9 60/10 60/14 69/16 77/6 79/22 79/23 85/9 85/19 89/9 89/15 92/6 92/10 93/4 93/6 97/7 100/3 103/23 104/15 106/21 109/22 112/21 118/24 119/7 120/9 121/24 123/9 123/19 125/5 126/8 127/2

W

well... [32]   128/11 130/20 132/11 133/11
139/13 156/23 157/21 159/15 160/11
160/15 161/9 162/13 162/13 162/22
166/22 168/17 172/20 177/9 180/19
183/19 185/1 185/22 186/23 189/6
191/13 195/19 196/6 197/13 197/13
202/6 204/3 204/22
went [6]   72/6 80/1 90/21 110/17 203/4
207/15
were [118]   3/3 4/12 11/11 11/23 12/5
12/6 12/8 12/10 12/25 13/11 13/16
13/17 14/2 14/6 14/7 15/8 17/2 17/16
18/18 18/20 18/22 19/21 20/1 20/8 20/9
20/15 20/16 25/11 25/16 25/15 25/17
25/24 26/5 26/13 37/24 42/4 42/8 42/22
43/7 43/8 45/9 47/1 47/10 48/19 50/4
51/22 52/7 52/22 53/12 54/16 54/17
54/19 67/16 68/11 68/12 69/16 70/4
71/14 72/1 72/2 72/8 74/13 74/22 76/1
76/9 77/22 87/9 91/25 92/4 94/18 95/5
95/25 96/13 100/4 103/19 116/19
116/22 117/8 118/25 119/1 119/7
125/21 128/17 133/22 138/7 138/8
138/10 138/10 139/7 140/14 141/23
141/24 154/2 154/5 154/8 154/11
154/24 157/9 157/13 161/20 161/25
167/22 172/15 173/6 177/24 181/21
182/5 183/5 188/22 195/21 198/3 198/4
198/5 198/6 198/9 209/3 211/15 216/2
weren't [3]   161/18 168/11 213/20
WESTERN [1]   1/1 223/12
what [304]
what's [27]   10/7 26/14 46/20 65/16
66/14 68/16 70/17 72/18 90/17 92/18
115/20 115/24 121/4 125/24 140/2
145/5 149/3 151/14 158/23 163/9 179/5
185/11 186/21 189/19 195/10 201/19
220/7
whatever [23]   18/15 26/13 26/15 28/13
77/18 106/12 120/4 126/15 131/7
141/14 142/3 150/14 172/17 174/7
175/5 177/3 177/23 207/22 214/16
219/18 219/21 221/10 221/10
whatnot [2]   176/22 205/11
whatsoever [1]   142/11
when [139]   9/2 15/7 15/16 16/22 18/12
19/21 21/16 36/11 36/19 40/5 42/1
44/21 46/1 47/3 47/9 49/20 49/21 50/14
58/16 58/21 58/23 59/3 62/24 63/1
65/10 67/16 69/13 73/17 74/13 74/17
76/10 76/12 76/13 77/4 77/10 77/16
80/23 82/17 82/21 85/7 85/17 85/17
86/3 87/7 90/9 93/8 95/21 100/16 107/3
109/7 110/7 110/12 110/17 110/20
112/9 112/12 113/19 117/8 117/21
118/17 119/9 126/3 126/6 126/6 126/9
126/9 129/4 129/7 129/7 129/8 129/18
129/22 130/1 130/6 130/24 130/25
131/4 132/12 133/9 133/16 133/17
134/4 136/19 136/19 137/7 139/20
140/12 141/14 141/15 143/7 143/17
143/20 145/13 147/16 147/18 155/16
156/15 159/24 161/3 161/4 165/16
165/21 166/2 167/2 168/10 170/4 170/7
176/10 176/22 183/9 183/15 183/16
183/20 186/23 189/1 189/16 189/23
190/13 195/25 196/12 199/15 199/18
199/24 200/2 200/22 207/3 207/15
209/7 209/8 210/1 210/8 210/20 210/21

