W-10-CV-034

To Whom It May Concern,

My name is Richard L. Tabler, #999523. I am an Inmate on Texas Death Row. I'm seeking anyones assistance in contacting my lawyers, please. For the last 7 weeks I have not been allowed to have any contact with my counsel. I'm not given any reason for this other than silence. However, I'm able to get mail to a court but not my lawyers nor am I recieving anything in-coming mail from my lawyers. Would someone please contact the below lawyers and let them know what is going on? I am also sending out this same letter for help to: United States Supreme Court, United States Courthouse of Philadelphia, United States Courthouse of Denver, United States Courthouse of Texas; and my trial Court of the 264th District in Belton, TX. My Attorneys information is below.

Mr. David A. Lane, Esq.
Killmer, Lane & Newman, LLP.
Attorney At Law
1543 Champa Street, Suite #400
Denver, CO. 80202
(303) 571-1000
(Litigation Lawyer)

Marcia A. Widder, Esq.
Attorney At Law
Georgia Resource Center
303 Elizabeth Street, NE
Atlanta, GA. 30307
(404) 222-9202
(Capital Appeals Lawyer)

Shawn Nolan, Esq.
Capital Habeas Unit
Federal Court Division
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA. 19106
(215) 928-0520
(Capital Appeals Lawyer)

Thank you for your time and consideration in this serious request for legal assistance.

Respectfully,
Richard L. Tabler

*R. L. Tabler*
Oct. 28. 2019

Richard L. Tabler, #999523
Texas Death Row
3872 FM 350 South
Livingston, TX. 77351

FILED
NOV 04 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

DEATH PENALTY

RECEIVED
NOV 04 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Richard Tabler, #999523
Polunsky Unit/D.R.
3872 FM 350 South
Livingston, TX. 77351

NORTH HOUSTON TX 773
30 OCT 2019 PM 3 L

Honorable Robert Pitman
United States Courthouse
800 Franklin Avenue
Waco, TX. 76701

!!! Legal Mail !!!

76701-193659