FILED
September 25, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

September, 21st, 2020

Judge Pitman,

6:10-cv-00034

    Greetings and many blessings to you, Sir. Please accept this as only a letter and not a motion because its not. Therefore I do not have to go hrough my counsel which refuses to acknowledge my letters to this. I am ready to explain to any media outlet that the reason you refuse to rule on my appeal is because you're against the Death Penalty. I'm asking that you please make a ruling on my appeal as my appeal has been in this court for years now, and i'm pretty sure that i'm entitled to a swift ruling which i'm not getting in this court. Therefore I respectfully ask that you please make your ruling in case number: **W-10-CA-034 Death Penalty Case.**

Thank you for your time and consideration in this ~~legal~~ letter. There ~~is~~ no reason why I should have to sit in prison because you want to sit on your ass when it doesn't take but a minute to decide what you're goingt o do. NO doubt you'll ignore this letter and what I have said and make me wait another ten years or so if it was totally up to you, huh? You're not the one who has to look at himself in the mirror every morning and remember that you ended the lives of four people because you were both high on drugs and pissed off. But you are doing your best to ensure that my punishment is long and taxing huh tough guy?

                        Respectfully,
                        Richard L. Tabler
                        */s/ R.L. Tabler*

Richard L. Tabler, #999523
Texas Death Row
3872 FM 350 South
Livingston, TX. 77351

Richard Tabler, #999523
Polunsky Unit/D.R.
3872 FM 350 South
Livingston, TX. 77351



23 SEP 2020 PM 2 L

Honorable Robert Pitman
United States Courthouse
800 Franklin Avenue
Waco, Texas 76701

!!! Legal Mail !!!