UNITED STATES DISTRICT COURT
WESTERN DISTRICT of TEXAS
WACO DIVISION

**FILED**
April 05, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Melissa Copp
DEPUTY

To: Judge Robert Pitman

FR: Richard L. Tabler / Civil Action No. W-10-CA-034

RE: Unable To Communicate with Court appointed Counsel due to Covid-19 Pandemic.

For over one year now, Texas Death Row prisoner has been unable to communicate with his court appointed counsel of record due to the Covid-19 pandemic here in Texas and around the United States of America. Prisoner Richard L. Tabler, #999323 is being DENIED mail from his counsel by prison Warden's Dickerson; Asst. Warden Rigsby; Asst. Warden Jackson; Major Stern; Captain Carter and Mailroom officers Allen and Sumner. On top of not being allowed to receive correspondence from his court appointed counsel, prisoner Richard. R. Tabler has not been allowed to visit with his counsel for 15 months. This unjust strain on Prisoner Richard L. Tabler has him seeking out this Courts help so that he may legally communicate and receive legal correspondence encluding mail through Jpay. If this court cannot order the the prison Administration into compliance with the Law, then the Honorable Robert Pitman should allow prisoner Richard L. Tabler to terminate his court appointed counsel

due to the Covid-19 pandemic and waive exsisthing appeals from this point forward in pro se.

Would the Honorable Robert Pitman Please Notify prisoner Richard L. Tabler that he received this legal letter / Motion Please? Thank you for your time and consideration in this dire situation.

Sincerely
R.L. Tabler
March, 29th, 2021

Richard L. Tabler, #999323
Texas Death Row
3872 FM 350 South
Livingston, TX. 77351

Richard Tabler, #999583
Polunsky unit /D.R.
3872 FM 350 South
Livingston, Tx. 77351

NORTH HOUSTON TX 773
1 APR 2021 PM 1 L

Honorable Robert Pitman
United States Courthouse
800 Franklin Avenue
Waco, Texas 76701

Legal Mail