IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

Richard L. Tabler,
Petitioner,

VS.

Honorable Robert Pitman,
Respondent,

CIVIL ACTION
NO. W-10-CA-034
CAPITAL CASE

**DEATH PENALTY**

FILED
May 17, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____IR_____
DEPUTY

Petitioner's Pro Se Motion Seeking Movement on Habeas appeal In Honorable Robert Pitmans Court.

Petitioner, Richard L. Tabler, Respectfully ask Judge Pitman to Please remove his ass from the chair and make a ruling on his habeas appeal please, sir! I'm on the edge of going certifiably FUCKING NUTS! Either shoot down (pun intended) my appeal or grant it, there is no justifiable reason a habeas appeal should take over 4+ years and counting! I've been locked up 17 yrs on this case, Enough is Enough Judge! What's it gonna be old Man!?

Richard L. Tabler
May, 10th, 2021

Richard L. Tabler, #999523
Texas Death Row
3872 FM 330 South
Livingston, Tx. 77351

Richard Tabler, #999523
Polunsky Unit/D.R.
3872 FM 350 South
Livingston, Tx. 77351

NORTH HOUSTON TX 773
14 MAY 2021 PM 5  L

Honorable Robert Pitman
United States Courthouse
800 Franklin Ave,
Waco, Texas 76701

76701-193699