FILED
JUN 14 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

Judge Pitman,

    Years ago I reached out to you in regards to having a legal problem with getting mail to and from my lawyers of record. Once again due this time to the Covid-19 pandemic, mail to and from counsel appointed by this Court, as well as a Law Firm retained for litigation. I am unable to get mail from or to either of my lawyers. unless you order the Prison Administration and Mrs. Allen; Mrs. Smith and Mrs. Sumner who handle all mailroom problems to deliver said mail without holding onto it for weeks. Then this serious issue involving my out-going and in-coming legal mail will remain a serious problem. **Fedex envelopes** that are being sent <u>2 Day Delivery</u> from lawyers in Philadelphia and Colorado are being held onto for weeks before the mailroom are delivering said legal mail to me. Furthermore, the mailroom staff no longer deliver any legal mail like the Federal Law states. Being a condemned prisoner sentenced to Death 17 years ago, I would think that you and this Court would think this a serious issue that needs to be resolved. Thus i'm filing this motion under **Pro-Se, #W-10-CA-034.** If this is something that you also do not wish to deal with as you're not dealing with my Habeas appeal, could you please make a ruling on my appeal so that I no longer have to worry about sitting in your Court any longer? Maybe just go ahead and get it all over with and let me waive my rights to further appeals as sitting in your Court is just wasted time for all involved. I honestly don't want to be here and you don't want to handle my appeal, so go ahead and kick it up or out of your Court. My lawyer's don't mind as they have other clients that don't mind spending the rest of their lives being treated like shit while they await their fate in some Court. You and I both know that i'm guilty, so lets get this song and dance over with, Sir.

I would appreciate it if this court would please let me know via a legal letter that it has received this letter. Thank you for your time and consideration in this Pro-Se motion.

                              Sincerely,
                            Richard L. Tabler
                            June, 9th, 2021

Richard Tabler, #999523
Polunsky Unit/D.R.
3872 FM 350 South
Livingston, TX. 77351



NORTH HOUSTON TX 773

11 JUN 2021 PM 3 L

Honorable Robert Pitman
United States Courthouse
800 Franklin Ave.
Waco, Texas 76701

!!! LEGAL MAIL !!!