IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**

July 19, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **lad**

DEPUTY

Richard Lee Tabler,

§

        Petitioner,

§

vs.

§

Civil Action No.W-10-CA-034

Bobby Lumpkin,Director,
Texas Department of Criminal
Justice,Correctional Institutions
Division,

§

* Death Penalty Case *

        Respondent,

§

PRO-SE MOTION OPPOSING MOTION FILED BY COUNSEL
TO ALTER OR AMEND JUDGMENT PURSUANT TO FED.R.CIV.P.59(e)
AND
TO EXPAND CERTIFICATE OF APPEALABILITY

Petitioner,Richard L.Tabler files this motion opposing recent
motion filed by counsel for 59(e).Counsel never fully discussed
with petitioner about this filing nor do they have authorization
to do so.On June,10th,2021 this Court denied petitioner's federal
habeas corpus,but granted a limited C.O.A.On June,15th,2021 petitioner
filed a Pro-Se motion with the United States Fifth Circuit Court
of Appeals;as well as a second Pro-Se motion filed on July,7th,2021.
On June,22,2021 the Fifth Circuit Court of Appeals responded
to said motion and again on July,7th,2021 **No.12-70013 Richard
Tabler v. William Stephens,Director USDC No.6:10-CV-34.**Stating
that they have received my pro-se motions/letters to the Courts.That
my case is closed,and that they would be taking no action,nor
would they accept any motion or further actions filed by counsel.
Both motions filed with the United States Fifth Circuit Court
of Appeals,was done so for one simple fact.I Waived my Rights
to further appeals/volunteered for execution.Back in July of
2018 this Court held a hearing with petitioner present,at that
time I was wanting to also Waive my Rights,but after the hearing
I was pressured into allowing current counsel to work my federal
habeas corpus appeal until it was denied.At which time I would
start fighting to do what was best for petitioner and not for

counsel that was appointed by this very Court.Granted this Court
and Judge Pitman denied petitioners federal habeas corpus,while
granting a limited C.O.A.;however,counsel did not discuss the
filing and what would be said in their filing for a 59(e) and
went ahead and filed whatever they wanted to.Petitioner does
NOT APPROVE of this filing by counsel on July,7th,2021.If this
Court grants counsels motion for a 59(e)then;"**Son idiotes de
mierda!**"Furthermore,counsel and this Court are failing not only
petitioner,but the families of the victims executed by petitioner
in allowing justice to be served.While counsel and this Court
continue with stupid motions back and forth,each is continuing
to deny petitioner and petitioners victims families closure and
justice.Petitioner is fully competent and should the Court seek
to review petitioners medical record located at the Polunsky
Unit Prison where he is housed,you'll find that petitioner is
no longer on any mental health list nor does he take any mental
health medications.This is because he's not a mental health patient
nor is he suffering from any illnesses.In regards to questioning
petitioners waiver to volunteer.Petitioner respectfully ask this
Court to grant him another hearing to decide.This Court as well
as the Attorney General's Office should know that most times
when a petitioner withdrawls his/her motion to waive their Rights
to further appeals,it's done so after receiving pressure from
ones Counsel,because counsel feels they know what is best for
those of us within prison walls,though they themselves have never
done a day inside any prison/isolation.Petitioner,would like
to further address a separate issue,please.In 2004 when petitioner
took it upon himself to take the lives of four (4)people,he was
not alone.Petitioners Co-Defendant Timothy Doan Payne who was
a soldier at Fort Hood Military Base and was a 4th ID soldier
was present for each execution.Petitioner,Richard Lee Tabler;would
ask this Court to please review the Capital Life sentence that
was given to co-defendent Timothy Doan Payne.Mr.Payne though
young like petitioner at the time was <u>under</u> <u>duress</u> and only did
what he was told to do by petitioner.During the killings of each
victim both petitioner and co-defendent were intoxicated with
drugs (that is no excuse)but under oath in this motion petitioner
swears that co-defendent was acting under duress to keep his

life from becoming another victim by petitioner.Mr.Payne I know
for a fact feared for his life.Petitioner has searched for his
co-defendent and has found out the following;Timothy Doan Payne
who was given a  life sentence,has completed four (4)years in
Seminary at the Darrington Unit in Texas.He has become an Ordained
Minister where he shares the Word of God with his fellow prisoners
while also writing juvenile Bible Studies that he sends hom to
his mother who also shares them with troubled teens in lock-up.Through
petitioners own faith I feel that an injustice has been done
by my past lies about my co-defendent and that Mr.Payne should
be granted a new trial or released from prison.Mr.Payne is not
guilty of taking any lives nor did he par-take in petitioners
crime of his free-will.Petitioner,respectfully ask this Court
and the Attorney General Fredericka Sargent to look into Timothy
Doan Payne's case,while also granting petitioners pro-se motion
this 14th day of July,2021.Please grant this motion in denying
counsel's motion for a 59(e).

Respectfully,
Richard L.Tabler
July,14th,2021

Richard L.Tabler,#999523
Texas Death Row
3872 FM 350 South
Livingston,TX.77351

Richard L.Tabler,#999523
Polunsky Unit/D.R.
3872 FM 350 South
Livingston,TX.77351

NORTH HOUSTON TX 773

15 JUL 2021   PM 1

Honorable Robert Pitman
United States Courthouse
800 Franklin Ave.
Waco,Texas 76701

**!!! Legal Mail !!!**
76701-193699