**FILED**
November 12, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTER DISTRICT OF TEXAS
WACO DIVISION

TO: Judge Robert Pitman, U.S.D.J.

FR: Richard L. Tabler/Civil Action No. W-10-CA-034-RP, Capital Habeas Corpus

Judge Pitman,

    Please accept this legal letter that is being passed onto my Investigator, Luis Batiz of the Capital Habeas Unit's, Federal Court Division out of Philadelphia, PA. during a legal visit on Tuesday, November, 2nd, 2021. On October, 28th, 2021 I wrote out a Legal Motion to this Court and you in regards to a legal request for a Court Hearing without the knowledge of my counsel. Due to certain things going on within the walls of the Polunsky Unit where prisoners sentence to Death are held, and where I am currently being held on the section called Death Watch. As of late I have been in a state of mind that is mixed between fight or flight. I sincerely ask that you please accept this legal letter asking that you not pay any attention to my last previous legal letter/motion dated October, 28th, 2021. The current administration is doing their best to play with my head by telling me one thing and doing another in regards to my mother deteriorating health conditions and my still not being allowed to visit with her after 13 years as punishment for my involovement with a cell phone in 2008. I do have and had retained the Law Firm of Killmer, Lane & Newman, LLP out of Denver, CO. who have filed an active Federal Lawsuit against the Texas Department of Criminal Justice & Texas Death Row, but it doesn't keep the administration and Board Officals from continuing to screw with my mind to the best of their ability, as well as continuing to withhold my out-going mail to all I love and care about as well as my in-coming and out-going legal mail to counsel of record. As we alll also have to deal with the CoVid-19 issue both in prison and out there in society. Therefore I sincerely ask that you please do not act nor pay any attention to my legal letter/Pro-Se Motion of October, 28th, 2021. I have asked that my lawyers of record electronically file this legal letter to you with one

of their own. Thank you for your time and consideration in this legal letter to you and said Court.

                              Respectfully,
                              Richard L. Tabler
                              *[signature]*
                              November, 2nd, 2021

C.C.:
Luis Batiz, Investigator
Capital Habeas Unit
Federal Court Division
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA. 19106

Marcia A. Widder, Esq
Georgia Resource Center

David A. Lane, Esq.
Killmer, Lane & Newman, LLP
Attorneys At Law
1543 Champa Street, Suite #400
Denver, CO. 80202

Richard L. Tabler, #999523
Texas Death Row
3872 FM 350 South
Livingston, TX. 77351



Richard Table #0999523
Polunsky Unit / D.12
3872 FM 350 South
Livingston, TX 77351

Hon. Robert Pitman
U.S Courthouse
800 Franklin Ave
Waco, TX 76701