IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **RICHARD LEE TABLER,** : | |
| : | |
| Petitioner, : | |
| : | CIVIL ACTION NO. W-10-CV-034-RP |
| v. : | |
| : | CAPITAL HABEAS CORPUS |
| **BOBBY LUMPKIN,** : | |
| Director, Correctional Institutions : | HON. ROBERT PITMAN, U.S.D.J. |
| Division Texas Department of Criminal : | |
| Justice, : | |
| : | |
| Respondent. : | |
| : | |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Petitioner/Appellant Richard Lee Tabler hereby appeals to the United States Court of Appeals for the Fifth Circuit from the district court's Order of June 10, 2021 (ECF No. 235), denying and dismissing his petition for a writ of habeas corpus and denying a certificate of appealability on certain claims, and from the district court's Order of January 25, 2022 (ECF No. 254), denying Petitioner/Appellant's timely filed motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59 and to expand the grant of COA, and from each and every adverse ruling that formed the basis of those Orders.[1]

---

[1] This is a death penalty case. No warrant for execution is pending. Undersigned counsel, Peter Walker, from the Federal Community Defender Office for the Eastern District of Pennsylvania, was appointed to represent Mr. Tabler on March 31, 2015. Undersigned counsel, Marcy Widder, was appointed to represent him on May 1, 2012. *See* ECF Nos. 51, 72. The district court granted leave to proceed in forma pauperis. *See* ECF No. 6.

Respectfully submitted,

| | |
|---|---|
| MARCIA A. WIDDER | /s/ Peter J. Walker |
| GA Bar No. 643407 | PETER J. WALKER |
| Attorney at Law | TX Bar No. 24075445 |
| 303 Elizabeth Street, NE | SHAWN NOLAN |
| Atlanta, GA 30307 | PA Bar No. 53565 |
| (404) 222-9202 | Assistant Federal Defenders |
| marcy.widder@garesource.org | Federal Community Defender for the |
| | Eastern District of Pennsylvania |
| | Suite 545 West, The Curtis Center |
| | 601 Walnut Street |
| | Philadelphia, PA 19106 |
| | (215) 928-0520 |
| Dated: February 23, 2022 | shawn_nolan@fd.org |
| | peter_walker@fd.org |

CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing pleading and its attachments on the following by operation of the electronic case filing system:

>Cara Hanna, Esq.
>Assistant Attorney General
>Office of the Attorney General of Texas
>Post Office Box 12548
>Austin, Texas 78711-2548

>/s/ Peter J. Walker
>Peter J. Walker

Dated: February 23, 2022