Case 6:10-cv-00034-RP   Document 257   Filed 05/09/22   Page 1 of 4

May 5th, 2022

FILED
May 09, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CV_____
            DEPUTY

Richard L.Tabler, §
    Petitioner, §
v. § Civil Action No.W-10-CA-034-RP
 §
Bobby Lumpkin,Director §
Texas Department of Criminal § DEATH PENALTY CASE
Justice,Institutional Divisions, §
/Petitioner's Court Appointed § On Appeal in the Fifth Circuit
Counsel,Marcia A.Widder,Shawn Nolan, § No.22-70001
Peter J.Walker,Claudia Van Wyk, §
 §
    Respondent. §

---

## PETITIONER'S MOTION SEEKING A HEARING BEFORE THIS COURT

---

Petitioner,Richard L.Tabler,respectfully ask this Court and the Honorable Robert Pitman to please grant this Motion for a Hearing before the Court and said Judge.Currently,petitioner's appeal that counsel of record has requested and been granted an extension on have done so without either speaking to their client nor letting him know they were wanting to do anything.Petitioner has repeatedly explained to his counsel that they were not to file anything on his behalf with the United States Court of Appeals,Fifth Circuit,however they have done so and petitioner has found out from other's that are NOT his counsel.The Fifth Circuit has informed petitioner that they will not take any action on his letters of correspondence and that his lawyers must file for him.How can this be when his lawyers and he are currently fighting?Counsel does not listen nor speak about petitioner's appeals with him,unless he is seeking to waive his Rights to further appeals,which he has stated clearly to them that he wished to do after this Court denied his Habeas Corpus Appeal.The reasons for petitioner to have counsel in the first place is so that they may assist him with his legal appeals,thus talking with him about his options and thus filing or not filing with said Courts at that time.However,this is not happening between counsel and petitioner,in fact petitioner has also written a letter to Assistant Attorney general Cara Hanna requesting her assistance in filing for a Heraing before this court because Counsel that was appointed by this Court refuses to even discuss petitioner's legal Right's.They only do what THEY WANT TO DO AND THIS COURT ALLOWS IT! Why is it so hard for this Court to accept this Motion for a Hearing directly from the Petitioner,seeing as his counsel will not file a Motion for him with this Court.Allow some facts to be shared with this Court.Petitioner is locked up in Texas after being found guilty of Capital Murder and sentenced to DEATH.Petitioner has been locked up on said case for 18 years in isolation.Any Rahibilitation,has taken place at the sole hands and effort of the petitioner,such as faith based programs/courses;Bridges To Life & Overcomers.Which he obtained two Certificates of Completion.Petitioner is currently

enrolled in two more faith based courses,namely The Quest for Authentic Manhood,and The Truth Project.Each of these courses he was approved to take by senior Warden D.Dickerson and Chaplain J.Gay and Chaplaincy Director Hazelwood of the Polunsky Unit where Texas Death Row prisoners are housed.What petitioner does NOT want to resort to is going backwards in his life because this Court and his appointed counsel are not only forcing him to do,but are also slowly backing him into a corner.This is a un-wise course of action,and thus petitioner respectfully ask that this Court grant this Motion for a Hearing,so everything between counsel,petitioner,Assistant Attorney General and this Court can be handled and fianlized,please.

I will NOT seek this Court or anyone elses assistance after this Motion to the Court for a Hearing.This is NOT a Threat,just a FACT.I'm trying to do things the right way and nobody seems to want to listen to the right way,it's as if people only understand the way and law of the Jungle and of that I know very well but choose to go about things the way a human being would and NOT some animal. Therefor,petitioner respectfully ask this Court and the Honorable Robert Pitman to grant this Motion for a legal Hearing at the soonest possible time please.Thank you for your time and consideration in this dire legal situation.

Respectfully,
Richard L.Tabler

*R.L. Tabler*

Richard L.Tabler,#999523
Texas Death Row
3872 FM 350 South
Livingston,TX.77351

Richard L. Tabler, #999523
Polunsky Unit/D.R.
3872 FM 350 South
Livingston, TX. 77351

NORTH HOUSTON TX 773

6 MAY 2022 PM 2 L

RECEIVED

MAY 0 9 2022

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
              DEPUTY CLERK

Robert Pitman, Judge
United States District Court
800 Franklin, Ave.
Waco, Texas. 78767

!!! Legal Mail !!!
78701-193699



5/5/2022

!!! Legal Mail !!!