211/6 212/19 213/21 214/13 217/19
220/5
whenever [1]   142/5
where [55]   10/6 13/6 14/2 16/8 26/11
32/23 33/18 38/18 40/21 42/9 47/10
58/7 59/12 60/5 65/13 71/7 73/8 73/14
74/12 74/15 75/19 78/18 84/3 85/6
104/25 110/13 112/22 113/24 127/16
129/11 135/22 136/1 139/12 149/18
149/19 161/13 164/3 164/13 164/22
164/22 164/23 168/19 173/17 174/18
183/22 184/6 197/10 199/19 200/18
202/4 202/4 209/25 211/19 214/4 214/5
where's [1]   141/2
wherein [1]   197/8
Whereupon [22]   5/16 5/20 52/6 52/21
86/17 93/22 94/23 114/20 115/2 116/9
116/16 122/11 122/18 152/11 152/25
176/5 180/3 180/9 181/13 181/17 198/8
222/3
whether [68]   6/25 7/8 7/10 7/13 8/21
12/18 18/19 18/22 24/6 41/14 41/17
42/24 43/8 44/3 44/8 46/17 49/14 51/2
52/12 59/6 60/18 62/13 62/17 69/17
69/19 70/4 71/18 77/14 78/13 78/15
79/4 84/23 89/12 92/21 93/12 96/8
119/16 119/25 120/24 126/13 126/13
126/14 126/14 131/6 134/8 137/6 137/8
137/9 137/11 138/23 139/7 139/8
140/16 140/18 140/20 160/8 170/12
174/12 175/5 190/6 193/10 196/15
198/24 207/22 218/14 219/1 219/18
219/23
which [67]   7/15 7/25 27/11 29/21 41/18
41/24 41/24 44/2 51/16 51/21 64/6
64/22 73/4 79/6 83/8 94/14 95/16 97/9
103/15 103/19 104/12 105/5 106/11
106/15 106/23 107/4 107/17 109/25
110/24 114/1 114/1 115/25 119/23
125/22 128/25 130/22 132/12 133/25
134/20 135/22 136/11 143/18 144/22
145/7 147/6 147/13 152/2 156/12 157/1
157/16 157/19 160/20 161/17 163/22
165/17 169/20 188/3 190/13 190/14
191/6 191/15 193/22 193/24 194/9
199/1 201/23 219/9
while [9]   12/5 48/2 125/5 132/16 134/8
142/24 148/11 191/10 191/11
whispering [1]   211/9
Whitmire [2]   19/9 209/10
who [54]   11/14 11/17 12/8 12/10 26/7
36/3 36/22 36/22 48/13 53/22 59/17
59/22 60/22 60/23 61/2 61/2 63/14
66/23 71/2 77/20 81/17 95/25 100/12
101/17 117/3 123/23 132/2 132/9
132/10 132/20 132/21 136/3 145/10
145/15 147/17 149/15 149/15 152/3
154/2 159/20 172/1 172/3 172/12
176/17 191/3 191/21 192/3 192/22
195/8 206/15 206/15 206/16 212/4
219/8
whole [3]   159/21 164/15 209/10
whom [2]   116/20 155/10
whose [2]   36/3 36/23
why [37]   13/13 14/15 19/14 21/18 21/18
23/4 26/18 32/11 32/21 33/10 76/5
90/14 91/6 92/4 93/9 93/15 96/12 96/12
96/13 112/14 113/4 130/19 134/14
140/24 141/2 174/1 174/5 175/2 175/24
197/9 197/14 204/20 212/17 213/20

215/13 217/10 220/9
widow [2] 157/10 176/17
wife [3] 157/10 176/17 214/7
wild [2] 110/11 184/10
will [60] 5/13 7/24 7/25 8/3 8/7 8/15 9/15
9/22 28/8 29/7 29/10 29/12 30/2 30/13
31/22 31/23 31/24 32/1 32/3 32/9 32/9
32/12 32/14 32/15 32/21 32/22 38/18
65/7 93/20 94/21 94/25 95/11 113/15
135/20 150/15 153/11 163/2 170/2
185/19 189/2 190/6 191/22 192/18
192/20 192/21 192/22 195/7 198/13
204/9 213/2 215/24 216/5 216/20
218/18 219/4 219/13 220/3 220/4 220/5
221/13
willing [1] 25/20
win [1] 185/10
window [3] 190/19 210/24 211/17
wisdom [1] 27/22
wise [2] 42/18 83/23
wish [1] 95/9
wishes [2] 15/9 112/23
withdraw [5] 15/13 16/1 16/4 25/16
197/8
within [8] 21/20 23/23 58/18 81/3 136/3
143/4 192/25 214/18
without [19] 5/18 21/8 50/13 56/25 57/3
59/17 76/11 81/21 114/25 118/15
122/16 153/11 161/16 180/7 180/13
181/16 183/14 201/6 212/12
witness [20] 4/9 6/17 39/9 68/23 114/9
114/10 115/11 150/22 150/25 151/5
175/20 176/1 176/6 178/17 178/22
200/17 200/20 200/22 202/18 212/2
witnesses [9] 2/12 23/9 32/4 114/14
202/21 203/11 212/2 212/3 212/6
woke [1] 9/1
woman [2] 210/14 212/21
won't [9] 23/17 32/1 32/14 32/19 107/12
131/11 185/8 187/13 197/2
wonderful [1] 123/24
wondering [1] 141/2
word [12] 34/8 55/4 75/6 75/8 134/5
160/19 160/20 161/22 189/10 210/13
210/14 221/1
words [27] 33/10 41/8 44/8 49/12 55/21
71/13 71/15 74/9 86/2 96/2 96/12 96/16
97/18 99/14 110/11 113/9 122/3 127/24
130/6 143/14 144/10 160/21 161/15
161/15 173/6 176/15 220/2
work [11] 6/4 35/18 53/21 115/22
125/25 149/11 151/17 151/20 179/10
179/14 215/5
worked [5] 44/15 151/22 151/24 179/7
179/8
working [3] 10/25 87/5 142/23
workup [1] 118/19
world [5] 26/7 34/18 184/8 192/5 211/8
worried [6] 25/25 26/1 26/7 26/9 65/7
128/7
worry [1] 34/7
worse [6] 21/8 84/16 142/25 160/22
192/21 208/19
worsens [2] 142/8 142/9
worth [2] 124/4 166/10
worthless [1] 124/7
would [199] 3/15 8/2 10/2 25/1 26/23
27/7 29/19 30/7 30/17 32/23 34/1 36/4
36/23 38/6 38/8 40/20 41/19 42/17 45/2
45/14 45/15 45/21 47/25 48/2 49/3 50/5

**W**

would... [173]  50/16 51/18 55/13 56/8
56/16 56/21 57/7 58/19 62/1 62/12
66/14 66/19 67/21 67/22 69/2 69/9
69/21 69/25 70/5 70/9 70/10 70/16 71/1
71/17 73/4 73/15 80/3 82/9 84/14 84/22
88/17 92/22 93/17 94/4 106/14 108/2
111/2 111/14 111/18 113/13 113/19
114/15 114/17 115/6 115/8 115/24
116/6 116/7 118/13 119/12 122/3
123/13 124/23 127/21 129/22 130/23
131/11 134/20 142/10 145/6 146/1
146/4 146/13 146/14 146/18 146/19
148/14 148/15 148/23 149/5 149/5
150/4 150/8 150/8 151/1 152/9 153/7
154/15 157/11 157/13 159/4 160/19
161/15 163/5 165/14 165/24 167/3
167/24 168/5 168/15 169/19 171/11
171/14 171/16 171/18 171/22 172/3
172/6 172/11 175/14 176/20 176/24
177/3 177/8 177/8 177/14 177/14
177/22 177/23 178/7 178/8 180/1
180/11 181/11 182/9 183/14 185/17
187/18 187/19 189/22 190/8 190/9
190/9 190/9 190/12 191/17 192/1 192/3
192/9 192/12 192/15 193/1 195/17
195/17 196/4 199/7 199/23 199/25
200/1 200/25 201/3 201/6 201/14
201/21 201/23 201/25 202/10 202/23
203/6 203/6 203/18 203/19 204/12
204/21 205/24 207/20 208/25 208/25
209/1 209/1 210/7 210/10 210/10
216/15 216/17 216/18 217/2 218/12
218/14 218/15 219/11 220/22 221/23
wouldn't [8]  65/6 110/10 111/7 113/4
133/17 210/14 210/15 216/16
wreck [1]  215/10
wrist [2]  187/24 210/18
write [8]  57/14 91/19 92/7 92/8 186/17
188/25 189/1 204/10
writes [3]  75/11 84/14 143/20
writing [7]  6/2 37/17 72/8 139/15 187/15
188/18 216/3
written [8]  35/10 35/13 37/9 40/21 94/13
147/6 179/15 200/1
wrong [12]  15/15 19/23 23/5 74/22
88/22 94/11 102/19 103/3 167/12 207/8
214/12 214/13
wrote [8]  15/17 57/14 61/22 77/4 83/8
96/10 139/13 186/19

**Y**

Yang [1]  212/13
yard [1]  188/2
yeah [21]  5/3 9/23 10/9 16/25 18/6
21/10 25/22 26/4 80/23 104/14 117/23
117/23 129/9 137/22 174/16 207/9
207/12 213/13 213/17 214/20 216/19
year [16]  16/11 37/18 40/6 41/24 61/15
61/17 66/22 73/18 143/9 143/10 144/16
168/1 168/2 184/22 195/12 206/10
years [47]  21/4 21/5 25/7 25/14 26/3
35/8 40/16 40/20 43/4 43/25 47/8 48/24
50/15 54/14 56/10 59/2 59/5 59/8 68/3
71/13 71/24 74/19 78/20 78/24 79/16
79/18 87/20 95/20 112/11 132/25 133/7
147/17 151/21 158/17 158/18 164/2
167/17 168/2 168/2 179/11 185/3 189/8
189/9 190/25 190/25 202/8 207/18
yelled [1]  67/14

yes [203]  6/11 6/19 7/6 8/16 10/15 11/13
11/20 11/25 12/7 12/20 13/24 14/18
15/11 15/15 15/23 16/5 16/11 16/15
16/21 17/4 17/18 17/22 18/7 18/25 22/3
24/17 25/6 25/19 26/17 28/16 28/24
29/17 29/25 30/5 30/8 30/15 30/19
30/24 40/12 40/15 40/25 41/11 45/4
45/8 45/8 46/2 46/11 46/14 46/21 47/18
51/4 52/5 53/17 53/20 54/10 54/18
54/21 54/23 55/7 55/24 56/7 56/14
56/21 57/20 57/23 58/1 58/11 59/1
59/15 59/19 59/25 60/11 60/21 61/3
61/5 61/12 61/20 62/5 62/9 63/13 63/13
64/2 64/19 65/15 65/18 65/22 66/13
66/18 68/9 69/5 69/8 71/4 71/11 71/20
71/25 72/4 72/9 72/23 73/2 73/20 74/23
75/10 77/1 77/25 78/18 80/19 80/22
81/2 84/12 85/13 88/3 88/6 88/12 89/21
89/23 93/7 95/7 97/4 97/6 97/21 98/9
98/15 98/24 101/21 102/4 102/6 102/18
104/2 105/8 107/8 107/10 108/22
115/13 115/23 116/3 116/5 117/7
117/10 117/14 117/17 118/11 118/22
119/20 120/12 120/14 120/15 121/3
122/8 122/22 122/24 123/6 123/15
130/16 134/11 135/6 139/3 139/4 139/6
146/25 147/9 147/11 150/23 152/1
152/8 152/18 153/4 153/17 154/19
155/12 155/20 156/7 158/10 158/13
162/10 165/3 165/5 166/13 166/17
171/12 175/21 176/9 179/20 179/23
179/25 180/18 181/8 181/10 181/23
182/1 182/4 182/20 184/14 185/25
186/8 189/7 190/16 191/14 197/18
199/15 201/8 202/19 221/25
yes-or-no [1]  139/6
yet [10]  37/19 87/20 91/1 127/15 172/4
201/5 206/13 206/24 207/1 207/10
yielded [1]  188/22
Ying [1]  212/13
you [1219]
you'd [1]  51/12
you'll [3]  38/5 105/25 135/18
you're [83]  8/21 9/14 9/19 9/19 9/19 9/20
10/7 14/14 15/12 22/9 23/14 24/15
24/19 25/20 26/11 27/1 27/16 28/5 28/5
29/1 31/4 31/9 32/11 32/21 33/2 33/11
36/5 36/18 36/24 55/8 56/19 57/21 58/7
62/22 63/23 71/22 72/10 73/24 76/20
78/1 79/9 82/11 85/1 85/14 86/23 89/15
91/16 92/15 92/17 96/22 98/12 103/15
105/15 105/21 107/11 121/25 126/19
126/19 129/7 130/6 133/6 136/2 136/9
137/10 137/16 140/18 141/2 144/2
150/16 156/10 159/16 166/14 167/5
167/12 203/23 212/9 213/9 217/4 217/5
218/8 218/23 220/7 220/16
you've [49]  8/24 9/14 14/18 14/18 16/18
20/23 23/17 23/19 26/15 28/11 31/13
33/7 33/9 33/12 33/13 36/2 36/8 44/24
45/18 45/19 45/24 56/15 60/3 60/5 63/9
64/4 69/18 72/1 85/15 88/10 94/8
98/25 102/1 120/21 121/12 126/5
131/16 137/17 161/23 164/3 168/13
171/8 171/9 199/4 201/15 203/13 213/6
217/5 218/2
younger [3]  50/15 129/18 167/3
your [316]
yours [3]  22/15 28/4 28/4
yourself [3]  22/21 184/5 219/7

youth [2]  107/5 107/18

**Z**

zero [2]  72/19 106/2